UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | MARCH 5, 2004 |

**<u>MOTION FOR ENLARGEMENT OF TIME</u>**

   Pursuant to Local Rule 9(b)1(a), the defendants, LEONARD LABONIA and ETHAN MABLE , hereby move the Court for an enlargement of time of sixty (60) days, up to and including April 12, 2004, in which to file a joint trial memorandum.

   The undersigned counsel has contacted counsel for the plaintiff, Attorney Tiziana Marie Scaccia, and Attorney Scaccia has no objection to the granting of this motion.

   This is the first request for an enlargement of time made by this defendant relative to the joint trial memorandum.  Attorney Thomas R. Gerarde and Attorney John J. Radshaw are both involved in a trial and require additional time in which to file the joint trial memorandum due to their trial commitments.

   WHEREFORE, the undersigned defendants, LEONARD LABONIA and ETHAN MABLE, hereby request that their Motion for Enlargement of Time, up to and including April 12, 2004, be granted.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE


By /s/John J. Radshaw, III
   John J. Radshaw, III
   ct19882
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   Phone:  (860) 249-1361
   Fax:  (860) 249-1361
   E-mail:  jradshaw@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 5th day of March, 2004.

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

Thomas M. Murtha, Esquire
Maher and Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601


   /s/John J. Radshaw, III
   John J. Radshaw, III