

FILED 2004 MAR -8 P 2: 28
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | NO.: 3:00CV1802 (AWT) |
| v. | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | MARCH 5, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b)1(a), the defendants, LEONARD LABONIA and ETHAN MABLE, hereby move the Court for an enlargement of time of sixty (60) days, up to and including April 12, 2004, in which to file a joint trial memorandum.

The undersigned counsel has contacted counsel for the plaintiff, Attorney Tiziana Marie Scaccia, and Attorney Scaccia has no objection to the granting of this motion.

This is the first request for an enlargement of time made by this defendant relative to the joint trial memorandum. Attorney Thomas R. Gerarde and Attorney John J. Radshaw are both involved in a trial and require additional time in which to file the joint trial memorandum due to their trial commitments.

WHEREFORE, the undersigned defendants, LEONARD LABONIA and ETHAN MABLE, hereby request that their Motion for Enlargement of Time, up to and including April 12, 2004, be granted.

ORAL ARGUMENT IS NOT REQUESTED

Extension GRANTED, to and including April 12, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   3/12/04