FILED

2004 APR -6  A 10: 06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | : NO.: 3:00CV1802 (AWT) |
| VS. | : |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : APRIL 5, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b)1(a), the Plaintiff, JOHN ACZEL, hereby moves the Court for an enlargement of time of sixty five (65) days, up to and including June 17, 2004, in which to file a joint trial memorandum.

The undersigned counsel has contacted counsel for the Defendants, Attorney John J. Radshaw. Attorney Radshaw has no objection to the granting of this motion and Attorney Radshaw indicated that he joins in this motion for enlargement of time.

This is the first request for an enlargement of time made by the Plaintiff relative to the joint trial memorandum. Attorney Scaccia is involved in two jury trials in April. The Joint Trial Memorandum in this case is involving an extraordinary amount of time to complete and therefore counsel requires additional time in which to file the joint trial memorandum due to her trial commitments and due to the fact that the Joint Trial Memorandum in this case requires much

more time than any of the parties initially contemplated.

WHEREFORE, the undersigned Plaintiff, JOHN ACZEL, hereby requests that this Motion for Enlargement of Time, up to and including June 17, 2004, be granted.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

PLAINTIFF,
JOHN ACZEL

BY_____
Tiziana M. Scaccia, Esq.
ct08713
GOLDSTEIN AND PECK, P.C.
1087 Broad Street, P.O. Box 1538
Bridgeport, CT 06601-1538
Phone (203) 334-9421
Fax (203) 334-6949
E-mail: scacciat@goldsteinandpeck.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, viz U.S. Mail to the following counsel of record this 5th day of April, 2004.

John J. Radshaw, III, Esq.
Thomas Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT   06114

_____
Tiziana M. Scaccia