55

*Extension GRANTED. The Joint Trial Memorandum shall be filed on or before June 17, 2004. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT 4/9/04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL : NO.: 3:00CV1802 (AWT)

VS. :

LEONARD LABONIA, ETHAN MABLE :
AND CITY OF DANBURY : APRIL 5, 2004

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b)1(a), the Plaintiff, JOHN ACZEL, hereby moves the Court for an enlargement of time of sixty five (65) days, up to and including June 17, 2004, in which to file a joint trial memorandum.

The undersigned counsel has contacted counsel for the Defendants, Attorney John J. Radshaw. Attorney Radshaw has no objection to the granting of this motion and Attorney Radshaw indicated that he joins in this motion for enlargement of time.

This is the first request for an enlargement of time made by the Plaintiff relative to the joint trial memorandum. Attorney Scaccia is involved in two jury trials in April. The Joint Trial Memorandum in this case is involving an extraordinary amount of time to complete and therefore counsel requires additional time in which to file the joint trial memorandum due to her trial commitments and due to the fact that the Joint Trial Memorandum in this case requires much

*FILED 2004 APR -9 P 6:33*

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640