UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL                                                               NO.: 3:000V1802 (AWT)

VS.

LEONARD LABONIA, ETHAN MABLE
AND CITY OF DANBURY                          June 10, 2004

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b)1(a), the Plaintiff, JOHN ACZEL, hereby moves the Court for a further enlargement of time of six (6) business days, up to and including June 25, 2004, in which to file a joint trial memorandum.

The undersigned counsel has contacted counsel for the Defendants, Attorney John J. Radshaw. Attorney Radshaw has no objection to the granting of this motion and Attorney Radshaw indicated that he joins in this motion for enlargement of time.

2.  Each of the parties herein have requested one extension of time to file a Joint Trial Memorandum. The Court ordered that the Trial Memorandum be filed by June 17, 2004, pursuant to the parties previous requests. This is the second Motion for an enlargement of time filed by the Plaintiff relative to the joint trial memorandum. Plaintiff's counsel has vigorously attempted to complete the Joint Trial

Memorandum by the deadline of June 17, 2004. Plaintiffs counsel dedicated fifty five (55.9) hours to the research and drafting of the Joint Trial Memorandum in the month of May, 2004 and an additional thirty nine (39) hours thus far in the month of June, 2004. Despite other trial commitments and deadlines in other pending lawsuits, plaintiff's counsel has dedicated approximately 95 hours in the last 5 weeks alone, in attempting to meet the court's deadline. Plaintiff's counsel is very close to having a final product for Defendants' counsel's review.   However, the parties will need additional time for Defendants to incorporate their portion of the Memorandum into the document, to review the other parties portion of the Memorandum, for the parties to agree to the substance of the Joint document, and after review of the other parties' portion of the Memorandum, to determine whether Motions in Limine will be necessary and to Draft any necessary Motions in Limine.

The Joint Trial Memorandum in this case is involving an extraordinary amount of time to complete and therefore counsel require additional time in which to file the joint trial memorandum, The parties are very close to having a final product but require an additional six (6) business days to finalize the Joint Trial Memorandum.

WHEREFORE, the undersigned Plaintiff, JOHN ACZEL, hereby requests that this Motion for Enlargement of Time to file a Joint Trial Memorandum, up to and including Friday, June 25, 2004, be granted.

PLAINTIFF,
JOHN ACZEL

BY _____
Tiziana Sc ccia, Esq.
ct08713
GOLDSTEIN AND PECK, P.C.
1087 Broad Street, P.O. Box 1538
Bridgeport, CT 06601-1538
Phone (203) 334-9421
Fax (203) 334-6949
E-mail: scacciat(aoldsteinandpeck.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, viz U.S. Mail to the following counsel of record this 10"` day of June, 2004.

John J. Radshaw, III, Esq.
Thomas Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Tiziana M. Scaccia