FILED
2004 JUN 10 P 1:30
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| VS. | : | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : | June 10, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b)1(a), the Plaintiff, JOHN ACZEL, hereby moves the Court for a further enlargement of time of six (6) business days, up to and including June 25, 2004, in which to file a joint trial memorandum.

1. The undersigned counsel has contacted counsel for the Defendants, Attorney John J. Radshaw. Attorney Radshaw has no objection to the granting of this motion and Attorney Radshaw indicated that he joins in this motion for enlargement of time.

2. Each of the parties herein have requested one extension of time to file a Joint Trial Memorandum. The Court ordered that the Trial Memorandum be filed by June 17, 2004, pursuant to the parties previous requests. This is the second Motion for an enlargement of time filed by the Plaintiff relative to the joint trial memorandum. Plaintiff's counsel has vigorously attempted to complete the Joint Trial

Extension GRANTED, to and including June 25, 2004. It is so ordered.
Alvin W. Thompson, U.S.D.J.
6/11/04

FILED
2004 JUN 11 P 7:24
U.S. DISTRICT COURT
HARTFORD, CT

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640