CT/cvmhrg (6/18/04)

TOTAL TIME: ___ hours  10  minutes        DEPUTY CLERK  Smith        HONORABLE  Thompson        RPTR/ERO/TAPE  off the record

DATE  6/22/04          START TIME  5:40pm    END TIME  5:50pm
                       LUNCH RECESS FROM _____ TO _____
                       RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO.  3:00CV1802

Aczel
  vs.
Labonia

Plaintiffs Counsel: Tizianna Scaccia
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: John Radshaw

## COURTROOM MINUTES - CIVIL (check one box)

☒ Status Conf - by phone  (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

Defendant will file motion to extend time to file joint trial memo - to 8/1/04. When filed, the parties will call chambers to schedule phone conference to set schedule for motions in limine.

Hearing continued until _____ at _____