UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | JUNE 24, 2004 |

### DEFENDANTS' MOTION ON CONSENT TO EXTEND THE TIME IN WHICH TO FILE THE JOINT TRIAL MEMORANDUM

With the consent and approval of the court and counsel for the plaintiff, the defendants, Leonard Labonia and Ethan Mable, submit the following motion for extension of time in which to file the joint trial memorandum. The joint trial memorandum is currently due on Friday, June, 25, 2004. Following a teleconference with the court on Tuesday, June 22, 2004, counsel and the court discussed a variety of matters surrounding timely and appropriate compliance with the trial management order. During that teleconference, the court indicated that an extension of time until August 1, 2004 was appropriate. The court also indicated that the parties need not bundle the anticipated motions *in limine* with the joint trial memorandum. Rather, the court indicated that following the filing of the joint trial memorandum on August 1, 2004, the parties should notify chambers and have an additional teleconference in mid-August

to discuss what filing and scheduling issues remain.

WHEREFORE, the defendants, Leonard Labonia and Ethan Mable now pray that this motion is granted.

DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE

By/s/ John J. Radshaw, III
John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
ct05640

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 24th day of June, 2004.

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

Thomas M. Murtha, Esquire
Maher and Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

By /s/ John J. Radshaw, III
John J. Radshaw, III