**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JOHN ACZEL** | : NO: 3:00 CV 1802 (AWT) |
| **V.** | : |
| **LEONARD LABONIA, ETHAN MABLE** | : |
| **AND CITY OF DANBURY** | : JULY 30, 2004 |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

1. Have you or anyone close to you ever been employed in any capacity by any law enforcement agency? (If no, have you or anyone close to you ever applied for a job in law enforcement?)

    a. Is that yourself or someone else?

    b. If someone else, what is their relationship to you?

    c. What position did you/he/she hold?

    d. For how long?

    e. Have any complaints of misconduct or excessive force been filed against (you) (them) (him) (her)?

2. Do you ever have occasion to discuss police work-especially the dangers involved in police work-with anyone, including, your partner, spouse, friends or others ? If yes: What did you discuss? What are your impressions about the dangers of police work? What concerns do you have about police officers' safety on the job?

3. What contact have you had with police officers or other law enforcement officers through your work? In your neighborhood? In your social life? How do you feel about the City of Danbury Police Department? Why is that? How do you feel about police officers? Why is that?

4. In general, do you think you would be inclined to give greater weight to the testimony of a police officer than you would to an ordinary citizen, because he is a police officer. If yes: Why is that?

5. Some people feel that police testimony should be given greater weight than the testimony

1

# Exhibit A

         of an ordinary citizen. How many of you feel that way? Why is that?

6. Do you think that police receive any kind of special training about how to testify in court? If yes: What kind of training? Why? How do you think that training affects how they present themselves as witnesses? If no: How often do you think they testify in court? How do you think they prepare themselves to testify?

7. What have you read or heard about incidents where police have used excessive force?

8. What are your opinions about how the problem of police misconduct ought to be handled?

9. What is your immediate reaction when you hear that someone is charging the police of using excessive force?

10. What have you read or heard about recent instances of police's use of excessive force?

11. Do you have an opinion about which is more important-law and order or preserving everyone's constitutional rights? If so, what is your opinion?

12. Have you ever expressed any opinions in conversations with others concerning the problem of police use of excessive force? If so, what opinions have you expressed?

13. Have you ever expressed any opinions about whether or not a city/ or town should have a Civilian Review Board to hear complaints of police misconduct? If so, what opinions have you expressed?

14. Do you have any opinions about how the problem of police misconduct should be handled by society? If so, what are your opinions?

15. Would you require Mr. Aczel to prove his case by anything more than a preponderance of the evidence [explain this concept], because be is charging officers with a violation of his constitutional rights?

16. Are you willing to enforce the civil rights of Mr. Aczel as you would any other right he and you are entitled to as citizens of this country?

17. This is a lawsuit brought by a private citizen against members of the Danbury Police Department. Do you feel that citizens who believe they have been treated illegally and unfairly have a right to bring a lawsuit against police officers?

18. In the spring of 1992, the police officers who beat Rodney King in Los Angeles were found not guilty by a state court jury. Do you remember that verdict?

    a. What was your reaction to the state court verdict? What was your reaction to the

        events in Los Angeles and other cities that followed the state court verdict?

    b.    Why do you think it happened?

    3.    Why do you think people are so angry?

    d.    What do you think should be done about it?

    e.    What sorts of discussion did you have with others about the upheaval after the verdict?

19.    Do you feel that the hands of police have been tied by court decisions? What kinds of things come to mind?

20.    Are you comfortable with trying to decide, after the fact, whether a police officer had probable cause to arrest my client and charge him with a crime?

21.    What problems do you have with the idea of an ordinary citizen suing a police officer because of actions he claims he took in the line of duty?

22.    Some people think that even though the police make mistakes and arrest the wrong person or use more force than necessary, that, is the price we have to pay for police protection. What's your opinion about that?

23.    This case involves a claim by Mr. Aczel that the defendant police officers violated his Fourth and Fourteenth Amendment rights. Plaintiff alleges that he was falsely arrested and subjected to excessive force on August 10, 1999 by Defendant, Leonard Labonia and Defendant, Ethan Mable, both of whom are police officers of the City of Danbury. Plaintiff alleges that he was subjected to excessive force by Defendant police officers and that Defendant police officers had a realistic opportunity to prevent use of excessive force against him but did not do so, and that Defendant police officers denied him adequate medical care despite the obligation of police officers to provide medical treatment to persons injured by the police. Plaintiff also alleges that Defendant police officers violated the laws of the State of Connecticut. Plaintiff is suing Defendants for violation of the state law torts of Assault and Battery, False Imprisonment, Abuse of Process, and Intentional Infliction of Emotional Distress. The Defendant police officers deny liability. With respect to most of the claims made by Plaintiff, Defendant police officers assert that all of their actions were objectively reasonable under the circumstances.

    a.    First, is there anything about these facts and, in particular, the charges that the officers physically abused Mr. Aczel which would prevent or make it difficult for you to be a fair and impartial juror?

    b.    Would you have any hesitancy in reaching a verdict for Mr. Aczel merely

            because this is a civil rights case against police officers and the City of Danbury?.

    c.      Did you see, hear, or read anything about this case?

    d.      If yes, please describe what you read or heard about this case

    e.      If yes, will you be able to put any such information out of your mind and base your decision solely on the evidence presented in court?

    f.      Have you heard, seen, or read anything about this case that would affect you ability to be impartial in this case?

    g.      If yes, please explain:

    h.      Based upon what you heard or read, have you formed any opinion concerning the Danbury Police Department generally or of police officers, generally, or these defendants specifically?

24.    Have you ever called the police for any reason? If yes, please explain:

25.    Have you, or has any close friend or relative, been the victim of, or witness to, any kind of crime, whether it was reported to law enforcement authorities or not (including robbery, burglary, assault, sexual assault, etc.)?

    a. Can you please describe the victim's relationship to you?

    b. Can you please state the type of crime it was?

    c. Can you please describe the incident and your involvement if any in the incident?

    d. Was the crime reported to anyone?

    e. Was the perpetrator of the crime caught?

    f. Did the police get involved?

    g. What was the outcome?

    h. How did you, or the person close to you, feel that the police or law enforcement agency handled the situation?

    i. If there was a court hearing for the case or cases you mentioned in which you, or a close friend or relative have been the victim of or witness to a crime, did you or any close friend or relative testify in court?

  j. If yes, who testified:

  k. If yes, how did you or your close friend or relative feel about the experience of testifying?

26. Have you, or has any close friend or relative, ever been charged with a crime?

  a. If yes, please state your relationship to the person charged with the crime

  b. Please state the type of crime it was

  c. Please state the outcome of the charge

27. Have you ever had to appear in court, or in any court proceeding, as a plaintiff, defendant, victim, or witness for any reason other than you have already indicated?

  a. If yes, please state when and explain why you appeared in court:

  b. As a result of any experience described in which you, or a close friend or relative have been the victim of or witness to a crime, or in you or a close friend or relative have been charged with a crime, or in which you ever had to appear in court, is there anything that would cause you to lean in favor of either the Plaintiff or defendants in this case?

  c. If yes, please explain:

28. How serious a problem do you think crime is in your neighborhood?

29. Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?

  a. If yes, please explain:

30. Have you taken any extra precautions to protect yourself, your family, or your home from crime?

  a. If yes, please explain:

31. Have you, or has someone you know, ever changed your behavior because of concern about becoming a crime victim? (For example, changed your commute route or time, decided not to go out alone at night, walked through a college campus with others rather than alone, etc.)

  a. If yes, please explain:

32. To your knowledge, is there a crime watch group in your neighborhood?

      a. If yes, do you participate?

33. In your opinion, what are the major causes of crime?

34. Have you, or has someone you know, ever been employed by any of the law enforcement agency, or by any law enforcement organization (as employee or volunteer)?

      a. If yes, please state: your relationship to the person?

      b. Please state the employer of the person you identified?

      c. Please state the position held?

35. Have you ever had any contact with anyone in any law enforcement agency through your work, in your neighborhood, or in your social life?

      a. If yes, please state: your relationship to the person?

      b. Please state the employer of the person?

      c. Please state the position held?

36. Have you, or has someone you know, ever been employed in a security-related job for a private business (for example, as a security guard or investigator)?

      a. If yes, please state your relationship to the person?

      b. Please state the employer of the person?

      c. Please state the position held?

37. Have you, or has any close friend or relative, ever considered working in law enforcement?

      a. If yes, who is this person?

      b. If yes, please explain:

38. Have you had any training, courses, or work experience in law enforcement, criminal justice, administration of justice, or law? If yes, please describe?

39. Have you ever been on a "ride-along" with police officers?

      a. If yes, please describe the experience

40. In general, how would you rate the job the police in your city are doing in dealing with crime?

    _ Excellent job
    _ Good job
    _ Only a fair job

41. Do you have an opinion on how would you rate the job the City of Danbury police are doing in dealing with crime?

    _Excellent job
    _Good job
    _Only a fair job

42. Would you be more likely to believe the testimony of a police officer than another witness who is not a police officer?

    a. If yes, please explain

43. Some people feel that the job police officers perform is so difficult and important that it is wrong to second-guess them by holding them accountable for wrongdoing which occurs in the course of their job performance. Do you think that it is wrong to hold a police officer accountable for wrongdoings which occurs in the course of their job performance?

    a. If yes, please explain:

44. Do you have any hesitation about the fairness of holding police officers accountable who are charged with using too much force in making an arrest?

    a. If yes, please explain:

45. Do you think that police officers treat people differently in low income neighborhoods than they do in middle or high income neighborhoods?

    a. If yes, why?

46. Do you think that police officers treat criminal suspects differently in low income neighborhoods than in middle or high income neighborhoods?
    a. If yes, why?

47. What are your general views about the police and the role of police in the community?

48. What are your views about police officers as individuals?

49. Do you believe police officers make mistakes in the performance of their duties?

    a. Why or why not?

50. Have you ever witnessed an incident (other than what you have seen or heard regarding this case) where the police used force on someone?

    a. If yes, where and when did it occur?
    b. How did you feel the police officer conducted him/ herself?

51. Have you, or has any close friend or relative, had any legal training (including law courses, paralegal program, or on-the-job training)?

    a. If yes, please explain:

52. Do you know any lawyers, judges, or court personnel?

    a. If yes, list their names and describe their relationship to you?

53. Have you ever had an unfavorable experience with a lawyer or judge (for example, contracted for services not satisfactorily rendered, felt that justice was not served, etc.)?

    a. If yes, please explain:

54. Have you, or has anyone in your family, ever sued or been sued by anyone?

    a. If yes, please explain:

55. How do feel about the way the criminal justice system is working in the United States?

56. Do you believe that Police officers always testify truthfully.

    a. Please explain?

57. Have you, or has any close friend or relative, ever carried mace, tear gas, or a stun gun?

58. Have you ever used a stun gun, mace, or tear gas?

    a. If yes, please explain:

59. Have you ever owned, used or handled a firearm? If yes, when? For what purpose?

60. Have you ever belonged to the National Rifle Association or any other organization that is

concerned with protecting the right to own weapons?

    a. If yes, what was/is the extent of your participation in the organization?

61. Do you feel that persons besides police officers should be permitted to own firearms or any other type of weapon?

    a. If yes, what persons? What type of weapons?

62. People who have been the victims of excessive use of force by police sometimes bring lawsuits against the police. Do you favor or oppose this type of lawsuit?

    a. Why?

63. Are you, or is a close friend or relative, a member of Mothers against Drunk Driving, Students Against Drunk Driving, or a similar organization, the purpose of which is to prevent individuals from driving under the influence of alcohol and to seek punishment for individuals who are found guilty of driving under the influence of alcohol?

64. If you serve as a juror in this case, how would you anticipate being treated by your family, friends, and acquaintances if there is a verdict for Plaintiff?

65. Have you ever served as a juror before?

    a. Was it in a civil case or in a criminal case? What were the allegations in the case?

    b. When did you serve?

    c. Where did you serve?

    d. Did the jury reach a verdict?

    e. Have you ever served as a jury foreperson?

    f. How did you feel about your experience as a juror?

    g. Was there anything about your experience as a juror which would make you not want to serve again?

    h. Were you contacted by or interviewed by anyone concerning your jury experience after the conclusion of the case?
        - If yes, by whom were you contacted?

    i. Have you ever served on a grand jury or coroner's jury?
        -If yes: When

     Where?
     What kind of jury
     Please describe experience:

66.  During the trial, the following people may be involved or mentioned-Read List of Lay and Expert Witnesses of Plaintiff and Defendants. Also, list attorneys in Plaintiff's and Defendants' law firms.

  a. Do you know any of the people personally or have heard of any of the people mentioned.

  b. How do you know the person you recognized? How have you heard of the person you recognized?

67.  Is there any matter that you feel should be brought to the attention of the Court because it would affect your ability to be a fair and impartial juror?

  a. If yes, please explain:

68.  Is there any matter you would prefer to discuss privately with the judge?

  a. If yes, please explain:

69.  Do you have any specific problems at home or at work that might interfere with your ability to concentrate on the case during trial?

  a. If yes, please explain:

70.  Do you have any medical condition that would make it difficult for you to serve as a juror?

  a. If yes, please explain:

71.  What is the condition of your hearing?

72.  What is the condition of your eyesight?

73.  Are you willing, as a juror, to remain as long as necessary to reach a verdict in the case, even if the proceeding lasts longer than the estimate given by the Court?

74.  Do you have any specific problems dealing with stress or pressure? If yes, please explain:

75.  Do you generally "hold your ground" when you feel that you are correct? Are you easily swayed by the strong influence of others? Explain:

76.  Would you be able to keep an open mind and question the performance of a doctor?

       a. Would your answer be the same for a nurse, or a paramedic? Why or why not?

77. Before coming here today, have you formed any opinion about this case?

       a. If yes, what is the opinion?

       b. Do you still hold that opinion?

       c. Can you set aside any opinion and decide the case on the evidence presented in court, and the instructions on the law that the Court gives you? Why or why not?

78. Is there any particular reason that you would like to be a juror on this case, or would not like to be a juror on this case? Please - - explain:

79. Please state your first and last name.

80. Place of Birth

81. What city and county do you live in?

82. What is the name of your neighborhood?

83. What is your race or ethnic background?

84. Please state your Marital Status:

    If single, have you ever been married? How many times? How did each marriage end?

85. If you have children? If yes:
how many children do you have
what are their ages
what are their sex
do they live with you
what is the occupation of each of your children

86. Do you have any grandchildren?    If yes, how many?    What are their ages?

87. For adult grandchildren, what are their occupations?

88. What is your current address?

    a. How long have you lived at your current address?

    b. Do you rent or own?

        c. What other cities, towns, or areas have you lived in and for how long did you live there? (Please state if you have lived in another country or state.)

89. How many people live in your household?

90. If persons other than your spouse/partner and children live with you, please explain.

91. Have you ever resided in Danbury, CT? (If yes, please state the address).

92. Why did you leave Danbury, CT?

93. What is your current occupation/job title?
    (a) Describe what you do?
    (b) For how long?
    (c) Name of employer?

94. Please state all of your prior occupations and employers.

    a. How long have you worked for each of your prior employers.

95. If unemployed, please give the reason for your unemployment?

96. Have you supervised other people at your present or past place of employment?

    a. If yes, please describe the nature of your duties and the number of persons supervised

97. In the course of your employment, are you or have you been required to write reports?

    a. If yes, please describe the type of information you are required to write in the report(s)

98. Have you been required to attend training courses in connection with you employment?

    a. If yes, please describe the name of the course(s) and the length of the course(s)

99. How many years of schooling have you completed?

100. What schools did you attend?

    (1) High school:
    (2) College or other programs of study:
        (a) What did you study?
        (b) What degrees or certificates did you obtain?

101. Do you still attend or do you plan on attending school in the future?

12

      (a)    What do you/will you study?

102.    Do you speak or read any other language in addition to English?

      If yes, list the language(s)

103.    How many years of schooling did your spouse complete?

      (a)    What schools did he/she attend?

            (1)    High school
            (2)    College or other programs of study

1040.    Does your spouse still attend or does he/she plan on attending school in the future?

      (a)    What does or will he/she study?

105.    Do you or your spouse have any legal training, or have you or your spouse taken any law courses?

      a. If yes, please list the training and/or courses

106.    Have you taken any medical or psychology courses?

      a.    If yes, please list the courses

107.  Have you, your spouse/partner, or other close family members ever served in the military?

      a.. If yes, please state your relationship to the person who served in the military

      b. Please state the Branch of service the person served in

      c. Please state the dates of service the person served

      d. Please state the duty Assignment of the person who served

      e. State the rank of the person who served

      f. State whether the person who served was involved in Combat

108.    Have you or your spouse/partner ever participated in a military court martial, or served in the military police, or other military law enforcement capacity?

      a. If yes, please describe that participation

109. What civic, social, religious, professional, or trade clubs or organizations do you now belong to?
    a. What similar organizations have you belonged to in the past?
    b. Please list any office or title you currently hold, or have held in the past, in these or other organizations.

110. Have you, a family member or close friend ever participated in any group concerned with crime prevention or victims' rights?

    a. If yes, please identify that person's relation to you

    b. If yes, what group was it? Describe its purpose and your participation in it

111. Do you belong to or associate with any group or organization that has protection or promotion of civil liberties as a goal?

    a. If yes, which one(s)?

112. Do you watch movies in theaters?

    a. How often?

    b. Identify the titles of the last six movies you have seen

1130. Do you read in your spare time?

    a. If yes, list the book(s) are you now reading or have read in the last year

114. What newspapers do you read regularly, including both local and out-of-town papers?

115. How often do you read a newspaper?

116. What magazine(s) do you read regularly?

117. Do you watch television?

    a. If yes, which programs do you tend to watch on a regular basis?

    b. Do you ever watch TV programs that show real life police activities, like the programs named "Cops" or "America's Most Wanted?

    c. If yes, how often?

118. Which radio station(s) do you generally listen to?

119. How often do you listen to news on radio or television?

120. What is the most important source of news for you?

121. What are your leisure time activities or interests?

122. What is your religious affiliation or preference?

123. How often do you attend church, temple, or other services?

124. How important would you say religion is in your life?

125. Do you now, or have you ever, held office or title in a religious organization?

    a. If yes, what was your office or title?

    b. In what ways, if any, might your religious views affect your service as a juror?

126. Do you seek out positions of leadership?

    a. Why is that?

127. What is your current voter registration?

128. Please state the Race or ethnic background of your partner or current spouse?

129. Please state the Current employment status of your partner or current spouse (employed, unemployed, etc)?

130. What is your partner's or current spouse's occupation (or what was it, if retired or unemployed?)

    a. By whom is s/he employed?

    b. How long has s/he worked there?

    c. Please describe the nature of his/her job

    d. Please list the main jobs s/he has had as an adult.

131. What is the last level of education completed by your partner or current spouse?

132. Please name the degree, if any, your partner or current spouse has and the schools or colleges s/he attended, and major areas of study.

133.   There are two different kinds or categories of damages which you may award if you, in fact, award any damages in this case. The first is what is known as economic damages. These are defined as compensation for actual financial losses incurred by the plaintiff, including the cost of reasonable and necessary medical care and rehabilitative services. Economic damages are sometimes referred to as the tangible items related to personal injuries which can be calculated or added up.

The second type of damages is what is termed non-economic damages, sometimes referred to as the intangible items of damage. These include all other losses suffered by the plaintiff including physical pain and suffering, permanent disabilities and the loss or reduction in the enjoyment of life's activities.

Do you have any philosophical or other concern in awarding noneconomic damages if you find that Plaintiff has proved his case and is entitled to compensatory damages.

134.   If you find the issues in favor of the plaintiff, and if the conduct of one or more of the defendants is shown to be in reckless or callous disregard of, or indifference to, the rights or safety of others, then you may assess punitive or exemplary damages in addition to any award of actual damages.

The function of punitive damages is to punish defendants for malicious conduct and to deter similar conduct by others. Whether you decide to award any punitive damages should be based on whether you find that the defendants acted willfully, deliberately, maliciously, or with reckless disregard of the plaintiff's constitutional rights. If you find that the defendants have done one of those things, then you may award punitive damages. Do you have any philosophical or other concerns in awarding punitive damages if you find that Plaintiff has proven his claim for punitive damages.