UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO: 3:00 CV 1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA and | : | |
| ETHAN MABLE | : | AUGUST 2, 2004 |

**DEFENDANTS' PROPOSED VOIR DIRE**
**QUESTIONS FOR THE JURY**

The defendants, LEONARD LABONIA and ETHAN MABLE, respectfully request that the following questions be asked of prospective jurors:

1. The plaintiff in this case is John Aczel of Danbury, Connecticut. To the best of your knowledge, are you or any member of your family acquainted with the plaintiff in any way?

2. The defendants in this case are Leonard Labonia and Ethan Mable. To the best of your knowledge, are you or any member of your family acquainted with him?

3. The following individuals may be witnesses in this case:
    (a) the plaintiff's mother, Magdolana Aczel.
    (b) the plaintiff's wife, Maria Aczel
    (c) Frank Betera of Danbury, CT
    (d) Jeffery Grant of Danbury, CT
    (e) Veronica DeRosa Stefano of Danbury, CT
    (f) Gretchen Olsen of Danbury, CT
    (g) David Owen of Danbury, CT

# Exhibit B

   (h) David Fesh of Danbury, CT

   (i) Officer Joseph Riolo

   (j) Officer Karl Murphy

   (k) EMT John Reed

   (l) Sgt. Brian Merrick

 To the best of your knowledge, are you or any member of your family acquainted with these individuals?

 4. To the best of your knowledge, have you, a member of your family or a close friend ever had an unpleasant experience with a police officer?

 5. Do any of you have an unfavorable opinion about police officers in general?

 6. Have you, a member of your family, or a close friend ever been arrested? Have you ever been the subject of a dispute which resulted in the police being called to the scene?

 7. Do you have an opinion favorable or unfavorable about the Danbury Police Department?

 8. Have you ever been a party to a lawsuit?

 9. Have you or a member of your family ever been employed as a police officer?

- 3 -

10. Have you or a member of your family ever sued a police officer, the City of Danbury, any municipality, the State of Connecticut or any State for any reason?

11. Have you or a member of your family ever been sued by the City of Danbury, a municipality, the State of Connecticut or another governmental agency for any reason?

12. If you are selected to sit on this jury, the Court will instruct you on the law which you must apply to the facts of this case as you find them to be. One of the Court's instructions will inform you that the burden of proof for all material facts rests with the plaintiff. Do you understand that it is the plaintiff's responsibility to prove every fact essential to his case?