**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOHN ACZEL                                              : NO: 3:00 CV 1802 (AWT)

V.                                                      :

LEONARD LABONIA, ETHAN MABLE                            :
AND CITY OF DANBURY                                     : JULY 30, 2004


**PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM**


1.   (a).   Did defendant Leonard Labonia have probable cause to arrest Plaintiff, John Aczel, when he placed him in the police cruiser the first time? Answer by placing a check mark in the blank that states your finding.

        _____YES

_____NO

If you answer NO, skip to Question 2. If you answer YES, answer part (b).

(b).   What amount, if any, do you award to John Aczel as compensatory damages for the arrest of John Aczel without probable cause (including any emotional distress suffered during this period) by Leonard Labonia ? In answering this question, do not consider emotional distress, if any, for which you allow damages in answering Question 15. Answer in dollars or none.

We award compensatory damages against Defendant, Leonard Labonia, individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

        Answer in dollars or none. $_____


(2).   (a)   Did defendant Leonard Labonia have probable cause to arrest Plaintiff, John Aczel when he placed him in the police cruiser the second time? Answer by placing check mark in the blank that states your finding.

## Exhibit E

\_\_\_\_\_YES
\_\_\_\_\_NO

If you answer NO, skip to Question 3. If you answer YES, answer parts (b).

( b ).     What amount, if any, do you award to John Aczel as compensatory damages for the arrest without probable cause of John Aczel (including any emotional distress suffered during this period) by Leonard Labonia when Plaintiff was placed in the police cruiser the second time? In answering this question, do not consider emotional distress, if any, for which you allow damages in answering Question 15.  Answer in dollars or none.

We award compensatory damages against Defendant, Leonard Labonia, individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

     Answer in dollars or none. $_____

3.     (a)     Did defendant Ethan Mable,  acting separately and/or jointly with defendant Leonard Labonia, arrest Plaintiff, John Aczel, without probable cause, when Plaintiff was placed in the police cruiser the second time? Answer by placing a check mark in the blank that states your finding.

_____YES
_____NO

If you answer NO, skip to Question 4.  If you answer YES, answer part (b).

    (b).     What amount, if any, do you award to John Aczel as compensatory damages for the arrest without probable cause of Plaintiff, John Aczel (including any emotional distress suffered during this period) by Defendant, Ethan Mable? In answering this question, do not consider emotional distress, if any, for which you allow damages in answering Questions 16.  Answer in dollars or none.

We award compensatory damages against Defendant, Ethan Mable,  individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

      Answer in dollars or none. $_____

4.    (a).    Did defendant Leonard Labonia use excessive force on Plaintiff, John Aczel in violation of the Plaintiff's Fourth Amendment rights? Answer by placing a check mark in the blank that states your finding.

    _____YES
_____NO

If you answer NO, skip to Question 5. If you answer YES, answer part (b).

(b).    What amount, if any, do you award to John Aczel as compensatory damages for the use of excessive force on Plaintiff (including any emotional distress suffered during this period) by Leonard Labonia ? In answering this question, do not consider emotional distress, if any, for which you allow damages in answering Question 15. Answer in dollars or none.

We award compensatory damages against Defendant, Leonard Labonia, individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

      Answer in dollars or none. $_____

5.    (a.)    Did defendant Ethan Mable, act separately and/or jointly with defendant Leonard Labonia in using excessive force on Plaintiff, John Aczel in violation of Plaintiff's Fourth Amendment rights? Answer by placing a check mark in the blank that states your finding.

    _____YES
_____NO

If you answer NO, skip to Question 6. If you answer YES, answer part (b).

    (b).    What amount, if any, do you award to John Aczel as compensatory damages for the use of excessive force on Plaintiff (including any emotional distress suffered during this period) by Defendant, Ethan Mable? In answering this question, do not consider emotional distress, if any, for which you allow damages in answering Question 16. Answer in dollars or none.

We award compensatory damages against Defendant, Ethan Mable, individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

    Answer in dollars or none. $_____

6.    (a).    Did defendant Leonard Labonia and or Ethan Mable, and/or other police officers, acting separately or jointly injure Plaintiff John Aczel?

If you answer NO, skip to Question 8. If you answer YES, answer part (b).

(b)    Did Defendant, Leonard Labonia, fail to provide medical treatment to Plaintiff, John Aczel in violation of Plaintiff's Fourth and Fourteenth Amendment rights? Answer by placing a check mark in the blank that states your finding.

    _____YES
_____NO

If you answer NO, skip to Question 7. If you answer YES, answer part (c).

(c).    What amount, if any, do you award to John Aczel as compensatory damages for the failure of Leonard Labonia to provide medical treatment to persons injured by the police (including any emotional distress suffered during this period)? In answering this question, do not consider emotional distress, if any, for which you allow damages in answering Question 15. Answer in dollars or none.

We award compensatory damages against Defendant, Leonard Labonia, individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

    Answer in dollars or none. $_____

(7).    (a)    Did defendant Ethan Mable, fail to provide medical treatment to Plaintiff, John Aczel in violation of Plaintiff's Fourth and Fourteenth Amendment rights? Answer by placing a check mark in the blank that states your finding.

    _____YES
_____NO

If you answer NO, skip to Question 8. If you answer YES, answer part (b).

(b).     What amount, if any, do you award to John Aczel as compensatory damages for the failure of Ethan Mable to provide medical treatment to persons injured by the police (including any emotional distress suffered during this period)? In answering this question, do not consider emotional distress, if any, for which you allow damages in answering Question 16.  Answer in dollars or none.

We award compensatory damages against Defendant, Ethan Mable, individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

   Answer in dollars or none. $_____

8.     (a)     Did Defendant, Ethan Mable, have a realistic opportunity, to prevent the use of excessive force on Plaintiff, John Aczel? Answer by placing a check mark in the blank that states your finding.

_____YES
_____NO

If you answer No, skip to Question 9. If you answer Yes, answer part (b)

(b)     Did Defendant, Ethan Mable, fail to prevent the use of excessive force on Plaintiff, John Aczel in violation of Plaintiff's Fourth and Fourteenth Amendment rights? Answer by placing a check mark in the blank that states your finding.

_____YES
_____NO

If you answer No, skip to Question 9. If you answer Yes, answer part (c)

(c).     What amount, if any, do you award to John Aczel as compensatory damages against Ethan Mable, who had a realistic opportunity and who failed to prevent the use of excessive force on Plaintiff, John Aczel (including any emotional distress suffered during this period)? In answering this question, do not consider emotional distress, if any, for which you allow damages in answering Question 16.  Answer in dollars or none.

We award compensatory damages against Defendant, Ethan Mable, individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

   Answer in dollars or none. $_____

9. (a). Did Defendant, Leonard Labonia commit the state law tort of an assault and battery upon Plaintiff, John Aczel? Answer by placing a check mark in the blank that states your finding.

   _____YES
 _____NO

If you answer NO, skip to Question 10. If you answer YES, answer parts (b).

(b). What amount, if any, do you award to John Aczel as compensatory damages for the assault and battery?  Answer in dollars or none:

We award compensatory damages against Defendant, Leonard Labonia, individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

   Answer in dollars or none. $_____

10. (a) Did defendant Ethan Mable act, separately and/or jointly with Defendant Leonard Labonia in committing the state law tort of an assault and battery on Plaintiff, John Aczel? Answer by placing a check mark in the blank that states your finding.

 _____YES
  _____ NO

If you answer NO, skip to Question 11. If you answer YES, answer parts (b).

 (b). What amount, if any, do you award to John Aczel as compensatory damages for the assault and battery?  Answer in dollars or none:

We award compensatory damages against Defendant, Ethan Mable, individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

   Answer in dollars or none. $_____

11. (a). Did Defendant, Leonard Labonia commit the state law tort of False Imprisonment upon Plaintiff, John Aczel? Answer by placing a check mark in the blank that states your finding.

   _____YES
 _____NO

If you answer NO, skip to Question 12 . If you answer YES, answer parts (b).

(b). What amount, if any, do you award to John Aczel as compensatory damages for the False Imprisonment?  Answer in dollars or none:

We award compensatory damages against Defendant, Leonard Labonia,  individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

   Answer in dollars or none. $_____

12. (a). Did defendant Ethan Mable act separately and/or jointly with Defendant Leonard Labonia in committing the state law tort of False Imprisonment on Plaintiff, John Aczel? Answer by placing a check mark in the blank that states your finding.

   _____YES
 _____NO

If you answer NO, skip to Question 13. If you answer YES, answer part (b).

 (b). What amount, if any, do you award to John Aczel as compensatory damages for the False Imprisonment?  Answer in dollars or none:

We award compensatory damages against Defendant, Ethan Mable,  individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

   Answer in dollars or none. $_____

13. (a). Did Defendant, Leonard Labonia commit the state law tort of abuse of process upon Plaintiff, John Aczel? Answer by placing a check mark in the blank that states your finding.

   _____YES
 _____NO

If you answer NO, skip to Question 14. If you answer YES, answer part (b).

(b). What amount, if any, do you award to John Aczel as compensatory damages for the abuse of process? Answer in dollars or none:

We award compensatory damages against Defendant, Leonard Labonia, individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

   Answer in dollars or none. $_____

14. (a). Did defendant Ethan Mable act separately and/or jointly with Defendant Leonard Labonia in committing the state law tort of abuse of process on Plaintiff, John Aczel? Answer by placing a check mark in the blank that states your finding.

   _____YES
 _____NO

If you answer NO, skip to Question 15. If you answer YES, answer part (b).

  (b). What amount, if any, do you award to John Aczel as compensatory damages for the abuse of process? Answer in dollars or none:

We award compensatory damages against Defendant, Ethan Mable, individually and separately as follows:

Economic Damages:$_____

Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

  Answer in dollars or none. $_____

15. (a). Did Defendant, Leonard Labonia commit the state law tort of Intentional Infliction of Emotional Distress upon Plaintiff, John Aczel? Answer by placing a check mark in the blank that states your finding.

_____YES
_____NO

If you answer NO, skip to Question 16. If you answer YES, answer part (b).

  (b). What amount, if any, do you award to John Aczel as compensatory damages for the Intentional Infliction of Emotional Distress? Answer in dollars or none:

We award compensatory damages against Defendant, Leonard Labonia, individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

  Answer in dollars or none. $_____

16. (a) Did defendant Ethan Mable act separately and/or jointly with Defendant Leonard Labonia in committing the state law tort of Intentional Infliction of Emotional Distress on Plaintiff, John Aczel? Answer by placing a check mark in the blank that states your finding.

_____YES
_____NO

If you answer NO, skip to Question 17. If you answer YES, answer part (b).

  (b). What amount, if any, do you award to John Aczel as compensatory damages for the Intentional Infliction of Emotional Distress? Answer in dollars or none:

We award compensatory damages against Defendant, Ethan Mable, individually and separately as follows:

Economic Damages:$_____
Non-economic Damages $_____

What, if any, prejudgment interest do you award to Plaintiff, John Aczel, on the amount(s), that you find in answering this question?

     Answer in dollars or none. $_____

17.   (a).   Do you award John Aczel punitive damages? Answer by placing a check mark in the blank that states your finding.

_____ YES
_____ NO

If you answer NO, skip part (b) and (c). If you answer YES, answer part (b) and (c)

(b)   We award Plaintiff, John Aczel punitive damages against defendant Leonard Labonia in the amount of $

    (c)   We award Plaintiff, John Aczel punitive damages against defendant Ethan Mable in the amount of $

Date_____                           _____
Foreperson