UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | : NO: 3:00 CV 1802 (AWT) |
| v. | : |
| LEONARD LABONIA and ETHAN MABLE | : AUGUST 2, 2004 |

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**

I.  **LIABILITY - (DEFENDANT)**

   A. **Civil Rights – Excessive Force:**

   1.   Do you find that the plaintiff has proven by a preponderance of the evidence that the defendant used force against him in violation of his federal constitutional rights under the Fourth Amendment?

   [ ] YES          [ ] NO

   2.   If you answered "yes" to interrogatory no. A-1, then do you find that the unlawful conduct on the part of the defendant was the proximate cause of injury to the plaintiff?

   [ ] YES          [ ] NO

   (If you answered "no" to interrogatory no. A-2, skip to the next section).

   3.   If you answered "yes" to both interrogatories A-1 and A-2 above, do you find that, even though the defendant's use of force was excessive, the use of force was objectively reasonable under the circumstances and nonetheless entitled to qualified immunity for his actions?

   [ ] YES          [ ] NO

# Exhibit F

(If you answered "yes" to both interrogatories no. A-1 and A-2, but "no" to interrogatory A-3, you may go on to consider damages against this defendant in Part II below. Otherwise, your deliberations are complete as to this defendant and this claim, and you may move on to Section I.B below).

    **B.**    **Common law: False Imprisonment:**

    1.    Do you find that the plaintiff has proven by a preponderance of the evidence that the defendant falsely imprisoned him without probable cause in violation of Connecticut common law?

    [ ] YES    [ ] NO

    2.    If you answered "yes" to interrogatory no. B-1, then do you find that the unlawful conduct on the part of the defendant was the proximate cause of injury to this plaintiff?

    [ ] YES    [ ] NO

(If you answered "no" to interrogatory no. B-2, skip to the next section).

(If you answered "yes" to both interrogatories no. B-1 and B-2, you may go on to consider damages against this defendant in Part II below. Otherwise, your deliberations are complete as to this defendant and this claim, and you may move on to Section I.C below).

    **C.**    **Common Law - Abuse of Process:**

    1.    Do you find that the plaintiff has proven by a preponderance of the evidence that the defendant subjected him to abuse of process in violation of Connecticut common law?

    [ ] YES    [ ] NO

    2.    If you answered "yes" to interrogatory no. C-1, then do you find that the unlawful conduct on the part of the defendant was the proximate cause of injury to this plaintiff?

    [ ] YES    [ ] NO

(If you answered "no" to interrogatory no. C-2, skip to the next section).

(If you answered "yes" to both interrogatories no. C-1 and C-2, you may go on to consider damages against this defendant in Part II below.  Otherwise, your deliberations are complete as to this defendant and this claim, and you may move on to Section I.E below).

    **D.**    **Common Law - Intentional Infliction of Emotional Distress:**

    1.    Do you find that the plaintiff has proven by a preponderance of the evidence that the defendant intentionally inflicted severe emotional distress upon him in violation of Connecticut common law?

    [ ] YES    [ ] NO

    2.    If you answered "yes" to interrogatory no. D-1, then do you find that the unlawful conduct on the part of the defendant was the proximate cause of injury to this plaintiff?

    [ ] YES    [ ] NO

(If you answered "no" to interrogatory no. D-2, skip to the next section).

(If you answered "yes" to both interrogatories no. D-1 and D-2, you may go on to consider damages against this defendant in Part I.E. below.  Otherwise, your deliberations are complete as to this defendant and this claim).

    **E.**    **Common Law – Assault and Battery:**

1.   Do you find that the plaintiff has proven by a preponderance of the evidence that the defendant assaulted and battered him in violation of Connecticut common law?

[ ]  YES          [ ]  NO

2.  If you answered "yes" to interrogatory no. E-1, then do you find that the unlawful conduct on the part of the defendant was the proximate cause of injury to this plaintiff?

[ ]  YES          [ ]  NO

(If you answered "no" to interrogatory no. E-2, skip to the next section).

3.   If you answered "yes" to both interrogatories E-1 and E-2 above, do you find that, even though the defendants assaulted and battered the plaintiff, the use of force was justified under the circumstances?

[ ]  YES          [ ]  NO

(If you answered "yes" to both interrogatories no. A-1 and A-2, but "no" to interrogatory A-3, you may go on to consider damages against this defendant in Part II below.  Otherwise, your deliberations are complete as to this defendant and this claim, and you may move on to Section II. below).


**II. <u>DAMAGES</u>**

If you have found one or more of the defendants liable to this plaintiff, you may, therefore, award damages against him.

1.   Do you find that the plaintiff has proved actual damages suffered as the result of the defendants' wrongdoing?

- 4 -

- 5 -

[ ] YES         [ ] NO

2. If you answered "yes" to interrogatory no. A-1, what amount of money in actual damages is fair and just to compensate this plaintiff for the injuries inflicted upon him by the defendants?

$ _____

3. If you answered "no" to interrogatory no. A-1, you have found that the plaintiff has proved that one or more of the defendants, violated her constitutional rights, but that he failed to prove actual damages. You must, therefore award nominal damages in an amount not to exceed $10.00. Enter that amount below.

$ _____

Your deliberations are complete. Please sign and date this form.

_____     _____
Foreperson                                                    Date

- 5 -