**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
JOHN ACZEL,                   :
                             :
          Plaintiff,          :
v.                            :     Civ No. 3:00CV1802(AWT)
                             :
LEONARD LABONIA, ETHAN       :
MOBILE, and CITY OF DANBURY, :
                             :
          Defendants.         :
------------------------------x
```

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

_____    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____    A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____    A ruling on the following motion, which is currently pending:(orefm.)
• Doc.# __    _____

__X__    A settlement conference (orefmisc./cnf)

_____    A conference to discuss the following:  (orefmisc./cnf)
_____

__X__    Other:  (orefmisc./misc) <u>If the case does not settle, then have conference to set a schedule for motions in limine.</u>

SO ORDERED this <u>12th</u> day of August, 2004, at Hartford, Connecticut.

_____
                              _____
                                    /s/
                              _____
                              Alvin W. Thompson
                              United States District Judge