UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE:  CASE NO.: 3:00CV 1802(AWT)
JOHN ACZEL

V.
LEONARD LABONIA,
ETHAN MABLE, AND
CITY OF DANBURY  JANUARY 4, 2004

### NOTICE OF COMPLIANCE

The Plaintiff in the above captioned matter has hereby complied with the orders of The

Honorable Donna F. Martinez, ordering that the parties exchange copies of exhibits listed in their

Joint Trial Memorandum dated by January 10, 2005.

           Respectfully Submitted,
           THE PLAINTIFF
              I     ACZEL

           _____
           Tiziana M. Scaccia. Jr., Esq.
           Fed. Bar No. CT-08713
           Goldstein and Peck, P.C.
           1087 Broad Street
           Bridgeport, Connecticut 06604
           (203) 334-9421
           scacciat@goldsteinandpeck.com

**ORDER**

The foregoing motion having been heard by the Court is hereby

ORDERED:

      GRANTED/ DENIED

_____
Judge / Clerk / Assistant Cleric

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent, postage prepaid, on this 5°i day of

January 2005.

Thomas Gerarde, Esq.
John J. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

_____
Tiziana M. Scaccia, Esq.
Goldstein and Peck, P.C.