UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE:                                                          CASE NO.: 3:00CV1802(AWT)
JOHN ACZEL

V.
LEONARD LABONIA,
ETHAN MABLE, AND
CITY OF DANBURY                                                 JANUARY 26, 2004

### MOTION FOR ENLARGEMENT OF TIME RE: MOTIONS IN LIMINE

The Plaintiff and the Defendant in the above captioned matter jointly request that they be allowed additional time to comply with the Court's deadline to file Motions in Limine as follows:

1. The Court, the Honorable Donna F. Martinez, issued an Order on December 15, 2004, requiring the parties in the above captioned matter to file Motions in Limine by January 31, 2005.

2. Due to the nature and complexity of the research involved in filing the numerous Motions in Limine required to be filed in the above matter, and also due to the fact that both counsels for plaintiff and defendant have been "under the weather", and also due to conflicting other jury trial demands placed on counsel, the parties need additional time to complete the research necessary to file the Motions in Limine in the above captioned matter.

3. The parties jointly seek that the Court extend the time to file the Motions in Limine in the above matter from January 31, 2005 to February 14, 2005. This is the parties first request ['or an extension of time regarding the filing the Motions in Limine. The parties are merely seeking a two week extension of time.

4. Attorney John J. Radshaw, III, via telephone conversation with plaintiffs counsel, Tiziana M. Scaccia, on January 26, 2005, consented to this request for an Enlargement of Time to file the Motions in Limine by February 14, 2005 and has requested plaintiffs counsel to file the motion on behalf of both the plaintiff and the defendant in the above matter.

       Respectfully Submitted,
       THE PLAINTIFF
       ACZEL

       Tizlal I. M. Scaccia, Jr., Esq.
       Fed. Bar No. CT-08713
       Goldstein and Peck, P.C.
       1087 Broad Street
       Bridgeport, Connecticut 06604
       (203) 334-9421
       scacciat(lgoldsteinandpeck.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, postage prepaid, on this 26th clay of

January 2005.

John l. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1 90

                                                                                                                  _____
Tiz ana M. Scaccia, Esq.
Goldstein and Peck, P.C.