UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| v. | : | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : | JANUARY 31, 2005 |

FILED 2005 FEB -2 P 1:02 DISTRICT COURT

### DEFENDANTS' MOTION IN LIMINE RE: GOLDSTEIN AND PECK RETAINER AGREEMENT, AFFIDAVIT AND BILL OF COSTS

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing his exhibits, referenced Exhibit 62 Retainer Agreement and Invoice of Goldstein and Peck, P.C.; Exhibit 63 Bill of Costs and Order re: Bill of Costs; and, Exhibit 65 Affidavit of Goldstein and Peck, P.C. re: Attorney Fees and Costs, in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, the Plaintiff should be precluded from offering evidence of Attorneys Fees and Costs because it is prohibited by the Federal Rules of Evidence.

ORAL ARGUMENT IS REQUESTED

WHEREFORE, the Defendants request that an order be entered precluding the Plaintiff from offering into evidence the above referenced exhibits.

DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE

By_____
John J. Radshaw, III
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)
ct19882

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 31st day of January, 2005

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

_____
John J. Radshaw, III