UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | JANUARY 31, 2005 |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE RE: GOLDSTEIN AND PECK RETAINER AGREEMENT, AFFIDAVIT AND BILL OF COSTS**

**I.     BACKGROUND**

This is a civil rights case brought by the Plaintiff under 42 U.S.C. § 1983 alleging that he was subject to excessive force on August 10, 1999, in the City of Danbury. The Plaintiff claims he was subjected to excessive force by police officers. The Defendants claim that they were dispatched to Highland Avenue to investigate a complaint of a dispute. In the course of their investigation, they determined that the Plaintiff was a suspect and briefly detained him in order to complete the investigation. During the brief detention, the Plaintiff, who the officers suspected was intoxicated, refused to comply with the lawful instructions of the officers, became violent, assaulted a police officer and refused to submit to being handcuffed. The officers were forced to

use a reasonable degree of force to ensure the Plaintiff's compliance. The Plaintiff suffered physical injuries when he fought with, and was arrested by, the Defendants.

The Plaintiff also joins pendent state law causes of action for Assault and Battery, False Imprisonment, Abuse of Process, and Intentional Infliction of Emotional Distress.

The Defendant officers deny liability, and assert that all of their actions were reasonable and justified under the circumstances.

## II.     LAW AND ARGUMENT

"In any action or proceeding to enforce a provision of sections 1981, 1981a, 1982, 1983, 1985, and 1986 of this title . . . the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs."  42 U.S.C.A. § 1988.

"[It] is clear error to instruct a jury as to the potential for attorneys' fees" in a § 1983  action.  Fisher v. City of Memphis, 234 F.3d 312, 319 (6th Cir. 2000) (citing Brooks v. Cook,938 F.2d 1048, 1051-52 (9th Cir.1991) (reversing for abuse of discretion a district judge's decision to instruct a jury on § 1988 attorneys' fees)). "In addition, it is clearly prejudicial to instruct a jury as to the potential for attorneys' fees when it is deciding the merits of the underlying § 1983 action."  Fisher v. City of Memphis, 234 F.3d at 319.

It is clear that the Court, and not the jury, is to determine attorneys' fees in a successful § 1983 action.  As such, any mention of attorneys' fees, including a bill or retainer agreement is irrelevant to any issue the <u>jury</u> must determine.  Furthermore, even if relevant, the Defendants would be unfairly prejudiced by the mention of attorneys' fees because the jury may incorrectly include them as part of damages.  As such, this exhibit must be excluded.

The Plaintiff also seeks to submit proof of other costs to the jury.  This is not an issue for the jury to determine, but one for the court.  As such the Plaintiff should be precluded from submitting the above referenced exhibits because they are irrelevant to any issue the jury must determine.

**III.** **CONCLUSION**

Based on the foregoing, the Defendants respectfully request that this Court grant the Defendants' Motion in Limine, and preclude the Plaintiff from introducing the above referenced exhibits and prohibit the Plaintiff from making any reference to attorneys' fees and costs.

          DEFENDANTS,
          LEONARD LABONIA and ETHAN MABLE


By/s/John J. Radshaw, III
  John J. Radshaw, III
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (fax)
  ct19882

## **CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 31st day of January, 2005

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

              /s/John J. Radshaw, III
              John J. Radshaw, III