# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

IN RE:                                   :    CASE NO.: 3:00CV1802(AWT)
JOHN ACZEL                               :
                                         :
V.                                       :
LEONARD LABONIA,                         :
ETHAN MABLE, AND                         :
CITY OF DANBURY                          :    JANUARY 26, 2004

## MOTION FOR ENLARGEMENT OF TIME RE: MOTIONS IN LIMINE

The Plaintiff and the Defendant in the above captioned matter jointly request that they be allowed additional time to comply with the Court's deadline to file Motions in Limine as follows:

1. The Court, the Honorable Donna F. Martinez, issued an Order on December 15, 2004, requiring the parties in the above captioned matter to file Motions in Limine by January 31, 2005.

2. Due to the nature and complexity of the research involved in filing the numerous Motions in Limine required to be filed in the above matter, and also due to the fact that both counsels for plaintiff and defendant have been "under the weather", and also due to conflicting other jury trial demands placed on counsel, the parties need additional time to complete the research necessary to file the Motions in Limine in the above captioned matter.

**Extension GRANTED, to and including February 14, 2005. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT    2/1/05

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS No. 23640