UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL
    Plaintiff                            : CIVIL NO. 300 CV 1802 AWT

    V.

LEONARD LABONIA
ETHAN MABLE
 and CITY OF DANBURY
    Defendants                     : FEBRUARY 14, 2005

**PLAINTIFF'S MOTION IN LIMINE RE: LAY WITNESS TESTIMONY OF MATT C. AND JOHN REED AT EMS, DANBURY EMERGENCY ROOM DEPARTMENT**

      The Plaintiff in the above matter respectfully moves this Court to preclude the Defendants from introducing the testimony of lay witnesses Matt C. and John Reed, at EMS, Danbury Emergency Room Department, as disclosed in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004.   As is more specifically set forth in the attached memorandum of law, the testimony of these two witnesses should be precluded because their testimony is prohibited by the Federal Rules of Evidence.

      WHEREFORE, the Plaintiff requests that an order be entered precluding the Defendants from offering the testimony of John Reed and Matt C, at EMS, Danbury Emergency Room Department.

> PLAINTIFF,
> JOHN ACZEL
>
> BY _____
> Tiziana M. Scaccia
> Goldstein and Peck, P.C.
> 1087 Broad Street, P.O. Box 1538
> Bridgeport, CT 06601-1538
> (203) 334-9421
> (203) 334-6949 (fax)
> Ct08713

### **CERTIFICATION**

    This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 14° day of February, 2005.

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

_____
Tiziana M. Scaccia