UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL
    Plaintiff                               : CIVIL NO. 300 CV 1802 AWT

    V.

LEONARD LABONIA
ETHAN MABLE
 and CITY OF DANBURY
    Defendants                         : FEBRUARY 14, 2005

### PLAINTIFF'S MOTION IN LIMINE RE: ALLEGATION THAT PLAINTIFF WAS INTOXICATED AND ALLEGATION OF A COMPLAINT OF SEXUAL ASSAULT AND ALLEGATION THAT GRETCHEN OLSEN WAS A CO-COMPLAINANT

The Plaintiff in the above matter respectfully moves this Court to preclude the Defendants from introducing into evidence the allegation that Plaintiff was intoxicated and the baseless accusation of sexual assault. Plaintiff also moves this Court to preclude the Defendants from referring to Getchen Olsen as a co-complainant as indicated by Defendants in Plaintiff and Defendants Joint Trail Memorandum dated July 30, 2004.   As more specifically set forth in the attached memorandum of law, these allegations should be precluded because they are prohibited by the Federal Rules of Evidence.

WHEREFORE, the Plaintiff requests that an order be entered precluding the Defendants from offering into evidence any reference to the allegation that Plaintiff was intoxicated and any reference to the baseless accusation of sexual assault and any evidence to the allegation that Gretchen Olson was a co-complainant.

        PLAINTIFF,
        JOHN ACZEL

BY_____
    Tizian' M. Scaccia
    Goldstein and Peck, P.C.
    1087 Broad Street, P.O. Box 1538
    Bridgeport, CT 06601-1538
    (203) 334-9421
    (203) 334-6949 (fax)
    Ct08713

**CERTIFICATION**

    This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 14th day of February, 2005.

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

_____
Tiziana M. Scaccia

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1057 BROAD STREET • P.O. Box 1538 • BRIDGEPORT. CT 06601-1538 • TEL. (203) 334-9421 • Fna (203) 334-6949 • Jun1s No. 23640