UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL
   Plaintiff                                : CIVIL NO. 300 CV 1802 AWT

V.

LEONARD LABONIA
ETHAN MABLE
 and CITY OF DANBURY
   Defendants                        : FEBRUARY 14, 2005

**PLAINTIFF'S MOTION IN LIMINE RE: MAP/DIAGRAM OF LOCATION OF INCIDENT AND THE LETTER DATED APRIL 25, 2001 FROM ROBERT B. COX TO MS. SHERRI ADAMS, CIRMA (COVER LETTER INTERPRETING AND COMMENTING ON DATA ON THE CERTIFIED WEATHER REPORT)**

    The Plaintiff in the above matter respectfully moves this Court to preclude the Defendants from introducing their Exhibit 6, Map/Diagram of Location of Incident and part of Exhibit 4, specifically, the Letter dated April 25, 2001 from Robert B. Cox to Ms. Sherri Adams, CIRMA(Cover letter interpreting and commenting on data on the Certified Weather Report) , in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, such exhibits should be precluded because the Map/Diagram proposed to be introduced as an exhibit has not ever been produced to Plaintiff and also this exhibit is prohibited by the Federal Rules of Evidence.   Moreover, the letter dated April 25, 2001 from Robert B. Cox to Ms. Sherri Adams, CIRMA, is prohibited by

the Federal Rules of Evidence.

WHEREFORE, the Plaintiff requests that an order be entered precluding the Defendants from offering into evidence the Map/Diagram of the location of the incident and the letter letter dated April 25, 2001 from Robert B. Cox to Ms. Sherri Adams, CIRMA.

        PLAINTIFF,
        JOHN ACZEL

        BY
          Tiziana M. Scaccia
          Goldstein and Peck, P.C.
          1087 Broad Street, P.O. Box 1538
          Bridgeport, CT 06601-1538
          (203) 334-9421
          (203) 334-6949 (fax)
          Ct08713

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 14th day of February, 2005.

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

_____
Tiziana M. Scaccia