UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL
     Plaintiff                          : CIVIL NO. 300 CV 1802 AWT

     V.

LEONARD LABONIA
ETHAN MABLE
 and CITY OF DANBURY
     Defendants                    : FEBRUARY 14, 2005

**PLAINTIFF'S MOTION IN LIMINE RE: REFERENCES TO CONN. GEN. STAT. SECTIONS 53a-22 AND CONN. GEN. STAT. 53a-23**

     The Plaintiff in the above matter respectfully moves this Court to preclude the

Defendants introducing any reference to Conn. Gen. Stat. Sections 53a-22 and 53a-23 in this

case to justify their use of excessive force on Plaintiff. As is more specifically set forth in the

attached memorandum of law, Conn. Gen. Stat. Section 53a-22, dos not apply in this case to

justify Defendants use of physical force on Plaintiff.   The plain language of the statute renders it

inapplicable to provide Defendants with justification for their use of excessive force against

Plaintiff.  Also, Conn. Gen. Stat. Section 53a-23 similarly fails to act as justification for

Defendants' use of excessive against Plaintiff.   The clear language of Conn. Gen. Stat. Section

53a-23 does not prohibit an individual who is the victim of an attack (in contract to a legal or

illegal arrest) by a police officer to defend himself against impending serious injury and/or death.

Thus, these statutes do not apply to the facts and circumstances of the above case. Even if

relevant, the probative value of these statutes are substantially outweighed by the danger of

unfair prejudice, confusion of the issues, or misleading the jury.

WHEREFORE, the Plaintiff requests that an order be entered precluding the Defendants

from offering into evidence any provisions or reference to Conn. Gen. Stat. Sections 53a-22 and

Conn. Gen. Stat. 53a-23.

PLAINTIFF,
JOHN ACZEL

BY _____

    Tiziana M. Sea cia
    Goldstein and Peck, P.C.
    1087 Broad Street, P.O. Box 1538
    Bridgeport, CT 06601-1538
    (203) 334-9421
    (203) 334-6949 (fax)
    Ct08713

## **CERTIFICATION**

    This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 14 th day of February, 2005

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

_____

Tiziana M. Scaccia