UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL
    Plaintiff                              : CIVIL NO. 300 CV 1802 AWT

    V.

LEONARD LABONIA
ETHAN MABLE
 and CITY OF DANBURY
    Defendants                        : FEBRUARY 14, 2005

### PLAINTIFF'S MOTION IN LIMINE RE: RE: VARIOUS STATEMENTS OF DAVID FESH; VERONICA DEROSA; AND GRETCHEN OLSON INCLUDED IN THE POLICE REPORT

The Plaintiff in the above matter respectfully moves this Court to preclude the Defendants from introducing the exhibits attached to the police report, specifically, statements of David Fesh, Veronica DeRosa, and Gretchen Olson, designated as Exhibit 1 in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, such exhibits should be precluded because they are prohibited by the Federal Rules of Evidence.   If this court precludes Defendants form introducing these exhibits into evidence, Plaintiff will similarly not introduce these exhibits into evidence.

      WHEREFORE, the Plaintiff requests that an order be entered precluding the Defendants

from offering into evidence the written statements of those witnesses which are attached to the police report.

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. Box 1538 • BRIDGEPORT, CT 06601-1535 • TEL. (203) 334-9421 • Fnx (203) 334-6949 • JURIS No. 23640

          PLAINTIFF,
          JOHN ACZEL

BY _____
    Tiziana M. Scaccia
    Goldstein and Peck, P.C.
    1087 Broad Street, P.O. Box 1538
    Bridgeport, CT 06601-1538
    (203) 334-9421
    (203) 334-6949 (fax)
    Ct08713

### **CERTIFICATION**

    This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 14th day of February, 2005.

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

_____
Tiziana M. Scaccia