UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL
Plaintiff

V.

LEONARD LABONIA
ETHAN MABLE
and CITY OF DANBURY
Defendants

: CIVIL NO. 300 CV 1802 AWT

: FEBRUARY 14, 2005

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE RE: MAP/DIAGRAM OF LOCATION OF INCIDENT AND THE LETTER DATED APRIL 25, 2001 FROM ROBERT B. COX TO MS. SHERRI ADAMS, CIRMA (COVER LETTER INTERPRETING DATA ON THE CERTIFIED WEATHER REPORT)**

## I. Nature of Case:

This is a civil rights case brought by the plaintiff, John Aczel, under 42 U.S.C. Section 1983 and under 42 U.S.C. Section 1988 alleging that his Fourth and Fourteenth Amendment rights were violated. Plaintiff alleges that he was falsely arrested and subjected to excessive force on August 10, 1999 by Defendant, Leonard Labonia and Defendant, Ethan Mable, both of whom are police officers of the City of Danbury. Plaintiff alleges that he was subjected to excessive force by Defendant police officers when, without probable cause, the police officers placed him in the police cruiser and then subsequently repeatedly and violently struck his head, face, and

body, pepper sprayed him and placed him under arrest. Plaintiff claims that Defendant police officers had a realistic opportunity to prevent use of excessive force against him but did not do so, and that Defendant police officers denied him adequate medical care despite the obligation of police officers to provide medical treatment to persons injured by the police by falsely informing medical personnel at Danbury Hospital that he was intoxicated, although Defendant police officers did not seek to perform and did not perform any tests to confirm such claims.

Plaintiff also alleges that Defendant police officers violated the laws of the State of Connecticut. Plaintiff is suing Defendant police officers for violation of the state law tort of Assault and Battery. Plaintiff is also suing Defendant police officers for wrongfully and unlawfully confining him in an unventilated police car in hot weather (whereupon he began to have severe breathing difficulties) before assaulting him and later detaining him at the police station, all without reason, justification or authority in violation of the state law tort of False Imprisonment. Plaintiff is also suing Defendant police officers for using the criminal process against him in order to intimidate him from asserting his rights against them and in order to cover up their own wrongdoing and avoid civil and criminal liability for their own acts in violation of the state law tort of Abuse of Process. As part of the Abuse of Process claim, Plaintiff claims that Defendant police officers arrested him for committing the crime of interfering with a police officer and breach of peace to conceal and excuse their attack on him.

Plaintiff further claims that Defendant police officers further attempted to conceal their attack on him by preparing a false police report, (which they knew, and intended, would be forwarded to and relied upon by a prosecutor), and, by falsely informing medical personnel at Danbury Hospital that he was intoxicated, although Defendant police officers did not seek to perform and did not perform any tests to confirm such claims. Plaintiff is also suing Defendant police officers for violation of the state law tort of Intentional Infliction of Emotional Distress.

The Defendant police officers deny liability. With respect to most of the claims made by Plaintiff, Defendant police officers assert that all of their actions were objectively reasonable under the circumstances.

Plaintiff claims as part of his damages that he was incarcerated for four to five hours, was required to appear in Court as an accused criminal, and was required to spend money to hire an attorney to defend himself against the false charges. Additionally, Plaintiff claims that he suffered a loss of liberty, inconvenience and humiliation, great physical pain and disability, and extreme emotional distress, with associated economic loss. Plaintiff also claims to have suffered a traumatic brain injury, traumatic labyrinthitis, a fracture of the left wrist; traumatic headaches; TMJ injury; a fractured zygomatic arch requiring surgical repair, rib injuries, and a knee injury.

## II.    Law and Argument

"Hearsay is a statement, other than one made by the declarant while testifying at the trial

or hearing, offered in evidence to prove the truth of the matter asserted." Fed. R. Evid. 801. Hearsay is inadmissible except as provided by the Federal Rules of Evidence, rules prescribed by the Supreme Court pursuant to statutory authority or by Act of Congress". Fed. R. Evid. 802.

"Hearsay included within hearsay is not excluded under the hearsay rule if each part of the combined statement conforms with an exception to the hearsay rule provided in these rules." Fed. R. Evid. 805.

In this case, the Defendants seek to introduce a Map or Diagram of the Location of the incident, Exhibit 6 of the Joint Trial Memorandum, to prove the truth of the matters contained therein. As such, the map/diagram is inadmissible hearsay. Moreover, in this case, Judge Martinez ordered on December 15, 2004, that by no later than January 10, 2005, the parties shall exchange copies of the exhibits listed in the Joint Trial Memorandum. To date, this exhibit has never been disclosed in the regular course of discovery nor in compliance with the court's order regarding the exchange of trial exhibits, and thus a copy of this Exhibit has never been provided to Plaintiff. Plaintiff reserves the right to argue additional grounds for this Motion in Lime if Defendants attempt at this late stage of the proceedings to produce the Exhibit to Plaintiff.

In this case, Defendants also seek to introduce as part of Exhibit 4, a Letter dated April 25, 2001, from Robert B. Cox to Ms. Sherri Adams, CIRCA (cover letter interpreting data on the Certified Weather Report). This letter interprets and comments on data that is in the certified

reason that it has not been produced to Plaintiff and that it is inadmissible hearsay which can only be admitted if another hearsay exception exists for the map/diagram. No such exception exists. Therefore, any map or diagram purported to be introduced by Defendants into evidence is inadmissible.

The cover letter to the certified copy of the weather report included in Defendants' Exhibit 4 is attached hereto and marked Schedule A. This letter is inadmissible hearsay. Plaintiff does not dispute that various exceptions to the hearsay rule apply to admit the certified copy of the weather report itself. However, the cover letter to the weather report which interprets and comments on the data in the certified copy of the weather report is a hearsay statement. "[W]hen police reports contain witness statements, and the witness statements are offered to prove their truth, the statements themselves generally are inadmissible." Jacobs v. City of Port Neches, 7 F.Supp. 2d 829, 835 (E.D. Tex. 1998). See also, United States v. Dotson, 821 F.2d 1034, 1035,-36 (5th Cir. 1987) (holding that witness statements in police reports are inadmissible). Similarly, the cover letter attached to the certified copy of the weather report can only be admissible if another hearsay exception exists for the letter. See, Fed. R. Evid. 805. No such exception exists. Therefore, the letter which accompanies the certified copy of the weather report is inadmissible hearsay.

## III. CONCLUSION

Based on the foregoing, the Plaintiff respectfully requests that this Court grant the Plaintiff's Motion in Limine, and preclude the Defendants from introducing a Map/Diagram of the Location of the Incident and the letter dated April 25, 2001, from Robert B. Cox to Ms. Sherri Adams, CIRMA (cover letter interpreting data on the certified weather report), which letter is attached hereto and marked Schedule A.

PLAINTIFF,
JOHN ACZEL

BY______________________

Tiziana M. Scaccia
Goldstein and Peck, P.C.
1087 Broad Street, P.O. Box 1538
Bridgeport, CT 06601-1538
(203) 334-9421
(203) 334-6949 (fax)
ct08713

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 14th day of February, 2005

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

Tiziana M. Scaccia, Esq.
Goldstein and Peck, P.C.
1087 Broad Street, P.O. Box 1538
Bridgeport, CT 06601-1538
(203) 334-9421
(203) 334-6949
ct08713

SCHEDULE A

Cox Weather Services

*125 Frisbie Street*
*Middletown, CT 06457*
*Telephone/fax: (888) 248-9347*

Ms. Sherri Adams
CIRMA
P.O. Box 9558
New Haven, CT 06535

April 25, 2001

Re: Weather conditions 8/10/99 – Danbury, Connecticut

Dear Ms. Adams,

Please find enclosed a certified copy of the weather observations from Danbury, Connecticut for August 10, 1999,

The records indicate that no precipitation fell in Danbury on that date. The sky was clear through about 9:00 A.M. that day. Varying amounts of cloudiness were reported after that time.

The high temperature that afternoon was 77 degrees (25.0 degrees Celsius). The pre-dawn low temperature was about 47 degrees (8.3 degrees Celsius). This gives an average temperature of 62 degrees for the day. The temperature was 50 degrees at 4:53 A.M. It rose steadily, reaching 70 degrees at about 10:00 A.M. The temperature then remained between 70 and 77 degrees until 6:53 P.M., when it dropped to 69 degrees. It was about 65 degrees just before midnight.

At the time in question (approximately 5:00 P.M. on August 10, 1999) weather conditions in Danbury included a mostly cloudy sky (5/8-7/8 cloud cover), a temperature of 72 degrees (22.2 Celsius), a dewpoint of 48 degrees (8.9 degrees Celsius), relative humidity of 43%, wind from the south-southeast at 8 miles per hour (7 knots), and visibility of 10 miles.

The peak wind that day was a gust to 14 miles per hour from the southeast at 4:47 P.M. Wind was generally light that day, averaging sustained speeds of less than 10 miles per hour. The wind direction was mostly southwest during the pre-dawn hours, south to southeast during the late afternoon and night, and variable during the middle of the day. The wind was reported to be calm during a number of hours that day.

I attest that the above is a true and accurate account of the weather conditions in Danbury, Connecticut, within a reasonable degree of meteorological probability, on the day in question. If you have any questions or I can be of further assistance, please contact me.

Sincerely,

Robert B. Cox

Robert B. Cox,
Consulting Meteorologist,
Cox Weather Services

CIRMA
RECEIVED
APR 27 2001

DEFENDANT'S EXHIBIT
CASE NO. 3:00cv1802
EXHIBIT NO. 4

FORM CD-64
(REVISED)
PRESCRIBED BY
D.A.O. 201-17

U. S. DEPARTMENT OF COMMERCE

Asheville, N.C.

I CERTIFY that the attached are authentic and true copies of meteorological records on file in the NATIONAL CLIMATIC DATA CENTER, ASHEVILLE, NORTH CAROLINA.

Charles W. Thomason

for AUGUST L. SHUMBERA
RECORDS CUSTODIAN
DATA ADMINISTRATOR
(Official Title)

. . . . . . . . . . . . . . . . . . . .

I HEREBY CERTIFY that AUGUST L. SHUMBERA RECORDS CUSTODIAN, who signed the foregoing certificate, is now, and was at the time of signing, DATA ADMINISTRATOR, NATIONAL CLIMATIC DATA CENTER, and that full faith and credit should be given his certificate as such. I further state that I am the person to whom the said custodian reports.

IN WITNESS WHEREOF, I have hereunto subscribed my name and caused the seal of the Department of Commerce to be affixed APR 19 2001 on this date:

For the SECRETARY OF COMMERCE:

Vernell M. Woldu
for

THOMAS R. KARL
DIRECTOR
NATIONAL CLIMATIC DATA CENTER
(Certifying Officer)

# UNEDITED WEATHER OBSERVATIONS (METAR)

| LATITUDE | LONGITUDE | STATION ELEVATION FT. (MSL) | TIME CONVERSION TO UTC | DAY | MONTH | YEAR | SID | STATION (CITY, STATE) |
|---|---|---|---|---|---|---|---|---|
| 41°22' N | 73°29' W | 455 | +5 | 10 | 08 | 1999 | DXR | DANBURY, CT |

| TIME (LST) 16 | TOTAL SKY COVER (0–8) 17 | TEMP. DRY-BULB 18 | DEW POINT 19 | TEMP. WET BULB 20 | RELATIVE HUMIDITY (%) 21 | STATION PRESSURE (INS) 22 | PRESSURE TENDENCY 23 | NET 3-HR CHANGE 24 | HOURLY PRECIPITATION (INS) 25 | HR |
|---|---|---|---|---|---|---|---|---|---|---|
| 0053 | | 8.9 | 6.7 | 7.8 | 86 | 29.40 | 5 | 003 | 0.00 | 00–01 |
| 0153 | | 8.9 | 6.7 | 7.8 | 86 | 29.41 | | | 0.00 | 01–02 |
| 0253 | | 8.9 | 7.2 | 8.1 | 89 | 29.40 | | | 0.00 | 02–03 |
| 0353 | | 9.4 | 7.2 | 8.3 | 86 | 29.41 | 3 | 002 | 0.00 | 03–04 |
| 0453 | | 10.0 | 7.8 | 8.9 | 86 | 29.41 | | | 0.00 | 04–05 |
| 0553 | | 10.6 | 8.3 | 9.4 | 86 | 29.42 | | | 0.00 | 05–06 |
| 0653 | | 13.9 | 8.3 | 11.0 | 69 | 29.42 | 0 | 004 | 0.00 | 06–07 |
| 0753 | | 15.6 | 8.9 | 12.0 | 65 | 29.43 | | | 0.00 | 07–08 |
| 0853 | | 20.0 | 7.2 | 13.1 | 44 | 29.42 | | | 0.00 | 08–09 |
| 0953 | | 21.1 | 6.1 | 13.1 | 38 | 29.42 | 1 | 001 | 0.00 | 09–10 |
| 1053 | | 21.1 | 6.1 | 13.1 | 38 | 29.42 | | | 0.00 | 10–11 |
| 1153 | | 21.7 | 6.7 | 13.6 | 38 | 29.41 | | | 0.00 | 11–12 |
| 1253 | | 22.2 | 7.2 | 14.0 | 38 | 29.40 | 8 | 008 | 0.00 | 12–13 |
| 1353 | | 23.9 | 6.7 | 14.5 | 33 | 29.37 | | | 0.00 | 13–14 |
| 1453 | | 23.3 | 6.7 | 14.3 | 34 | 29.34 | | | 0.00 | 14–15 |
| 1553 | | 24.4 | 6.7 | 14.7 | 32 | 29.34 | 6 | 020 | 0.00 | 15–16 |
| 1653 | | 22.2 | 8.9 | 14.8 | 43 | 29.34 | | | 0.00 | 16–17 |
| 1753 | | 21.7 | 10.0 | 15.1 | 47 | 29.35 | | | 0.00 | 17–18 |
| 1853 | | 20.6 | 10.6 | 14.9 | 53 | 29.35 | 1 | 004 | 0.00 | 18–19 |
| 1953 | | 20.0 | 10.6 | 14.7 | 55 | 29.37 | | | 0.00 | 19–20 |
| 2053 | | 19.4 | 11.1 | 14.7 | 59 | 29.39 | | | 0.00 | 20–21 |
| 2153 | | 18.9 | 12.2 | 15.1 | 65 | 29.39 | 0 | 013 | 0.00 | 21–22 |
| 2253 | | 18.9 | 13.3 | 15.6 | 70 | 29.39 | | | 0.00 | 22–23 |
| 2353 | | 18.3 | 13.9 | 15.7 | 76 | 29.39 | | | 0.00 | 23–24 |

SYNOPTIC DATA

| TIME 26 | NO 27 | LOW CLOUD TYPE 28 | MID CLOUD TYPE 29 | HIGH CLOUD TYPE 30 | MAX TEMP (.1 C) 31 | MIN TEMP (.1 C) 32 | PRECIP (INS) 33 | SNOW FALL (INS) 34 | SNOW DEPTH (INS) 35 | STATION PRESSURE (INS) 36 | BAROGRAPH 37 | BARR. CORR. 38 | LOCAL USE 39 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Synoptic Data Not Reported For ASOS Stations

WEATHER AND OBSTRUCTION TO VISION

| TYPE 40 | BEGIN 41 | ENDED 42 | TYPE 40 | BEGIN 41 | ENDED 42 | TYPE 40 | BEGIN 41 | ENDED 42 | TYPE 40 | BEGIN 41 | ENDED 42 |
|---|---|---|---|---|---|---|---|---|---|---|---|

No Wx Duration Data Reported

SUMMARY OF THE DAY (MIDNIGHT TO MIDNIGHT)

| PEAK WINDS: SPEED (MPH) 43 | PEAK WINDS: DIRECTION 44 | PEAK WINDS: TIME (LST) 45 | FASTEST 2-MIN WIND: SPEED (MPH) 46 | FASTEST 2-MIN WIND: DIRECTION 47 | FASTEST 2-MIN WIND: TIME (LST) 48 | SUNRISE TIME (LST) 49 | SUNSET TIME (LST) 50 | TOTAL SUNSHINE (MIN) 51 | PERCENT PSBL SUNSHINE 52 | CHARACTER SUNRISE 53 | CHARACTER SUNSET 54 | SKY COVER: SUNRISE TO SUNSET 55 | SKY COVER: MIDNIGHT TO MIDNIGHT 56 | 24-HR MAX TEMP (0.1 C) 57 | 24-HR MIN TEMP (0.1 C) 58 | 24-HR PRECIP. WATER EQUIV (INS) 59 | 24-HR SNOW-FALL UNMLTD 60 | 1200 UTC SNOW DEPTH (INS) 61 | WATER EQUIV. (INS) 62 | STATION PRESSURE 63 | SEA LEVEL PRESSURE 64 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 140 | 1647 | 11 | 140 | 1647 | | | M | M | | | | | 25.0 | 8.3 | 0.00 | | M | | 29.36 | 29.87 |

REMARKS, NOTES AND MISCELLANOUS PHENOMENA 65:

Daily Remarks Data not reported for ASOS Stations



# METAR EFFECTIVE JULY 1, 1996

## KEY to AVIATION ROUTINE WEATHER REPORT

METAR KPIT 091955Z COR 22015G25KT 3/4SM R28L/2600FT TSRA OVC010CB 18/16 A2992 RMK SLP045 T01820159

| Report | Explanation |
|---|---|
| METAR | Message type: METAR- hourly, SPECI-special or TESTM-non-commissioned ASOS report |
| KPIT | ICAO location indicator |
| 091955Z | Issuance time: ALL times in UTC "Z", 2-digit date, 4-digit time |
| COR | In U.S. METAR: CORrected ob; or AUTOmated ob for automated report with no human intervention; omitted when observer logs on |
| 22015G25KT | Wind: 3 digit true-north direction, nearest 10 degrees (or VaRiaBle); next 2-3 digits for speed and unit, KT (KMH or MPS); as needed, Gust and maximum speed; 00000KT for calm; for METAR, if direction varies 60 degrees or more, Variability appended, e.g. 180V260 |
| 3/4SM | Prevailing visibility: in U.S., Statute Miles & fractions |
| R28L/2600FT | Runway Visual Range: R; 2-digit runway designator Left, Center, or Right as needed; "/"; Minus or Plus in U.S., 4-digit value, FeeT in U.S., (usually meters elsewhere); 4-digit value Variability 4-digit value (and tendency Down, Up or No change) |
| TSRA | Significant present and recent weather: see table |
| OVC010CB | Cloud amount, height and type: SKy Clear 0/8, FEW >0/8-2/8, SCaTtered 3/8-4/8, BroKeN 5/8-7/8, OVerCast 8/8; 3-digit height in hundreds of ft; Towering CUmulus or CumulonimBus in METAR, Vertical Visibility for obscured sky and height "VV004". More than 1 layer may be reported. In automated METAR reports only, CLeaR for "clear below 12,000 feet" |
| 18/16 | Temperature: degrees Celsius; first 2 digits, temperature "/" last 2 digits, dew-point temperature; Minus for below zero, e.g., M06 |
| A2992 | Altimeter setting: indicator and 4 digits; in U.S., A-inches and hundredths; (Q-hectoPascals, e.g., Q1013) |
| RMK SLP045 T01820159 | In METAR, ReMarK indicator & remarks. For example: Sea-Level Pressure in hectoPascals & tenths, as shown: 1004.5 hPa; Temp/dew-point in tenths °C, as shown: temp. 18.2°C, dew-point 15.9°C |

Table of Significant Present and Recent Weather - Grouped in categories and used in the order listed.

**QUALIFIER**

Intensity or Proximity

- Light | "no sign" Moderate | + Heavy

VC Vicinity: but not at aerodrome; in U.S. METAR, between 5 and 10SM of the point(s) of observation.

Descriptor

| | | | |
|---|---|---|---|
| MI Shallow | BC Patches | PR Partial | TS Thunderstorm |
| BL Blowing | SH Showers | DR Drifting | FZ Freezing |

**WEATHER PHENOMENA**

Precipitation

| | | | |
|---|---|---|---|
| DZ Drizzle | RA Rain | SN Snow | SG Snow grains |
| IC Ice crystals | *PE/PL Ice pellets | GR Hail | GS Small hail/snow pellets |
| UP Unknown precipitation in automated observations | | | |

Obscuration

| | | | |
|---|---|---|---|
| BR Mist (≥5/8SM) | FG Fog (<5/8SM) | FU Smoke | VA Volcanic ash |
| SA Sand | HZ Haze | PY Spray | DU Widespread dust |

Other

| | | | |
|---|---|---|---|
| SQ Squall | SS Sandstorm | DS Duststorm | PO Well developed dust/sand whirls |
| FC Funnel cloud | +FC tornado/waterspout | | |

- Explanations in parentheses "( )" indicate different worldwide practices.
- Ceiling is not specified; defined as the lowest broken or overcast layer, or the vertical visibility.
- * PE or PL effective Nov 5, 1998.
- Although not used in US, Ceiling And Visibility OK replaces visibility, weather and clouds if: visibility ≥10 km; no cloud below 5000 ft (1500 m) or below the highest minimum sector altitude, whichever is greater and no CB; and no precipitation, TS, DS, SS, MIFG, DRDU, DRSA or DRSN.

March 1998

NOAA/PA 96052 UNITED STATES DEPARTMENT OF COMMERCE National Oceanic and Atmospheric Administration—National Weather Service

**TEMPERATURE CONVERSIONS**

FAHRENHEIT = 9/5 CELSIUS + 32

[ie: 50 deg F = 10.00 deg C]

CELSIUS = 5/9 (FAHRENHEIT - 32)

[ie: 50 deg C = 122.00 deg F]

**TIME CONVERSION TABLE: LST to UTC (COORDINATED UNIVERSAL TIME)**

| STANDARD TIME ZONE | To Convert LST TO UTC ADD | ie: 1200 (NOON) LST EQUALS |
|---|---|---|
| Atlantic Standard Time | 4 hours | 1600 (4:00pm) UTC |
| Eastern Standard Time | 5 hours | 1700 (5:00pm) UTC |
| Central Standard Time | 6 hours | 1800 (6:00pm) UTC |
| Mountain Standard Time | 7 hours | 1900 (7:00pm) UTC |
| Pacific Standard Time | 8 hours | 2000 (8:00pm) UTC |
| Yukon Standard Time | 9 hours | 2100 (9:00pm) UTC |
| Alaska/Hawaii Standard Time | 10 hours | 2200 (10:00pm)UTC |
| Bering Standard Time | 11 hours | 2300 (11:00pm)UTC |

To convert UTC to LST, SUBTRACT the same hours from UTC.

# EATHER DURATION SUMMARY DERIVED FROM 5 MINUTE ASOS for AUG 1999
## DANBURY, CT
### DANBURY MINICIPAL AIRPORT

LATITUDE 41°22'N | LONGTUDE: 73°29'W | ELEV (GROUND) 455 | TIME ZONE: EASTERN ( +5) | WBAN 54734 | ISSN# –

| Day | WX Elem | TIME Begin | TIME End | Day | WX Elem | TIME Begin | TIME End | Day | WX Elem | TIME Begin | TIME End | Day | WX Elem | TIME Begin | TIME End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | No Data | | | | | | | | | | | | | | |

NOTE: Present weather elements are limited to those phenomena discernible by the ASOS platform.
Begin and End times are approximations derived from the presence or non–presence of weather entries on the Five Minute Data; therefore, an element may begin and end as much as 4 Minutes earlier than shown.

# CENTIGRADE TO FAHRENHEIT TEMPERATURE CONVERSION

(SMITHSONIAN METEOROLOGICAL TABLES - VOL. 114)

## CENTIGRADE TO FAHRENHEIT

| Centigrade | .0 °F. | .1 °F. | .2 °F. | .3 °F. | .4 °F. | .5 °F. | .6 °F. | .7 °F. | .8 °F. | .9 °F. |
|---|---|---|---|---|---|---|---|---|---|---|
| +40 | +104.00 | +104.18 | +104.36 | +104.54 | +104.72 | +104.90 | +105.08 | +105.26 | +105.44 | +105.62 |
| 39 | 102.20 | 102.38 | 102.56 | 102.74 | 102.92 | 103.10 | 103.28 | 103.46 | 103.64 | 103.82 |
| 38 | 100.40 | 100.58 | 100.76 | 100.94 | 101.12 | 101.30 | 101.48 | 101.66 | 101.84 | 102.02 |
| 37 | 98.60 | 98.78 | 98.96 | 99.14 | 99.32 | 99.50 | 99.68 | 99.86 | 100.04 | 100.22 |
| 36 | 96.80 | 96.98 | 97.16 | 97.34 | 97.52 | 97.70 | 97.88 | 98.06 | 98.24 | 98.42 |
| +35 | +95.00 | +95.18 | +95.36 | +95.54 | +95.72 | +95.90 | +96.08 | +96.26 | +96.44 | +96.62 |
| 34 | 93.20 | 93.38 | 93.56 | 93.74 | 93.92 | 94.10 | 94.28 | 94.46 | 94.64 | 94.82 |
| 33 | 91.40 | 91.58 | 91.76 | 91.94 | 92.12 | 92.30 | 92.48 | 92.66 | 92.84 | 93.02 |
| 32 | 89.60 | 89.78 | 89.96 | 90.14 | 90.32 | 90.50 | 90.68 | 90.86 | 91.04 | 91.22 |
| 31 | 87.80 | 87.98 | 88.16 | 88.34 | 88.52 | 88.70 | 88.88 | 89.06 | 89.24 | 89.42 |
| +30 | +86.00 | +86.18 | +86.36 | +86.54 | +86.72 | +86.90 | +87.08 | +87.26 | +87.44 | +87.62 |
| 29 | 84.20 | 84.38 | 84.56 | 84.74 | 84.92 | 85.10 | 85.28 | 85.46 | 85.64 | 85.82 |
| 28 | 82.40 | 82.58 | 82.76 | 82.94 | 83.12 | 83.30 | 83.48 | 83.66 | 83.84 | 84.02 |
| 27 | 80.60 | 80.78 | 80.96 | 81.14 | 81.32 | 81.50 | 81.68 | 81.86 | 82.04 | 82.22 |
| 26 | 78.80 | 78.98 | 79.16 | 79.34 | 79.52 | 79.70 | 79.88 | 80.06 | 80.24 | 80.42 |
| +25 | +77.00 | +77.18 | +77.36 | +77.54 | +77.72 | +77.90 | +78.08 | +78.26 | +78.44 | +78.62 |
| 24 | 75.20 | 75.38 | 75.56 | 75.74 | 75.92 | 76.10 | 76.28 | 76.46 | 76.64 | 76.82 |
| 23 | 73.40 | 73.58 | 73.76 | 73.94 | 74.12 | 74.30 | 74.48 | 74.66 | 74.84 | 75.02 |
| 22 | 71.60 | 71.78 | 71.96 | 72.14 | 72.32 | 72.50 | 72.68 | 72.86 | 73.04 | 73.22 |
| 21 | 69.80 | 69.98 | 70.16 | 70.34 | 70.52 | 70.70 | 70.88 | 71.06 | 71.24 | 71.42 |
| +20 | +68.00 | +68.18 | +68.36 | +68.54 | +68.72 | +68.90 | +69.08 | +69.26 | +69.44 | +69.62 |
| 19 | 66.20 | 66.38 | 66.56 | 66.74 | 66.92 | 67.10 | 67.28 | 67.46 | 67.64 | 67.82 |
| 18 | 64.40 | 64.58 | 64.76 | 64.94 | 65.12 | 65.30 | 65.48 | 65.66 | 65.84 | 66.02 |
| 17 | 62.60 | 62.78 | 62.96 | 63.14 | 63.32 | 63.50 | 63.68 | 63.86 | 64.04 | 64.22 |
| 16 | 60.80 | 60.98 | 61.16 | 61.34 | 61.52 | 61.70 | 61.88 | 62.06 | 62.24 | 62.42 |
| +15 | +59.00 | +59.18 | +59.36 | +59.54 | +59.72 | +59.90 | +60.08 | +60.26 | +60.44 | +60.62 |
| 14 | 57.20 | 57.38 | 57.56 | 57.74 | 57.92 | 58.10 | 58.28 | 58.46 | 58.64 | 58.82 |
| 13 | 55.40 | 55.58 | 55.76 | 55.94 | 56.12 | 56.30 | 56.48 | 56.66 | 56.84 | 57.02 |
| 12 | 53.60 | 53.78 | 53.96 | 54.14 | 54.32 | 54.50 | 54.68 | 54.86 | 55.04 | 55.22 |
| 11 | 51.80 | 51.98 | 52.16 | 52.34 | 52.52 | 52.70 | 52.88 | 53.06 | 53.24 | 53.42 |
| +10 | +50.00 | +50.18 | +50.36 | +50.54 | +50.72 | +50.90 | +51.08 | +51.26 | +51.44 | +51.62 |
| 9 | 48.20 | 48.38 | 48.56 | 48.74 | 48.92 | 49.10 | 49.28 | 49.46 | 49.64 | 49.82 |
| 8 | 46.40 | 46.58 | 46.76 | 46.94 | 47.12 | 47.30 | 47.48 | 47.66 | 47.84 | 48.02 |
| 7 | 44.60 | 44.78 | 44.96 | 45.14 | 45.32 | 45.50 | 45.68 | 45.86 | 46.04 | 46.22 |
| 6 | 42.80 | 42.98 | 43.16 | 43.34 | 43.52 | 43.70 | 43.88 | 44.06 | 44.24 | 44.42 |
| +5 | +41.00 | +41.18 | +41.36 | +41.54 | +41.72 | +41.90 | +42.08 | +42.26 | +42.44 | +42.62 |
| 4 | 39.20 | 39.38 | 39.56 | 39.74 | 39.92 | 40.10 | 40.28 | 40.46 | 40.64 | 40.82 |
| 3 | 37.40 | 37.58 | 37.76 | 37.94 | 38.12 | 38.30 | 38.48 | 38.66 | 38.84 | 39.02 |
| 2 | 35.60 | 35.78 | 35.96 | 36.14 | 36.32 | 36.50 | 36.68 | 36.86 | 37.04 | 37.22 |
| 1 | 33.80 | 33.98 | 34.16 | 34.34 | 34.52 | 34.70 | 34.88 | 35.06 | 35.24 | 35.42 |
| +0 | +32.00 | +32.18 | +32.36 | +32.54 | +32.72 | +32.90 | +33.08 | +33.26 | +33.44 | +33.62 |

## CENTIGRADE TO FAHRENHEIT

| Centigrade | .0 °F. | .1 °F. | .2 °F. | .3 °F. | .4 °F. | .5 °F. | .6 °F. | .7 °F. | .8 °F. | .9 °F. |
|---|---|---|---|---|---|---|---|---|---|---|
| −0° | +32.00 | +31.82 | +31.64 | +31.46 | +31.28 | +31.10 | +30.92 | +30.74 | +30.56 | +30.38 |
| 1 | 30.20 | 30.02 | 29.84 | 29.66 | 29.48 | 29.30 | 29.12 | 28.94 | 28.76 | 28.58 |
| 2 | 28.40 | 28.22 | 28.04 | 27.86 | 27.68 | 27.50 | 27.32 | 27.14 | 26.96 | 26.78 |
| 3 | 26.60 | 26.42 | 26.24 | 26.06 | 25.88 | 25.70 | 25.52 | 25.34 | 25.16 | 24.98 |
| 4 | 24.80 | 24.62 | 24.44 | 24.26 | 24.08 | 23.90 | 23.72 | 23.54 | 23.36 | 23.18 |
| −5 | +23.00 | +22.82 | +22.64 | +22.46 | +22.28 | +22.10 | +21.92 | +21.74 | +21.56 | +21.38 |
| 6 | 21.20 | 21.02 | 20.84 | 20.66 | 20.48 | 20.30 | 20.12 | 19.94 | 19.76 | 19.58 |
| 7 | 19.40 | 19.22 | 19.04 | 18.86 | 18.68 | 18.50 | 18.32 | 18.14 | 17.96 | 17.78 |
| 8 | 17.60 | 17.42 | 17.24 | 17.06 | 16.88 | 16.70 | 16.52 | 16.34 | 16.16 | 15.98 |
| 9 | 15.80 | 15.62 | 15.44 | 15.26 | 15.08 | 14.90 | 14.72 | 14.54 | 14.36 | 14.18 |
| −10 | +14.00 | +13.82 | +13.64 | +13.46 | +13.28 | +13.10 | +12.92 | +12.74 | +12.56 | +12.38 |
| 11 | 12.20 | 12.02 | 11.84 | 11.66 | 11.48 | 11.30 | 11.12 | 10.94 | 10.76 | 10.58 |
| 12 | 10.40 | 10.22 | 10.04 | 9.86 | 9.68 | 9.50 | 9.32 | 9.14 | 8.96 | 8.78 |
| 13 | 8.60 | 8.42 | 8.24 | 8.06 | 7.88 | 7.70 | 7.52 | 7.34 | 7.16 | 6.98 |
| 14 | 6.80 | 6.62 | 6.44 | 6.26 | 6.08 | 5.90 | 5.72 | 5.54 | 5.36 | 5.18 |
| −15 | +5.00 | +4.82 | +4.64 | +4.46 | +4.28 | +4.10 | +3.92 | +3.74 | +3.56 | +3.38 |
| 16 | +3.20 | +3.02 | +2.84 | +2.66 | +2.48 | +2.30 | +2.12 | +1.94 | +1.76 | +1.58 |
| 17 | +1.40 | +1.22 | +1.04 | +0.86 | +0.68 | +0.50 | +0.32 | +0.14 | −0.04 | −0.22 |
| 18 | −0.40 | −0.58 | −0.76 | −0.94 | −1.12 | −1.30 | −1.48 | −1.66 | −1.84 | −2.02 |
| 19 | −2.20 | −2.38 | −2.56 | −2.74 | −2.92 | −3.10 | −3.28 | −3.46 | −3.64 | −3.82 |
| −20 | −4.00 | −4.18 | −4.36 | −4.54 | −4.72 | −4.90 | −5.08 | −5.26 | −5.44 | −5.62 |
| 21 | 5.80 | 5.98 | 6.16 | 6.34 | 6.52 | 6.70 | 6.88 | 7.06 | 7.24 | 7.42 |
| 22 | 7.60 | 7.78 | 7.96 | 8.14 | 8.32 | 8.50 | 8.68 | 8.86 | 9.04 | 9.22 |
| 23 | 9.40 | 9.58 | 9.76 | 9.94 | 10.12 | 10.30 | 10.48 | 10.66 | 10.84 | 11.02 |
| 24 | 11.20 | 11.38 | 11.56 | 11.74 | 11.92 | 12.10 | 12.28 | 12.46 | 12.64 | 12.82 |
| −25 | −13.00 | −13.18 | −13.36 | −13.54 | −13.72 | −13.90 | −14.08 | −14.26 | −14.44 | −14.62 |
| 26 | 14.80 | 14.98 | 15.16 | 15.34 | 15.52 | 15.70 | 15.88 | 16.06 | 16.24 | 16.42 |
| 27 | 16.60 | 16.78 | 16.96 | 17.14 | 17.32 | 17.50 | 17.68 | 17.86 | 18.04 | 18.22 |
| 28 | 18.40 | 18.58 | 18.76 | 18.94 | 19.12 | 19.30 | 19.48 | 19.66 | 19.84 | 20.02 |
| 29 | 20.20 | 20.38 | 20.56 | 20.74 | 20.92 | 21.10 | 21.28 | 21.46 | 21.64 | 21.82 |
| −30 | −22.00 | −22.18 | −22.36 | −22.54 | −22.72 | −22.90 | −23.08 | −23.26 | −23.44 | −23.62 |
| 31 | 23.80 | 23.98 | 24.16 | 24.34 | 24.52 | 24.70 | 24.88 | 25.06 | 25.24 | 25.42 |
| 32 | 25.60 | 25.78 | 25.96 | 26.14 | 26.32 | 26.50 | 26.68 | 26.86 | 27.04 | 27.22 |
| 33 | 27.40 | 27.58 | 27.76 | 27.94 | 28.12 | 28.30 | 28.48 | 28.66 | 28.84 | 29.02 |
| 34 | 29.20 | 29.38 | 29.56 | 29.74 | 29.92 | 30.10 | 30.28 | 30.46 | 30.64 | 30.82 |
| −35 | −31.00 | −31.18 | −31.36 | −31.54 | −31.72 | −31.90 | −32.08 | −32.26 | −32.44 | −32.62 |
| 36 | 32.80 | 32.98 | 33.16 | 33.34 | 33.52 | 33.70 | 33.88 | 34.06 | 34.24 | 34.42 |
| 37 | 34.60 | 34.78 | 34.96 | 35.14 | 35.32 | 35.50 | 35.68 | 35.86 | 36.04 | 36.22 |
| 38 | 36.40 | 36.58 | 36.76 | 36.94 | 37.12 | 37.30 | 37.48 | 37.66 | 37.84 | 38.02 |
| 39 | 38.20 | 38.38 | 38.56 | 38.74 | 38.92 | 39.10 | 39.28 | 39.46 | 39.64 | 39.82 |
| −40 | −40.00 | −40.18 | −40.36 | −40.54 | −40.72 | −40.90 | −41.08 | −41.26 | −41.44 | −41.62 |

### CONVERSION TABLE OF MILES PER HOUR (MPH) TO KNOTS (KTS)

| MPH | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| MPH | KTS | KTS | KTS | KTS | KTS | KTS | KTS | KTS | KTS | KTS |
| 0 | 0 | 1 | 2 | 3 | 3 | 4 | 5 | 6 | 7 | 8 |
| 10 | 9 | 10 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 20 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 23 | 24 | 25 |
| 30 | 26 | 27 | 28 | 29 | 30 | 30 | 31 | 32 | 33 | 34 |
| 40 | 35 | 36 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 |
| 50 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 50 | 51 |
| 60 | 52 | 53 | 54 | 55 | 56 | 56 | 57 | 58 | 59 | 60 |
| 70 | 61 | 62 | 63 | 63 | 64 | 65 | 66 | 67 | 68 | 69 |
| 80 | 70 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 76 | 77 |
| 90 | 78 | 79 | 80 | 81 | 82 | 83 | 83 | 84 | 85 | 86 |

(eg: 25 mph = 22 kts)

### CONVERSION TABLE OF COMPASS POINTS (16) TO WHOLE DEGREES

| | | | |
|---|---|---|---|
| N = 35-01 | E = 08-10 | S = 17-19 | W = 26-28 |
| NNE = 02-03 | ESE = 11-12 | SSW = 20-21 | WNW = 29-30 |
| NE = 04-05 | SE = 13-14 | SW = 22-23 | NW = 31-32 |
| ENE = 06-07 | SSE = 15-16 | WSW = 24-25 | NNW = 33-34 |

THE NATIONAL CLIMATIC DATA CENTER

"A NATIONAL RESOURCE FOR CLIMATE INFORMATION"