UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | : NO.: 3:00CV1802 (AWT) |
| | : |
| v. | : |
| | : |
| LEONARD LABONIA, ETHAN MABLE | : |
| AND CITY OF DANBURY | : FEBRUARY 14, 2005 |

**DEFENDANTS' MOTION IN LIMINE**
**RE: TESTIMONY OF DIANE FERNANDEZ**

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing the testimony of Diane Fernandez. Despite five years of litigation, the plaintiff never disclosed this witness.

WHEREFORE, the Defendants request that an order be entered precluding the Plaintiff from offering into evidence the testimony this witness.

THE DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE

/s/John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

**<u>CERTIFICATION</u>**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 14th day of February, 2005

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

                                    <u>/s/ John J. Radshaw, III</u>
                                    John J. Radshaw, III