UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | : NO.: 3:00CV1802 (AWT) |
| v. | : |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : FEBRUARY 14, 2005 |

**DEFENDANTS' MOTION IN LIMINE RE: CUMULATIVE AND UNNECESSARY TESTIMONY OF MEDICAL DOCTORS AND DENTISTS**

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing all or part of the testimony of two groups of following witnesses:

1. Dr. Silver, DDS, Dr. Trushiem, DDS and Danbury Hospital Dental Service; and

2. Drs. Mashman, Schwartz and Fish.

To have all of these doctors and dentists testify would be overly cumulative, unnecessary and a waste of time and judicial resources. The plaintiff should be required to pick one from each group.

WHEREFORE, the Defendants request that an order be entered precluding the Plaintiff from offering into evidence the testimony of these witnesses or limiting him to the presentation of one medical doctor and one dentist.

        THE DEFENDANTS,
        LEONARD LABONIA and ETHAN
        MABLE

        /s/John J. Radshaw, III
        John J. Radshaw, III, ct19882
        HOWD & LUDORF, LLC
        65 Wethersfield Avenue
        Hartford, CT  06114
        (860) 249-1361
        (860) 249-7665 (fax)

## CERTIFICATION

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 14th day of February, 2005

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

        /s/ John J. Radshaw, III
        John J. Radshaw, III