UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | : NO.: 3:00CV1802 (AWT) |
| | : |
| v. | : |
| | : |
| LEONARD LABONIA, ETHAN MABLE | : |
| AND CITY OF DANBURY | : FEBRUARY 14, 2005 |

**DEFENDANTS' MOTION IN LIMINE RE: TESTIMONY OF CHIEF PAQUETTE, FORMER CHIEF MACEDO, LT. KLUDGE, AND LYNN BEARDSLEY**

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing testimony of the following witnesses: Chief Paquette, former Chief Macedo, Lt. Kludge and Lynn Beardsley as referenced in the Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, such testimony should be precluded because it is irrelevant and inadmissible pursuant to the Federal Rules of Evidence.

WHEREFORE, the Defendants request that an order be entered precluding the Plaintiff from offering into evidence the testimony of these witnesses.

THE DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE

/s/John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 14th day of February, 2005

Tiziana Marie Scaccia, Esquire  
Goldstein & Peck, P.C.  
1087 Broad Street  
P.O. Box 1538  
Bridgeport, CT  06601-1538

                                            /s/ John J. Radshaw, III  
                                            John J. Radshaw, III