UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE:                                              CASE NO.: 3:000V 1802(AWT)
JOHN ACZEL

V.
LEONARD LABONIA,
ETHAN MABLE                                         FEBRUARY 22, 2005

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME RE: FILING OF PLAINTIFF'S OBJECTIONS TO ELEVEN MOTIONS IN LIMINE FILED BY DEFENDANTS ON FEBRUARY 2, 2005**

     The Plaintiff in the above captioned matter hereby requests that it be granted an extension

o     to March 10, 2005, to reply and object to the eleven Motions in Limine filed by Defendants,

on February 2, 2005, as hereinafter more specifically identified, for the following reasons:

1,     The Court, the Honorable Donna F. Martinez, issued an Order on December 15, 2004,

     requiring the parties in the above captioned matter to file Motions in Limine by January 31,

     2005.

2.     Due to the nature and complexity of the research involved in filing the numerous Motions

     in Limine required to be filed in the above matter, and also due to the fact that both counsels

     for plaintiff and defendant had been "under the weather", and also due to conflicting other

jury trial demands placed on counsel, the parties requested additional time to complete the research necessary to file the Motions in Limine in the above captioned matter.

3. The parties jointly requested and the Court granted an extension of time to file the Motions in Limine in the above matter from January 31, 2005 to February 14, 2005.

4. While Plaintiffs counsel was researching and drafting Plaintiff's Motions in Limine in the above matter in anticipation of the February 14, 2005 deadline, Defendants filed the following eleven (11) Motions in Limine on February 2, 2005 (prior to the February 14, 2005 deadline):

1. Dependants' Motion in Limine Re: Interrogatory Responses of the City of Danbury

2. Defendants' Motion in Limine re: Deposition Transcripts and Exhibits of David Fesh; Magdolna Aczel; Maria Aczel; Frank Butera; Jeffrey Grant; and, Veronica Stefano

3. Defendants' Motion in Limine Re: Deposition Transcripts and Responses to Interrogatories and Requests for Production of John Aczel

4. Defendants' Motion in Limine Re: Deposition Transcripts of Defendants Leonard Labonia and Ethan Mable

5. Defendants' Motion in Limine Re: Other Conduct and Citizen Complaints

    6. Defendants' Motion in Limine Re: Goldstein and Peck Retainer Agreement, Affidavit and Bill of Costs

    7. Defendants' Motion in Limine Re: United States Court of Appeals Decision in this Case

    8. Defendants' Motion in Limine Re: Various Statements of David Fesh, Magdolna Aczel: Frank Butera; Veronica DeRosa; Dawn Maracho; and Gretchen Olsen

    9. Defendants' Motion in Limine Re: City of Danbury Police Rules, Regulations, Policies, Code of Conduct, Police Directives and General Orders.

    10. Defendants' Motion in Limine Re: Magazine Articles; Video; Books, and Newspaper Articles

    11. Defendants' Motion in Limine Re: Life Expectancy Table

Due to the filing date of February 2, 2005, Plaintiffs objections to the above Motions in Limine are due on February 23, 2005.

5. Plaintiff finalized and filed, via courier, its Motions in Limine on February 14, 2005 (the deadline to file Motions in Limine).

6. On February 17, 2005 (two days after the deadline to file Motions in Limine), Defendants' filed additional Motions in Limine, as follows:

      12. Defendants' Motion in Limine Re: Testimony of Chief Paquette, Former Chief Macedo, Lt. Kludge, and Lynn Beardsley.

      13. Defendants' Motion in Limine Re: Commutative and Unnecessary Testimony of Medical Doctors and Dentists

      14. Defendants' Motion in Limine Re: Testimony of Diane Fernandez

Due to the filing date of the above Motions in Limine of February 17, 2005, the Plaintiff's objections to these Motions in Limine are due on March 10, 2005.

7. Immediately after finalizing and filing Plaintiffs Motions in Limine on February 14, 2005, Plaintiff's counsel began to work on researching the various issues presented in the eleven (11) Motions in Limine filed by Defendants on February 2, 2005, as identified above, while keeping abreast of other deadlines in other cases being handled by Plaintiffs counsel. Plaintiff continued to work twelve hours over the holiday weekend of President's day in attempts to meet the deadline to file objections to Defendants Motions in Limine (the eleven Motions filed on February 2, 2005) by the deadline of February 23, 2005. However, Plaintiffs counsel simply ran out of time and can not meet the deadline to file objections to the Motions in Limine by February 23, 2005. Plaintiffs counsel requires additional time to continue researching and drafting the objections to the eleven (11) Motions in Limine filed by Defendants on February 2, 2005.

8. Plaintiffs objections to the additional three (3) Motions in Limine filed by Defendants, on February 17, 2005, are due on March 10, 2005.

9. Accordingly, Plaintiff requests that it be allowed an extension of time up to March 10, 2005, to file Objections to the eleven (11) Motions in Limine filed by Defendants on February 2, 2005.  The extension of time will result in Plaintiffs filing objections to "all" of the Motions in Limine filed by Defendants in this matter, those filed on February 2, 2005 as well as those filed on February 17, 2005 by the March 10, 2005 deadline.

10. In that the deadline to file objections to the three Motions in Limine filed by Defendants' counsel on February 17, 2005, as stated above, is March 10, 2005, there will be no prejudice to Defendants if the Court grants Plaintiffs request for an extension of time to March 10, 2005, to file objections to the eleven Motions in Limine filed by Defendants on February 2, 2005.

WHEREFORE, for all of the foregoing reasons, Plaintiff requests an extension of time to file objections to the Defendants' Motions in Limine, filed on February 2, 2005, to March 10, 2005.

      Respectfully Submitted,
       HE PLAINTIFF
      JOHN ACZEL

      _____
      Tiziana M. Scaccia, Jr., Esq.
      Fed. Bar No. CT-08713
      Goldstein and Peck, P.C.
      1087 Broad Street
      Bridgeport, Connecticut 06604
      (203) 334-9421
      scacciat a.goldsteinandpeck.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, postage prepaid, on this 22'" day of

February, 2005.

John J. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Tizi.( a M. Scaccia, Esq.
Goldstein and Peck, P.C.