FILED

2005 FEB 23 P 12: 35

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE:<br>JOHN ACZEL | : | CASE NO.: 3:00CV1802(AWT) |
| | : | |
| V. | : | |
| LEONARD LABONIA,<br>ETHAN MABLE | : | FEBRUARY 22, 2005 |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME RE: FILING OF PLAINTIFF'S OBJECTIONS TO ELEVEN MOTIONS IN LIMINE FILED BY DEFENDANTS ON FEBRUARY 2, 2005**

The Plaintiff in the above captioned matter hereby requests that it be granted an extension of time to March 10, 2005, to reply and object to the eleven Motions in Limine filed by Defendants, on February 2, 2005, as hereinafter more specifically identified, for the following reasons:

1. The Court, the Honorable Donna F. Martinez, issued an Order on December 15, 2004, requiring the parties in the above captioned matter to file Motions in Limine by January 31, 2005.

2. Due to the nature and complexity of the research involved in filing the numerous Motions in Limine required to be filed in the above matter, and also due to the fact that both counsels for plaintiff and defendant had been "under the weather", and also due to conflicting other

Extension GRANTED, to and including March 18, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  3/3/05

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS No. 23640