# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | MARCH 7, 2005 |

## MOTION FOR JUDICIAL NOTICE

Pursuant to Fed. R. Civ. P. Rule 7(b), the Defendants Leonard LaBonia and Ethan Mable, hereby move the court to take judicial notice and instruct the jury that the temperature in Danbury, Connecticut, on August 10, 1999, at 16:53 (4:53 p.m.), was 22.2 degrees Celsius or 72 degrees Fahrenheit, and the highest temperature in Danbury, Connecticut, on August 10, 1999, was 24.3 degrees Celsius or 77 degrees Fahrenheit, at 17:53 (5:53 p.m.), for the following reasons:

1. Federal Rules of Evidence Rule 201(b) states, "A judicially noticed fact must be one not subject to reasonable dispute in that it is . . .(2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

2. A court shall take judicial notice if requested by a party and supplied with the necessary information.  Fed. R. Evid. 201(d).

3. The Defendants have supplied the Court with a certified copy of the United States Department of Commerce Meteorological records on file in the National Climatic Date Center, Asheville, North Carolina, indicating that the temperature in Danbury, Connecticut, was as noted above. See **Exhibit A**.

4. A simple mathematical calculation is required to convert the Celsius temperature to Fahrenheit.

5. The mathematical formula is as follows: 9/5 Celsius + 32. (See **Exhibit A**, p. 6).

6. The above facts are not subject to reasonable dispute.

7. The Court may take judicial notice of the temperature. See U.S. v. Foreman, 369 F.3d 776, 793 (4th Cir. 2004).

Wherefore, the Defendant moves the court to take judicial notice of the facts above and instruct the jury accordingly.

                DEFENDANTS,
                LEONARD LABONIA
                and ETHAN MABLE

                By___/s/ John J. Radshaw, III____
                John J. Radshaw, III
                Howd & Ludorf, LLC
                65 Wethersfield Avenue
                Hartford, CT  06114
                (860) 249-1361
                (860) 249-7665 (fax)
                ct19882

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 7th day of March, 2005.

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

By___/s/ John J. Radshaw, III____
John J. Radshaw, III