# DANBURY POLICE DEPARTMENT
## Incident Report

Report Type: _____

| INCIDENT NO | INCIDENT DATE | TIME | INCID CODE | TYPE OF INCIDENT | INVESTIGATING OFFICER | BADGE |
|---|---|---|---|---|---|---|
| 99-22746 | 08/10/99-Tue | 1700:00 | | Breach of Peace/Interfering with a P.O. | Ofc. Leonard LaBonia | 524 |

| DATE OF REPORT | LOCATION OF INCIDENT | ST NO | STREET NAME | APT NO/LOCATION |
|---|---|---|---|---|
| 8/10/99 | | | 42 Highland Avenue, Danbury | |

STATUS CODE  C - Complainant  A-Arrestee  I-Interviewed  J-Juvenile  M-Missing  S-Suspect  V-Victim  W-Witness  O-Other

| STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | PHONE | STREET | CITY | ST | REG # |
|---|---|---|---|---|---|---|---|---|---|---|
| C | DeRosa | Veronica | F | W | 03/10/72 | 744-6512 | 42 Highland Avenue #2 | Danbury | CT | |
| C | Olsen | Gretchen | F | W | 07/23/65 | 744-6512 | 42 Highland Avenue #2 | Danbury | CT | |
| A | Aczel | John | M | W | 09/22/45 | | 42 Highland Avenue #1 | Danbury | CT | |

| STATUS | LAST NAME | FIRST (M.I.) | STATUTE-1 | OFFENSE-1 | STATUTE-2 | OFFENSE-2 | STATUTE-3 | OFFENSE-3 |
|---|---|---|---|---|---|---|---|---|
| C | DeRosa | Veronica | | | | | | |
| C | Olsen | Gretchen | | | | | | |
| A | Aczel | John | 53a-181 | Breach of Peace | 53a-167a | Interfering with Duties of P.O. | | |

**DETAILS**

On 08/10/99 I was dispatched to 42 Highland Avenue in reference to a dispute. This address is occupied by the Goulash Place Restaurant as well as two apartments. The complainants, DeRosa and Olsen, reside in the second floor apartment. The arrestee, John Aczel, is the owner of the restaurant and owner of the building. Aczel resides in the first floor apartment at 42 Highland Avenue. Upon arrival I pulled into the restaurant parking lot which is behind the building. As I pulled in I observed Aczel yelling and shouting obscenities. He appeared to be yelling at two females, DeRosa and Olsen, who were washing a car in the parking lot approximately 20 feet away from Aczel. I then exited my vehicle and approached Aczel. He was obviously upset and continued shouting obscenities at DeRosa and Olsen. I could smell a strong odor of an alcoholic beverage on Aczel's breath. From his movements and his inability to stand up straight it was obvious that Aczel was intoxicated. I asked Aczel what the problem was, and he stated that he has been having problems with his tenants, DeRosa and Olsen. I then asked Aczel to come with me to speak with DeRosa and Olsen. Aczel and I then walked over to DeRosa and Olsen. DeRosa and Olsen stated that they have been having problems with Aczel ever since they moved into the second floor apartment. They further stated that Aczel continually grabs them from behind and makes sexual gestures and advances at them. Olsen then stated that she intends to vacate the apartment with DeRosa on September 15. After hearing

| INVESTIGATING OFFICER'S SIGNATURE | BADGE # | DIST | FOLLOW-UP ACTIONS BY |
|---|---|---|---|
| [signature] | 524 | | |
| REVIEWED FIELD SUPV | SHIFT COMM | | PAGE 1 OF 4 |

5:00:44 AM

©1996 Hunt & Hanahan Computer Designs

DEFENDANT'S EXHIBIT
CASE NO. 3:00cv1802
EXHIBIT NO. 1

# DANBURY POLICE DEPARTMENT
## Incident Report

| INCIDENT NO | INCIDENT DATE | TIME | INCID CODE | TYPE OF INCIDENT | | | INVESTIGATING OFFICER | | Report Type | BADGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 99-22746 | 08/10/99-Tue | 1700:00 | | Breach of Peace/Interfering with a P.O. | | | Ofc. Leonard | | LaBonia | 524 |

| DATE OF REPORT | LOCATION OF INCIDENT | ST NO | STREET NAME | APT NO/LOCATION |
|---|---|---|---|---|
| 8/10/99 | | | 42 Highland Avenue, Danbury | |

Olsen's and DeRosa's comments Aczel stormed into a rage of anger. He again began yelling and shouting obscenities at Olsen and DeRosa calling them "fucking sluts" and "fucking bitches". Aczel then turned around and began to walk away from us. I requested for Aczel to return back so we could work this out, however he refused to listen and continued walking towards the entrance to the restaurant. As Aczel was walking away he was becoming louder and continued shouting obscenities. Aczel was so loud that neighbors from across the street at 50 Davis Street came across the street to the area of the dispute to see what was going on. I asked Aczel to come back and discuss this incident four times, but he kept walking towards the entrance of the restaurant. Aczel's obscene language and actions, which was a distraction for neighbors and kids playing in the area, had clearly caused a breach of peace. I grabbed onto Aczel as he approached the entrance into the restaurant and informed him that he was not going into the restaurant. I told Aczel that he was going to be placed in the rear of my vehicle until I figured out what had transpired prior to my arrival. Aczel was then placed in the rear of my vehicle. At this point I was still unsure if any crimes had been committed by Aczel prior to my arrival. I was unable to hear DeRosa's or Olsen's entire complaint because Aczel walked away when he heard accusations made against him regarding sexual gestures or advances he was making towards the complainants. Once Aczel was secured in the rear of my vehicle I proceeded towards DeRosa and Olsen. As I began talking with DeRosa and Olsen I saw Aczel kicking the left rear window of my vehicle with his feet. As I proceeded towards my police vehicle Aczel then began banging his head against the glass which divides the front seat and the back seat where Aczel was seated. Aczel banged his head at least five times against the center glass. He then began banging his head against the left rear window. Aczel did this several times before I was able to gain access to my vehicle. Aczel's actions made it appear as though he was going to break the glass and injure himself. Aczel hit his head against the left rear window so hard that the glass bowed out slightly. I then opened the back door with the intent of arresting Aczel for creating the breach of peace before he was placed in the rear of my vehicle. Once the door was opened Aczel jumped out and immediately attempted to punch me in the face with a closed fist. I was within one foot from Aczel and grabbed his left hand and attempted to place a handcuff on it. Aczel became uncontrollable pushing me and attempting to get away from my hold. Aczel was able to break free of the hold I had on his left hand and continued pushing and kicking me. I then advised dispatch to send me backup. I continually told Aczel to "stop resisting", however he kept fighting. After several attempts to take Aczel into custody and his attempted assaults on me, I again radioed dispatch. I advised dispatch to send multiple backup units "Code 1". This meant that I was requesting an immediate backup

| INVESTIGATING OFFICER'S SIGNATURE | BADGE # | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | FOLLOW-UP ACTIONS BY |
|---|---|---|---|
| [signature] | 524 | | |
| REVIEWED FIELD SUPV | SHIFT COMM | | PAGE 2 OF 4 |

©1996 Hunt & Hanahan Computer Designs    9/16/98    4:49:40 AM

# Incident Report

| INCIDENT NO | INCIDENT DATE | TIME | INCID CODE | TYPE OF INCIDENT | | INVESTIGATING OFFICER | | Report Type | BADGE |
|---|---|---|---|---|---|---|---|---|---|
| 99-22746 | 08/10/99-Tue | 1700:00 | | Breach of Peace/Interfering with a P.O. | | Ofc. | Leonard | LaBonia | 524 |
| DATE OF REPORT | LOCATION OF INCIDENT | ST NO | | STREET NAME | | | | APT NO/LOCATION | |
| 8/10/99 | | | | 42 Highland Avenue, Danbury | | | | | |

response. Attempts to place Aczel on the ground were unsuccessful. As Aczel turned to face me he grabbed onto me. I then struck Aczel in the face with my fist. I was then able to place Aczel on the ground so that I could attempt to take him into custody. This was also unsuccessful. Once on the ground Aczel fell to his stomach and tucked his hands in against his chest. As I tried to pull his hands out he attempted to strike me in the face with his elbows. Aczel was also kicking me with the heels of his feet as I was on his back. Aczel refused to be handcuffed. Family members and friends of Aczel then began approaching me yelling for me to let go of him. While on the ground Aczel made several attempts to push me off him and escape. I was finally able to turn Aczel on his right side. I again attempted to grab and handcuff his left hand, however he tried again to punch me in the face. The situation had quickly grown out of control and Aczel's actions were making me fear for my safety. I had exhausted every possible attempt to take Aczel into custody. Being familiar with the effects of pepper spray from training and experience I sprayed a one second burst into Aczel's face. I did this to prevent Aczel from fleeing the scene and increasing the intensity of his combativeness. The pepper spray appeared to have no effect on Aczel. He continued fighting and resisting arrest. I then picked Aczel up from the ground and placed him against my police vehicle. I did this because I thought that I would have a better chance of separating Aczel's hands and placing him in handcuffs. This was also unsuccessful. Ofc. Mable arrived at this point. Ofc. Mable was the first Officer to arrive as a backup unit. Ofc. Mable and I attempted to handcuff Aczel as he was standing up against my vehicle, however Aczel continued to fight and resist arrest. Ofc. K. Murphy, Ofc. Riolo as well as several other Police Officers arrived on scene to assist. Ofc. K. Murphy, Ofc. Mable and I were then able to take Aczel into custody. He was handcuffed and placed into the rear of my police vehicle. Sgt. Merrick then arrived on scene to assist.

After being secured in the rear of my vehicle, Aczel was transported to Headquarters. Throughout the duration of his ride to Headquarters Aczel continued to bang his head on the center glass which separated the front seat from the back.

Upon arrival to Headquarters I was met by the ambulance who had been called by Ofc. Murphy. Aczel complained to Murphy at the scene that he was having trouble breathing after being sprayed with pepper spray. The paramedics then transported Aczel to the hospital. Ofc. Murphy rode with the paramedics to the hospital. After being treated at the hospital Aczel was returned to Headquarters. He was then processed and released on a $1,000 bond for breach of peace and interfering with the duties of a police officer. Aczel was given a court date of 08/18/99.

| INVESTIGATING OFFICER'S SIGNATURE | BADGE # | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | FOLLOW-UP ACTIONS BY |
|---|---|---|---|
| [signature] | 524 | | |
| REVIEWED FIELD SUPV | SHIFT COMM | | PAGE 3 OF 4 |


# Incident Report

| INCIDENT NO | INCIDENT DATE | TIME | TYPE OF INCIDENT | INCID CODE | INVESTIGATING OFFICER | | Report Type | BADGE |
|---|---|---|---|---|---|---|---|---|
| 99-22746 | 08/10/99-Tue | 1700:00 | Breach of Peace/Interfering with a P.O. | | Ofc. | Leonard | LaBonia | 524 |

| DATE OF REPORT | LOCATION OF INCIDENT | ST NO | STREET NAME | | APT NO/LOCATION |
|---|---|---|---|---|---|
| 8/10/99 | | | 42 Highland Avenue, Danbury | | |

It should be noted that Aczel did not cause any damage to my police vehicle. Investigation indicates that Aczel and DeRosa and Olsen were involved in a verbal argument. Olsen stated that Aczel was mad at her for wanting to move from the apartment and put a lock on the laundry room. This made it impossible for Olsen or DeRosa to access the laundry room. Olsen stated that the washer and dryer in the laundry room belong to her. She also stated that she has always been permitted to use these facilities. Olsen and DeRosa stated that on this date Aczel yelled and shouted obscenities at them when they requested access to the laundry room. Both DeRosa and Olsen stated that only a verbal dispute took place with Aczel on this date.

| INVESTIGATING OFFICER'S SIGNATURE | BADGE # | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | FOLLOW-UP ACTIONS BY |
|---|---|---|---|
| | 524 | | |
| REVIEWED FIELD SUPV | SHIFT COMM | | PAGE 4 OF 4 |

©1996 Hunt & Hanahan Computer Designs          9/16/88          4:49:40 AM

**DANBURY POLICE DEPARTMENT**

# DANBURY POLICE DEPARTMENT
## Incident Report

| INCIDENT NO | INCIDENT DATE | TIME | INCID CODE | TYPE OF INCIDENT | | Report Type | Suppl. |
|---|---|---|---|---|---|---|---|
| 99-22746 | 08/10/99-Tue | 17:00 | | Breach of Peace / Disturbance | | | |

| DATE OF REPORT | LOCATION OF INCIDENT | ST NO | STREET NAME | INVESTIGATING OFFICER | | BADGE |
|---|---|---|---|---|---|---|
| 8/10/99 | | | Highland Avenue and Davis Street Danbury, CT | Ofc. | Karl Murphy | 446 |

| APT NO/LOCATION |
|---|
| |

On the above date and approximate time, I responded to an Officer Needs Assistance call at Highland Avenue and Davis Street. When I arrived, I helped P.O. LaBonia and P.O. Mable take a white male into custody. After he was subdued, I requested that an ambulance to meet us at headquarters because a chemical agent was used to help subdue the male and he was complaining of breathing difficulties. I followed P.O. LaBonia into headquarters and was present when ambulance personnel interviewed the male, John Aczel. He had noticeable abrasions on his arms, legs and face. He complained of a head injury and a shoulder injury. I rode with the ambulance and accompanied Aczel to the hospital. He was there for approximately 45-60 minutes and was checked out by the Emergency Room doctor on call. They did not find any injuries other than the abrasions and contusions. He was then transported back to HQ.

INVESTIGATING OFFICER'S SIGNATURE: [signature]

REVIEWED FIELD SUPV: [signature]

BADGE # 446

SHIFT COMM: [signature]

DISTRIBUTION (FOR USE BY SHIFT COMM ONLY)

FOLLOW-UP ACTIONS BY

PAGE 1 OF 1

© 1996 Hunt & Hanahan Computer Designs    9/16/88    6:12:25 AM

# DANBURY POLICE DEPARTMENT
## Incident Report

| INCIDENT NO | INCIDENT DATE | TIME | INCID CODE | TYPE OF INCIDENT | | INVESTIGATING OFFICER | | Report Type | | BADGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 99-22746 | 08/10/99-Tue | 17:00 | | Dispute | | Ofc. | Ethan | Suppl. | Mable | 515 |
| DATE OF REPORT | LOCATION OF INCIDENT | ST NO | | STREET NAME | | | | | | APT NO/LOCATION |
| 8/10/99 | | | | 42 Highland Ave. Danbury, CT | | | | | | |

On the above date and time, while on patrol on Park Ave., I heard Off. Labonia calling for back-up at the above location. I responded to that location and when I arrived, a found Off. Labonia struggling on the ground with an older white male, later identified as Mr. Anzel.

Off. LaBonia was able to get Mr. Anzel off the ground and both Off. Labonia and myself brought the man to the hood of Off. Labonia cruiser. Off. Labonia managed to get one handcuff on Mr. Anzel, but was unable to cuff the second hand. As we were trying to hold Mr. Anzel down, he kept rearing his upper body up so that he could free himself. In order to prevent Mr. Anzel from freeing himself, I pushed Mr. Anzel's upper body down several times. Mr. Anzel smelled of alcohol and continued to struggle with us. Off. Murphy (#446) then arrived and the three of us were able to handcuff Mr. Anzel by successfully holding both of his arms behind his back and the three of us held him still.

Mr. Anzel was then placed into Off. Labonia's cruiser, but not without struggling with us while doing so. Off. Murphy then pulled Mr. Anzel into the back of the cruiser while Off. Labonia and I pushed him into the back of the cruiser.

Because Mr. Anzel had been sprayed with a chemical agent, and he complained of labored breathing, Off. Murphy called for an ambulance to meet Mr. Anzel at headquarters.

Off. Labonia and Off. Murphy transported Mr. Anzel to H.q. and I stayed on scene to take statements from the two female residents of 42 Highland Ave.

| INVESTIGATING OFFICER'S SIGNATURE | BADGE # | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | FOLLOW-UP ACTIONS BY |
|---|---|---|---|
| Ofc. E. Mable | 515 | Prosecutor | Investigator |
| REVIEWED FIELD SUPV | SHIFT COMM | | PAGE 1 OF 1 |

©1996 Hunt & Hanahan Computer Designs    9/16/88    6:42:04 AM

# Danbury Police Department

| INCIDENT NO | DATE | TIME STARTED | TIME ENDED | PLACE OF STATEMENT |
|---|---|---|---|---|
| 99-22746 | 8-10-99 | 1943 | After 2010 | 50 Davis St. |

| NAME (FIRST, LAST) | STREET | CITY | ST | PHONE |
|---|---|---|---|---|
| David Fesh | 50 Davis St. | Danbury | CT | 794-1867 |

| DATE OF BIRTH | STATEMENT TAKER | OF THE |
|---|---|---|
| 8-25-75 | SGT. Brian Merrick | Danbury Police |

I make the following statement, without fear, threat, or promise, knowing that it may be used against me in court. I have been advised of my right to remain silent, that I have a right to consult with an attorney prior to any questioning and to have the attorney present during the questioning; that, if I do talk to the police, I can terminate the questioning at any time; that if I cannot afford an attorney, one will be appointed for me by the court. I understand the above rights and, at this time, waive them. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

At Approximately 5:00 pm I was sitting on my front Porch talking to my Roommate when I saw a cop car pull into the Goulash restaurant parking lot. I wasn't paying much attention and my view was partially obstructed by some trees. I saw John, the owner of the Goulash place start to walk away from the officer and towards his house at the rear of the restaurant. The cop called for him to come back and then went over to him and brought him back to the Police car. The cop put John in the Police car and walked over to two women. I saw the car Rocking and heard bangs from what sounded like John hitting the door. The officer went back to the car and opened the door and John got out and stood up. I lost sight of what was happening

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: [signature]
Witness:
Signature: [signature]

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein. Subscribed and sworn to before me on this 10th day of August 1999 under authority of the Connecticut General Statutes, 1-24. [signature]

Page 1 of 2

©1994 Hunt & Hanahan Computer Designs

# Danbury Police Department

| INCIDENT NO | DATE | TIME STARTED | TIME ENDED | PLACE OF STATEMENT | | |
|---|---|---|---|---|---|---|
| 99-22746 | 8-10-99 | 1943 | Approx. 2010 | 50 Davis St | | |
| NAME (FIRST, LAST) | | STREET | | CITY | ST | PHONE |
| David Fesh | | 50 Davis St. | | Danbury | CT | 794-1867 |
| DATE OF BIRTH | STATEMENT TAKER | | | | | |
| 8-25-75 | Sgt Brian Merrick | | | OF THE Danbury Police | | |

I make the following statement, without fear, threat, or promise, knowing that it may be used against me in court. I have been advised of my right to remain silent, that I have a right to consult with an attorney prior to any questioning and to have the attorney present during the questioning; that, if I do talk to the police, I can terminate the questioning at any time; that if I cannot afford an attorney, one will be appointed for me by the court. I understand the above rights and, at this time, waive them. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

and walked over to the curb. I think the officer was trying to turn John around and I saw the cop punch John. John was saying something in Hungarian. John still did not turn around for the officer. As I walked across the street I saw the officer punch John and then somehow they fell to the ground behind the Police car. The officer was on top of John and had one hand handcuffed. The officer kept telling John to put his hand behind his back. The officer maced John. I think that that's when another Police car came, then followed by others and the officers stood him up and put John on the hood of the Police car and cuffed him.

This statement was written for me by Sgt. Brian Merrick as I dictated it to him.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: [signature]
Witness:
Signature: [signature]

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein. Subscribed and sworn to before me on this 10th day of August 1999 under authority of the Connecticut General Statutes, 1-24. [signature]

Page 2 of 2

©1994 Hunt & Hanahan Computer Designs