UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | MAY 10, 2002 |

## DISCLOSURE OF EXPERT WITNESS

Pursuant to Fed. R. Civ. P. 26, the defendants, Leonard Labonia and Ethan Mable, hereby disclose the following individual as an expert who is anticipated to testify at trial.

1. **Dr. Joseph Muratori**
   **Danbury Hospital**
   **24 Hospital Avenue**
   **Danbury, CT 06810**

Subject Matter of Testimony:

Dr. Muratori will testify regarding his observation, treatment and assessment of the plaintiff as seen in the Emergency Department at Danbury Hospital on August 10, 1999, in accordance with his records and reports previously disclosed by plaintiff's counsel. He is also expected to testify as

to plaintiff's medical and physical condition as observed by him upon plaintiff's arrival to the emergency department on the above-indicated date.

Substance of Facts and Opinions:

Dr. Muratori will testify in accordance with his findings, observations and test results, as reflected in his medical reports and records on the plaintiff, previously disclosed by plaintiff's counsel. (**Copy attached**.)

Summary of Grounds for Opinions:

Dr. Muratori will base his testimony upon his examination of the plaintiff, his course of treatment and his review of the various medical records and tests performed on the plaintiff. Dr. Muratori will further base his opinions and conclusions upon his education, experience and expertise as a medical doctor.

DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE

By _____
Jay T. DonFrancisco
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
ct23170

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 10th day of May, 2002.

Tiziana Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538p
Bridgeport, CT  06601-1538

Thomas M. Murtha, Esquire
Maher and Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

_____
Jay T. DonFrancisco

**DANBURY HOSPITAL**
24 HOSPITAL AVENUE
DANBURY, CT 06810 (203) 737-7000

## EMERGENCY DEPARTMENT REPORT

PATIENT NAME:    Acveo, John            MR#: 0413441

BIRTH DATE:                             AC#: 5889

REGISTRATION DATE: 08/10/99             MD: Joseph Muratori, MD

FAMILY DOCTOR:                          PA:

DIAGNOSIS: Facial contusions and abrasions, arm abrasions, and knee abrasions status post alleged assault, and also altered mental status and acute alcohol intoxication.

HISTORY OF PRESENT ILLNESS: The patient is a 52-year-old male who was arrested, apparently beaten up by police prior to coming to ER. He states his face hurts, his right shoulder and arms hurt, his back hurts, his back hurts, his abdomen hurts, and his knees hurt. He denies any loss of consciousness or visual disturbances, denies any neck pain, weakness, or numbness, denies any chest pain, or difficulty breathing.

PAST MEDICAL HISTORY: Negative. The patient takes no medication.

PHYSICAL EXAMINATION: An overweight male, extremely anxious, smells of alcohol, mildly intoxicated, some swelling to the face, right periorbital ecchymosis, abrasion to the left chin. Teeth are intact. Oropharynx is clear. Pupils are equal, round, and reactive to light. Extraocular movements are intact. No nystagmus, otherwise normocephalic. Neck is nontender without deformity, and supple. Lungs are clear. Heart is regular. Abdomen is soft, good bowel sounds, no masses. Mild right-sided tenderness without rebound or guarding. No CVA tenderness. No spinal tenderness or deformity. No bruises to the chest, abdomen, or back. Extremities: There are some abrasions to both arms and both knees. The patient has full range of motion about the legs. Feet are neurovascularly intact. The patient has had some tenderness of the right shoulder but no deformity. He is in handcuffs, unable to fully range the shoulder, but moves it well enough.

EMERGENCY DEPARTMENT COURSE: The patient was given DT 0.5 cc IM.

DISPOSITION: The patient was discharged to the custody of police, it was stressed about the patient's head injury precautions and police stated that they would be able to follow those instructions. The patient is to return for any further problems.

CONDITION ON DISCHARGE: Fair.

JM/5321    DD: 08/10/99    DT: 2055    TD: 08/11/99    TT: 2206    JOB NO: 145845

MEDICAL RECORDS

PATIENT:
MRN: 0413441

EMERGENCY DEPARTMENT COURSE: Working under the supervision of Dr. Muratori, I contacted dental resident who evaluated the patient in the emergency department, took him to the dental clinic for the Panorex view which revealed similar findings, probable bilateral condyle fractures. He then discussed the case with the oral surgeon on call, recommended pain medications, follow up in the dental clinic tomorrow, and soft diet until seen. The patient was given six Percocet tablets to go home with and follow up after 1 p.m. tomorrow as instructed.

DISPOSITION: The patient was discharged in stable condition.

CH/29704/692    DD: 08/11/99    DT: 0045    TD: 08/12/99    TT: 0305    JOB NO: 146448

E.R. MEDICAL RECORDS

Page 6 of 7