UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | March 7, 2005 |

**DEFENDANTS' MOTION IN AMEND THE JOINT TRIAL MEMORANDUM**

    The Defendants in the above matter respectfully move this Court to amend the Joint Trial Memorandum to include Robert Cox, Meteorologist, as an expert witness for the Defendants for the following reasons:

1. Defendants anticipate that the Plaintiff or other witnesses will testify as to the temperature and/or weather conditions on the day of the incident.

2. Mr. Cox's testimony will be limited to his review of the facts set forth in the official weather record.

3. Defendants are disclosing Robert Cox as an expert witness to rebut any such testimony and/or exhibit offered by the Plaintiff at this time to prevent a claim of surprise or lack of disclosure and to allow Plaintiff ample time to challenge the witness's credentials as an expert, without delaying the trial.

ORAL ARGUMENT IS REQUESTED

2

WHEREFORE, the Defendants request that an order be entered amending the joint trial memorandum to include page 27a. (**Attached**).

        DEFENDANTS,
        LEONARD LABONIA and ETHAN MABLE


        By/s/John J. Radshaw, III
         John J. Radshaw, III
         Howd & Ludorf, LLC
         65 Wethersfield Avenue
         Hartford, CT  06114
         (860) 249-1361
         (860) 249-7665 (fax)
         ct19882

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 7th day of March, 2005.

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

/s/John J. Radshaw, III
John J. Radshaw, III