UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL
    Plaintiff                               : CIVIL NO. 300 CV 1802 AWT

    V.

LEONARD LABONIA
ETHAN MABLE
 and CITY OF DANBURY
    Defendants                          : MARCH 10, 2005

**MOTION TO PERMIT PLAINTIFF TO FILE, AFTER EXPIRATION OF DEADLINE A MOTION IN LIMINE RE: LAY WITNESS TESTIMONY OF OFFICER JOSEPH RIOLO, DANBURY POLICE DEPARTMENT, OFFICER KARL MURPHY, DANBURY POLICE DEPARTMENT, MATT C. AND JOHN REED AT EMS, DANBURY, EMERGENCY ROOM DEPARTMENT, SGT BRIAN MERRICK, DANBURY POLICE DEPARTMENT, AND DAVID OWEN, PRECISION**

    The Plaintiff in the above matter respectfully moves this Court to allow Plaintiff to file after the expiration of deadlines, a Motion in Limine Re: Lay Witness Testimony of Officer Joseph Riolo, Danbury Police Department, Officer Karl Murphy, Danbury Police Department, Matt C. and John Reed at EMS, Danbury Emergency Room Department, and SGT Brian Merrick, Danbury Police Department, and David Owen, Precision, for the following reasons:

1. The deadline to file Motions in Limine in this case was February 14, 2005.

2. Plaintiff did not file a Motion in Limine as to the Lay Witness Testimony of Officer Joseph Riolo, Danbury Police Department, Officer Karly Murphy, Danbury Police

    Department, Officer Karl Murphy, Danbury Police Department, Matt C. and John Reed at EMS, Danbury Emergency Room Department, and SGT Brian Merrick, Danbury Police Department, and David Owen, Precision by the deadline to file Motions in Limine.

3. Plaintiff had intended to address its objections to the testimony of the aforementioned lay witnesses at trial. However, after receipt of Defendants' Motions in Limine, Plaintiff realized that Defendants' objections to lay witnesses testimony due to claims of nondisclosure are being addressed by Defendants in their Motions in Limine (See Defendants' Motion in Limine re: Diane Fernandez). Thus, it makes sense for purposes of judicial economy to dispose of all of the parties objections to the testimony of lay witnesses due to nondisclosure simultaneously. Accordingly, Plaintiff requests that the Court permit Plaintiff to file the Motion in Limine as to Lay Witnesses, Officer Joseph Riolo, Officer Karl Murphy, Matt C., John Reed, SGT Brian Merrick, and David Owen, due to nondisclosure of those witnesses. The proposed Motion Limine is being filed simultaneously herewith.

4. Plaintiff asserts that there is no prejudice to Defendants in the court's allowing Plaintiff to file this additional Motion in Limine past the deadline to file Motions in Limine in that Plaintiff has the right to verbally make the objections articulated in its Motion in Limine at trial. If the Court allows Plaintiff to file this Motion in Limine, it will prevent

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET ⬥ P.O. Box 1538 ⬥ Bs/DGEPORT. CT 06601-1538 ⬥ TEL. (203) 334-9421 ⬥ En 12031 334-6949 ⬥ JuR⬥s No. 23640

    unnecessary delay at trial.

5. Plaintiff was unable to contact Defendants' Attorney to inquire as to Defendants' position regarding this Motion prior to filing this Motion.

    WHEREFORE, the Plaintiff requests that it be permitted to file one additional Motion in Limine Re: Lay Witness Testimony of Officer Joseph Riolo, Danbury Police Department, Officer Karl Murphy, Danbury Police Department, Matt C. and John Reed at EMS, Danbury Emergency Room Department, and SGT Brian Merrick, Danbury Police Department, and David Owen, Precision.

3

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. Box 1538 • BRIDGEPORT. CT 06601-1538 • TEL. 1203) 334-9421 • Fox 1203) 334-6949 • JURIS No. 23640

          PLAINTIFF,
          JOHN ACZEL

BY _____

    Tiziana M. Scaccia
    Goldstein and Peck, P.C.
    1087 Broad Street, P.O. Box 1538
    Bridgeport, CT 06601-1538
    (203) 334-9421
    (203) 334-6949 (fax)
    Ct08713

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 10th day of March, 2005.

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

                          _____
                          Tiziana M. Scaccia

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. Box 1538 • BRIDGEPORT, CT 06601-1538 • TEL. 12031 334-9421 • Fax 12031 334-6949 • JuRIS No. 23640