UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | MARCH 25, 2005 |

**DEFENDANTS' REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION IN LIMINE RE: CITY OF DANBURY POLICE REULES, REGULATIONS, POLICIES, CODE OF CONDUCT, POLICE DIRECTIVES, AND GENERAL ORDERS**

I.    The Defendants respond to part B of the Plaintiff's objection.  The Plaintiff does not now, nor has he ever asserted a claim of deliberate indifference to serious medical needs of the Plaintiff.  See Complaint.   As such, the Plaintiff's claim that the police directives,, rules, regulations are relevant and material toward the issue of Defendants' state of mind of deliberate indifference to the serious medical needs of the Plaintiff is misplaced.

II.    The Plaintiff continuously makes references to the Defendant's violations of police rules, directives, orders and regulations.  There has never been a conclusion or finding that the Defendants violated such rules in his case.  As such, Plaintiff's claim that "their deliberate violation of danbury (*sic)* police rules, regulations, policies, code

2

of conduct, police directives and general orders, in effecting the arrest gave defendants notice that such misconduct would hinder their career" (Plaintiff's Objection at p. 10) has no foundation. Furthermore, the jury will not be deciding the issue of whether the officers violated these rules, but rather whether they violated the Plaintiff's Constitutional rights and committed state law torts. As such, introduction of such rules and directives is irrelevant, misleading, and prejudicial and will only confuse the jury as to the issues it must decide.

### III.    CONCLUSION

Based on the foregoing, the Defendants respectfully request that this Court grant the Defendants' Motion in Limine, and preclude the Plaintiff from introducing City of Danbury Police Rules Regulations or directives.

> DEFENDANTS,
> LEONARD LABONIA and ETHAN MABLE
>
>
> By/s/John J. Radshaw, III
>   John J. Radshaw, III
>   Howd & Ludorf, LLC
>   65 Wethersfield Avenue
>   Hartford, CT  06114
>   (860) 249-1361
>   (860) 249-7665 (fax)
>   ct19882

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 25th day of March, 2005

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

                                      By/s/John J. Radshaw, III
                                      John J. Radshaw, III