## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | MARCH 25, 2005 |

### DEFENDANTS' REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION IN LIMINE RE: UNITED STATES CURT OF APPEALS DECISIONS IN THIS CASE AND BILL OF COSTS

Attached hereto as **Exhibit A** is a copy of a check paid to Plaintiff's counsel for the costs taxed to the Defendants in this case. Plaintiff has argued that the order and costs must be submitted to the jury to support a claim for damages. As the Defendants have now paid said costs, the Court of Appeals decision and bill of costs are no longer relevant to any issue the jury must decide. As such, they must be excluded from evidence.

2

### III. <u>CONCLUSION</u>

Based on the foregoing, the Defendants respectfully request that this Court grant the Defendants' Motion in Limine, and preclude the Plaintiff from introducing the Court of Appeals decision and bill of costs.

          DEFENDANTS,
          LEONARD LABONIA and ETHAN MABLE


          By<u>/s/John J. Radshaw, III</u>
           John J. Radshaw, III
           Howd & Ludorf, LLC
           65 Wethersfield Avenue
           Hartford, CT  06114
           (860) 249-1361
           (860) 249-7665 (fax)
           ct19882

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 25th day of March, 2005

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

                By/s/John J. Radshaw, III
                John J. Radshaw, III