# HOWD & LUDORF, LLC

ATTORNEYS AT LAW

65 WETHERSFIELD AVENUE
HARTFORD, CT 06114-1190
(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◊
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT°
ALEXANDRIA L. VOCCIO◊
BEATRICE S. JORDAN
JAY T. DonFRANCISCO
JOHN J. RADSHAW, III
MARTHA A. SHAW*

MELANIE A. DILLON
*MAGDALENA P. CAPASSO
CHRISTOPHER J. PICARD
JASON E. INDOMENICO
ALAN R. DEMBICZAK
◊DAVID W. COLWICK
CHRISTY H. DOYLE
KEVIN M. TIGHE
◊¤ROBIN B. KALLOR
JEFFREY E. POTTER
KRISTAN M. MACCINI

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◊ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS
¤ ALSO ADMITTED IN NEW JERSEY

March 24, 2005

Tiziana M. Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

Re:   John Aczel v. Leonard Labonia, et al., Docket No. 00CV1802 (AWT)
      H&L File No.:  134-04189

Dear Attorney Scaccia:

Enclosed please find a check in the amount of $190.40 for the cost taxed by the 2nd Circuit Court of Appeals.

Please feel free to contact the undersigned with any questions or concerns.

Very truly yours,

Nicole M. Gagliardi

NMG/
Encl.

**HOWD & LUDORF**

| VENDOR: | 1968 | Goldstein & Peck, P.C. | | CHECK NO: | 9547 |
|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 26493 | 134-4189 | 03/24/2005 | $190.40 | $190.40 | $0.00 |

Ref:    Acael v Labonia

---

Check Date    03/24/2005
Check Total    $190.40

**9547**

**HOWD & LUDORF**
ATTORNEYS AT LAW
65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

NEWALLIANCE BANK
NEW HAVEN, CONNECTCUT 06510
51-7013-2111

CHECK NO.    CHECK DATE    VENDOR NO.
             03/24/2005    1968

CHECK AMOUNT
$190.40

PAY    One hundred ninety and forty/100

TO THE ORDER OF
Goldstein & Peck, P.C.
1087 Broad Street P.O. Box 1538
Bridgeport, CT 06601

CLIENT DISBURSEMENT ACCOUNT
VOID IF NOT CASHED WITHIN 60 DAYS

⑇009547⑇ ⑇211170130⑇ 950 204 523⑇