UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| v. | : | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : | MAY 17, 2001 |

**RESPONSES TO INTERROGATORIES AND
REQUESTS FOR PRODUCTION DATED FEBRUARY 16, 2001**

Pursuant to Fed. R. Civ. P. 33 and 34, the defendant, **Leonard LaBonia**, hereby responds to plaintiff's interrogatories and requests for production as follows, and attaches a verification thereto.

I.  **By Way of Interrogatories**

   1.  Please state the following:

       a.  your full name, and any other name by which you have been known;
       b.  your date of birth;
       c.  your business address.

**ANSWER:**   a.   Leonard LaBonia
              b.   4/26/73
              c.   Danbury Police Department
                   120 Main Street
                   Danbury, CT   06810

   2.  Have you made any statements, as defined in the Connecticut Practice Book §13-1, to any person regarding any of the incidents alleged in the Complaint?  (This interrogatory is

intended to include party statements made to a representative of an insurance company prior to involvement of defense counsel.)

**ANSWER:**     Yes.

    3.   If the answer to Interrogatory #2 is affirmative state:

    a.   the name and address of the person or persons to whom such statements were made;
    b.   the date on which statements were made;
    c.   the form of the statement (i.e., whether written, made by recording device or recorded by a stenographer, etc.);
    d.   the name and address of each person having custody, or a copy or copies of each statement.

**ANSWER:**     a.     Name: Sergeant Jonas Karcz
                Address: Danbury Police Department
                       120 Main Street
                       Danbury, CT 06810

              b.     8-10-99

              c.     typed

              d.     Danbury Police Department
                   120 Main Street
                   Danbury, CT 06810

                   Defense Counsel
                   65 Wethersfield Avenue
                   Hartford, CT 06114

    4.   State the names and addresses of all persons known to you who were present at the time of the incident alleged in the Complaint, including the plaintiff's transfer to and from the hospital and at the hospital or who observed or witnessed all or part of the incident.

**ANSWER:**   Officer Ethan Mable
Officer Karl Murphy
Officer Joe Riolo
Sergeant Brian Merrick
Danbury Police Department
120 Main St.
Danbury, CT 06810

Gretchen Olsen -- Address unknown

Veronica DeRosa -- Address Unknown

   5.   As to each individual named in response to Interrogatory #3, state whether to your knowledge, or the knowledge of your attorney, such individual has given any statement or statements as defined in the Connecticut Practice Book Rule 216 concerning the subject matter of the complaint in this lawsuit. If your answer to this interrogatory is affirmative, state also:

   a.   the date on which the statement or statements were taken;
   b.   the names and addresses of the person or persons who took such statements or statements;
   c.   the names and addresses of any person present when such statement or statements were taken;
   d.   whether such statement or statements were written, made by recording device or taken by court reporter or stenographer;
   e.   the names and addresses of each person having custody or a copy or copies of such statement or statements

**ANSWER:**   a.   Statement by Officer Ethan Mable on 8-10-99
Statement by Officer Karl Murphy on 8-10-99
Statement by Ms. Gretchen Olsen on 8-10-99
Statement by Ms. Veronica DeRosa on 8-10-99

   b.   Each Officer filled out his own incident report. Officer Mable took the statements of Olsen and DeRosa

3

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 9th [19th] day of April [May], 2001.

Robert L. Cavanaugh, Jr., Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

Thomas M. Murtha, Esquire
Maher and Murtha, LLC
528 Clinton Avenue
Bridgeport, CT   06601

_____
Thomas R. Gerarde

# **V E R I F I C A T I O N**

STATE OF CONNECTICUT )
                     )   ss:   DANBURY
COUNTY OF FAIRFIELD  )

I, Leonard Labonia, do hereby depose and say:

1. That I am over the age of 18 and understand the meaning and obligation of an oath.

2. That I have read the foregoing responses to the plaintiff's interrogatories and do hereby verify that they are true and correct to the best of my knowledge and belief.

_____
LEONARD LABONIA

Subscribed and sworn to before me this 30th day of March, 2001.

_____
Comm. of the Superior Court
Notary Public
My Commission Expires:
My Commission Expires
Aug 31, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| v. | : | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : | MAY 17, 2001 |

### RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED FEBRUARY 16, 2001

Pursuant to Fed. R. Civ. P. 33 and 34, the defendant, **Leonard LaBonia**, hereby responds to plaintiff's interrogatories and requests for production as follows, and attaches a verification thereto.

I. **By Way of Interrogatories**

    1. Please state the following:

        a. your full name, and any other name by which you have been known;
        b. your date of birth;
        c. your business address.

**ANSWER:**
    a. Leonard LaBonia
    b. 4/26/73
    c. Danbury Police Department
       120 Main Street
       Danbury, CT  06810

    2. Have you made any statements, as defined in the Connecticut Practice Book §13-1, to any person regarding any of the incidents alleged in the Complaint? (This interrogatory is

intended to include party statements made to a representative of an insurance company prior to involvement of defense counsel.)

**ANSWER:**   Yes.

    3.   If the answer to Interrogatory #2 is affirmative state:

    a.   the name and address of the person or persons to whom such statements were made;
    b.   the date on which statements were made;
    c.   the form of the statement (i.e., whether written, made by recording device or recorded by a stenographer, etc.);
    d.   the name and address of each person having custody, or a copy or copies of each statement.

**ANSWER:**   a.   Name: Sergeant Jonas Karcz
           Address: Danbury Police Department
           120 Main Street
           Danbury, CT 06810

    b.   8-10-99

    c.   typed

    d.   Danbury Police Department
       120 Main Street
       Danbury, CT 06810

       Defense Counsel
       65 Wethersfield Avenue
       Hartford, CT 06114

    4.   State the names and addresses of all persons known to you who were present at the time of the incident alleged in the Complaint, including the plaintiff's transfer to and from the hospital and at the hospital or who observed or witnessed all or part of the incident.

**ANSWER:**      Officer Ethan Mable
              Officer Karl Murphy
              Officer Joe Riolo
              Sergeant Brian Merrick
              Danbury Police Department
              120 Main St.
              Danbury, CT 06810

              Gretchen Olsen -- Address unknown

              Veronica DeRosa -- Address Unknown

    5.   As to each individual named in response to Interrogatory #3, state whether to your knowledge, or the knowledge of your attorney, such individual has given any statement or statements as defined in the Connecticut Practice Book Rule 216 concerning the subject matter of the complaint in this lawsuit. If your answer to this interrogatory is affirmative, state also:

   a.   the date on which the statement or statements were taken;
   b.   the names and addresses of the person or persons who took such statements or statements;
   c.   the names and addresses of any person present when such statement or statements were taken;
   d.   whether such statement or statements were written, made by recording device or taken by court reporter or stenographer;
   e.   the names and addresses of each person having custody or a copy or copies of such statement or statements

**ANSWER:**   a.   Statement by Officer Ethan Mable on 8-10-99
                   Statement by Officer Karl Murphy on 8-10-99
                   Statement by Ms. Gretchen Olsen on 8-10-99
                   Statement by Ms. Veronica DeRosa on 8-10-99

              b.   Each Officer filled out his own incident report. Officer Mable took the statements of Olsen and DeRosa

3

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 9th [14th] day of April [May], 2001.

Robert L. Cavanaugh, Jr., Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

Thomas M. Murtha, Esquire
Maher and Murtha, LLC
528 Clinton Avenue
Bridgeport, CT  06601

_____
Thomas R. Gerarde

## **V E R I F I C A T I O N**

STATE OF CONNECTICUT )
                     )  ss:  DANBURY
COUNTY OF FAIRFIELD  )

I, Leonard Labonia, do hereby depose and say:

1. That I am over the age of 18 and understand the meaning and obligation of an oath.

2. That I have read the foregoing responses to the plaintiff's interrogatories and do hereby verify that they are true and correct to the best of my knowledge and belief.

_____
LEONARD LABONIA

Subscribed and sworn to before me this 30th day of March, 2001.

_____
Comm. of the Superior Court
Notary Public
My Commission Expires:

My Commission Expires
Aug 31, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| v. | : | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : | MAY 17, 2001 |

### RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED FEBRUARY 16, 2001

Pursuant to Fed. R. Civ. P. 33 and 34, the defendant, **Leonard LaBonia**, hereby responds to plaintiff's interrogatories and requests for production as follows, and attaches a verification thereto.

I.  **By Way of Interrogatories**

    1.  Please state the following:

        a.  your full name, and any other name by which you have been known;
        b.  your date of birth;
        c.  your business address.

**ANSWER:**    a.  Leonard LaBonia
              b.  4/26/73
              c.  Danbury Police Department
                   120 Main Street
                   Danbury, CT  06810

    2.  Have you made any statements, as defined in the Connecticut Practice Book §13-1, to any person regarding any of the incidents alleged in the Complaint?  (This interrogatory is

intended to include party statements made to a representative of an insurance company prior to involvement of defense counsel.)

**ANSWER:**    Yes.


3. If the answer to Interrogatory #2 is affirmative state:

    a.    the name and address of the person or persons to whom such statements were made;
    b.    the date on which statements were made;
    c.    the form of the statement (i.e., whether written, made by recording device or recorded by a stenographer, etc.);
    d.    the name and address of each person having custody, or a copy or copies of each statement.

**ANSWER:**    a.    Name: Sergeant Jonas Karcz
                   Address: Danbury Police Department
                            120 Main Street
                            Danbury, CT 06810

            b.    8-10-99

            c.    typed

            d.    Danbury Police Department
                  120 Main Street
                  Danbury, CT 06810

                  Defense Counsel
                  65 Wethersfield Avenue
                  Hartford, CT 06114

4. State the names and addresses of all persons known to you who were present at the time of the incident alleged in the Complaint, including the plaintiff's transfer to and from the hospital and at the hospital or who observed or witnessed all or part of the incident.

**ANSWER:**      Officer Ethan Mable
             Officer Karl Murphy
             Officer Joe Riolo
             Sergeant Brian Merrick
             Danbury Police Department
             120 Main St.
             Danbury, CT 06810

             Gretchen Olsen -- Address unknown

             Veronica DeRosa -- Address Unknown

    5.   As to each individual named in response to Interrogatory #3, state whether to your knowledge, or the knowledge of your attorney, such individual has given any statement or statements as defined in the Connecticut Practice Book Rule 216 concerning the subject matter of the complaint in this lawsuit.  If your answer to this interrogatory is affirmative, state also:

    a.   the date on which the statement or statements were taken;
    b.   the names and addresses of the person or persons who took such statements or statements;
    c.   the names and addresses of any person present when such statement or statements were taken;
    d.   whether such statement or statements were written, made by recording device or taken by court reporter or stenographer;
    e.   the names and addresses of each person having custody or a copy or copies of such statement or statements

**ANSWER:**   a.   Statement by Officer Ethan Mable on 8-10-99
              Statement by Officer Karl Murphy on 8-10-99
              Statement by Ms. Gretchen Olsen on 8-10-99
              Statement by Ms. Veronica DeRosa on 8-10-99

           b.   Each Officer filled out his own incident report.  Officer Mable took the statements of Olsen and DeRosa

3

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 9th [19th] day of April [May], 2001.

Robert L. Cavanaugh, Jr., Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

Thomas M. Murtha, Esquire
Maher and Murtha, LLC
528 Clinton Avenue
Bridgeport, CT   06601

_____
Thomas R. Gerarde