COPY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN ACZEL,                          :

         Plaintiff    :
VS.                                         3:00-CV-1802(AWT)
                                :
LEONARD LABONIA, ETHAN MABLE
and CITY OF DANBURY,                 :

         Defendants   :   APRIL 29, 2002

**DEPOSITION OF JEFFREY GRANT**

**APPEARANCES:**

   <u>For the Plaintiff</u>:

      GOLDSTEIN & PECK, P.C.
      1087 Broad Street
      Bridgeport, Connecticut 06601-1538
   BY: **TIZIANA SCACCIA, ESQ.**

   <u>For Defendants Leonard Labonia and Ethan Mable</u>:

      HOWD & LUDORF
      65 Wethersfield Avenue
      Hartford, Connecticut 06114
   BY: **THOMAS R. GERARDE, ESQ.**

   <u>For the Defendant City of Danbury</u>:

      MAHER & MURTHA, LLC
      582 Clinton Avenue
      Bridgeport, Connecticut 06605
   BY: **MARK A. PERKINS, ESQ.**

                         Paul Collard
          Registered Diplomate Reporter

1  unusual that happened at 642 Highland Avenue in Danbury?
2     A    At? What did you say? It's 42 Highland.
3     Q    I'm sorry, I said the wrong number. Let me say
4  it again.
5         I'd like to direct your attention to August 10,
6  1999, and ask you if you noticed anything unusual that
7  happened at 42 Highland Avenue in Danbury?
8     A    Yes, I did.
9     Q    And what did you notice, sir?
10    A    Well, I noticed the police showed up.
11    Q    All right.
12    A    A police officer showed up.
13    Q    Where is 42 Highland Avenue relative to your
14 business?
15    A    Directly across the street.
16    Q    Okay. Do you remember about what time of day it
17 was when the police showed up?
18    A    Exactly I don't know to the moment, but it was
19 right around five o'clock, because it was closing time for
20 me.
21    Q    All right. And would you tell me what you
22 remember seeing that occurred across the street from your
23 business?
24    A    Let's see. We saw the police officer show up,
25 and my friend David Owen was standing there talking with

1  me. And we watched, as being a nosy neighbor.
2       And at this point I saw the officer and John
3  Aczel or "Aczel" get in an argument, and the officer put
4  him in the police car.
5       Q    All right. What did you see after that?
6       A    Well, the officer went around the side of the
7  building. Now, at the time I didn't know that he went
8  around to see a girl that supposedly John had threatened.
9  That I heard afterwards.
10      Q    Okay.
11      A    But the officer went out of my sight at that
12 time.
13      Q    I want to give you some guidance right as we go
14 along.
15           We can ask you about what you heard and what you
16 found out later. Give it to me straight just --
17      A    All right. The officer went out of sight.
18      Q    Okay.
19      A    Around the side of the building.
20      Q    All right.
21      A    And at this point I said to Dave, I said, "Watch
22 this." Because from the dealings I've had with this
23 gentleman over the years, I knew it was not going to be
24 pretty, because he put him in a police car without any
25 handcuffs on.

```
1   STATE OF CONNECTICUT

2   COUNTY OF NEW HAVEN

3

4            I, Paul Collard, a Notary Public in and for

5   the State of Connecticut, do hereby certify that the

6   above proceedings were reported by me stenographically

7   and this transcript represents a true and accurate

8   transcription of said proceedings.

9            I further certify that I am not related to

10  the parties hereto or their counsel, and that I am not

11  in any way interested in the event of said cause.

12           Dated at North Haven, Connecticut, this 8th

13  day of May, 2002.

14

15

16                              _____
17                              PAUL COLLARD
                                Notary Public
18

19  My Commission Expires:
    January 31, 2004
20
```

COPY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN ACZEL,                              :

          Plaintiff       :

VS.                                      :     3:00-CV-1802(AWT)
                                     :
LEONARD LABONIA, ETHAN MABLE
and CITY OF DANBURY,                     :

          Defendants      :     APRIL 29, 2002

**DEPOSITION OF JEFFREY GRANT**

**APPEARANCES:**

   **For the Plaintiff:**

      GOLDSTEIN & PECK, P.C.
      1087 Broad Street
      Bridgeport, Connecticut 06601-1538
   BY: **TIZIANA SCACCIA, ESQ.**

   **For Defendants Leonard Labonia and Ethan Mable:**

      HOWD & LUDORF
      65 Wethersfield Avenue
      Hartford, Connecticut 06114
   BY: **THOMAS R. GERARDE, ESQ.**

   **For the Defendant City of Danbury:**

      MAHER & MURTHA, LLC
      582 Clinton Avenue
      Bridgeport, Connecticut 06605
   BY: **MARK A. PERKINS, ESQ.**

                            Paul Collard
                Registered Diplomate Reporter

1  unusual that happened at 642 Highland Avenue in Danbury?

2     A   At? What did you say? It's 42 Highland.

3     Q   I'm sorry, I said the wrong number. Let me say it again.

      I'd like to direct your attention to August 10, 1999, and ask you if you noticed anything unusual that happened at 42 Highland Avenue in Danbury?

   A   Yes, I did.

   Q   And what did you notice, sir?

   A   Well, I noticed the police showed up.

   Q   All right.

   A   A police officer showed up.

   Q   Where is 42 Highland Avenue relative to your business?

   A   Directly across the street.

   Q   Okay. Do you remember about what time of day it was when the police showed up?

   A   Exactly I don't know to the moment, but it was right around five o'clock, because it was closing time for me.

   Q   All right. And would you tell me what you remember seeing that occurred across the street from your business?

   A   Let's see. We saw the police officer show up, and my friend David Owen was standing there talking with

1   me. And we watched, as being a nosy neighbor.
2        And at this point I saw the officer and John
3   Aczel or "Aczel" get in an argument, and the officer put
4   him in the police car.
5        Q    All right. What did you see after that?
6        A    Well, the officer went around the side of the
7   building. Now, at the time I didn't know that he went
8   around to see a girl that supposedly John had threatened.
9   That I heard afterwards.
10       Q    Okay.
11       A    But the officer went out of my sight at that
12  time.
13       Q    I want to give you some guidance right as we go
14  along.
15            We can ask you about what you heard and what you
16  found out later. Give it to me straight just --
17       A    All right. The officer went out of sight.
18       Q    Okay.
19       A    Around the side of the building.
20       Q    All right.
21       A    And at this point I said to Dave, I said, "Watch
22  this." Because from the dealings I've had with this
23  gentleman over the years, I knew it was not going to be
24  pretty, because he put him in a police car without any
25  handcuffs on.

121

1   STATE OF CONNECTICUT
2   COUNTY OF NEW HAVEN
3
4           I, Paul Collard, a Notary Public in and for
5   the State of Connecticut, do hereby certify that the
6   above proceedings were reported by me stenographically
7   and this transcript represents a true and accurate
8   transcription of said proceedings.
9           I further certify that I am not related to
10  the parties hereto or their counsel, and that I am not
11  in any way interested in the event of said cause.
12          Dated at North Haven, Connecticut, this 8th
13  day of May, 2002.
14
15
16
17                          _____
                            PAUL COLLARD
18                          Notary Public
19  My Commission Expires:
    January 31, 2004
20
21
22
23
24
25

**COPY**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN ACZEL,                    :

        Plaintiff      :
VS.                                              3:00-CV-1802(AWT)
                               :
LEONARD LABONIA, ETHAN MABLE
and CITY OF DANBURY,           :

        Defendants     :   APRIL 29, 2002


**DEPOSITION OF JEFFREY GRANT**


**APPEARANCES:**

   **For the Plaintiff**:

      GOLDSTEIN & PECK, P.C.
      1087 Broad Street
      Bridgeport, Connecticut 06601-1538
   BY:  **TIZIANA SCACCIA, ESQ.**

   **For Defendants Leonard Labonia and Ethan Mable**:

      HOWD & LUDORF
      65 Wethersfield Avenue
      Hartford, Connecticut 06114
   BY:  **THOMAS R. GERARDE, ESQ.**

   **For the Defendant City of Danbury**:

      MAHER & MURTHA, LLC
      582 Clinton Avenue
      Bridgeport, Connecticut 06605
   BY:  **MARK A. PERKINS, ESQ.**


Paul Collard
Registered Diplomate Reporter

```
 1  unusual that happened at 642 Highland Avenue in Danbury?
 2      A    At?  What did you say?  It's 42 Highland.
 3      Q    I'm sorry, I said the wrong number.  Let me say
 4  it again.
 5           I'd like to direct your attention to August 10,
 6  1999, and ask you if you noticed anything unusual that
 7  happened at 42 Highland Avenue in Danbury?
 8      A    Yes, I did.
 9      Q    And what did you notice, sir?
10      A    Well, I noticed the police showed up.
11      Q    All right.
12      A    A police officer showed up.
13      Q    Where is 42 Highland Avenue relative to your
14  business?
15      A    Directly across the street.
16      Q    Okay.  Do you remember about what time of day it
17  was when the police showed up?
18      A    Exactly I don't know to the moment, but it was
19  right around five o'clock, because it was closing time for
20  me.
21      Q    All right.  And would you tell me what you
22  remember seeing that occurred across the street from your
23  business?
24      A    Let's see.  We saw the police officer show up,
25  and my friend David Owen was standing there talking with
```

1  me. And we watched, as being a nosy neighbor.
2        And at this point I saw the officer and John
3  Aczel or "Aczel" get in an argument, and the officer put
4  him in the police car.
5     Q   All right. What did you see after that?
6     A   Well, the officer went around the side of the
7  building. Now, at the time I didn't know that he went
8  around to see a girl that supposedly John had threatened.
9  That I heard afterwards.
10    Q   Okay.
11    A   But the officer went out of my sight at that
12 time.
13    Q   I want to give you some guidance right as we go
14 along.
15        We can ask you about what you heard and what you
16 found out later. Give it to me straight just --
17    A   All right. The officer went out of sight.
18    Q   Okay.
19    A   Around the side of the building.
20    Q   All right.
21    A   And at this point I said to Dave, I said, "Watch
22 this." Because from the dealings I've had with this
23 gentleman over the years, I knew it was not going to be
24 pretty, because he put him in a police car without any
25 handcuffs on.