# BUSINESS SYSTEMS INC. EMS
## AMBULANCE CALL REPORT

**C034P2** ☒ CITY
**C034P3** ☐ REGION

**DISPATCH DATA**
- MO: 08  DAY: 09  YEAR: 94  INCIDENT NO: 304
- ☐ MEDICAL ☐ ALS ☐ DOA ☐ CANCELLED
- ☒ TRAUMA ☒ BLS ☐ INT ☐ MCI
- ☐ N/A ☐ RMA ☐ STBY ☐ MED TAG#
- ☐ GOA ☐ MUTUAL AID
- RESPONSE DELAY: ☐ HWY ☐ WEATHER ☐ RR STA. ☐ OTHER ☐ CONSTRUCTION
- C MED. #: 27602
- CALL LOCATION: 120 Main St.   ZIP: 06810
- DISPATCHED AS: unknown?
- PT. LAST NAME: Acre   FIRST NAME: John   SEX: M   AGE: 53   DOB: 09/22/45
- PT. ADDRESS: 52 Highland Ave   CITY: Danbury   STATE: CT   ZIP: 06810
- INS. CARRIER 1: none given on chart
- TEL. #: (203)744-1971
- S.S.: 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

**Times:**
- DISPATCH: 1719
- AMB. ENROUTE: 1719
- FIRST RESP: —
- AMB. ARRIVAL: 1722
- DEPART: 1744
- HOSPITAL: 1751
- SERVICE: —

**MEDICAL HISTORY**
- CHIEF COMPLAINT: numerous changing complaints
- MECHANISM OF INJURY: trauma 2° to fight
- EXTRICATION TIME: N/A
- ☒ NONE ☐ CVA ☐ ASTHMA ☐ DIABETES ☐ CARDIAC ☐ HYPERTENSION ☐ CHF ☐ SEIZURES ☐ COPD ☐ OTHER
- MOTOR VEHICLE ACCIDENT: ☐ DRIVER ☐ PASSENGER ☐ NO BELTS ☐ AIR BAG FRT/SIDE ☐ LAP BELT ☐ CHILD SEAT ☐ SHOULDER ☐ HELMET
- PRIOR TX: ☒ NONE   BY: —
- ALLERGIES: ☒ NONE  (Pt) denied
- MEDICATIONS: ☒ NONE  (Pt) denied
- CARDIAC ARREST: ☐ YES ☒ NO   WITNESSED BY EMS? ☐ YES ☒ NO
- MEDIC STATUS: ☐ UNAVAILABLE ☒ ON SCENE NOT NEEDED ☐ MULTIPLE PT.'S ☐ CANCELLED BY ☐ ACCOMPANIES PT.

**NARRATIVE:**
u/a found y/o δ (Pt) being brought into PD in cruiser. (Pt) extremely combative c̄ PD in sally port. (Pt) refused to stand up. (Pt) was in altercation c̄ PD → (+) pepper spray. (Pt) c/o head pain, elbow pain, knee pain, back pain (non-specific). (Pt) asked repeatedly whats hurting → (Pt) replies c̄ different answers → again non specific c̄ pain. (Pt) face flushed 2° to spray + eyes swollen. (+) able to see. (Pt) still uncooperative c̄ PD + EMS → refused to give info at first → (+) ETOH on board c̄ strong smell of ETOH from body. (Pt) was in hand cuffs + shackles throughout + Tx + Transport c̄ PD on board. (Pt) placed

**CLINICAL IMPRESSION:** r/o numerous abrasions
WORK RELATED INJURY? YES ☒NO   DATE OF INJURY: N/A   TIME OF ONSET: N/A

**VITAL SIGNS**

| TIME | LOC | RESP | PULSE | BP | GCS | TS | SKIN | R AUSCULTATE L | ABDOMEN |
|---|---|---|---|---|---|---|---|---|---|
| enroute 1746 | ☒A ☐V ☐P ☐U | RATE: 20 ☐REG ☐SHALLOW ☐LABORED | unable | — | EYE 4 VER 4 MOT 6 | RES 4 BP 4 GCS 4 | ☐UNREMARKABLE ☐COOL ☐PALE ☐WARM ☐CYANOTIC ☐MOIST ☒FLUSHED ☐HOT ☐JAUNDICED | CCR DECREASED ABSENT RALES RHONCHI WHEEZES | ☐DISTENDED ☐RIGID ☐TENDER ☐GUARDED ☒SOFT ☒RUQ ☒LUQ ☒RLQ ☒LLQ |
| 2 | ☐A ☐V ☐P ☐U | RATE REG SHALLOW LABORED | REG 10 0 pain IRREGULAR (Pt) uncooperative | — | EYE VER MOT | RES BP GCS | | | |
| 3 | ☐A ☐V ☐P ☐U | RATE REG SHALLOW LABORED | REG IRREGULAR | — | EYE VER MOT | RES BP GCS | PUPILS: ☒EQUAL ☐DILATED ☐CONSTRICTED ☒SLUGGISH ☐NO REACTION | NEURO STATUS: A/O x2 (+) MAE | EDEMA: ☒NONE ☐PEDAL ☐SACRAL ☐ASCITES  CAP REFILL: 2  ☒NORMAL ☐DELAY |

MEDICATIONS: — DOSE-1 DOSE-2 DOSE-3 ROUTE
MEDICATIONS: — DOSE-1 DOSE-2 DOSE-3 ROUTE

on stretcher supine. PE noted as confusion (R) eye + cheek c̄ some swelling → teeth intact. Abrasions to elbows + knees. Pt denied c̄ meds + allergies → (Pt) transported BLS to DHCD → observation 3 incident or Δ's. DPD c̄ (Pt) throughout. (end)

**TREATMENT**
- ☐ AIRWAY ORAL / NASAL
- ☐ BVM
- ☐ DEMAND
- ☐ OBSTRUCTED AIRWAY PROCEDURE ☐ALS ☐BLS
- ☐ OXYGEN AT ___ LPM  ☐MASK ☐NASAL ☐NEBULIZER
- ☐ SUCTION
- ☐ COLLAR - LSB - CID
- ☐ KED
- ☐ SPLINTING:
- ☐ CPR
- ☐ CONTROL BLEEDING
- ☐ MAST ☐ LEGS ☐ ABDOMEN
- ☐ BLOODS x ___
- ☐ EKG
- ☐ DEFIB / CARDIOVERT / PACING  ☐BY:
- ☐ AED
- ☐ MEDICATIONS
- ☒ OTHER: reassurance

- SKILL ATT. OK LOCATION SIZE
- IV #1
- IV #2 BLS
- IV #3
- INTUBATE / EOA

PT. PAGE 1 OF 1
SIGNATURE: Elizabeth N Rice
DRIVER: Rice (P)
TECHNICIAN: Rice (J)
MD: N/A

TRANSPORT T.P. 3  W/O
ADDITIONAL UNITS: ☒POLICE ☐FIRE ENG ☐MEDIC 1, 2, 3
ADDITIONAL - INFO: ☐SUPPLEMENTAL ☐EKG FORM ☐INCIDENT REPORT ☐OTHER DOCUMENT ☐TRAUMA ALERT

LIFT / MOVE EQUIP.: ☐CHAIR ☒STRETCHER ☐BOARD ☐BACK UP ALS

UNIT: 34-1
HOSPITAL: ☒DANBURY ☐OTHER
ACCOUNT NUMBER / TIME: 4B4410001 1800

DEFENDANT'S EXHIBIT
CASE NO. 3:00cv1802
EXHIBIT NO. 3

WHITE - PT. CHART • PINK - EMS COORDINATOR • WHITE - QA FORM • YELLOW - AMBULANCE COPY
PRESS HARD YOU ARE MAKING FOUR COPIES

# BUSINESS SYSTEMS INC. EMS
## AMBULANCE CALL REPORT

C034P2  ☒ CITY
C034P3  ☐ REGION

**DISPATCH DATA**

| MO. | DAY | YEAR | INCIDENT NO. |
|---|---|---|---|
| 08 | 09 | 94 | 304 |

☐ MEDICAL ☐ ALS ☐ DOA ☐ CANCELLED
☒ TRAUMA ☒ BLS ☐ INT ☐ MCI
☐ N/A ☐ RMA ☐ STBY ☐ MED TAG#
☐ GOA ☐ MUTUAL AID

RESPONSE DELAY:
☐ HWY ☐ WEATHER
☐ RR STA. ☐ OTHER
☐ CONSTRUCTION

C MED # 27602   ADD. UNIT

| | |
|---|---|
| DISPATCH | 1719 |
| AMB. ENROUTE | 1719 |
| FIRST RESP. | — |
| AMB. ARRIVAL | 1722 |
| DEPART | 1744 |
| HOSPITAL | 1751 |
| SERVICE | — |

CALL LOCATION: 120 Main St.  ZIP 06810
DISPATCHED AS: unknown?
PT. LAST NAME: Acel   FIRST NAME: John   M.I.   SEX: M   AGE: 53   DOB: 09/22/45
PT. ADDRESS: 52 Highland Ave   APT.   CITY: Danbury   STATE: CT   ZIP: 06810
INS. CARRIER 1: none given on chart   POLICY NO.   GROUP NAME   TEL#: (203) 744-1971
INS. CARRIER 2:   POLICY NO.   GROUP NAME   S.S.# 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

**MEDICAL HISTORY**

CHIEF COMPLAINT: numerous changing complaints
MECHANISM OF INJURY: trauma 2° to fight.   EXTRICATION TIME: N/A

☒ NONE ☐ CVA
☐ ASTHMA ☐ DIABETES
☐ CARDIAC ☐ HYPERTENSION
☐ CHF ☐ SEIZURES
☐ COPD ☐ OTHER:

MOTOR VEHICLE ACCIDENT
☐ DRIVER ☐ PASSENGER
☐ NO BELTS ☐ AIR BAG FRT/SIDE
☐ LAP BELT ☐ CHILD SEAT
☐ SHOULDER ☐ HELMET
REPORTED BY: ____

PRIOR TX: ☒ NONE   BY ____
ALLERGIES: ☒ NONE (P) denied
MEDICATIONS: ☒ NONE (P) denied
CARDIAC ARREST: ☐ YES ☐ NO   WITNESSED BY EMS? ☐ YES ☐ NO   CPR PRIOR TO EMS ☐ YES ☐ NO   CPR BY: ____   MIN. NO CPR   MIN. CPR

MEDIC STATUS: ☐ ACCOMPANIES PT.
☐ UNAVAILABLE ☒ ON SCENE NOT NEEDED
☐ MULTIPLE PT.'S ☐ CANCELLED BY ____

**NARRATIVE:**
w/A found y/o 8? (P) being brought into PD in cruiser. (P) extremely combative c̄ PD in sally port. (P) refused to stand up. (P) was in altercation c̄ PD → (+) pepper spray. (P) c/o head pain, elbow pain, knee pain, back pain (non-specific). (P) asked repeatedly whats hurting → (P) replies c̄ different answers → again non specific c̄ pain. (P) face flushed 2° to spray + eyes ↓ swollen. (+) able to see. (P) still uncooperative c̄ PD + EMS → refused to give info at first → (+) ETOH on board c̄ strong smell of ETOH from body. (P) was in handcuffs + shackles throughout + Tx + Transport c̄ PD on board. (P) placed

FIELD IMPRESSION: y/o numerous abrasions
WORK RELATED INJURY? YES ☒NO   DATE OF INJURY N/A   TIME OF ONSET N/A

**VITAL SIGNS**

| TIME | LOC | RESP | PULSE | BP | GCS | TS | SKIN | R AUSCULTATE L | ABDOMEN |
|---|---|---|---|---|---|---|---|---|---|
| enroute 1746 | ☒A ☐V ☐P ☐U | RATE:20 ☐REG ☒IRREG ☐SHALLOW ☐LABORED | RATE: unable to obtain ☐REG ☒IRREGULAR | — | EYE 4 VER 4 MOT 6 | RES 4 BP 4 GCS 4 | ☐UNREMARKABLE ☐COOL ☐PALE ☐WARM ☐CYANOTIC ☐MOIST ☒FLUSHED ☐HOT ☐JAUNDICED | CCE ☐DECREASED ☐ABSENT ☐RALES ☐RHONCHI ☐WHEEZES | ☐DISTENDED ☐RIGID ☐TENDER ☐GUARDED ☒SOFT ☒RUQ ☒LUQ ☒RLQ ☒LLQ |
| 2 | ☐A ☐V ☐P ☐U | RATE: ☐REG ☐SHALLOW ☐LABORED | RATE: 10 ☐REG ☒IRREGULAR uncooperative | — | EYE VER MOT | RES BP GCS | | PUPILS R L ☒EQUAL ☐DILATED ☐CONSTRICTED ☒SLUGGISH ☐NO REACTION | NEURO STATUS: A/O x2 (+) MAE |
| 3 | ☐A ☐V ☐P ☐U | RATE: ☐REG ☐SHALLOW ☐LABORED | RATE: ☐REG ☐IRREGULAR | — | EYE VER MOT | RES BP GCS | | | EDEMA ☒NONE ☐PEDAL ☐SACRAL ☐ASCITES CAP REFILL <2 ☒NORMAL ☐DELAY |

MEDICATIONS: DOSE-1 DOSE-2 DOSE-3 ROUTE
MEDICATIONS: DOSE-1 DOSE-2 DOSE-3 ROUTE

on stretcher supine. PE noted as contusion (R) eye + cheek c̄ some swelling → teeth intact. Abrasions to elbows + knees. Pt's denied c̄ meds + allergies → (P) transported BLS to DHcD → observation 3 incident ok DS. DPD c̄ (P) throughout. (RN)

**TREATMENT**

☐ AIRWAY ORAL / NASAL
☐ BVM
☐ DEMAND
☐ OBSTRUCTED AIRWAY PROCEDURE
  ☐ ALS ☐ BLS
☐ OXYGEN AT ___ LPM
  ☐ MASK ☐ NASAL ☐ NEBULIZER
☐ SUCTION

☐ COLLAR - LSB - CID
☐ KED
☐ SPLINTING: ____
☐ CPR
☐ CONTROL BLEEDING
☐ MAST
  ☐ LEGS ☐ ABDOMEN

☐ BLOODS x ____
☐ EKG
☐ DEFIB / CARDIOVERT / PACING
☐ BY: ____
☐ AED ____ x ____
☐ MEDICATIONS ____
☒ OTHER: reassurance

| | SKILL | ATT. | OK | LOCATION | SIZE |
|---|---|---|---|---|---|
| IV #1 | | | | | |
| IV #2 | | | BS | | |
| IV #3 | | | | | |
| INTUBATE/EOA | | | | | |

PT. PAGE 1 OF 1
SIGNATURE: Elizabeth N Rice

TRANSPORT T.P. 3 W/C
LIFT / MOVE EQUIP.
☐ CHAIR
☒ STRETCHER
☐ BOARD
6

ADDITIONAL UNITS
☒ POLICE (4)
☐ FIRE ENG
☐ MEDIC 1, 2, 3
☐ ____
☐ BACK UP ALS

ADDITIONAL - INFO:
☐ SUPPLEMENTAL
☐ EKG FORM
☐ INCIDENT REPORT
☐ OTHER DOCUMENT
☐ TRAUMA ALERT

DRIVER: Reed (P)
TECHNICIAN: Rice (J)
UNIT: 34-1

TECHNICIAN: ____   MD N/
TECHNICIAN: ____   MD SI

HOSPITAL:
☒ DANBURY
☐ OTHER ____

ACCOUNT NUMBER / TIME
1800
4134410001

DEFENDANT'S EXHIBIT
CASE NO. 3:00cv1802
EXHIBIT NO. 3

WHITE - PT. CHART • PINK - EMS COORDINATOR • WHITE - QA FORM • YELLOW - AMBULANCE COPY
PRESS HARD YOU ARE MAKING FOUR COPIES

# BUSINESS SYSTEMS INC. EMS
## AMBULANCE CALL REPORT

C034P2 ☒ CITY
C034P3 ☐ REGION

**DISPATCH DATA**

- MO: 08  DAY: 09  YEAR: 94  INCIDENT NO: 304
- ☐ MEDICAL ☒ TRAUMA ☐ N/A  ☐ ALS ☒ BLS ☐ RMA  ☐ DOA ☐ INT ☐ STBY ☐ GOA  ☐ CANCELLED ☐ MCI ☐ MED TAG# ☐ MUTUAL AID
- RESPONSE DELAY: ☐ HWY ☐ RR STA. ☐ CONSTRUCTION ☐ WEATHER ☐ OTHER
- C MED. # 27602   ADD. UNIT
- CALL LOCATION: 120 main St.  ZIP: 06810
- DISPATCHED AS: unknown ?
- PT. LAST NAME: Acre  FIRST NAME: John  M.I.  SEX: M  AGE: 53  DOB: 09/22/45
- PT. ADDRESS: 52 Highland Ave  APT.  CITY: Danbury  STATE: CT  ZIP: 06810
- INS. CARRIER 1: none given on chart  POLICY NO.  GROUP NAME  TEL. # (203)744-1971
- INS. CARRIER 2:   POLICY NO.  GROUP NAME  S.S. # 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

Times:
- DISPATCH: 1719
- AMB. ENROUTE: 1719
- FIRST RESP.:
- AMB. ARRIVAL: 1722
- DEPART: 1744
- HOSPITAL: 1751
- SERVICE:

**MEDICAL HISTORY**

- CHIEF COMPLAINT: numerous changing complaints
- MECHANISM OF INJURY: trauma 2° to fight
- EXTRICATION TIME: N/A
- ☒ NONE ☐ CVA ☐ ASTHMA ☐ DIABETES ☐ CARDIAC ☐ HYPERTENSION ☐ CHF ☐ SEIZURES ☐ COPD ☐ OTHER:
- MOTOR VEHICLE ACCIDENT: ☐ DRIVER ☐ PASSENGER ☐ NO BELTS ☐ AIR BAG ☐ LAP BELT ☐ FRT/SIDE ☐ SHOULDER ☐ CHILD SEAT ☐ HELMET
- REPORTED BY:
- PRIOR TX: ☒ NONE  BY:
- ALLERGIES: ☒ NONE  (Pt) denied
- MEDICATIONS: ☒ NONE  (Pt) denied
- CARDIAC ARREST: ☐ YES ☐ NO  WITNESSED BY EMS? ☐ YES ☐ NO  CPR PRIOR TO EMS ☐ YES ☐ NO  CPR BY:  MIN. NO CPR  MIN. CPR
- MEDIC STATUS: ☐ ACCOMPANIES PT. ☐ UNAVAILABLE ☒ ON SCENE NOT NEEDED ☐ MULTIPLE PT.'S ☐ CANCELLED BY

**NARRATIVE:**
U/A found y/o ♂ (Pt) being brought into PD in cruiser. (Pt) extremely combative c PD in sally port. (Pt) refused to stand up. (Pt) was in altercation c PD → (+) pepper spray. (Pt) c/o head pain, elbow pain, knee pain, back pain (non-specific). (Pt) asked repeatedly whats hurting → (Pt) replied c different answers → again non specific c pain. (Pt) face flushed 2° to spray + eyes swollen. (+) able to see. (Pt) still uncooperative c PD + EMS → refused to give info at first → (+) ETOH on board c strong smell of ETOH from body. (Pt) was in handcuffs + shackles throughout + Tx + Transport c PD on board. (Pt) placed

FIELD IMPRESSION: (+) ETOH, r/o numerous abrasions

WORK RELATED INJURY? ☐ YES ☒ NO   DATE OF INJURY: N/A   TIME OF ONSET: N/A

**VITAL SIGNS**

| TIME | LOC | RESP | PULSE | BP | GCS | TS | SKIN | R AUSCULTATE L | ABDOMEN |
|---|---|---|---|---|---|---|---|---|---|
| 1 enroute 1746 | ☒A ☐V ☐P ☐U | RATE: 20 ☒REG ☐SHALLOW ☐LABORED | RATE: ☐REG ☒IRREG | refused | EYE: 4 VER: 4 MOT: 6 | RES: 4 BP: 4 GCS: 4 | ☐UNREMARKABLE ☐COOL ☐PALE ☐WARM ☐CYANOTIC ☐MOIST ☒FLUSHED ☐HOT ☐JAUNDICED | CCE ☐DECREASED ☐ABSENT ☐RALES ☐RHONCHI ☐WHEEZES | ☐DISTENDED ☐RIGID ☐TENDER ☐GUARDED ☒SOFT ☒RUQ ☒LUQ ☒RLQ ☒LLQ |
| 2 | ☐A ☐V ☐P ☐U | RATE: ☐REG ☐SHALLOW ☐LABORED | RATE:100 ☐REG ☒IRREGULAR refused uncooperative | | EYE: VER: MOT: | RES: BP: GCS: | | PUPILS R L ☒EQUAL ☐DILATED ☐CONSTRICTED ☒SLUGGISH ☐NO REACTION | NEURO STATUS: A/O x 2 (+) MAE |
| 3 | ☐A ☐V ☐P ☐U | RATE: ☐REG ☐SHALLOW ☐LABORED | RATE: ☐REG ☐IRREGULAR | | EYE: VER: MOT: | RES: BP: GCS: | | | EDEMA: ☒NONE ☐PEDAL ☐SACRAL ☐ASCITES CAP REFILL 2 ☒NORMAL ☐DELAY |

MEDICATIONS: DOSE-1 DOSE-2 DOSE-3 ROUTE
MEDICATIONS: DOSE-1 DOSE-2 DOSE-3 ROUTE

on stretcher supine. PE noted as confusion (R) eye + cheek c some swelling → teeth intact. abrasions to elbows + knees. Pt denied c meds + allergies → (Pt) transported BLS to DHED → observation. S incident or ∆'s. DPD c (Pt) throughout. (Pt)

**TREATMENT**

- ☐ AIRWAY ORAL/NASAL
- ☐ BVM
- ☐ DEMAND
- ☐ OBSTRUCTED AIRWAY PROCEDURE ☐ ALS ☐ BLS
- ☐ OXYGEN AT ___ LPM ☐ MASK ☐ NASAL ☐ NEBULIZER
- ☐ SUCTION
- ☐ COLLAR - LSB - CID
- ☐ KED
- ☐ SPLINTING:
- ☐ CPR
- ☐ CONTROL BLEEDING
- ☐ MAST ☐ LEGS ☐ ABDOMEN
- BLOODS x ___
- ☐ EKG
- ☐ DEFIB / CARDIOVERT / PACING ☐ BY:
- ___ x ___
- ☐ AED ___ x ___
- ☐ MEDICATIONS
- ☒ OTHER: reassurance

SKILL | ATT. | OK | LOCATION | SIZE
IV #1
IV #2  BS
IV #3
INTUBATE/EOA

PT. PAGE 1 OF 1
SIGNATURE: Elizabeth N Rice
TRANSPORT T.P. 3 W C
LIFT/MOVE EQUIP.: ☐ CHAIR ☒ STRETCHER ☐ BOARD
ADDITIONAL UNITS: ☒ POLICE ☐ FIRE ENG ☐ MEDIC 1,2,3
ADDITIONAL - INFO: ☐ SUPPLEMENTAL ☐ EKG FORM ☐ INCIDENT REPORT ☐ OTHER DOCUMENT ☐ BACK UP ALS ☐ TRAUMA ALERT
DRIVER: Reed (T)
TECHNICIAN: Rice (J)
TECHNICIAN
MD N/
MD SI
UNIT: 34-1
HOSPITAL: ☒ DANBURY ☐ OTHER
ACCOUNT NUMBER / TIME: 434410001  1800

WHITE - PT. CHART • PINK - EMS COORDINATOR • WHITE - QA FORM • YELLOW - AMBULANCE COPY
PRESS HARD YOU ARE MAKING FOUR COPIES

**DEFENDANT'S EXHIBIT**
CASE NO. 3:00cv1802
EXHIBIT NO. 3