UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL                                :
     Plaintiff                      : CIVIL NO. 300 CV 1802 AWT
                                          :
    V.                             :
                                          :
LEONARD LABONIA                           :
ETHAN MABLE                               :
   and CITY OF DANBURY            :
    Defendants                     : MARCH 24, 2005

## PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR JUDICIAL NOTICE

I.    **Nature of Case:**

     This is a civil rights case brought by the plaintiff, John Aczel, under 42 U.S.C. Section 1983

and under 42 U.S.C. Section 1988 alleging that his Fourth and Fourteenth Amendment rights were

violated. Plaintiff alleges that he was falsely arrested and subjected to excessive force on August 10,

1999 by Defendant, Leonard Labonia and Defendant, Ethan Mable, both of whom are police officers

of the City of Danbury.  Plaintiff alleges that he was subjected to excessive force by Defendant

police officers when, without probable cause, the police officers placed him an unventilated police

cruiser in extremely hot weather (causing him to overheat and to experience breathing difficulties)

and then subsequently repeatedly and violently struck his head, face, and body, pepper sprayed him

and placed him under arrest.  Plaintiff claims that Defendant police officers had a realistic

opportunity to prevent use of excessive force against him but did not do so, and that Defendant

police officers denied him adequate medical care despite the obligation of police officers to provide

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640

medical treatment to persons injured by the police by falsely informing medical personnel at Danbury Hospital that he was intoxicated, although Defendant police officers did not seek to perform and did not perform any tests to confirm such claims.

Plaintiff also alleges that Defendant police officers violated the laws of the State of Connecticut. Plaintiff is suing Defendant police officers for violation of the state law tort of Assault and Battery. Plaintiff is also suing Defendant police officers for wrongfully and unlawfully confining him in the police car before assaulting him and later detaining him at the police station, all without reason, justification or authority in violation of the state law tort of False Imprisonment. Plaintiff is also suing Defendant police officers for using the criminal process against him in order to intimidate him from asserting his rights against them and in order to cover up their own wrongdoing and avoid civil and criminal liability for their own acts in violation of the state law tort of Abuse of Process. As part of the Abuse of Process claim, Plaintiff claims that Defendant police officers arrested him for committing the crime of interfering with a police officer and breach of peace to conceal and excuse their attack on him. Plaintiff further claims that Defendant police officers further attempted to conceal their attack on him by preparing a false police report, (which they knew, and intended, would be forwarded to and relied upon by a prosecutor), and, by falsely informing medical personnel at Danbury Hospital that he was intoxicated, although Defendant police officers did not seek to perform and did not perform any tests to confirm such claims. Plaintiff is also suing Defendant police officers for violation of the state law tort of Intentional Infliction of Emotional Distress.

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS No. 23640

The Defendant police officers deny liability. With respect to most of the claims made by Plaintiff, Defendant police officers assert that all of their actions were objectively reasonable under the circumstances.

Plaintiff claims as part of his damages that he was incarcerated for four to five hours, was required to appear in Court as an accused criminal, and was required to spend money to hire an attorney to defend himself against the false charges. Additionally, Plaintiff claims that he suffered a loss of liberty, inconvenience and humiliation, great physical pain and disability, and extreme emotional distress, with associated economic loss. Plaintiff also claims to have suffered a traumatic brain injury, traumatic labyrinthitis, a fracture of the left wrist; traumatic headaches; TMJ injury; a fractured zygomatic arch requiring surgical repair, rib injuries, and a knee injury.

## II.    Law and Argument

The temperature on August 10, 1999, is a material disputed fact in this case. The exact time that the incident took place is also a material disputed fact.

The Complaint pleads that on or about August 10, 1999, Plaintiff was involved in a verbal dispute with a non-party concerning the use of a clothes drier located at the premises located at 42 Highland Avenue, Danbury, CT. The Defendant, Officer Laconia, was called to the scene in the course of the verbal dispute. Plaintiff, John Acel, testified at his deposition that the police arrived at the scene of the incident at approximately 4:15-4:30 P.M. See copy of Plaintiff's deposition transcript attached hereto and marked Exhibit D. Immediately upon arrival, Labonia, directed Plaintiff to the back seat of the police car. At the time Labonia ordered Plaintiff into his car, the car

was parked, the motor was off, and the windows were closed. Labonia locked Plaintiff inside the car and left him unattended while he proceeded to interview the other participants to the dispute. The heat and lack of air inside the police car caused Plaintiff to experience physical discomfort, including breathing difficulties. Fearful for his safety, Plaintiff attempted to gain the officer's attention by knocking on the police car window. In response to Plaintiff's knocking on the police car window, Labonia approached Plaintiff in a threatening and menacing manner, pulled him from the car, verbally and physically attacked Plaintiff and repeatedly and violently struck Plaintiff's head, face, and body.

Plaintiff alleges that Defendants had no reasonable suspicion to detain and no probable cause to arrest Plaintiff when they placed him in the police cruiser, as aforesaid. Plaintiff also alleges that Defendants used excessive force by placing Plaintiff in an unventilated police cruiser when the temperature outside was hot.

Defendant, Labonia testified that the temperature on August 10, 1999 was as follows: " I can't tell you the exact temperature. I can tell you it was cool. Say 65 to 70, maybe low 70's". See page 110 of Officer Labonia's deposition transcript attached hereto and marked Exhibit A.

Plaintiff, John Aczel testified that the temperature on August 10, 1999 was very hot, "96, 97, 100" degrees. See page 86 of John Aczel's deposition transcript attached hereto and marked Exhibit B.

Plaintiff's Exhibit 18 of the Joint Trial Memorandum, is a certified copy of the weather report and evidences that the peak temperature on the date of the incident on August 10, 1999 was 77

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640

degrees Fahrenheit. See Plaintiff's certified copy of the weather report, attached hereto and marked Exhibit C. Defendants' certified copy of the weather report (See Exhibit A to the Motion for Judicial Notice) similarly reports that the peak temperature on the date of the incident was 77 degrees Fahrenheit.

In their Motion for Judicial Notice dated March 7, 2005, Defendants have attached Exhibit A, which includes a copy of the certified weather report along with a cover letter to the certified weather report, authored by Robert B. Cox, explaining and commenting on data purported to be on the certified weather report. The Certified copy of the weather report submitted by Defendants along with the letter of Robert B.Cox are inconsistent and contradictory. The letter of Robert B. Cox misstates the time of the incident in question as "approximately 5:00 P.M. on August 10, 1999". The exact time of the incident in question is a disputed fact. Plaintiff testified that the police arrived on the scene at 4:15-4:30 PM. and proceeded to immediately place him in the police cruiser. See Exhibit D. Plaintiff has objected to the admission of the Letter authored by Robert Cox for reasons set forth in Plaintiff's Motion in Limine re: Map/Diagram of Location of Incident and the Letter dated April 25, 2001 from Robert B. Cox to Ms. Sherri Adams, CIRMA (Cover letter interpreting and commenting on data on the certified weather report) dated February 14, 2005 (hereinafter MIL: re Cox letter). Plantiff's Memorandum of Law in Support of its MIL: re Cox letter is incorporated herein as if more fully set forth. Plaintiff requests that the court not consider the letter of Robert B. Cox, in the context of the Motion for Judicial Notice for the same reasons that Plaintiff has objected to the admissibility of the letter into evidence in the MIL: re: Cox letter.

The certified copy of the weather report submitted by Defendants is inconclusive, for the following reasons. See Exhibit A to Defendants' Motion for Judicial Notice. The certified copy of the weather report states, in the Section entitled "Summary of the Day (Midnight to Midnight)" at page, 3 of Exhibit A to Defendants' Motion for Judicial Notice, that the maximum temperature, on August 10, 1999, was 77 degrees Fahrenheit or (25.0 degrees Centigrade). However, nowhere on the certified copy of the weather report is there an indication as to the "exact time" of day during which the weather peaked to 77 degrees Fahrenheit.

Indeed, both Plaintiff's and Defendants' certified copies of the weather report (See Exhibit A to this Motion for a copy of Plaintiff's certified copy of the weather report and Exhibit A to the Motion for Judicial Notice for Defendants certified copy of the weather report) state the following temperatures for August 10, 1999:

| CENTIGRADE | | FAHRENHEIT | |
|---|---|---|---|
| Time | Temp Dry-Bulb | Time | Temp Dry-Bulb |
| 0853 | 20.00 | 8:53PM | 68 |
| 0953 | 21.1 | 9:53PM | 69.98 |
| 1053 | 21.1 | 10.53PM | 69.98 |
| 1153 | 21.7 | 11:53PM | 71.06 |
| 1253 | 22.2 | 12:53PM | 71.96 |
| 1353 | 23.9 | 1:53PM | 75.02 |
| 1453 | 23.3 | 2:53PM | 73.94 |

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640

| 1553 | 24.4 | 3:53PM | 75.92 |
| 1653 | 22.2 | 4:53PM | 71.96 |
| 1753 | 21.7 | 5:53PM | 71.06 |

In sum, the weather reports state that at 3:53 P.M. it was 75.92 degrees Fahrenheit. Sometime after 3:53 P.M. but prior to 4:53 P.M., the temperature rose to 77 degrees Fahrenheit before it began to fall. However, there is absolutely no indication in either the certified copy of the weather report produced by Plaintiff or Defendants as to the exact time during which the temperature reached 77 degrees Fahrenheit on August 10, 1999. Both certified copies of the weather reports do indicate, however, that sometime between 4:00 and 5:00, the temperature peaked at 77 degrees Fahrenheit.

Defendants have requested the court to take judicial notice that the highest temperature in Danbury, CT on August 10, 1999 was "24.3 degrees Celsius or 77 degrees Fahrenheit, at 17.53 (5.53 p.m.)". The certified copy of the weather report states that at 5:53 PM, it was 71.06 degrees Fahrenheit and not 77 degrees Fahrenheit. The fact submitted by Defendants for judicial notice is inaccurate and unsupportable by the certified weather report produced by Defendants. It also contradicts the certified weather report produced by Plaintiff. The certified weather report produced by Defendants states that on August 10, 1999, from 3:53 pm to 4:53 p.m, the temperature was on the rise. Between 3:53 pm and 4:53 pm. the temperature had risen from 75.92 degrees Fahrenheit to 77 degrees Fahrenheit, which was the peak for the day and then began to drop so that at 4:53 P.M. it had

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640

descended to or 71.96 degrees Fahrenheit, and at 5:53 P.M., it continued to drop to 71.06 degrees

Fahrenheit. Thus, sometime between 4:00 to 5:00, the temperature had reached its peak that day at

77 degrees Fahrenheit.

The incident in question took place sometime between 4:15 PM and 4:30 P.M. See Exhibit

D attached hereto. Plaintiff claims that when he was placed in the unventilated police cruiser, the

temperature was hot and Defendants claim that it was cool. The complete certified copy of the

weather report of the day in question appears to support Plaintiff's position regarding the weather

that day.

However, Defendants are requesting the court to take judicial notice that at 4:53 P.M. the

temperature was 22.2 degrees or 72 degrees Fahrenheit. Such limited judicial notice of the contents

of the weather report is misleading as the status of the temperature on the date of the incident. Such

limited judicial notice gives an incomplete picture to the jury as to the matters appearing on the

certified copy of the weather report. The complete certified copy of the weather report must be

shown to the jury in this case so that they too can conclude that the temperature peaked to 77 degrees

Fahrenheit between 4:00 pm and 5:00 pm on the date of the incident.

Secondly, Defendants are also requesting the court to take judicial notice that "on 5:53 pm.

the temperature on August 10, 1999, 77 degrees Fahrenheit". However, the certified copy of the

weather report states that at 5:53p.m., the temperature was 71.06 degrees Fahrenheit and not 77

degrees Fahrenheit as Defendants wrongly state in their Motion for Judicial Notice. Defendants are

attempting to have the Court take judicial notice of facts that are disputed, are unsupported by the

certified weather report, and are misleading.

For the sake of judicial economy, Plaintiff attempted to contact Defendants' counsel to discuss their Motion for Judicial Notice and the inaccuracies stated therein, however, Defendants' counsel refused and/or neglected to return Plaintiff's calls.

## III.    CONCLUSION

Based on the foregoing, the plaintiff respectfully requests that this Court deny the Defendants' Motion for Judicial Notice and allow Plaintiff and Defendants to produce 'only' a complete copy of their respective certified weather reports into evidence.

PLAINTIFF,
JOHN ACZEL

BY_____

Tiziana M. Scaccia
Goldstein and Peck, P.C.
1087 Broad Street, P.O. Box 1538
Bridgeport, CT 06601-1538
(203) 334-9421
(203) 334-6949 (fax)
ct08713

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 24th day of March, 2005

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

_____
Tiziana M. Scaccia

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS No. 23640

# EXHIBIT A

GOLDSTEIN AND PECK, P.C.

ATTORNEYS AT LAW

1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * *

JOHN ACZEL,

PLAINTIFF, * CIVIL ACTION NO.
300 CV 1802 AWT

VS

* MARCH 8, 2002

LEONARD LABONIA, ETHAN MOBLE and,
CITY OF DANBURY,
DEFENDANTS.

* * * * * * * * * * * * * * *

DEPOSITION OF LEONARD LABONIA, a witness called on behalf of the Plaintiff, taken pursuant to Rule of Court before Kathleen Horvath, Certified Shorthand Reporter and Notary Public in and for the State of Connecticut, on Friday, March 8, 2002 commencing at 10:12 A.M. at the offices of Goldstein and Peck, 1087 BROAD STREET, Bridgeport, Connecticut 06604.

BEECHER & HORVATH
REPORTING ASSOCIATES
73 MILLBROOK ROAD
NORTH HAVEN, CT 06473
(203) 230-2010
FAX (203) 281-3429

---

**Page 2**

APPEARANCES:

FOR THE PLAINTIFF:
GOLDSTEIN & PECK, ESQS.
1087 BROAD STREET
BRIDGEPORT, CONNECTICUT 06604
BY: TIZIANA M. SCACCIA, ESQ., OF COUNSEL

FOR THE DEFENDANTS, Labonia and Mable:
HOWD & LUDORF, ESQS.
65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190
BY: THOMAS GERARDE, ESQ., OF COUNSEL

FOR THE DEFENDANT, City of Danbury:
MAHER & MURTHA, ESQS.
528 CLINTON AVENUE
BRIDGEPORT, CONNECTICUT 06605
BY: MARK A. PERKINS, ESQ., OF COUNSEL

---

**Page 3**

STIPULATIONS

IT IS STIPULATED by the attorney for the Plaintiff and the attorney for the Defendant that each party reserves the right to make specific objections in open court to each and every question asked and the answers thereto given by the witness, reserving the right to move to strike out where applicable, except such objections as to the form of the question, which would be stated during the course of the deposition.

IT IS STIPULATED AND AGREED between counsel for the parties that the proof of the authority of the Notary Public before whom this deposition is taken is waived.

IT IS STIPULATED AND AGREED between counsel for the parties that the reading and signing of the deposition is NOT waived.

IT IS STIPULATED AND AGREED between counsel for the parties that any defect as to the notice for the deposition is waived.

---

**Page 4**

1   LEONARD A. LABONIA
2
3   A witness called for examination by
4   counsel for the Plaintiff, being first
5   duly sworn, was examined and testified
6   as follows:
7
8        DIRECT EXAMINATION
9             BY
10        MS. SCACCIA
11
12   Q  Mr. Labonia, my name is
13   Attorney Tiziana --
14   A  Labonia.
15   Q  Labonia?
16   A  Yes.
17   Q  My name is Attorney Tiziana Scaccia,
18   and I represent the plaintiff, John Aczel, and
19   you are aware that he filed a lawsuit against
20   you?
21   A  Correct.
22   Q  Okay.  Before we begin, I'm going to
23   inform you of a couple of rules of the
24   deposition.

---

**Page 5**

1   A  Okay.
2   Q  First of all, the first rule is, you
3   must wait till I complete the question before
4   answering it.  Is that acceptable to you?
5   A  Yes.
6   Q  Okay.  The second is, if you don't
7   understand the question, if you don't
8   understand any of the words I've used, then you
9   must let me know, because if you do not let me
10   know, then I will assume that you have
11   understood the question and that you've
12   answered it.  Okay?
13   A  Okay.
14   Q  Is that clear?
15   A  Yes.
16   Q  Okay.  I need you to articulate all
17   your answers, which means, you must speak them.
18   You cannot motion with your hands or nod with
19   your head, because the court reporter needs to
20   take down everything that you say, and she's
21   not necessarily looking at you when she's
22   typing what you are saying.  Okay?
23   A  Okay.
24   Q  Is that agreeable?

---

**Page 6**

1   A  Yes.
2   Q  If you need a break at any time
3   during the deposition, that is acceptable.  But
4   I will not allow a break during a pending
5   question, which means you must answer the
6   question before you take the break, and before
7   I will allow you a break.  Is that acceptable?
8   A  Yes.
9   Q  Okay.  And the last rule is, I am not
10   seeking any guesses in any of the responses you
11   have given, but I am seeking your best
12   estimates.  So when I ask you a question which
13   involves an estimate, I'm only seeking your
14   best estimate and not a guess.  Is that
15   acceptable?
16   A  Yes.
17
18      (Whereupon there was a recess at
19       this time.)
20
21   Q  Okay.  Officer Labonia, can you
22   please state your address.
23   A  120 Main Street.
24   Q  And what city is that?

---

Multi-Page™

Page 109

1  A  I saw Mr. Aczel.
2  Q  Where was he in relation to the two
3 females?
4  A  He was next to the females.
5  Q  Are you in your car at this point
6 when you first see him?
7  A  This is as I pull up, yeah.
8  Q  As you pull up?
9  A  Yes.
10  Q  How far was Mr. Aczel from the two
11 females?  And I'm still talking about before
12 you exited your vehicle.
13  A  Okay.
14  Q  As you arrived on the scene.
15  A  Ten feet, between five and ten feet.
16  Q  And you said the two females were
17 washing a car?
18  A  Yes.
19  Q  And what was Mr. Aczel doing?
20  A  Yelling at them.
21  Q  And did you have your windows up or
22 down?
23  A  I had my windows down.
24  Q  Do you have air conditioning in your

Page 110

1 car?
2  A  Yes, I do.
3  Q  Did you have the air conditioning on?
4  A  I believe so.
5  Q  You had it on?
6  A  Yes.
7  Q  And what was the temperature that
8 day?
9  A  I can't tell you the exact
10 temperature.  I can tell you it was cool.  Say
11 65 to 70, maybe low '70s.
12  Q  Was that all day?
13  A  I don't remember the temperature all
14 day.  I know it wasn't -- I don't remember it
15 being an extremely hot day.
16  Q  Did you have your police uniform on?
17  A  Yes, I did.
18  Q  Was it long or short sleeves?
19  A  Short-sleeved uniform.
20  Q  Long or short pants?
21  A  Long pants.
22  Q  Now, you testified you had your air
23 conditioning on, but the windows down?
24  A  (Whereupon the witness nodded

Page 111

1 affirmatively).
2  Q  How many windows were down?
3      Was that a yes, I'm sorry.
4      MR. GERARDE:  You have to
5 answer out loud.
6  Q  You've got to answer out loud.
7  A  How many windows were down?
8  Q  Yes.
9  A  At least my side window was down.  I
10 don't remember if --
11  Q  At what point in time did you roll
12 your side window down?
13  A  I don't remember.  I can remember
14 them arguing and hearing them yell and argue,
15 so -- it was down before I arrived on scene.
16  Q  So you had your window down before
17 you arrived on the scene?
18  A  Correct.
19  Q  And you had your air conditioning on?
20  A  Yes.
21  Q  Okay.  Is that something you normally
22 do?
23  A  Yes.
24  Q  Why is that?

Page 112

1  A  Just gets hot when I'm wearing a 35,
2 40-pound vest and a dark polyester police
3 uniform.  I ride around with my window open in
4 the winter sometimes.
5  Q  Now, I'm going to give you a piece of
6 paper, and I'm going to ask you to describe
7 what you saw on the piece of paper.  If you can
8 draw for me exactly what you saw as you
9 approached the address at 42 Highland Avenue.
10      MR. GERARDE:  Wait a minute.
11 I may object to this and I may not.
12      What I am going to ask you to
13 do is to ask him if he's able to draw
14 something, and if he's able to draw it
15 on paper, then I will allow him to do
16 it.  If he doesn't have something
17 clearly in mind that he's able to draw,
18 I'm going to tell him not do it, and
19 then we'll have the judge decide.
20  Q  How are you at drawing?
21  A  Not very well.
22  Q  Did you see a building when you got
23 there?
24  A  Yes.

Page 113

1  Q  Can you draw a building?
2      MR. GERARDE:  No, this is -- I
3 object to that.
4  Q  Can you draw a building?
5  A  No.
6  Q  You can't draw a building?
7  A  I can't draw the building that I saw.
8  Q  I don't want you to draw the exact
9 building.
10      Can you draw for us a square?
11  A  I don't remember it being a square.
12  Q  Okay.  Can you draw a square?
13  A  I can draw a square.
14  Q  Okay.  Can you draw a square which
15 indicates the building that you saw on the
16 piece of paper?
17  A  No.
18  Q  Why not?
19  A  What is it exactly that you are
20 asking me to do?
21  Q  All I want you to --
22  A  Is it that you want me to draw a
23 square, I'll draw a square for you.
24  Q  Yes.  Draw me a square and put the

Page 114

1 building on the piece of paper.  That's all I
2 want you to do.
3  A  You want me to draw a square or put
4 the building on the paper?
5  Q  Just draw me a square on the piece of
6 paper.  And I want you to tell me, in relation
7 to the -- did you say you parked in the parking
8 lot of the building?
9  A  Yes.
10  Q  Okay.  Put it in relation to the
11 parking lot.  So give me an area, another
12 square, which is the parking lot, and another
13 square, which is the building.  And just draw
14 it for me.
15  A  I can't do that.
16  Q  Why not?
17  A  I'm not asking you to draw anything
18 to scale.
19  A  Okay.
20  Q  All I'm asking you to draw --
21  A  I can draw you a square.  If you want
22 me to draw you a square, I can draw you a
23 square.
24  Q  Okay.  Draw me a square showing the

# EXHIBIT B

# COPY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN ACZEL,                        :

           Plaintiff       :

  VS.                                        3:00-CV-1802(AWT)

                        :

LEONARD LABONIA, ETHAN MABLE
and CITY OF DANBURY,               :

          Defendants    :    MARCH 8, 2002


## DEPOSITION OF JOHN ACZEL


APPEARANCES:

    For the Plaintiff:

        GOLDSTEIN & PECK, P.C.
        1087 Broad Street
        Bridgeport, Connecticut 06601-1538
    BY:  TIZIANA SCACCIA, ESQ.

    For Defendants Leonard Laboni and Ethan Mable:

        HOWD & LUDORF
        65 Wethersfield Avenue
        Hartford, Connecticut 06114
    BY:  THOMAS R. GERARDE, ESQ.

    For the Defendant City of Danbury:

        MAHER & MURTHA, LLC
        582 Clinton Avenue
        Bridgeport, Connecticut 06605
    BY:  MARK A. PERKINS, ESQ.

    Also Present:  Mr. Steven Schwarcz
                 Interpreter


                Paul Collard
        Registered Diplomate Reporter

1    it was two minutes or twenty minutes?

2         A     No, I couldn't, because, you know, when you at

3    that point when you getting -- you can't breathing, you

4    know, and the hot is just uncomfortable for yourself, you

5    know.  I don't go through anybody for this.

6         Q     You told me earlier that you believed that the

7    temperature was very hot?

8         A     Yes.

9         Q     96, 97, 100?

10        A     Yes.

11        Q     Are you sure about that?

12        A     Yes.

13        Q     How are you so sure?

14        A     Because I remember.

15        Q     Because you remember?

16        A     Yes.

17        Q     Even to this day?

18        A     Even to this day.

19        Q     And you're as sure about that as you are about

20    everything else?

21        A     Yes, sir.

22        Q     Now, you said that you were banging on the

23    windows of the car?

24        A     Yes.

25        Q     Tell me, what were you doing in the back seat?

# EXHIBIT C

FORM CD-64
(REVISED)
PRESCRIBED BY
D.A.O. 201-17

## U. S. DEPARTMENT OF COMMERCE

### Asheville, N.C.

I CERTIFY that the attached are authentic and true copies of
meteorological records on file in the NATIONAL CLIMATIC DATA
CENTER, ASHEVILLE, NORTH CAROLINA.

*Charles W. Thomason*

*for*

AUGUST L. SHUMBERA
RECORDS CUSTODIAN
DATA ADMINISTRATOR
(Official Title)

. . . . . . . . . . . . . . . . . .

I HEREBY CERTIFY that AUGUST L. SHUMBERA RECORDS CUSTODIAN, who
signed the foregoing certificate, is now, and was at the time of
signing, DATA ADMINISTRATOR, NATIONAL CLIMATIC DATA CENTER, and
that full faith and credit should be given his certificate as such.
I further state that I am the person to whom the said custodian
reports.

IN WITNESS WHEREOF, I have hereunto
subscribed my name and caused the
seal of the Department of Commerce
to be affixed   MAR 2 5 2002
on this date:

For the SECRETARY OF COMMERCE:

*Vernell M. Wolder*

*for*

THOMAS R. KARL
DIRECTOR
NATIONAL CLIMATIC DATA CENTER
(Certifying Officer)

**SURFACE WEATHER OBSERVATIONS (METAR/SPECI)**

STATION (CITY, STATE): DANBURY, CT
LATITUDE: 41° 22' N  LONGITUDE: 73° 29' W
STATION ELEVATION Ft (MSL): 455  TIME CONVERSION TO UTC: +5
DAY 10  MONTH 08  YEAR 1999  SID DXR

| | L.ST | WIND DIR TRUE | SPD KTS | GUST KTS | VARIABILITY TRUE | VISIBILITY SURFACE STATUTE MILES | RUNWAY VISUAL RANGE (FEET) | PRESENT WEATHER | SKY CONDITION | TEMP °C | DEW POINT °C | ALTIMETER INS. | REMARKS AND SUPPLEMENTAL CODED DATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| M | 0053 | 240 | 5 | | | 10 | | | CLR | 09 | 07 | A2989 | SLP121 T00890067 10206 20094 55003 TSNO |
| M | 0153 | 240 | 3 | | | 10 | | | CLR | 09 | 07 | A2990 | SLP121 T00890067 TSNO $ |
| M | 0253 | 000 | | | | 10 | | | CLR | 09 | 07 | A2989 | SLP120 T00890072 TSNO $ |
| M | 0353 | 240 | 3 | | | 10 | | | CLR | 09 | 07 | A2990 | SLP121 T00940072 53002 TSNO $ |
| M | 0453 | 240 | 3 | | | 10 | | | CLR | 10 | 08 | A2990 | SLP124 T01000078 TSNO $ |
| M | 0553 | 250 | 3 | | | 10 | | | CLR | 11 | 08 | A2991 | SLP126 T01060083 $ (LY) |
| M | 0653 | 250 | 3 | | | 10 | | | CLR | 14 | 09 | A2991 | SLP125 T01390083 10133 20083 50004 $ (LY) |
| M | 0753 | 000 | | | | 10 | | | CLR | 16 | 09 | A2992 | SLP130 T01560089 $ (LY) |
| M | 0853 | VRB | 3 | | | 10 | | | FEW060 | 20 | 07 | A2991 | SLP125 T02000072 $ (TF) |
| M | 0953 | VRB | 5 | | | 10 | | | OVC070 | 21 | 06 | A2991 | SLP126 T02110061 51001 (TF) |
| M | 1053 | VRB | 5 | | | 10 | | | SCT040 OVC075 | 21 | 06 | A2991 | SLP125 T02110061 (LY) |
| M | 1153 | VRB | 3 | | | 10 | | | SCT040 BKN080 | 22 | 07 | A2990 | SLP122 T02170067 (TF) |
| M | 1253 | VRB | 4 | | | 10 | | | SCT085 | 24 | 07 | A2989 | SLP118 T02220072 10228 20139 58008 (TF) |
| M | 1353 | 000 | | | | 10 | | | SCT080 | 23 | 07 | A2986 | SLP110 T02390067 (ED) |
| M | 1453 | VRB | 0 | | | 10 | | | SCT100 | 24 | 07 | A2983 | SLP101 T02330067 (ED) |
| M | 1553 | 000 | 0 | | | 10 | | | BKN085 | 22 | 09 | A2983 | SLP098 T02440057 56020 (JF) |
| M | 1653 | 160 | 7 | | | 10 | | | SCT085 | 22 | 09 | A2984 | SLP100 T02220089 (ED) |
| M | 1753 | 170 | 5 | | | 10 | | | CLR | 21 | 10 | A2984 | SLP101 T02170100 (JF) |
| M | 1853 | 190 | 5 | | | 10 | | | CLR | 20 | 11 | A2986 | SLP102 T02060106 10250 20206 51004 (JF) |
| M | 1953 | 170 | 5 | | | 10 | | | SCT100 | 19 | 11 | A2988 | SLP109 T02000106 (JF) |
| M | 2053 | 170 | 3 | | | 10 | | | BKN075 | 19 | 11 | A2988 | SLP115 T01940111 TSNO |
| M | 2153 | 170 | 8 | | | 10 | | | OVC070 | 19 | 12 | A2988 | SLP114 T01890122 50013 TSNO |
| M | 2253 | 170 | 5 | | | 10 | | | OVC075 | 19 | 13 | A2988 | SLP114 T01890133 TSNO |
| M | 2353 | 000 | 0 | | | 10 | | | *** End of Day *** | 18 | 14 | A2988 | SLP115 T01830139 402500083 TSNO |

MF1M-10A (1-96) (PRESCRIBED BY FMH-1)

U.S. DEPARTMENT OF COMMERCE, NOAA, NATIONAL WEATHER SERVICE

(SUPERSEDES MF1-10A - PREVIOUS VERSION OBSOLETE)

# UNEDITED WEATHER OBSERVATIONS (METAR)

| Field | Value |
|---|---|
| STATION (CITY STATE) | DANBURY, CT |
| SD | DXR |
| YEAR | 1999 |
| MONTH | 08 |
| DAY | 10 |
| STATION ELEVATION (FT, MSL) | 455 |
| TIME CONVERSION TO LTD | +5 |
| LONGITUDE | 73° 29' W |
| LATITUDE | 41° 22' N |

## Hourly Observations

| TIME | TOTAL SKY COVER (0-8) | TEMP DRY BULB (18) | DEW POINT (19) | TEMP WET BULB (20) | RELATIVE HUMIDITY (%) (21) | STATION PRESSURE (INS) (22) | PRESSURE TENDENCY (23) | NET 3-HR CHANGE (24) | HOURLY PRECIPITATION (INS) | HOUR |
|---|---|---|---|---|---|---|---|---|---|---|
| 0053 | | 8.9 | 6.7 | 7.8 | 86 | 29.40 | 5 | 003 | 0.00 | 00-01 |
| 0153 | | 8.9 | 6.7 | 7.8 | 86 | 29.41 | | | 0.00 | 01-02 |
| 0253 | | 8.9 | 7.2 | 8.1 | 89 | 29.40 | | | 0.00 | 02-03 |
| 0353 | | 9.4 | 7.2 | 8.3 | 86 | 29.41 | 3 | 002 | 0.00 | 03-04 |
| 0453 | | 10.0 | 7.8 | 8.9 | 86 | 29.41 | | | 0.00 | 04-05 |
| 0553 | | 10.6 | 8.3 | 9.4 | 86 | 29.42 | | | 0.00 | 05-06 |
| 0653 | | 13.9 | 8.3 | 11.0 | 69 | 29.42 | 0 | 004 | 0.00 | 06-07 |
| 0753 | | 15.6 | 8.9 | 12.0 | 65 | 29.43 | | | 0.00 | 07-08 |
| 0853 | | 20.0 | 8.9 | 13.1 | 44 | 29.42 | | | 0.00 | 08-09 |
| 0953 | | 21.1 | 6.1 | 13.1 | 38 | 29.42 | 1 | 001 | 0.00 | 09-10 |
| 1053 | | 21.1 | 6.1 | 13.1 | 38 | 29.42 | | | 0.00 | 10-11 |
| 1153 | | 21.7 | 6.7 | 13.6 | 38 | 29.41 | | | 0.00 | 11-12 |
| 1253 | | 22.2 | 7.2 | 14.0 | 38 | 29.40 | 8 | 008 | 0.00 | 12-13 |
| 1353 | | 23.9 | 6.7 | 14.5 | 33 | 29.37 | | | 0.00 | 13-14 |
| 1453 | | 23.3 | 6.7 | 14.3 | 34 | 29.34 | | | 0.00 | 14-15 |
| 1553 | | 24.4 | 6.7 | 14.7 | 32 | 29.34 | 6 | 020 | 0.00 | 15-16 |
| 1653 | | 22.2 | 8.9 | 14.8 | 43 | 29.34 | | | 0.00 | 16-17 |
| 1753 | | 21.7 | 10.0 | 15.1 | 47 | 29.35 | | | 0.00 | 17-18 |
| 1853 | | 20.6 | 10.6 | 14.9 | 53 | 29.35 | 1 | 004 | 0.00 | 18-19 |
| 1953 | | 20.0 | 10.6 | 14.7 | 55 | 29.37 | | | 0.00 | 19-20 |
| 2053 | | 19.4 | 11.1 | 14.7 | 59 | 29.39 | | | 0.00 | 20-21 |
| 2153 | | 18.9 | 12.2 | 15.1 | 65 | 29.39 | 0 | 013 | 0.00 | 21-22 |
| 2253 | | 18.9 | 13.3 | 15.6 | 70 | 29.39 | | | 0.00 | 22-23 |
| 2353 | | 18.3 | 13.9 | 15.7 | 76 | 29.39 | | | 0.00 | 23-24 |

## SYNOPTIC DATA

Synoptic Data Not Reported For ASOS Stations

## WEATHER AND OBSTRUCTION TO VISION

No Wx Duration Data Reported

## SUMMARY OF THE DAY (MIDNIGHT TO MIDNIGHT)

### Peak Winds

| SPEED (MPH) (43) | DIRECTION (44) | TIME (LST) (45) |
|---|---|---|
| 14 | 140 | 1647 |

### Fastest 2-Min Wind

| SPEED (MPH) (46) | DIRECTION (47) | TIME (LST) (48) |
|---|---|---|
| 11 | 140 | 1647 |

### Summary Values

| Field | Value |
|---|---|
| SUNRISE TIME (LST) (49) | |
| SUNSET TIME (LST) (50) | |
| TOTAL SUNSHINE (MIN) (51) | M |
| PERCENT PSBL SUNSHINE (52) | M |
| CHARACTER SUNRISE (53) | |
| CHARACTER SUNSET (54) | |
| SKY COVER SUNRISE TO SUNSET (55) | |
| SKY COVER MIDNGHT TO MIDNGHT (56) | |
| 24-HR MAX TEMP (0.1 C) (57) | 25.0 |
| 24-HR MIN TEMP (0.1 C) (58) | 8.3 |
| 24-HR PRECIP WATER EQUIV (INS) (59) | 0.00 |
| 24-HR SNOW FALL UNMLTD (60) | |
| 1200 UTC SNOW DEPTH (INS) (61) | M |
| WATER EQUIV (INS) (62) | M |
| STATION PRESSURE (63) | 29.36 |
| SEA LEVEL PRESSURE (64) | 29.67 |

## REMARKS, NOTES AND MISCELLANEOUS PHENOMENA 65:

Daily Remarks Data not reported for ASOS Stations

MF1M4-10B (1-96) [PRESCRIBED BY FMH-1]    U.S. DEPARTMENT OF COMMERCE, NOAA NATIONAL WEATHER SERVICE    (SUPERSEDES MF-1-10B – PREVIOUS VERSIONS OBSOLETE)

# WEATHER DURATION SUMMARY DERIVED FROM 5 MINUTE ASOS for AUG 1999

## DANBURY, CT
### DANBURY MINICIPAL AIRPORT

LATITUDE: 41°22'N
LONGTUDE: 73°29'W
ELEV (GROUND): 455
TIME ZONE: EASTERN ( +5)
WBAN: 54734
ISSN#: –

| Day | WX Elem | TIME Begin | TIME End | Day | WX Elem | TIME Begin | TIME End | Day | WX Elem | TIME Begin | TIME End | Day | WX Elem | TIME Begin | TIME End |
|-----|---------|-----------|----------|-----|---------|-----------|----------|-----|---------|-----------|----------|-----|---------|-----------|----------|
| 10 | No Data | | | | | | | | | | | | | | |

NOTE: Present weather elements are limited to those phenomena  discernible by the ASOS platform. Begin and End times are approximations derived from the presence or non-presence of weather entries on the Five Minute Data; therefore, an element may begin and end as much as 4 Minutes earlier than shown.

http://www.nndc.noaa.gov/cgi-bin/mndc/buyOL-002.cgi

3/20/02 3:22 PM

of 1

# UNEDITED
## LOCAL CLIMATOLOGICAL DATA
### [NOAA, National Climatic Data Center]
### MONTH: 08/1999

**Station Location: DANBURY, CT (DXR)**
lat: 41° 22' lon: -73° 29'
Elev(Ground): 455 Feet
Time Zone:        WBAN: 54734

| Date | Max | Min | Avg | Dep From Normal | Avg Dew pt. | Avg Wet Bulb | Heating | Cooling | Significant Weather | Snow/Ice 0600 LST Depth | Precip 2400 LST Water Equiv | Avg Station Pressure | Avg Sea level Pressure | Wind Res Speed | Wind Res Dir | Wind Avg Speed |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 01 | M | M | M | M | - | 32 | M | M | FG HZ | M | 0.04 | 12.17 | - | 4.3 | 31 | 7.3 |
| 02 | 84 | 70 | M | M | 51 | 43 | M | M | - | M | 0.00 | 17.17 | - | 3.4 | 2 | 5.4 |
| 03 | 86 | 56 | 71 | M | 57 | 63 | 0 | 6 | - | M | 0.00 | 29.53 | 30.06 | 1.7 | 36 | 4.7 |
| 04 | 86 | 55 | 71 | M | 62 | 63 | 0 | 6 | - | M | 0.00 | 29.44 | 29.96 | 2.4 | 18 | 4.9 |
| 05 | 85 | 60 | 73 | M | 56 | 63 | 0 | 8 | TS TSRA FG | M | 0.03 | 29.27 | 29.85 | 4.4 | 23 | 6.2 |
| 06 | 86 | 55 | 71 | M | 56 | 63 | 0 | 6 | FG | M | 0.00 | 29.34 | 29.79 | 4.4 | 24 | 6.2 |
| 07 | 84 | 55 | 70 | M | 51 | 64 | 0 | 5 | - | M | 0.01 | 29.27 | 29.85 | 4.4 | 27 | 6.5 |
| 08 | 81 | 66 | 74 | M | 66 | 68 | 0 | 9 | RA FG HZ | M | 0.00 | 29.44 | 29.96 | 1.8 | 35 | 4.6 |
| 09 | 77 | 50 | 64 | M | 44 | 55 | 1 | 0 | - | M | 0.19 | 29.20 | 29.72 | 1.9 | 35 | 3.9 |
| 10 | 77 | 47 | 62 | M | 47 | 55 | 3 | 0 | - | M | 0.00 | 29.29 | 29.80 | 6.9 | 8 | 8.5 |
| 11 | 75 | 64 | 70 | M | 65 | 67 | 0 | 5 | - | M | 0.10 | 29.36 | 29.87 | 4.6 | 19 | 4.6 |
| 12 | 83* | 69 | 79* | M | 66 | 69 | 0 | 14 | TS TSRA FG HZ | M | 0.00 | 29.32 | 29.85 | 0.3 | 10 | 4.0 |
| 13 | 87 | 68 | 78 | M | 70 | 73 | 0 | 13 | FG HZ | M | T | 29.37 | 29.32 | 7.2 | 1 | 8.2 |
| 14 | 81 | 68 | 75 | M | 70 | 71 | 0 | 10 | FG+ FG HZ | M | 1.38 | 29.41 | 29.41 | 2.8 | 18 | 5.3 |
| 15 | 73 | 63 | 68 | M | 64 | 65 | 0 | 6 | TS TSRA RA FG HZ | M | 0.03 | 29.30 | 29.89 | 3.6 | 3 | 5.3 |
| 16 | 87 | 59 | 71 | M | 61 | 65 | 0 | 13 | RA FG HZ | M | 0.00 | 29.30 | 29.81 | 0.7 | 19 | 3.1 |
| 17 | 87 | 68 | 78 | M | 69 | 69 | 0 | 10 | - | M | 0.00 | 29.64 | 30.02 | 3.6 | 22 | 7.5 |
| 18 | 84 | 65 | 75 | M | 61 | 66 | 0 | 4 | FG HZ | M | 0.00 | 29.41 | 30.17 | 3.5 | 35 | 4.6 |
| 19 | 81 | 57 | 69 | M | 57 | 62 | 0 | 1 | FG | M | 0.01 | 29.32 | 29.93 | 0.9 | 14 | 3.5 |
| 20 | 74 | 58 | 66 | M | 57 | 60 | 3 | 0 | - | M | 0.00 | 29.49 | 29.82 | 6.2 | 5 | 7.3 |
| 21 | 76 | 55 | 66 | M | 55 | 59 | 6 | 0 | RA FG | M | 0.27 | 29.57 | 29.49 | 6.9 | 6 | 7.3 |
| 22 | 69 | 53 | 64 | M | 56 | 59 | 0 | 3 | - | M | 0.67 | 29.50 | 30.09 | 3.1 | 35 | 4.4 |
| 23 | 84 | 52 | 68 | M | 57 | 62 | 0 | 3 | - | M | 0.00 | 29.50 | 30.02 | 6.9 | 31 | 7.3 |
| 24 | 84 | 52 | 68 | M | 61 | 64 | 0 | 3 | - | M | 0.00 | 29.50 | 30.01 | 1.9 | 16 | 4.5 |
| 25 | 80 | 66 | 70 | M | 66 | 67 | 0 | 3 | FG+ FG HZ | M | T | 29.58 | 30.04 | 1.4 | 15 | 3.3 |
| 26 | 67 | 67 | 70 | M | 69 | 70 | 0 | 3 | FG+ FG HZ | M | 0.86 | 29.56 | 30.09 | 4.8 | 6 | 5.4 |
| 27 | 83 | 64 | 74 | M | 70 | 69 | 0 | 9 | TS TSRA RA FG+ FG | M | 0.13 | 29.41 | 30.09 | 1.5 | 14 | 3.1 |
| 28 | 84 | 64 | 74 | M | 65 | 68 | 0 | 9 | RA FG HZ | M | 0.01 | 29.36 | 29.94 | 3.4 | 26 | 4.4 |
| 29 | 59 | 59 | 71 | M | 56 | 60 | 9 | 0 | FG HZ | M | 0.00 | 29.30 | 29.88 | 4.7 | 33 | 6.9 |
| 30 | 52 | 52 | 61 | M | 48 | 53 | 4 | 0 | FG HZ | M | 0.00 | 29.61 | 29.84 | 5.9 | 1 | 7.4 |
| 31 | 76 | 49 | 63 | M | 50 | 54 | 2 | 0 | - | M | 0.00 | 29.70 | 30.23 | 4.2 | 6 | 5.5 |
| **Totals / Avg** | 79.7 | 59.1 | 69.4 | ----- | 59.1 | 61.7 | .6 | 5.3 | <Monthly Averages> | | 3.74 | 28.48 | 29.96 | 0.4 | 34.2 | 5.3 |
| **Departure From Normal** | .0 | | | | | | | | | | 0.00 | | | | | |

**Degree Days**

| | Monthly Total | Departure | Season to Date Total | Departure |
|----|----|----|----|----|
| Heating: | 17 | -255 | | |
| Cooling: | 154 | -255 | | |

**Greatest 24-hr Precipitation:** 1.38 date: 14   date:
**Greatest 24-hr Snowfall:**   date:
**Greatest Snow Depth:** 0

**Number of Days with ---->**

| | | | |
|----|----|----|----|
| Max temp >= 90: M | Min temp <= 32: M | Precipitation >= .01 inch: 4 |
| Max temp <= 32: M | Min temp <= 0: M | Precipitation >= .10 inch: 0 |
| Thunderstorms: 4 | Heavy Fog: 3 | Snowfall >= 1.0 inch: 0 |

**Sea Level Pressure   Date   Time**

| | Pressure | Date | Time |
|----|----|----|----|
| Maximum: | 30.27 | 31 | 1046 |
| Minimum: | 29.60 | 8 | 1757 |

## Table of Significant Weather and Obscurations Reported under "Present Weather" Column

| QUALIFIER: Intensity or Proximity | | | |
|---|---|---|---|
| **"−"** Light | **"no sign"** Moderate | **"+"** Heavy | |
| VC Vicinity: but not at aerodrome. Between 5 and 10SM of the point(s) of observation | | | |
| **Descriptor** | | | |
| MI Shallow | BC Patches | PR Partial | TS Thunderstorm |
| BL Blowing | SH Showers | DR Drifting | FZ Freezing |
| **WEATHER PHENOMENA** | | | |
| **Precipitation** | | | |
| DZ Drizzle | RA Rain | SN Snow | SG Snow grains |
| IC Ice crystals | PL Ice pellets | GR Hail | GS Small hail/snow pellets |
| UP Unknown precipitation in automated observations | | | |
| **Obscuration** | | | |
| BR Mist(>= 5/8SM) | FG Fog(< 5/8SM) | FU Smoke | VA Volcanic Ash |
| SA Sand | HZ Haze | PY Spray | DU Widespread dust |
| **Other** | | | |
| SQ Squall | SS Sandstorm | DS Duststorm | PO Well developed dust/sand whirls |
| FC Funnel cloud | +FC tornado/waterspout | | |

## Table of Remarks and Supplemental Coded Data

The following groups are reported in the **Remarks** section of the SWO reports. Remarks include clarifying or augmenting data concerning elements in the body of the SWO reports, additive coded data, and maintenance data. If an element or phenomena does not occur, is missing, or cannot be observed, the corresponding group and space are omitted (body and/or remarks) from that particular report, except for Sea-level Pressure (SLPppp). SLPNO shall be reported in a METAR when the SLP is not available. The left most column are examples.

| TORNADO, FUNNEL CLOUD or WATERSPOUT | TORNADIC ACTIVITY | Augmented; report should include TORNADO, FUNNEL CLOUD or WATERSPOUT, time (after the hour) of beginning/end. location, movement; e.g.,TORNADO B25 N MOVE E |
|---|---|---|
| AO2 | TYPE OF AUTOMATED STATION | AO1; automated station without a precipitation descriminator. AO2; automated station with precipitation descriminator. |
| PK WND 20032/25 | PEAK WIND | PK WND dddff(F)/(hh)mm; direction in tens of degrees, speed in whole knots, time (reported in UTC) in minutes after the hour. Only minutes after the hour is included if the hour can be inferred from the report. |
| WSHFT 1715 | WIND SHIFT./FONT> | WSHFT followed by hours and minutes of occurrence. The term FROPA may be entered after the time if it is reasonably certain that the wind shift was a result of a frontal passage. |
| TWR VIS 2 | TOWER OR SURFACE VISIBILITY | TWR VIS vvvvv: visibility reported by tower personnel,e.g., TWR VIS 2; SFC VIS vvvvv: visibility reported by ASOS or observer. |
| VIS 3/4V1 1/2 | VARIABLE PREVAILING VISIBILITY | VIS $v_nv_nv_nv_nv_n$V$v_xv_xv_x$ $v_xv_x$; reported if prevailing visibility is <3 statute miles and variable. |
| VIS 3/4 RWY11 | VISIBILITY AT SECOND LOCATION | VIS vvvvv(LOC); reported if different than the reported prevailing visibility in the body of the report. |
| FRQ LTG NE | LIGHTNING | (FREQUENCY) LTG (LOCATION); when detected the frequency and location is reported, e.g., FRQ LTG NE, meaning frequent lightning to northeast of station. (See code details in table below) |
| RAB07 | BEGINNING AND ENDING TIME OF PRECIPITATION AND THUNDERSTORMS | w'w'B(hh)mmE(hh)mm; TSB(hh)mmE(hh)mm, where w'w' is the present weather precipitation contraction, B indicates began, E indicates ended; (hh)indicates the hour (reported in UTC) the phenomena began or ended and can be omitted if the hour can be inferred from the report, mm indicates the minutes after the hour the phenomenon began or ended. |
| | VIRGA | Augmented to report by human observer; indicates precipitation not reaching the ground is observed. |

## Key to METAR Surface Weather Observations

| Unedited Surface Weather Observations (METAR/SPEC) | | | | | | Latitude 41° 59' | Longitude -87° 55' | Station Elev. (ft) 658 | Time Conversion | Day 02 | Mon. 01 | Year 1999 | SID ORD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | WIND | | | VISIBILITY | | | SKY CONDITIONS | | TEMP °C | DEW POINT °C | ALTI-METER INS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | TIME (LST) | DIR TRUE | SPD KTS | GUST KTS | VARIABILITY TRUE | SURFACE STATUTE MILES | RUNWAY VISUAL RANGE (FT) | PRESENT WEATHER | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | 11 | 12 | 13 |
| S | 0049 | 100 | 21 | | | 3/4 | R14R/4000VP6000FT | -SN BR | BKN005 OVC015 | | -08 | -09 | A3024 |

< TD >

| Station (Type, Name, State) |
|---|
| ASOS CHICAGO, IL |

| REMARKS AND SUPPLEMENTAL CODED DATA |
|---|
| 14 |
| PRESFR P0000 (CG) |

| Column Number | | | |
|---|---|---|---|
| 1 | TYPE | Type of Observation | S - routine (standard) hourly observation. Non-standard time observation will also show type S on these forms, although they are not. |
| 2 | TIME(LST) | Time of Observation | reported as "Local Standard Time" |
| 3 | DIR TRUE | Wind Direction | reported to nearest degree, 0 to 359, from true north. Based on a 2-minute average just prior to observation time. |
| 4 | SPD KTS | Wind Speed | reported in knots. Based on a 2-minute average just prior to observation time. |
| 5 | GUST KTS | Wind Gust | maximum 5-second peak wind speed measured in the last ten minutes. Reported when wind speed exceeds 25 knots. |
| 6 | VARIABILITY TRUE | Variable Wind Direction Indicator | determined if during the 2-minute evaluation period it varies by 60 degrees or more regardless of wind speed. |
| 7 | SURFACE STATUTE MILES | Prevailing Surface Visibility | reported in statute miles & fractions. Max reported visibiltiy is 10 statute miles. Derived by sensors. Reported as variable is prevailing visibility varies by 1/2 mile or more and the average visibility is less than 3 miles. |
| 8 | RUNWAY VISUAL RANGE (FT) | Secondary Visibility Measurements | reported when surface visibility 1 mile or less. Runway Visual Range: R; 2-digit runway designator Left, Center, or Right as needed; "/index.html"; Minus or Plus, 4-digit value; 4-digit value Variability 4-digit value and tendency Down, Up or No change) |
| 9 | PRESENT WEATHER | See Table of Significant Weather and Obscurations Reported by ASOS (below) | |
| 10 | SKY CONDITION | Cloud amount, height and type | SKy Clear 0/8, FEW>0/8-2/8, SCaTtered 3/8-4/8, BroKeN 5/8-7/8, OVerCast 8/8; 3-digit height in hundreds of ft; Towering CUmulus or CumulonimBus in METAR. Vertical Visibility for obscured sky and height "VV004". More than 1 layer may be reported. ASOS stations report only, CLeaR for "clear below 12,000 feet" |
| 11 | TEMP | Dry Bulb Temperature | reported in whole degrees Celsius |
| 12 | DEW POINT | Dew Point Temperature | reported in whole degrees Celsius |
| 13 | ALTIMETER (INS.) | Altimeter Setting in Inches of Mercury | reported to nearest hundreth of an inch. Altimeter setting is the computed pressure value to which an aircraft altimeter scale is set so that it will indicate the altitude above mean sea level of an aircraft on the ground at the location for which the value was determined. |
| 14 | REMARKS AND SUPPL CODED DATA | See table xxx below for details | |

## Table of Remarks Referring to Characteristics of Pressure Tendency

| Primary Requirement | Description | Code Figure |
|---|---|---|
| Atmospheric pressure now higher than 3 hours ago. | Increasing, then decreasing | 0 |
| | Increasing, then then steady, or increasing then increasing more slowly. | 1 |
| | Increasing steadily or unsteadily. | 2 |
| | Decreasing or steady, then increasing; or increasing, then increasing more rapidly. | 3 |
| Atmospheric pressure now same as 3 hours ago. | Increasing, then decreasing | 0 |
| | Steady | 4 |
| | Decreasing, then increasing. | 5 |
| Atmospheric pressure now lower than 3 hours ago. | Decreasing, then increasing. | 5 |
| | Decreasing then steady; or decreasing then decreasing more slowly. | 6 |
| | Decreasing steadily or unsteadily. | 7 |
| | Steady or increasing, then decreasing; or decreasing then decreasing moe rapidly. | 8 |

**May 2000**
**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
National Climatic Data Center
NOAA/PA 96052
This document is provided to help users decode airport observations archived at the National Climatic Data Center. Any updates or amendments to the METAR reporting practices can be viewed at the National Weather Service Office of Systems Operations.

*http://www.ncdc.noaa.gov/ol/climate/conversion/swometardecoder.html*

*Last updated 25 May 2000*

| CIG 013V017 | VARIABLE CEILING | CIG $h_gh_gh_gV h_gh_gh_g$; reported if the ceiling in the body of the report is <3000 feet and variable. |
|---|---|---|
| CIG 017 RWY11 | CEILING HEIGHT AT SECOND LOCATION | CIG hhh[LOC]; Ceiling height reported if secondary ceilometer site ceiling value is different than the ceiling height in the body of the report. |
| PRESFR | PRESSURE RISING OR FALLING RAPIDLY | PRESRR or PRESFR; pressure rising or falling rapidly at time of observation. |
| SLP125 | SEA LEVEL PRESSURE | SLPppp; sea level pressure reported for ppp in tens, units, and tenths of hPa. |
| P0003 | HOURLY PRECIPITATION AMOUNT | Prrrr; in tens, units, tenths and hundredths of an inch since last regular hourly METAR. A trace is reported as P0000. |
| 60009 | 3- AND 6-HOUR PRECIPITATION AMOUNT | 6RRRR; precipitation amount, including water equivalent, to nearest 0.01 inches for past 6 hours reported in 00, 06, 12, and 18 UTC observations and for past 3 hours in 03, 09, 15, and 21 UTC observations. A trace is 60000. |
| 70015 | 24-HOUR PRECIPITATION AMOUNT | $7R_{24}R_{24}R_{24}R_{24}$; precipitation amount to nearest 0.01 inches for past 24 hours reported in 12 UTC observation; e.g., 70015 indicates 0.15 inches of precipitation for past 24 hours. |
| T00640036 | HOURLY TEMPERATURE AND DEW POINT | $Ts_nT_aT_aT_as_nT'_aT'_aT'_a$; reported to nearest tenth of $^{\circ}C$; $s_n$: 1 if temperature or dew point below $0^{\circ}C$ and 0 if temperature/dew point $0^{\circ}C$ or higher. |
| 10066 | 6-HOUR MAXIMUM TEMPERATURE | $1s_nT_xT_xT_x$; maximum temperature for past 6 hours reported to nearest tenth of degree Celsius; reported on 00, 06, 12, 18 UTC reports; $s_n$ = 1 if temperature below $0^{\circ}C$ and 0 if temperature $0^{\circ}C$ or higher. |
| 21012 | 6-HOUR MINIMUM TEMPERATURE | $2s_nT_nT_nT_n$; minimum temperature for past 6 hours reported to nearest tenth of degree Celsius; reported on 00, 06, 12, 18 UTC reports; $s_n$ = 1 if temperature below $0^{\circ}C$ and 0 if temperature $0^{\circ}C$ or higher. |
| 400461006 | 24-HOUR MAXIMUM AND MINIMUM TEMPERATURE | $4s_nT_xT_xT_xs_nT_nT_nT_n$; maximum temperature for past 6 hours reported to nearest tenth of degree Celsius; reported on midnight local standard time reports; $s_n$ = 1 if temperature below $0^{\circ}C$ and 0 if temperature $0^{\circ}C$ or higher; e.g., 400461006 indicates a 24-hour maximum temperature of 4.6°C and a 24-hour minimum temperature of -0.6°C. |
| 58033 | PRESSURE TENDENCY | 5appp; the character (a) and amount of change in pressure (ppp) in tenths of hPa for the past 3 hours. (See code details in table below) |
| TSNO | SENSOR STATUS INDICATORS | RVRNO: RVR missing; PWINO: precipitation identifier information not available; PNO: precipitation amount not available; FZRANO: freezing rain information not available; TSNO: thunderstorm information not available (may indicate augmenting weather observer not logged on); VISNO [LOC] visibility at second location not available, e.g. VISNO RWY06; CHINO [LOC}: (cloud-height- indicator) sky condition at secondary location not available, e.g., CHINO RWY06. |
| S | MAINTENANCE CHECK INDICATOR | Maintenance is needed on the system. |

## Table of Remarks Referring to Type and Frequency of Lightning

| Type of Lightning | | |
|---|---|---|
| **Type** | **Contraction** | **Definition** |
| Cloud-ground | CG | Lightning occurring between cloud and ground. |
| In-cloud | IC | Lightning which takes place within the cloud. |
| Cloud-cloud | CC | Streaks of lightning reaching from one cloud to another. |
| Cloud-air | CA | Streaks of lightning which pass from a cloud to the air, but do not strike the ground. |
| **Frequency of Lightning** | | |
| **Frequency** | **Contraction** | **Definition** |
| Occasional | OCNL | Less than 1 flash per minute. |
| Frequent | FRQ | About 1 to 6 flashes per minute. |
| Continuous | CONS | More than 6 flashes per minute. |

# Celsius to Fahrenheit Conversion Chart

| C | F | C | F | C | F | C | F |
|---|---|---|---|---|---|---|---|
| 50 | 122.0 | 27 | 80.6 | 4 | 39.2 | -19 | -2.2 |
| 49 | 120.2 | 26 | 78.8 | 3 | 37.4 | -20 | -4.0 |
| 48 | 118.4 | 25 | 77.0 | 2 | 35.6 | -21 | -5.8 |
| 47 | 116.6 | 24 | 75.2 | 1 | 33.8 | -22 | -7.6 |
| 46 | 114.8 | 23 | 73.4 | 0 | 32.0 | -23 | -9.4 |
| 45 | 113.0 | 22 | 71.6 | -1 | 30.2 | -24 | -11.2 |
| 44 | 111.2 | 21 | 69.8 | -2 | 28.4 | -25 | -13.0 |
| 43 | 109.4 | 20 | 68.0 | -3 | 26.6 | -26 | -14.8 |
| 42 | 107.6 | 19 | 66.2 | -4 | 24.8 | -27 | -16.6 |
| 41 | 105.8 | 18 | 64.4 | -5 | 23.0 | -28 | -18.4 |
| 40 | 104.0 | 17 | 62.6 | -6 | 21.2 | -29 | -20.2 |
| 39 | 102.2 | 16 | 60.8 | -7 | 19.4 | -30 | -22.0 |
| 38 | 100.4 | 15 | 59.0 | -8 | 17.6 | -31 | -23.8 |
| 37 | 98.6 | 14 | 57.2 | -9 | 15.8 | -32 | -25.6 |
| 36 | 96.8 | 13 | 55.4 | -10 | 14.0 | -33 | -27.4 |
| 35 | 95.0 | 12 | 53.6 | -11 | 12.2 | -34 | -29.2 |
| 34 | 93.2 | 11 | 51.8 | -12 | 10.4 | -35 | -31.0 |
| 33 | 91.4 | 10 | 50.0 | -13 | 8.6 | -36 | -32.8 |
| 32 | 89.6 | 9 | 48.2 | -14 | 6.8 | -37 | -34.6 |
| 31 | 87.8 | 8 | 46.4 | -15 | 5.0 | -38 | -36.4 |
| 30 | 86.0 | 7 | 44.6 | -16 | 3.2 | -39 | -38.2 |
| 29 | 84.2 | 6 | 42.8 | -17 | 1.4 | -40 | -40.0 |
| 28 | 82.4 | 5 | 41.0 | -18 | -0.4 | | |

## For greater accuracy use formula below:

To convert from Celsius to Fahrenheit:

$$°F = (9/5)°C + 32$$

To convert from Fahrenheit to Celsius:

$$°C = (5/9) \times (°F - 32)$$

°C = temperature in degrees Celsius
°F = temperature in degrees Fahrenheit

# CENTIGRADE TO FAHRENHEIT TEMPERATURE CONVERSION

(SMITHSONIAN METEOROLOGICAL TABLES - VOL 114)

**CENTIGRADE TO FAHRENHEIT**

THE NATIONAL CLIMATIC DATA CENTER

"A NATIONAL RESOURCE FOR CLIMATE INFORMATION"

**CONVERSION TABLE OF COMPASS POINTS (16) TO WHOLE DEGREES**

| | | | |
|---|---|---|---|
| N = 35-01 | E = 08-10 | S = 17-19 | W = 26-29 |
| NNE = 02-03 | ESE = 11-12 | SSW = 20-21 | WNW = 30-31 |
| NE = 04-05 | SE = 13-14 | SW = 22-23 | NW = 31-32 |
| ENE = 06-07 | SSE = 15-16 | WSW = 24-25 | NNW = 33-34 |

**CONVERSION TABLE OF MILES PER HOUR (MPH) TO KNOTS (KTS)**

(sec 26 mph = 22 kts)

# EXHIBIT D

COPY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN ACZEL,                          :

              Plaintiff      :

   VS.                               3:00-CV-1802(AWT)

                           :

LEONARD LABONIA, ETHAN MABLE
and CITY OF DANBURY,                 :

            Defendants    :    MARCH 8, 2002


DEPOSITION OF JOHN ACZEL


APPEARANCES:

   For the Plaintiff:

       GOLDSTEIN & PECK, P.C.
       1087 Broad Street
       Bridgeport, Connecticut 06601-1538
   BY:  TIZIANA SCACCIA, ESQ.

   For Defendants Leonard Laboni and Ethan Mable:

       HOWD & LUDORF
       65 Wethersfield Avenue
       Hartford, Connecticut 06114
   BY:  THOMAS R. GERARDE, ESQ.

   For the Defendant City of Danbury:

       MAHER & MURTHA, LLC
       582 Clinton Avenue
       Bridgeport, Connecticut 06605
   BY:  MARK A. PERKINS, ESQ.

   Also Present:  Mr. Steven Schwarcz
                Interpreter


Paul Collard
Registered Diplomate Reporter

1    showed up.

2        Q    All right.

3        A    Okay?

4        Q    So you believe the police officer showed up at

5    around 4:30?

6        A    Yeah, 4:30, 4:15, something like this.  Because

7    every day is a schedule I started the salad, but I bring it

8    out from the salad bar cooler.  Then I see the police

9    officer.  So I don't know exactly, ten or fifteen or, you

10   know.

11       Q    What you're saying is maybe ten minutes or

12   fifteen minutes off?

13       A    Yeah, something like this, I mean.

14       Q    Okay.  Now, when you talk about your schedule,

15   are you saying that you were preparing for the dinner

16   crowd?

17       A    Yes.

18       Q    And then you did that by setting up the salad bar

19   at a certain time?

20       A    Yes.

21       Q    Tell me what that routine is.  How do you usually

22   get ready for dinner?  What do you do and what time do you

23   do things?

24       A    I started all the cooking, and started at four

25   o'clock or 4:15 around, you know.  So I have to start the