UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | : |
|   Plaintiff | : CIVIL NO. 300 CV 1802 AWT |
| | : |
| V. | : |
| | : |
| LEONARD LABONIA | : |
| ETHAN MABLE | : |
|  and CITY OF DANBURY | : |
|   Defendants | : MARCH 24, 2005 |

## MOTION TO PERMIT PLAINTIFF TO FILE, AFTER EXPIRATION OF DEADLINE A MOTION IN LIMINE RE: DEFENDANTS' DISCLOSURE OF EXPERTS DATED MARCH 7, 2005, DISLCOING FOR THE VERY FIRST TIME ROBERT B. COX, AS AN EXPERT WITNESS

The Plaintiff in the above matter respectfully moves this Court to allow Plaintiff to file after the expiration of deadlines, a Motion in Limine Re: Defendants' Disclosure of Expert Witnesses dated March 7, 2005, disclosing for the first time Robert B. Cox as An expert witness, for the following reasons:

1. The deadline to file Motions in Limine in this case was February 14, 2005.

2. After the deadline to file Motions in Limine expired, on March 7, 2005, Defendants disclosed, Robert B. Cox, as an expert witness, for the very first time in this case, via Disclosure of Expert Witness dated March 7, 2005. On March 7, 2005, Defendants also filed a Motion to Amend the Joint Trial Memorandum to include the disclosure of Robert

B. Cox as an expert witness in the Joint Trial Memorandum.

3. Plaintiff requests permission to file an additional Motion in Limine addressing the testimony of the purported expert, Robert B. Cox, in this matter.

4. The proposed Motion Limine is being filed simultaneously herewith.

5. Plaintiff asserts that there is no prejudice to Defendants in the court's allowing Plaintiff to file this additional Motion in Limine past the deadline to file Motions in Limine in that Plaintiff has the right to verbally make the objections articulated in its Motion in Limine at trial. If the Court allows Plaintiff to file this Motion in Limine, it will prevent unnecessary delay at trial. Moreover, Defendants did not ever disclose the expert, Robert B. Cox, until after the time period for filing Motions in Limine in this case expired.

6. Although Plaintiff attempted to contact Defendants' Attorney to inquire as to Defendants' position regarding this Motion prior to filing this Motion, Defendants' Attorney did not return Plaintiff's telephone calls.

WHEREFORE, the Plaintiff requests that it be permitted to file an additional Motion in Limine Re: Defendants Disclosure of Expert Witness dated March 7, 2005, which discloses Robert B. Cox, as an expert for the very first time in this case.

PLAINTIFF,
JOHN ACZEL

BY _____
Tiziana M. Scaccia
Goldstein and Peck, P.C.
1087 Broad Street, P.O. Box 1538
Bridgeport, CT 06601-1538
(203) 334-9421
(203) 334-6949 (fax)
Ct08713

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 24th day of March, 2005.

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

_____
Tiziana M. Scaccia

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS No. 23640