UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL<br>  Plaintiff | : CIVIL NO. 300 CV 1802 AWT |
| V. | : |
| LEONARD LABONIA<br>ETHAN MABLE<br> and CITY OF DANBURY<br>  Defendants | :<br>:<br>: April 6, 2005 |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION IN LIMINE RE: VARIOUS STATEMENTS OF DAVID FESH; MAGDOLNA ACZEL; FRANK BUTERA; VERONICA DEROSA; DAWN MORACHO, AND, GRETCHEN OLSON

The Plaintiff in the above matter respectfully responds to Defendants' Reply to Plaintiff's Objection to Defendants' Motion in Limine Re: Various Statements of David Fesh, Magdolna Aczel; Frank Butera; Veronica DeRosa; Dawn Maracho, and, Gretchen Olson, (hereinafter, Defendants' Reply), as follows:

1. Defendants' Reply was untimely filed and therefore Plaintiff requests that the Court not consider the reply.

2. As to the statements taken by the Danbury Police on the day of the incident, specifically statements of Veronica DeRosa, David Fesh, and Gretchen Olsen, Officer Mable testified that he began to interview the witnesses to the incident

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640

immediately after the incident. The statement of David Fesh is the only statement that appears to have a starting time and ending time printed on the statement. The statement of David Fesh is favorable to Plaintiff's case. The time indicated on the statement is not 7:45 p.m. as incorrectly sated in Defendants' Reply but 7:43 pm.

3. If this court does not allow into evidence statements from the various witnesses taken after the incident but on the day of the incident, then it is Plaintiff's position that the Court must also exclude from evidence the all nonparty statements included in the entire police report. For example, the police report includes the statements of Officer Murphy and Brian Merrick, which are also non party witnesses to this incident. The statements of Officer Murphy and Brian Merrick, and other non party witnesses included in the police report, were taken after the statements of David Fesh, Veronica DeRosa and Gretchen Olsen were taken. Thus if the court excludes the non party witness statements of David Fesh, Veronica DeRosa and Gretchen Olsen then the court must for the identical reasons exclude the statements of Officer Murphy and Brian Merrick and all other non party witness statements in the police report.

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS No. 23640

PLAINTIFF,
JOHN ACZEL

BY _____
Tiziana M. Scaccia
Goldstein and Peck, P.C.
1087 Broad Street, P.O. Box 1538
Bridgeport, CT 06601-1538
(203) 334-9421
(203) 334-6949 (fax)
Ct08713

### CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 6th day of April, 2005.

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

_____
Tiziana M. Scaccia

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640