UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL
    Plaintiff                     : CIVIL NO. 300 CV 1802 AWT

V.

LEONARD LABONIA
ETHAN MABLE
 and CITY OF DANBURY
    Defendants                : April 6, 2005

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION IN LIMINE RE: CITY OF DANBURY POLICE RULES, REGULATIONS, POLICIES, CODE OF CONDUCT, POLICE DIRECTIVES, AND GENERAL ORDERS**

The Plaintiff in the above matter respectfully responds to Defendants' Reply to Plaintiff's Objection to Defendants' Motion in Limine Re: City of Danbury police Rules, Regulations, Policies, Code of Conduct, Police Directives, and General Orders (hereinafter, Defendants' Reply), as follows:

1. Defendants' Reply was untimely filed and therefore Plaintiff requests that the Court not consider the reply.

2. Plaintiff's complaint does allege the Defendants' indifference to the serious medical needs of the Plaintiff. See Complaint, as of record, and in particular, Paragraphs 9, 14, 19, 22, 23, 24, 26 and 27 of the complaint,

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640

PLAINTIFF,
JOHN ACZEL

BY _____
Tiziana M. Scaccia
Goldstein and Peck, P.C.
1087 Broad Street, P.O. Box 1538
Bridgeport, CT 06601-1538
(203) 334-9421
(203) 334-6949 (fax)
Ct08713

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 6th day of April, 2005.

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

_____
Tiziana M. Scaccia

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640