UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL<br>  Plaintiff | :<br>: CIVIL NO. 300 CV 1802 AWT |
| V. | : |
| LEONARD LABONIA<br>ETHAN MABLE<br> and CITY OF DANBURY<br>  Defendants | :<br>:<br>:<br>: April 6, 2005 |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE RE: LAY WITNESS TESTIMONY OF OFFICER JOSEPH RIOLO, DANBURY POLICE DEPARTMENT, OFFICER KARL MURPHY, DANBURY POLICE DEPARTMENT, MATT C., AND JOHN REED AT EMS, DANBURY EMERGENCY ROOM DEPARTMENT, SGT BRIAN MERRICK, DANBURY POLICE DEPARTMENT, AND DAVID OWEN, PRECISION

The Plaintiff in the above matter respectfully responds to Defendants' Memorandum of Law in Opposition to Plaintiff's Motion in Limine Re: Lay Witness Testimony of Officer Joseph Riolo, Danbury Police Department, Officer Karl Murphy, Danbury Police Department, Matt C., and John Reed at EMS, Danbury Emergency Room Department, SGT Brian Merrick, Danbury Police Department, and David Owen, Precision, (hereinafter, Defendants' Reply), as follows:

1. There is no indication in the deposition transcript of Jeffrey Grant that David Owen actually saw the incident. Just because David Owen was identified by Jeffrey Grant as being with Jeffrey Grant at the time of the incident does not mean that David Owen

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS No. 23640

saw the incident in question and can testify. Plaintiff did not have adequate notice that David Owen would be called by Defendants as a witness in this case prior to the discovery deadline.

2. There is no mention of Matt C in the Ambulance Call report. There was no disclosure made by Defendants that Matt C would be called by Defendants as a witness to this case prior to the discovery deadline.

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS No. 23640

PLAINTIFF,
JOHN ACZEL

BY _____
Tiziana M. Scaccia
Goldstein and Peck, P.C.
1087 Broad Street, P.O. Box 1538
Bridgeport, CT 06601-1538
(203) 334-9421
(203) 334-6949 (fax)
Ct08713

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 6th day of April, 2005.

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

_____
Tiziana M. Scaccia

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640