**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | APRIL14, 2005 |

## AMENDMENT TO MOTION FOR JUDICIAL NOTICE

Pursuant to Fed. R. Civ. P. Rule 7(b), the Defendants Leonard LaBonia and Ethan Mable, hereby amend their Motion for Judicial Notice regarding the measured temperatures on August 10, 1999, as follows:

1. Defendants' motion should have requested the Court to instruct the jury that the highest temperature recorded in Danbury on August 10, 1999, by the United States Department of Commerce was 25 degrees Celsius or 77 degrees Fahrenheit. The records do not indicate what time this temperature was measured. See, **Exhibit A**, page 4, bottom right hand corner, section captioned 24-HR Max Temp. (0.1 C) 25.0.

2. As Plaintiff asserts that the time of the incident is disputed, in fairness to the Plaintiff, Defendants also move the Court to instruct the jury as follows:

    The temperature measured at 3:53 p.m. (15:53 military time) was 24.4 degrees Celsuis or 76 degree Fahrenheit (rounded up from 75.92).

    The temperature measured at 4:53 p.m. (16:53 military time) was 22.2 degrees Celsius or 72 degrees Fahrenheit (rounded up from 71.96).

    The temperature measured at 5:53 p.m. (17:53 military time) was 21.7 degrees Celsius or 71 degrees Fahrenheit (rounded down from 71.06).

1. The Defendants have supplied the Court with a certified copy of the United States Department of Commerce Meteorological records on file in the National Climatic Date Center, Asheville, North Carolina, indicating that the temperature in Danbury, Connecticut, was as noted above. See **Exhibit A**.

2. A simple mathematical calculation is required to convert the Celsius temperature to Fahrenheit.

3. The mathematical formula is as follows: 9/5 Celsius + 32. (See **Exhibit A**, p. 6).

4. The above facts are not subject to reasonable dispute.

5. The Court may take judicial notice of the temperature. See U.S. v. Foreman, 369 F.3d 776, 793 (4th Cir. 2004).

Wherefore, the Defendants move the Court to take judicial notice of the facts above and instruct the jury accordingly.

        DEFENDANTS,
        LEONARD LABONIA
        and ETHAN MABLE

        /s/ John J. Radshaw, III
        John J. Radshaw, III
        ct19882
        Howd & Ludorf, LLC
        65 Wethersfield Avenue
        Hartford, CT  06114
        (860) 249-1361
        (860) 249-7665 (fax)

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 14th day of April 2005.

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

                                             /s/ John J. Radshaw, III
                                             John J. Radshaw, III