

# Cox Weather Services

*125 Frisbie Street*
*Middletown, CT 06457*
*Telephone/fax: (888) 248-9347*

Ms. Sherri Adams
CIRMA
P.O. Box 9558
New Haven, CT 06535

April 25, 2001

Re: Weather conditions 8/10/99 – Danbury, Connecticut

Dear Ms. Adams,

Please find enclosed a certified copy of the weather observations from Danbury, Connecticut for August 10, 1999.

The records indicate that no precipitation fell in Danbury on that date. The sky was clear through about 9:00 A.M. that day. Varying amounts of cloudiness were reported after that time.

The high temperature that afternoon was 77 degrees (25.0 degrees Celsius). The pre-dawn low temperature was about 47 degrees (8.3 degrees Celsius). This gives an average temperature of 62 degrees for the day. The temperature was 50 degrees at 4:53 A.M. It rose steadily, reaching 70 degrees at about 10:00 A.M. The temperature then remained between 70 and 77 degrees until 6:53 P.M., when it dropped to 69 degrees. It was about 65 degrees just before midnight.

At the time in question (approximately 5:00 P.M. on August 10, 1999) weather conditions in Danbury included a mostly cloudy sky (5/8-7/8 cloud cover), a temperature of 72 degrees (22.2 Celsius), a dewpoint of 48 degrees (8.9 degrees Celsius), relative humidity of 43%, wind from the south-southeast at 8 miles per hour (7 knots), and visibility of 10 miles.

The peak wind that day was a gust to 14 miles per hour from the southeast at 4:47 P.M. Wind was generally light that day, averaging sustained speeds of less than 10 miles per hour. The wind direction was mostly southwest during the pre-dawn hours, south to southeast during the late afternoon and night, and variable during the middle of the day. The wind was reported to be calm during a number of hours that day.

I attest that the above is a true and accurate account of the weather conditions in Danbury, Connecticut, within a reasonable degree of meteorological probability, on the day in question. If you have any questions or I can be of further assistance, please contact me.

Sincerely,

Robert B. Cox,
Consulting Meteorologist,
Cox Weather Services



CIRMA RECEIVED APR 27 2001

DEFENDANT'S EXHIBIT
CASE NO. 3:00cv1802
EXHIBIT NO. 4

FORM CD-64
(REVISED)
PRESCRIBED BY
D.A.O. 201-17

## U. S. DEPARTMENT OF COMMERCE

Asheville, N.C.

I CERTIFY that the attached are authentic and true copies of meteorological records on file in the NATIONAL CLIMATIC DATA CENTER, ASHEVILLE, NORTH CAROLINA.

*Charles W. Thomason*

для    AUGUST L. SHUMBERA
RECORDS CUSTODIAN
DATA ADMINISTRATOR
(Official Title)

. . . . . . . . . . . . . . . . .

I HEREBY CERTIFY that AUGUST L. SHUMBERA RECORDS CUSTODIAN, who signed the foregoing certificate, is now, and was at the time of signing, DATA ADMINISTRATOR, NATIONAL CLIMATIC DATA CENTER, and that full faith and credit should be given his certificate as such. I further state that I am the person to whom the said custodian reports.

IN WITNESS WHEREOF, I have hereunto subscribed my name and caused the seal of the Department of Commerce to be affixed  APR 1 9 2001
on this date:

For the SECRETARY OF COMMERCE:

*Vernell M. Woldu*
for
THOMAS R. KARL
DIRECTOR
NATIONAL CLIMATIC DATA CENTER
(Certifying Officer)

# EDITED WEATHER OBSERVATIONS (METAR/SPEC)

| LATITUDE | LONGITUDE | STATION ELEVATION FT. (MSL) | TIME CONVERSION TO UTC | DAY | MONTH | YEAR | SID | STATION (CITY, STATE) |
|---|---|---|---|---|---|---|---|---|
| 41°22' N | 73°29' W | 455 | +5 | 10 | 08 | 1999 | DXR | DANBURY, CT |

| 1 | WIND | | | | VISIBILITY | | PRESENT WEATHER | SKY CONDITION | TEMP °C | DEW POINT °C | ALTIMETER INS. | REMARKS AND SUPPLEMENTAL CODED DATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIR TRUE | SPD KTS | GUST KTS | VARIABILITY TRUE | SURFACE STATUTE MILES | RUNWAY VISUAL RANGE (FEET) | | | | | | |
| | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 0053 | 240 | 5 | | | 10 | | | CLR | 09 | 07 | A2989 | SLP121 T00890067 10206 20094 55003 TSNO |
| 0153 | 240 | 3 | | | 10 | | | CLR | 09 | 07 | A2990 | SLP121 T00890067 TSNO |
| 0253 | 000 | 0 | | | 10 | | | CLR | 09 | 07 | A2990 | SLP120 T00890072 TSNO $ |
| 0353 | 240 | 3 | | | 10 | | | CLR | 09 | 07 | A2989 | SLP120 T00890072 TSNO $ |
| 0453 | 240 | 3 | | | 10 | | | CLR | 09 | 07 | A2990 | SLP121 T00940072 53002 TSNO $ |
| 0553 | 250 | 3 | | | 10 | | | CLR | 10 | 08 | A2990 | SLP124 T01000078 TSNO $ |
| 0653 | 250 | 3 | | | 10 | | | CLR | 11 | 08 | A2991 | SLP126 T01060083 $ (LY) |
| 0753 | 000 | 0 | | | 10 | | | CLR | 14 | 09 | A2991 | SLP125 T01390083 10133 20083 50004 $ (LY) |
| 0853 | VRB | 3 | | | 10 | | | CLR | 16 | 09 | A2992 | SLP130 T01560089 $ (LY) |
| 0953 | VRB | 3 | | | 10 | | | FEW060 | 20 | 07 | A2991 | SLP125 T02000072 $ (TF) |
| 1053 | VRB | 5 | | | 10 | | | OVC070 | 21 | 06 | A2991 | SLP126 T02110061 51001 (TF) |
| 1153 | VRB | 3 | | | 10 | | | SCT040 OVC075 | 22 | 07 | A2991 | SLP122 T02170067 (TF) |
| 1253 | VRB | 4 | | | 10 | | | SCT040 BKN080 | 22 | 07 | A2989 | SLP118 T02220072 10228 20139 58008 (TF) |
| 1353 | 000 | 0 | | | 10 | | | SCT085 | 24 | 07 | A2986 | SLP110 T02390067 (ED) |
| 1453 | 000 | 0 | | | 10 | | | SCT080 | 23 | 07 | A2983 | SLP101 T02330067 (ED) |
| 1553 | VRB | 5 | | | 10 | | | SCT100 | 24 | 07 | A2983 | SLP098 T02440067 56020 (JF) |
| 1653 | 160 | 7 | | | 10 | | | BKN085 | 22 | 09 | A2983 | SLP100 T02220089 (ED) |
| 1753 | 170 | 5 | | | 10 | | | SCT085 | 22 | 10 | A2984 | SLP101 T02170100 (JF) |
| 1853 | 190 | 5 | | | 10 | | | CLR | 21 | 11 | A2984 | SLP102 T02060106 10250 20206 51004 (JF) |
| 1953 | 170 | 3 | | | 10 | | | CLR | 20 | 11 | A2986 | SLP109 T02000106 (JF) |
| 2053 | 170 | 5 | | | 10 | | | BKN075 | 19 | 11 | A2988 | SLP115 T01940111 TSNO |
| 2153 | 170 | 8 | | | 10 | | | SCT100 | 19 | 12 | A2988 | SLP115 T01890122 50013 TSNO |
| 2253 | 170 | 5 | | | 10 | | | OVC070 | 19 | 13 | A2988 | SLP114 T01890133 TSNO |
| 2353 | 000 | 0 | | | 10 | | | OVC075 | 18 | 14 | A2988 | SLP115 T01830139 402500083 TSNO |
| | | | | | | | | *** End of Day *** | | | | |

# EDITED WEATHER OBSERVATIONS (METAR)

| STATION (CITY, STATE) | SID | DAY | MONTH | YEAR |
|---|---|---|---|---|
| DANBURY, CT | DXR | 10 | 08 | 1999 |

| LATITUDE | LONGITUDE | STATION ELEVATION FT. (MSL) | TIME CONVERSION TO UTC |
|---|---|---|---|
| 41° 22' N | 73° 29' W | 455 | +5 |

## SYNOPTIC DATA

Synoptic Data Not Reported For ASOS Stations

| TIME | LOW CLOUD TYPE | MID CLOUD TYPE | HIGH CLOUD TYPE | MAX TEMP (.1 C) | MIN TEMP (.1 C) | PRECIP (INS) | SNOW FALL (INS) | SNOW DEPTH (INS) | STATION PRESSURE (INS) | BAROGRAPH CORR. | LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 |

## WEATHER AND OBSTRUCTION TO VISION

No Wx Duration Data Reported

| TYPE | BEGIN | ENDED | TYPE | BEGIN | ENDED | TYPE | BEGIN | ENDED | TYPE | BEGIN | ENDED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 41 | 42 | 40 | 41 | 42 | 40 | 41 | 42 | 40 | 41 | 42 |

## Hourly Observations

| TIME | SKY COVER (0-8) | TEMP. DRY BULB | DEW POINT | TEMP. WET BULB | RELATIVE HUMIDITY (%) | STATION PRESSURE (INS) | PRESSURE TENDENCY | NET 3-HR CHANGE | HR | HOURLY PRECIPITATION (INS) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | | 25 |
| 0053 | | 8.9 | 6.7 | 7.8 | 86 | 29.40 | | | 00-01 | 0.00 |
| 0153 | | 8.9 | 6.7 | 7.8 | 86 | 29.41 | | | 01-02 | 0.00 |
| 0253 | | 8.9 | 7.2 | 8.1 | 89 | 29.41 | | | 02-03 | 0.00 |
| 0353 | | 9.4 | 7.2 | 8.3 | 86 | 29.40 | | | 03-04 | 0.00 |
| 0453 | | 10.0 | 7.8 | 8.9 | 86 | 29.41 | | | 04-05 | 0.00 |
| 0553 | | 10.6 | 8.3 | 9.4 | 86 | 29.42 | | | 05-06 | 0.00 |
| 0653 | | 13.9 | 8.3 | 11.0 | 69 | 29.42 | 0 | 004 | 06-07 | 0.00 |
| 0753 | | 15.6 | 8.9 | 12.0 | 65 | 29.43 | | | 07-08 | 0.00 |
| 0853 | | 20.0 | 7.2 | 13.1 | 44 | 29.42 | | | 08-09 | 0.00 |
| 0953 | | 21.1 | 6.1 | 13.1 | 38 | 29.42 | 1 | 001 | 09-10 | 0.00 |
| 1053 | | 21.1 | 6.1 | 13.1 | 38 | 29.42 | | | 10-11 | 0.00 |
| 1153 | | 21.7 | 6.7 | 13.6 | 38 | 29.41 | | | 11-12 | 0.00 |
| 1253 | | 22.2 | 6.7 | 14.0 | 38 | 29.40 | 8 | 008 | 12-13 | 0.00 |
| 1353 | | 23.9 | 7.2 | 14.5 | 33 | 29.37 | | | 13-14 | 0.00 |
| 1453 | | 23.3 | 6.7 | 14.3 | 34 | 29.34 | | | 14-15 | 0.00 |
| 1553 | | 24.4 | 6.7 | 14.7 | 32 | 29.34 | 6 | 020 | 15-16 | 0.00 |
| 1653 | | 22.2 | 8.9 | 14.8 | 43 | 29.34 | | | 16-17 | 0.00 |
| 1753 | | 21.7 | 10.0 | 15.1 | 47 | 29.35 | | | 17-18 | 0.00 |
| 1853 | | 20.6 | 10.6 | 14.9 | 53 | 29.35 | 1 | 004 | 18-19 | 0.00 |
| 1953 | | 20.0 | 10.6 | 14.7 | 55 | 29.37 | | | 19-20 | 0.00 |
| 2053 | | 19.4 | 11.1 | 14.7 | 59 | 29.39 | | | 20-21 | 0.00 |
| 2153 | | 18.9 | 12.2 | 15.1 | 65 | 29.39 | 0 | 013 | 21-22 | 0.00 |
| 2253 | | 18.9 | 13.3 | 15.6 | 70 | 29.39 | | | 22-23 | 0.00 |
| 2353 | | 18.3 | 13.9 | 15.7 | 76 | 29.39 | | | 23-24 | 0.00 |

## PEAK WINDS / FASTEST 2-MIN WIND

| | SPEED (MPH) | DIRECTION | TIME (LST) | SPEED (MPH) | DIRECTION | TIME (LST) |
|---|---|---|---|---|---|---|
| PEAK WINDS | 43 | 44 | 45 | | | |
| | 14 | 140 | 1647 | | | |
| FASTEST 2-MIN WIND | | | | 46 | 47 | 48 |
| | | | | 11 | 140 | 1647 |

## SUMMARY OF THE DAY (MIDNIGHT TO MIDNIGHT)

| SUNRISE TIME (LST) | SUNSET TIME (LST) | TOTAL SUNSHINE (MIN) | PERCENT PSBL SUNSHINE | CHARACTER SUNRISE | CHARACTER SUNSET | SKY COVER SUNRISE TO SUNSET | SKY COVER MIDNIGHT TO MIDNIGHT | 24-HR MAX TEMP (0.1 C) | 24-HR MIN TEMP (0.1 C) | 24-HR PRECIP WATER EQUIV (INS) | 24-HR SNOW FALL UNMLTD | 1200 UTC SNOW DEPTH (INS) | WATER EQUIV (INS) | STATION PRESSURE | SEA LEVEL PRESSURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 |
| | | M | M | | | | | 25.0 | 8.3 | 0.00 | M | | | 29.36 | 29.87 |

REMARKS, NOTES AND MISCELLANEOUS PHENOMENA 65:
Daily Remarks Data not reported for ASOS Stations

WEATHER DURATION SUMMARY DERIVED FROM 5 MINUTE ASOS for AUG 1999
DANBURY, CT
DANBURY MUNICIPAL AIRPORT

| LATITUDE: 41°22'N | LONGITUDE: 73°29'W | ELEV (GROUND) 455 | TIME ZONE: EASTERN (+5) | WBAN 54734 | ISSN# — |

| Day | WX Elem | TIME Begin | TIME End | Day | WX Elem | TIME Begin | TIME End | Day | WX Elem | TIME Begin | TIME End | Day | WX Elem | TIME Begin | TIME End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | No Data | | | | | | | | | | | | | | |

NOTE: Present weather elements are limited to those phenomena discernible by the ASOS platform. Begin and End times are approximations derived from the presence or non-presence of weather entries on the Five Minute Data; therefore, an element may begin and end as much as 4 Minutes earlier than shown.



# METAR
## KEY to AVIATION ROUTINE WEATHER REPORT
### EFFECTIVE JULY 1, 1996

**METAR KPIT 091955Z COR 22015G25KT 3/4SM R28L/2600FT TSRA OVC010CB 18/16 A2992 RMK SLP045 T01820159**

| Report | Explanation |
|---|---|
| METAR | Message type: METAR- hourly, SPECI-special or TESTM-non-commissioned ASOS report |
| KPIT | ICAO location indicator |
| 091955Z | Issuance time: ALL times in UTC "Z", 2-digit date, 4-digit time |
| COR | In U.S. METAR: CORrected ob; or AUTOmated ob for automated report with no human intervention; omitted when observer logs on |
| 22015G25KT | Wind: 3 digit true-north direction, nearest 10 degrees (or VaRiaBle); next 2-3 digits for speed and unit, KT (KMH or MPS); as needed, Gust and maximum speed; 00000KT for calm; for METAR, if direction varies 60 degrees or more, Variability appended, e.g. 180V260 |
| 3/4SM | Prevailing visibility: in U.S., Statute Miles & fractions |
| R28L/2600FT | Runway Visual Range: R: 2-digit runway designator Left, Center, or Right as needed; /; Minus or Plus in U.S., 4-digit value, FeeT in U.S., (usually meters elsewhere); 4-digit value Variability 4-digit value (and tendency Down, Up or No change) |
| TSRA | Significant present and recent weather; see table |
| OVC010CB | Cloud amount, height and type: SKy Clear 0/8, FEW >0/8-2/8, SCattered 3/8-4/8, BroKeN 5/8-7/8, OVerCast 8/8; 3-digit height in hundreds of ft; Towering CUmulus or CumulonimBus in METAR; Vertical Visibility for obscured sky and height; "VV004". More than 1 layer may be reported, In automated METAR reports only, CLeaR for 'clear below 12,000 feet' |
| 18/16 | Temperature: degrees Celsius; first 2 digits, temperature "/" last 2 digits, dew-point temperature; Minus for below zero, e.g. M06 |
| A2992 | Altimeter setting: indicator and 4 digits; in U.S., A-inches and hundredths; (Q-hectoPascals, e.g. Q1013) |
| RMK SLP045 T01820159 | In METAR, ReMarK indicator & remarks. For example: Sea-Level Pressure in hectoPascals & tenths, as shown: 1004.5 hPa; Temp/dew-point in tenths °C, as shown: temp. 18.2°C, dew-point 15.9°C |

Table of Significant Present and Recent Weather -
Grouped in categories and used in the order listed.

## QUALIFIER

**Intensity or Proximity**
- Light    " no sign" Moderate    + Heavy
VC Vicinity: but not at aerodrome; in U.S. METAR, between 5 and 10SM of the point(s) of observation.

**Descriptor**
| MI Shallow | BC Patches | PR Partial | TS Thunderstorm |
| BL Blowing | SH Showers | DR Drifting | FZ Freezing |

## WEATHER PHENOMENA

**Precipitation**
| DZ Drizzle | RA Rain | SN Snow | SG Snow grains |
| IC Ice crystals | *PE/PL Ice pellets | GR Hail | GS Small hail/snow pellets |
| UP Unknown precipitation in automated observations | | | |

**Obscuration**
| BR Mist (≥5/8SM) | FG Fog (<5/8SM) | FU Smoke | VA Volcanic ash |
| SA Sand | HZ Haze | PY Spray | DU Widespread dust |

**Other**
| SQ Squall | SS Sandstorm | DS Duststorm | PO Well developed dust/sand whirls |
| FC Funnel cloud +FC tornado/waterspout | | | |

- Explanations in parentheses "( )" indicate different worldwide practices.
- Ceiling is not specified; defined as the lowest broken or overcast layer, or the vertical visibility.
- *PE or PL effective Nov 5, 1998.
- Although not used in US, Ceiling And Visibility OK replaces visibility, weather and clouds if: visibility ≥10 km; no cloud below 5000 ft (1500 m) or below the highest minimum sector altitude, whichever is greater and no CB; and no precipitation, TS, DS, SS, MIFG, DRDU, DRSA or DRSN.

March 1996
NOAA/PA 96052        UNITED STATES DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration—National Weather Service

## TIME CONVERSION TABLE: LST to UTC (COORDINATED UNIVERSAL TIME)
To Convert

| STANDARD TIME ZONE | LST TO UTC ADD | ie: 1200 (NOON) LST EQUALS |
|---|---|---|
| Atlantic Standard Time | 4 hours | 1600 (4:00pm) UTC |
| Eastern Standard Time | 5 hours | 1700 (5:00pm) UTC |
| Central Standard Time | 6 hours | 1800 (6:00pm) UTC |
| Mountain Standard Time | 7 hours | 1900 (7:00pm) UTC |
| Pacific Standard Time | 8 hours | 2000 (8:00pm) UTC |
| Yukon Standard Time | 9 hours | 2100 (9:00pm) UTC |
| Alaska/Hawaii Standard Time | 10 hours | 2200 (10:00pm) UTC |
| Bering Standard Time | 11 hours | 2300 (11:00pm) UTC |

## TEMPERATURE CONVERSIONS
FAHRENHEIT = 9/5 CELSIUS + 32
[ie: 50 deg F = 10.00 deg C]
CELSIUS = 5/9 (FAHRENHEIT - 32)
[ie: 50 deg C = 122.00 deg F]

To convert UTC to LST, SUBTRACT the same hours from UTC.

# CENTIGRADE TO FAHRENHEIT TEMPERATURE CONVERSION
(SMITHSONIAN METEOROLOGICAL TABLES - VOL. 114)

## CENTIGRADE TO FAHRENHEIT

| Cent grade | 0 °F | 1 °F | 2 °F | 3 °F | 4 °F | 5 °F | 6 °F | 7 °F | 8 °F | 9 °F |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | +104.00 | +104.18 | +104.36 | +104.54 | +104.72 | +104.90 | +105.08 | +105.26 | +105.44 | +105.62 |
| 39 | 102.20 | 102.38 | 102.56 | 102.74 | 102.92 | 103.10 | 103.28 | 103.46 | 103.64 | 103.82 |
| 38 | 100.40 | 100.58 | 100.76 | 100.94 | 101.12 | 101.30 | 101.48 | 101.66 | 101.84 | 102.02 |
| 37 | 98.60 | 98.78 | 98.96 | 99.14 | 99.32 | 99.50 | 99.68 | 99.86 | 100.04 | 100.22 |
| 36 | 96.80 | 96.98 | 97.16 | 97.34 | 97.52 | 97.70 | 97.88 | 98.06 | 98.24 | 98.42 |
| 35 | +95.00 | +95.18 | +95.36 | +95.54 | +95.72 | +95.90 | +96.08 | +96.26 | +96.44 | +96.62 |
| 34 | 93.20 | 93.38 | 93.56 | 93.74 | 93.92 | 94.10 | 94.28 | 94.46 | 94.64 | 94.82 |
| 33 | 91.40 | 91.58 | 91.76 | 91.94 | 92.12 | 92.30 | 92.48 | 92.66 | 92.84 | 93.02 |
| 32 | 89.60 | 89.78 | 89.96 | 90.14 | 90.32 | 90.50 | 90.68 | 90.86 | 91.04 | 91.22 |
| 31 | 87.80 | 87.98 | 88.16 | 88.34 | 88.52 | 88.70 | 88.88 | 89.06 | 89.24 | 89.42 |
| 30 | +86.00 | +86.18 | +86.36 | +86.54 | +86.72 | +86.90 | +87.08 | +87.26 | +87.44 | +87.62 |
| 29 | 84.20 | 84.38 | 84.56 | 84.74 | 84.92 | 85.10 | 85.28 | 85.46 | 85.64 | 85.82 |
| 28 | 82.40 | 82.58 | 82.76 | 82.94 | 83.12 | 83.30 | 83.48 | 83.66 | 83.84 | 84.02 |
| 27 | 80.60 | 80.78 | 80.96 | 81.14 | 81.32 | 81.50 | 81.68 | 81.86 | 82.04 | 82.22 |
| 26 | 78.80 | 78.98 | 79.16 | 79.34 | 79.52 | 79.70 | 79.88 | 80.06 | 80.24 | 80.42 |
| 25 | +77.00 | +77.18 | +77.36 | +77.54 | +77.72 | +77.90 | +78.08 | +78.26 | +78.44 | +78.62 |
| 24 | 75.20 | 75.38 | 75.56 | 75.74 | 75.92 | 76.10 | 76.28 | 76.46 | 76.64 | 76.82 |
| 23 | 73.40 | 73.58 | 73.76 | 73.94 | 74.12 | 74.30 | 74.48 | 74.66 | 74.84 | 75.02 |
| 22 | 71.60 | 71.78 | 71.96 | 72.14 | 72.32 | 72.50 | 72.68 | 72.86 | 73.04 | 73.22 |
| 21 | 69.80 | 69.98 | 70.16 | 70.34 | 70.52 | 70.70 | 70.88 | 71.06 | 71.24 | 71.42 |
| 20 | +68.00 | +68.18 | +68.36 | +68.54 | +68.72 | +68.90 | +69.08 | +69.26 | +69.44 | +69.62 |
| 19 | 66.20 | 66.38 | 66.56 | 66.74 | 66.92 | 67.10 | 67.28 | 67.46 | 67.64 | 67.82 |
| 18 | 64.40 | 64.58 | 64.76 | 64.94 | 65.12 | 65.30 | 65.48 | 65.66 | 65.84 | 66.02 |
| 17 | 62.60 | 62.78 | 62.96 | 63.14 | 63.32 | 63.50 | 63.68 | 63.86 | 64.04 | 64.22 |
| 16 | 60.80 | 60.98 | 61.16 | 61.34 | 61.52 | 61.70 | 61.88 | 62.06 | 62.24 | 62.42 |
| 15 | +59.00 | +59.18 | +59.36 | +59.54 | +59.72 | +59.90 | +60.08 | +60.26 | +60.44 | +60.62 |
| 14 | 57.20 | 57.38 | 57.56 | 57.74 | 57.92 | 58.10 | 58.28 | 58.46 | 58.64 | 58.82 |
| 13 | 55.40 | 55.58 | 55.76 | 55.94 | 56.12 | 56.30 | 56.48 | 56.66 | 56.84 | 57.02 |
| 12 | 53.60 | 53.78 | 53.96 | 54.14 | 54.32 | 54.50 | 54.68 | 54.86 | 55.04 | 55.22 |
| 11 | 51.80 | 51.98 | 52.16 | 52.34 | 52.52 | 52.70 | 52.88 | 53.06 | 53.24 | 53.42 |
| 10 | +50.00 | +50.18 | +50.36 | +50.54 | +50.72 | +50.90 | +51.08 | +51.26 | +51.44 | +51.62 |
| 9 | 48.20 | 48.38 | 48.56 | 48.74 | 48.92 | 49.10 | 49.28 | 49.46 | 49.64 | 49.82 |
| 8 | 46.40 | 46.58 | 46.76 | 46.94 | 47.12 | 47.30 | 47.48 | 47.66 | 47.84 | 48.02 |
| 7 | 44.60 | 44.78 | 44.96 | 45.14 | 45.32 | 45.50 | 45.68 | 45.86 | 46.04 | 46.22 |
| 6 | 42.80 | 42.98 | 43.16 | 43.34 | 43.52 | 43.70 | 43.88 | 44.06 | 44.24 | 44.42 |
| 5 | +41.00 | +41.18 | +41.36 | +41.54 | +41.72 | +41.90 | +42.08 | +42.26 | +42.44 | +42.62 |
| 4 | 39.20 | 39.38 | 39.56 | 39.74 | 39.92 | 40.10 | 40.28 | 40.46 | 40.64 | 40.82 |
| 3 | 37.40 | 37.58 | 37.76 | 37.94 | 38.12 | 38.30 | 38.48 | 38.66 | 38.84 | 39.02 |
| 2 | 35.60 | 35.78 | 35.96 | 36.14 | 36.32 | 36.50 | 36.68 | 36.86 | 37.04 | 37.22 |
| 1 | 33.80 | 33.98 | 34.16 | 34.34 | 34.52 | 34.70 | 34.88 | 35.06 | 35.24 | 35.42 |
| +0 | +32.00 | +32.18 | +32.36 | +32.54 | +32.72 | +32.90 | +33.08 | +33.26 | +33.44 | +33.62 |

## CENTIGRADE TO FAHRENHEIT

| Cent grade | 0 °F | 1 °F | 2 °F | 3 °F | 4 °F | 5 °F | 6 °F | 7 °F | 8 °F | 9 °F |
|---|---|---|---|---|---|---|---|---|---|---|
| -0 | +32.00 | +31.82 | +31.64 | +31.46 | +31.28 | +31.10 | +30.92 | +30.74 | +30.56 | +30.38 |
| -1 | 30.20 | 30.02 | 29.84 | 29.66 | 29.48 | 29.30 | 29.12 | 28.94 | 28.76 | 28.58 |
| 2 | 28.40 | 28.22 | 28.04 | 27.86 | 27.68 | 27.50 | 27.32 | 27.14 | 26.96 | 26.78 |
| 3 | 26.60 | 26.42 | 26.24 | 26.06 | 25.88 | 25.70 | 25.52 | 25.34 | 25.16 | 24.98 |
| 4 | 24.80 | 24.62 | 24.44 | 24.26 | 24.08 | 23.90 | 23.72 | 23.54 | 23.36 | 23.18 |
| -5 | +23.00 | +22.82 | +22.64 | +22.46 | +22.28 | +22.10 | +21.92 | +21.74 | +21.56 | +21.38 |
| 6 | 21.20 | 21.02 | 20.84 | 20.66 | 20.48 | 20.30 | 20.12 | 19.94 | 19.76 | 19.58 |
| 7 | 19.40 | 19.22 | 19.04 | 18.86 | 18.68 | 18.50 | 18.32 | 18.14 | 17.96 | 17.78 |
| 8 | 17.60 | 17.42 | 17.24 | 17.06 | 16.88 | 16.70 | 16.52 | 16.34 | 16.16 | 15.98 |
| 9 | 15.80 | 15.62 | 15.44 | 15.26 | 15.08 | 14.90 | 14.72 | 14.54 | 14.36 | 14.18 |
| -10 | +14.00 | +13.82 | +13.64 | +13.46 | +13.28 | +13.10 | +12.92 | +12.74 | +12.56 | +12.38 |
| 11 | 12.20 | 12.02 | 11.84 | 11.66 | 11.48 | 11.30 | 11.12 | 10.94 | 10.76 | 10.58 |
| 12 | 10.40 | 10.22 | 10.04 | 9.86 | 9.68 | 9.50 | 9.32 | 9.14 | 8.96 | 8.78 |
| 13 | 8.60 | 8.42 | 8.24 | 8.06 | 7.88 | 7.70 | 7.52 | 7.34 | 7.16 | 6.98 |
| 14 | 6.80 | 6.62 | 6.44 | 6.26 | 6.08 | 5.90 | 5.72 | 5.54 | 5.36 | 5.18 |
| -15 | +5.00 | +4.82 | +4.64 | +4.46 | +4.28 | +4.10 | +3.92 | +3.74 | +3.56 | +3.38 |
| 16 | +3.20 | +3.02 | +2.84 | +2.66 | +2.48 | +2.30 | +2.12 | +1.94 | +1.76 | +1.58 |
| 17 | +1.40 | +1.22 | +1.04 | +0.86 | +0.68 | +0.50 | +0.32 | +0.14 | -0.04 | -0.22 |
| 18 | -0.40 | -0.58 | -0.76 | -0.94 | -1.12 | -1.30 | -1.48 | -1.66 | -1.84 | -2.02 |
| 19 | -2.20 | -2.38 | -2.56 | -2.74 | -2.92 | -3.10 | -3.28 | -3.46 | -3.64 | -3.82 |
| -20 | -4.00 | -4.18 | -4.36 | -4.54 | -4.72 | -4.90 | -5.08 | -5.26 | -5.44 | -5.62 |
| 21 | 5.80 | 5.98 | 6.16 | 6.34 | 6.52 | 6.70 | 6.88 | 7.06 | 7.24 | 7.42 |
| 22 | 7.60 | 7.78 | 7.96 | 8.14 | 8.32 | 8.50 | 8.68 | 8.86 | 9.04 | 9.22 |
| 23 | 9.40 | 9.58 | 9.76 | 9.94 | 10.12 | 10.30 | 10.48 | 10.66 | 10.84 | 11.02 |
| 24 | 11.20 | 11.38 | 11.56 | 11.74 | 11.92 | 12.10 | 12.28 | 12.46 | 12.64 | 12.82 |
| -25 | -13.00 | -13.18 | -13.36 | -13.54 | -13.72 | -13.90 | -14.08 | -14.26 | -14.44 | -14.62 |
| 26 | 14.80 | 14.98 | 15.16 | 15.34 | 15.52 | 15.70 | 15.88 | 16.06 | 16.24 | 16.42 |
| 27 | 16.60 | 16.78 | 16.96 | 17.14 | 17.32 | 17.50 | 17.68 | 17.86 | 18.04 | 18.22 |
| 28 | 18.40 | 18.58 | 18.76 | 18.94 | 19.12 | 19.30 | 19.48 | 19.66 | 19.84 | 20.02 |
| 29 | 20.20 | 20.38 | 20.56 | 20.74 | 20.92 | 21.10 | 21.28 | 21.46 | 21.64 | 21.82 |
| -30 | -22.00 | -22.18 | -22.36 | -22.54 | -22.72 | -22.90 | -23.08 | -23.26 | -23.44 | -23.62 |
| 31 | 23.80 | 23.98 | 24.16 | 24.34 | 24.52 | 24.70 | 24.88 | 25.06 | 25.24 | 25.42 |
| 32 | 25.60 | 25.78 | 25.96 | 26.14 | 26.32 | 26.50 | 26.68 | 26.86 | 27.04 | 27.22 |
| 33 | 27.40 | 27.58 | 27.76 | 27.94 | 28.12 | 28.30 | 28.48 | 28.66 | 28.84 | 29.02 |
| 34 | 29.20 | 29.38 | 29.56 | 29.74 | 29.92 | 30.10 | 30.28 | 30.46 | 30.64 | 30.82 |
| -35 | -31.00 | -31.18 | -31.36 | -31.54 | -31.72 | -31.90 | -32.08 | -32.26 | -32.44 | -32.62 |
| 36 | 32.80 | 32.98 | 33.16 | 33.34 | 33.52 | 33.70 | 33.88 | 34.06 | 34.24 | 34.42 |
| 37 | 34.60 | 34.78 | 34.96 | 35.14 | 35.32 | 35.50 | 35.68 | 36.04 | 36.04 | 36.22 |
| 38 | 36.40 | 36.58 | 36.76 | 36.94 | 37.12 | 37.30 | 37.48 | 37.66 | 37.84 | 38.02 |
| 39 | 38.20 | 38.38 | 38.56 | 38.74 | 38.92 | 39.10 | 39.28 | 39.46 | 39.64 | 39.82 |
| -40 | -40.00 | -40.18 | -40.36 | -40.54 | -40.72 | -40.90 | -41.08 | -41.26 | -41.44 | -41.62 |

## CONVERSION TABLE OF MILES PER HOUR (MPH) TO KNOTS (KTS)

| MPH | KTS | MPH | KTS | MPH | KTS | MPH | KTS | MPH | KTS | MPH | KTS | MPH | KTS | MPH | KTS | MPH | KTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 1 | 1 | 2 | 2 | 3 | 3 | 4 | 3 | 5 | 4 | 6 | 5 | 7 | 6 | 8 | 7 |
| 10 | 9 | 11 | 10 | 12 | 10 | 13 | 11 | 14 | 12 | 15 | 13 | 16 | 14 | 17 | 15 | 18 | 16 |
| 20 | 17 | 21 | 18 | 22 | 19 | 23 | 20 | 24 | 21 | 25 | 22 | 26 | 23 | 27 | 23 | 28 | 24 | 29 | 25 |
| 30 | 26 | 31 | 27 | 32 | 28 | 33 | 29 | 34 | 30 | 35 | 30 | 36 | 31 | 37 | 32 | 38 | 33 | 39 | 34 |
| 40 | 35 | 41 | 36 | 42 | 36 | 43 | 37 | 44 | 38 | 45 | 39 | 46 | 40 | 47 | 41 | 48 | 42 | 49 | 43 |
| 50 | 43 | 51 | 44 | 52 | 45 | 53 | 46 | 54 | 47 | 55 | 48 | 56 | 49 | 57 | 50 | 58 | 50 | 59 | 51 |
| 60 | 52 | 61 | 53 | 62 | 54 | 63 | 55 | 64 | 56 | 65 | 56 | 66 | 57 | 67 | 58 | 68 | 59 | 69 | 60 |
| 70 | 61 | 71 | 62 | 72 | 63 | 73 | 63 | 74 | 64 | 75 | 65 | 76 | 66 | 77 | 67 | 78 | 68 | 79 | 69 |
| 80 | 70 | 81 | 70 | 82 | 71 | 83 | 72 | 84 | 73 | 85 | 74 | | | | | | |

(ex: 25 mph = 22 kts)

## CONVERSION TABLE OF COMPASS POINTS (128) TO WHOLE DEGREES

| N = 35-01 | E = 08-10 | S = 17-19 | W = 26-28 |
|---|---|---|---|
| NNE = 02-03 | ESE = 11-12 | SSW = 20-21 | WNW = 29-30 |
| NE = 04-05 | SE = 13-14 | SW = 22-23 | NW = 31-32 |
| ENE = 06-07 | SSE = 15-16 | WSW = 24-26 | NNW = 33-34 |

THE NATIONAL CLIMATIC DATA CENTER
"A NATIONAL RESOURCE FOR CLIMATE INFORMATION"