UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
JOHN ACZEL,                   :
                              :
      Plaintiff,              :
                              :
v.                            :   Civil No. 3:00CV01802(AWT)
                              :
LEONARD LABONIA, ETHAN        :
MABLE, and CITY OF DANBURY,   :
                              :
      Defendants.             :
------------------------------x
```

**ENDORSEMENT ORDER**

The plaintiff's Motion to Permit Plaintiff to File, After Expiration of Deadline a Motion in Limine Re: Defendants' Disclosure of Experts Dated March 7, 2005, Disclosing for the Very First Time Robert B. Cox, as an Expert Witness (Doc. No. 149) is hereby GRANTED, absent objection.

The Clerk shall docket the attached Plaintiff's Motion in Limine Re: Defendants' Disclosure of Experts Dated March 7, 2005, Disclosing Robert B. Cox.

It is so ordered.

Dated this 12th day of May 2005, at Hartford, Connecticut.

                                                       /s/
                                          Alvin W. Thompson
                              United States District Judge