UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, MABLE | : | |
| AND CITY OF DANBURY | : | MAY 19, 2005 |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE RE: DEFENDANTS' DISCLOSURE OF EXPERTS DATED MARCH 7, 2005, DISCLOSING ROBERT B. COX**

The Defendants in the above-captioned matter hereby submit this Opposition Memorandum to the Plaintiff's Motion in Limine, dated March 24, 2005, and request that this Court deny the Plaintiff's Motion in Limine Re: Defendants' Disclosure of Expert Dated March 7, 2005, Disclosing Robert Cox. Robert Cox was disclosed specifically as a rebuttal witness in the event that the Plaintiff testifies, as he did at his deposition, that the temperature on the day of the incident was near 90 degrees. In addition, he was disclosed to explain or rebut the weather records Plaintiff seeks to submit to the jury without any explanation as to their meaning, despite the fact that the records contain technical information requiring expert testimony. As stated in Defendants' Motion to Amend the Joint Trial Memorandum, Defendants' reasons for disclosing Robert Cox were to address any claims of lack of notice and to allow

Plaintiff to challenge his credentials as an expert, without delaying the trial. Defendants' have attempted to accommodate Plaintiff's desire to inform the jury of the temperature on the day of the incident by way of judicial notice.

However, if plaintiff persists in his testimony that the temperature on the day of the incident was hot or near 90 degrees, Defendants must have the ability to rebut such claims with appropriate evidence and/or testimony. Defendants have attempted to give Plaintiff fair notice of their intent to do so by disclosing Mr. Cox as an expert.

### III.    CONCLUSION

For the foregoing reasons, the Defendants respectfully request that the Court deny the Plaintiff's Motion in Limine.

> DEFENDANTS,
> LEONARD LABONIA and ETHAN MABLE
>
>  /s/ John J. Radshaw, III
> John J. Radshaw, III(ct19882)
> Howd & Ludorf, LLC
> 65 Wethersfield Avenue
> Hartford, CT  06114
> (860) 249-1361
> (860) 249-7665 (fax)

## **CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this [19th] day of May, 2005


Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538


                /s/ John J. Radshaw, III
                John J. Radshaw, III