DENIED, without prejudice. The court notes that while life expectancy tables are "regularly used by the federal and state courts," Sales v. Republic of Uganda, 828 F. Supp. 1032, 1042 (S.D.N.Y. 1993), the plaintiff must demonstrate that the proposed evidence is not barred by Fed. R. Evid. 402 or 403. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN ACZEL             :    NO.: 3:00CV1802 (AWT)

v.                     :

LEONARD LABONIA, ETHAN MABLE   :
AND CITY OF DANBURY            :    JANUARY 31, 2005

### DEFENDANTS' MOTION IN LIMINE RE: LIFE EXPECTANCY TABLE

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing his exhibit, referenced Exhibit 1: Life Expectancy Table in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, such exhibit should be precluded because it is inadmissible hearsay and, even if it is not, it must be supported and introduced by way of expert testimony.

ORAL ARGUMENT IS REQUESTED