UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| v. | : | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : | JANUARY 31, 2005 |

### DEFENDANTS' MOTION IN LIMINE RE: DEPOSITION TRANSCRIPTS AND EXHIBITS OF DAVID FESH; MAGDOLNA ACZEL; MARIA ACZEL; FRANK BUTERA JEFFREY GRANT; AND, VERONICA STEFANO

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing his exhibits, referenced Exhibits 2, 4, 5, 6, 7, and 10: Deposition transcripts of David Fesh, Magdolna Aczel, Maria Aczel, Frank Butera, Jeffrey Grant and Veronica Stefano, in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, such exhibits should be precluded because they are not allowed by the Federal Rules of Civil Procedure and prohibited by the Federal Rules of Evidence.

ORAL ARGUMENT IS REQUESTED

GRANTED, but without prejudice to plaintiff's right to seek reconsideration at the time of trial in the event of a material change in circumstances. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05