UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| v. | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | JANUARY 31, 2005 |

FILED 2005 FEB -2 P 1:02 DISTRICT COURT STAMFORD, CT

### DEFENDANTS' MOTION IN LIMINE RE: DEPOSITION TRANSCRIPTS AND RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF JOHN ACZEL

The Defendants in the above matter respectfully move this Court to preclude

the Plaintiff from introducing his exhibits, referenced Exhibit 3: Deposition transcripts of

John Aczel and Exhibit 22, John Aczel's Responses to First Set of Interrogatories and

Requests for Production dated January 19, 2001, in the Plaintiff and Defendants' Joint

Trial Memorandum dated July 30, 2004. As is more specifically set forth in the

attached memorandum of law, these exhibits should be precluded because they are

not allowed by the Federal Rules of Civil Procedure and prohibited by the Federal

Rules of Evidence.

ORAL ARGUMENT IS REQUESTED

GRANTED, but without prejudice to plaintiff's right to seek reconsideration at the time of trial in the event of a material change in circumstances. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05