

> DENIED, for substantially the reasons set forth by the plaintiff in his opposition, but without prejudice to the defendants' right to raise objections at trial pursuant to Fed. R. Evid. 403. It is so ordered.
>
> Alvin W. Thompson, U.S.D.J.
> Hartford, CT 9/28/05

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | NO.: 3:00CV1802 (AWT) |
| v. | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | JANUARY 31, 2005 |

**FILED** FEB -2 P 1:00 U.S. DISTRICT COURT HARTFORD, CT

### DEFENDANTS' MOTION IN LIMINE RE: DEPOSITION TRANSCRIPTS OF DEFENDANTS LEONARD LABONIA AND ETHAN MABLE

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing his exhibits, referenced Exhibits 8 and 9: Deposition transcripts of Leonard Labonia and Ethan Mable, in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, these exhibits should be precluded from being submitted the jury because the Plaintiff seeks to use the depositions in a manner prohibited by the Federal Rules of Civil Procedure and Federal Rules of Evidence.

**ORAL ARGUMENT IS REQUESTED**