82

GRANTED, for substantially the reasons set forth by the defendants in their supporting memorandum. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| v. | : | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : | JANUARY 31, 2005 |

FILED 2005 FEB -2 P 1:00 U.S. DISTRICT COURT HARTFORD, CT.

**DEFENDANTS' MOTION IN LIMINE RE INTERROGATORY RESPONSES OF THE CITY OF DANBURY**

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing portions of his exhibit, referenced Exhibit 66: City of Danbury's responses to Interrogatories and Request for Production, in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, this exhibit should be precluded because it is inadmissible pursuant to the Federal Rules of Evidence.

FILED 2005 SEP 29 P 12:11

ORAL ARGUMENT IS REQUESTED