GRANTED, for substantially the reasons set forth by the defendants in their supporting memorandum. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| v. | : | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : | JANUARY 31, 2005 |

**DEFENDANTS' MOTION IN LIMINE RE: MAGAZINE ARTICLES; VIDEO; BOOKS; AND NEWSPAPERS ARTICLES**

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing his exhibits, referenced Exhibits 13, 14, 15, 16 and 17: namely various magazine and newspaper articles, books, and a video, in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, these exhibits should be precluded from being introduced or submitted to the jury because the Plaintiff seeks to use these exhibits in a manner prohibited by the Federal Rules of Evidence and because they are impermissible character evidence.

ORAL ARGUMENT IS REQUESTED

00cv1802 end 84