UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN ACZEL                          :      NO.: 3:00CV1802 (AWT)

v.

LEONARD LABONIA, ETHAN MABLE
AND CITY OF DANBURY                 :      JANUARY 31, 2005

**DEFENDANTS' MOTION IN LIMINE RE UNITED STATES COURT OF APPEALS DECISION IN THIS CASE**

        The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing his exhibit, referenced Exhibit 64: United States District Court for the Second Circuit Court of Appeals decision in this case, in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, the Plaintiff should be precluded from offering this exhibit because it is prohibited by the Federal Rules of Evidence.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 09/28/05

ORAL ARGUMENT IS REQUESTED