UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| v. | : | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : | JANUARY 31, 2005 |

FILED 2005 FEB -2 P 1:01 U.S. DISTRICT COURT HARTFORD, CT.

### DEFENDANTS' MOTION IN LIMINE RE: CITY OF DANBURY POLICE RULES, REGULATIONS, POLICIES, CODE OF CONDUCT, POLICE DIRECTIVES, AND GENERAL ORDERS

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing his exhibits, referenced Exhibits 32 through 54, in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004, which include police rules, regulations, policies, code of conduct, directives and general orders. As is more specifically set forth in the attached memorandum of law, such exhibits should be precluded because they are irrelevant and inadmissible pursuant to the Federal Rules of Evidence.

DENIED, without prejudice. It is not possible to determine at this time whether the plaintiff will be able to lay a proper foundation for admission of the exhibits at issue. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05

FILED 2005 SEP 29 P 12:— DISTRICT COURT HARTFORD, CT

ORAL ARGUMENT IS REQUESTED

00CV1802end88