# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | NO.: 3:00CV1802 (AWT) |
| v. | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | JANUARY 31, 2005 |

### DEFENDANTS' MOTION IN LIMINE RE: VARIOUS STATEMENTS OF DAVID FESH; MAGDOLNA ACZEL; FRANK BUTERA; VERONICA DEROSA; DAWN MORACHO; AND, GRETCHEN OLSON

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing his exhibits, referenced Exhibits 26, 27, 28, 29, 30, 31: Statements of Magdolna Aczel, David Fesh, Frank Butera, Veronica DeRosa, Gretchen Olson and Dawn Moracho, in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, such exhibits should be precluded because they are prohibited by the Federal Rules of Evidence.

GRANTED. See Doc. No. 104. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05

ORAL ARGUMENT IS REQUESTED

00cv1802end 90