GRANTED, for substantially the reasons set forth by the defendants in their supporting memorandum. It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | NO.: 3:00CV1802 (AWT) |
| v. | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | JANUARY 31, 2005 |

FILED 2005 FEB -2 P 1:01 U.S. DISTRICT COURT HARTFORD, CT.

### DEFENDANTS' MOTION IN LIMINE RE: OTHER CONDUCT AND CITIZEN COMPLAINTS

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing his exhibits, referenced Exhibits 55 through 60, in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004, which include internal affairs investigations and citizen complaints filed against the Defendant officers for incidents both before and after the incident which is the subject of this suit. As is more specifically set forth in the attached memorandum of law, the Plaintiff should be precluded from offering evidence of these other incidents because it is prohibited by the Federal Rules of Evidence.

WHEREFORE, the Defendants request that an order be entered precluding the Plaintiff from offering into evidence any of the above referenced exhibits and

ORAL ARGUMENT IS REQUESTED

00cv1802end92