97

FILED
2005 FEB 14 P 3: 45
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | : |
|    Plaintiff | : CIVIL NO. 300 CV 1802 AWT |
| | : |
| V. | : |
| | : |
| LEONARD LABONIA | : |
| ETHAN MABLE | : |
|  and CITY OF DANBURY | : |
|    Defendants | : FEBRUARY 14, 2005 |

**PLAINTIFF'S MOTION IN LIMINE RE: LAY WITNESS TESTIMONY OF MATT C. AND JOHN REED AT EMS, DANBURY EMERGENCY ROOM DEPARTMENT**

The Plaintiff in the above matter respectfully moves this Court to preclude the Defendants from introducing the testimony of lay witnesses Matt C. and John Reed, at EMS, Danbury Emergency Room Department, as disclosed in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, the testimony of these two witnesses should be precluded because their testimony is prohibited by the Federal Rules of Evidence.

WHEREFORE, the Plaintiff requests that an order be entered precluding the Defendants from offering the testimony of John Reed and Matt C, at EMS, Danbury Emergency Room Department.

00cv1802end97

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640

[Margin annotation, left side, rotated:] DENIED, for substantially the reasons set forth by the defendants in their opposition. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05