FILED

2005 FEB 14 P 3:



U.S. DISTRICT COU[RT]
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL<br>　　Plaintiff | : CIVIL NO. 300 CV 1802 AWT |
| V. | |
| LEONARD LABONIA<br>ETHAN MABLE<br>　and CITY OF DANBURY<br>　　Defendants | : FEBRUARY 14, 2005 |

### PLAINTIFF'S MOTION IN LIMINE RE: ALLEGATION THAT PLAINTIFF WAS INTOXICATED AND ALLEGATION OF A COMPLAINT OF SEXUAL ASSAULT A[ND] ALLEGATION THAT GRETCHEN OLSEN WAS A CO-COMPLAINANT

The Plaintiff in the above matter respectfully moves this Court to preclude the Defendants from introducing into evidence the allegation that Plaintiff was intoxicated and the baseless accusation of sexual assault. Plaintiff also moves this Court to preclude the Defendant[s] from referring to Getchen Olsen as a co-complainant as indicated by Defendants in Plaintiff an[d] Defendants Joint Trail Memorandum dated July 30, 2004. As more specifically set forth in the attached memorandum of law, these allegations should be precluded because they are prohibite[d] by the Federal Rules of Evidence.

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS No. 2364

*[Margin annotation, left side:]* DENIED, for substantially the reasons set forth by the defendants in their opposition. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05