101



FILED

2005 FEB 14 P 3: 45

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL<br>　　Plaintiff | : CIVIL NO. 300 CV 1802 AWT |
| V. | : |
| LEONARD LABONIA<br>ETHAN MABLE<br>　and CITY OF DANBURY<br>　　Defendants | :<br>:<br>: FEBRUARY 14, 2005 |

### PLAINTIFF'S MOTION IN LIMINE RE: MAP/DIAGRAM OF LOCATION OF INCIDENT AND THE LETTER DATED APRIL 25, 2001 FROM ROBERT B. COX TO MS. SHERRI ADAMS, CIRMA (COVER LETTER INTERPRETING AND COMMENTING ON DATA ON THE CERTIFIED WEATHER REPORT)

The Plaintiff in the above matter respectfully moves this Court to preclude the Defendants from introducing their Exhibit 6, Map/Diagram of Location of Incident and part of Exhibit 4, specifically, the Letter dated April 25, 2001 from Robert B. Cox to Ms. Sherri Adams, CIRMA(Cover letter interpreting and commenting on data on the Certified Weather Report), in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, such exhibits should be precluded because the Map/Diagram proposed to be introduced as an exhibit has not ever been produced to Plaintiff and also this exhibit is prohibited by the Federal Rules of Evidence. Moreover, the letter dated April 25, 2001 from Robert B. Cox to Ms. Sherri Adams, CIRMA, is prohibited by

00CV1802end 101

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS No. 23640

---

*[Left margin, vertical:]* DENIED, based on the defendants' representations in their supporting memorandum. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05