UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | : |
| Plaintiff | : CIVIL NO. 300 CV 1802 AWT |
| | : |
| V. | : |
| | : |
| LEONARD LABONIA | : |
| ETHAN MABLE | : |
| and CITY OF DANBURY | : |
| Defendants | : FEBRUARY 14, 2005 |

### PLAINTIFF'S MOTION IN LIMINE RE: REFERENCES TO CONN. GEN. STAT. SECTIONS 53a-22 AND CONN. GEN. STAT. 53a-23

The Plaintiff in the above matter respectfully moves this Court to preclude the Defendants introducing any reference to Conn. Gen. Stat. Sections 53a-22 and 53a-23 in this case to justify their use of excessive force on Plaintiff. As is more specifically set forth in the attached memorandum of law, Conn. Gen. Stat. Section 53a-22, dos not apply in this case to justify Defendants use of physical force on Plaintiff. The plain language of the statute renders it inapplicable to provide Defendants with justification for their use of excessive force against Plaintiff. Also, Conn. Gen. Stat. Section 53a-23 similarly fails to act as justification for Defendants' use of excessive against Plaintiff. The clear language of Conn. Gen. Stat. Section 53a-23 does not prohibit an individual who is the victim of an attack (in contract to a legal or illegal arrest) by a police officer to defend himself against impending serious injury and/or death.

DENIED, without prejudice. The court cannot determine based on the current record that the defendants will be unable to lay a proper foundation for such evidence. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05

00cv1802end/02

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS No. 23640