FILED
2005 FEB 14 P 3: 45
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | : |
|    Plaintiff | : CIVIL NO. 300 CV 1802 AWT |
| | : |
| V. | : |
| | : |
| LEONARD LABONIA | : |
| ETHAN MABLE | : |
|  and CITY OF DANBURY | : |
|    Defendants | : FEBRUARY 14, 2005 |

### PLAINTIFF'S MOTION IN LIMINE RE: RE: VARIOUS STATEMENTS OF DAVID FESH; VERONICA DEROSA; AND GRETCHEN OLSON INCLUDED IN THE POLICE REPORT

The Plaintiff in the above matter respectfully moves this Court to preclude the Defendants from introducing the exhibits attached to the police report, specifically, statements of David Fesh, Veronica DeRosa, and Gretchen Olson, designated as Exhibit 1 in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004. As is more specifically set forth in the attached memorandum of law, such exhibits should be precluded because they are prohibited by the Federal Rules of Evidence. If this court precludes Defendants form introducing these exhibits into evidence, Plaintiff will similarly not introduce these exhibits into evidence.

WHEREFORE, the Plaintiff requests that an order be entered precluding the Defendants

GRANTED. See Doc. No. 90. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05

00cv1802end/04

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS NO. 23640