UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JOHN ACZEL                            :        NO.: 3:00CV1802(AWT)

v.                                    :        U.S. DISTRICT COURT
                                               HARTFORD, CT.

LEONARD LABONIA, ETHAN MABLE          :
AND CITY OF DANBURY                   :        FEBRUARY 14, 2005

**DEFENDANTS' MOTION IN LIMINE RE: CUMULATIVE AND UNNECESSARY TESTIMONY OF MEDICAL DOCTORS AND DENTISTS**

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing all or part of the testimony of two groups of following witnesses:

1.   Dr. Silver, DDS, Dr. Trushiem, DDS and Danbury Hospital Dental Service; and

2.   Drs. Mashman, Schwartz and Fish.

To have all of these doctors and dentists testify would be overly cumulative, unnecessary and a waste of time and judicial resources. The plaintiff should be required to pick one from each group.

WHEREFORE, the Defendants request that an order be entered precluding the Plaintiff from offering into evidence the testimony of these witnesses or limiting him to the presentation of one medical doctor and one dentist.

*[Margin annotation, left side, rotated:]* DENIED for substantially the reasons set forth by the plaintiff in his opposition. See Doc. No. 129. It is so ordered. /s/ Alvin W. Thompson, U.S.D.J. Hartford, CT 9/28/05