FILED
2005 MAR -7 P 3: 19

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| v. | : | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : | MARCH 7, 2005 |

## MOTION FOR JUDICIAL NOTICE

Pursuant to Fed. R. Civ. P. Rule 7(b), the Defendants Leonard LaBonia and Ethan Mable, hereby move the court to take judicial notice and instruct the jury that the temperature in Danbury, Connecticut, on August 10, 1999, at 16:53 (4:53 p.m.), was 22.2 degrees Celsius or 72 degrees Fahrenheit, and the highest temperature in Danbury, Connecticut, on August 10, 1999, was 24.3 degrees Celsius or 77 degrees Fahrenheit, at 17:53 (5:53 p.m.), for the following reasons:

1. Federal Rules of Evidence Rule 201(b) states, "A judicially noticed fact must be one not subject to reasonable dispute in that it is . . .(2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

2. A court shall take judicial notice if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(d).

DENIED as moot. See Doc. No. 54. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05

00CV1802end117