123

*GRANTED, over objection. Robert Cox has been disclosed specifically as a rebuttal witness. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT 9/28/05*

FILED
2005 MAR -7 P 3:20

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| v. | : | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : | March 7, 2005 |

### DEFENDANTS' MOTION IN AMEND THE JOINT TRIAL MEMORANDUM

The Defendants in the above matter respectfully move this Court to amend the Joint Trial Memorandum to include Robert Cox, Meteorologist, as an expert witness for the Defendants for the following reasons:

1. Defendants anticipate that the Plaintiff or other witnesses will testify as to the temperature and/or weather conditions on the day of the incident.

2. Mr. Cox's testimony will be limited to his review of the facts set forth in the official weather record.

3. Defendants are disclosing Robert Cox as an expert witness to rebut any such testimony and/or exhibit offered by the Plaintiff at this time to prevent a claim of surprise or lack of disclosure and to allow Plaintiff ample time to challenge the witness's credentials as an expert, without delaying the trial.

ORAL ARGUMENT IS REQUESTED

00CV1802end 123