UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 APR 15 A 8:45

US DISTRICT COURT
HARTFORD CT

JOHN ACZEL          :   NO.: 3:00CV1802 (AWT)

v.                  :

LEONARD LABONIA, ETHAN MABLE  :
AND CITY OF DANBURY           :   APRIL 14, 2005

## AMENDMENT TO MOTION FOR JUDICIAL NOTICE

Pursuant to Fed. R. Civ. P. Rule 7(b), the Defendants Leonard LaBonia and Ethan Mable, hereby amend their Motion for Judicial Notice regarding the measured temperatures on August 10, 1999, as follows:

1. Defendants' motion should have requested the Court to instruct the jury that the highest temperature recorded in Danbury on August 10, 1999, by the United States Department of Commerce was 25 degrees Celsius or 77 degrees Fahrenheit. The records do not indicate what time this temperature was measured. See, **Exhibit A**, page 4, bottom right hand corner, section captioned 24-HR Max Temp. (0.1 C) 25.0.

2. As Plaintiff asserts that the time of the incident is disputed, in fairness to the Plaintiff, Defendants also move the Court to instruct the jury as follows:

   The temperature measured at 3:53 p.m. (15:53 military time) was 24.4 degrees Celsuis or 76 degree Fahrenheit (rounded up from 75.92).

   The temperature measured at 4:53 p.m. (16:53 military time) was 22.2 degrees Celsius or 72 degrees Fahrenheit (rounded up from 71.96).

   The temperature measured at 5:53 p.m. (17:53 military time) was 21.7 degrees Celsius or 71 degrees Fahrenheit (rounded down from 71.06).

---

DENIED, without prejudice, as it may be appropriate that the information be offered pursuant to an exception to the hearsay rule. See H.R. Anderson v. Swift & Co., 380 F.2d 988, 992 (6th Cir. 1967) (climatological data from U.S. Dept. of Commerce admissible as an "official record"). It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05

00CV1802end154