DENIED. Robert Cox has been disclosed specifically as a rebuttal witness. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/28/05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL
   Plaintiff

CIVIL NO. 300 CV 1802 AWT

V.

LEONARD LABONIA
ETHAN MABLE
  and CITY OF DANBURY
   Defendants

: MARCH 24, 2005

**PLAINTIFF'S MOTION IN LIMINE RE: DEFENDANTS' DISCLOSURE OF EXPERTS DATED MARCH 7, 2005, DISCLOSING ROBERT B. COX**

I. **Nature of Case:**

This is a civil rights case brought by the plaintiff, John Aczel, under 42 U.S.C. Section 1983 and under 42 U.S.C. Section 1988 alleging that his Fourth and Fourteenth Amendment rights were violated. Plaintiff alleges that he was falsely arrested and subjected to excessive force on August 10, 1999 by Defendant, Leonard Labonia and Defendant, Ethan Mable, both of whom are police officers of the City of Danbury. Plaintiff alleges that he was subjected to excessive force by Defendant police officers when, without probable cause, the police officers placed him an unventilated police cruiser in extremely hot weather (causing him to overheat and to experience breathing difficulties) and then subsequently repeatedly and violently struck his head, face, and body, pepper sprayed him and placed him under arrest. Plaintiff claims that Defendant police officers had a realistic opportunity to prevent use of excessive force against him but did not do so, and that Defendant

1

GOLDSTEIN AND PECK, P.C.
ATTORNEYS AT LAW
1087 BROAD STREET • P.O. BOX 1538 • BRIDGEPORT, CT 06601-1538 • TEL. (203) 334-9421 • FAX (203) 334-6949 • JURIS No. 23640