UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JOHN ACZEL  :  NO.: 3:00CV1802 (AWT)   2005 FEB 17  A 11: 23

v.  :

U.S. DISTRICT COURT
HARTFORD, CT.

LEONARD LABONIA, ETHAN MABLE  :
AND CITY OF DANBURY  :  FEBRUARY 14, 2005

## DEFENDANTS' MOTION IN LIMINE
## RE: TESTIMONY OF DIANE FERNANDEZ

The Defendants in the above matter respectfully move this Court to preclude the Plaintiff from introducing the testimony of Diane Fernandez. Despite five years of litigation, the plaintiff never disclosed this witness.

WHEREFORE, the Defendants request that an order be entered precluding the Plaintiff from offering into evidence the testimony this witness.

THE DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

DENIED, for substantially the reasons set forth in the plaintiff's opposition. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/29/05