UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL
    Plaintiff                              : CIVIL NO. 300 CV 1802 AWT

V.

LEONARD LABONIA
ETHAN MABLE
 and CITY OF DANBURY
    Defendants                         MARCH 10, 2005

**PLAINTIFF'S MOTION IN LIMINE RE: LAY WITNESS TESTIMONY OF OFFICER JOSEPH RIOLO, DANBURY POLICE DEPARTMENT, OFFICER KARL MURPHY, DANBURY POLICE DEPARTMENT, MATT C. AND JOHN REED AT EMS , DANBURY EMERGENCY ROOM DEPARTMENT, SGT BRIAN ME RRICK, DANBURY POLICE DEPARTMENT, AND DAVID OWEN, PRECISION**

    The Plaintiff in the above matter respectfully moves this Court to preclude the Defendants from introducing the testimony of lay     esses, Joseph Riolo, Danbury Police Department, Officer Karl Murphy, Danbury Police Department, Matt C. and John Reed, at EMS, Danbury Emergency Room Department, Sgt. Brian Merrick, Danbury Police Department, and David Owen, Precision as listed in the Plaintiff and Defendants' Joint Trial Memorandum dated July 30, 2004.   As is more specifically set forth in the attached memorandum of law, the testimony of these witnesses should be precluded because despite five years of litigation, Defendants have never disclosed these witnesses to Plaintiff.

WHEREFORE, the Plaintiff requests that an order be entered precluding the Defendants from offering the testimony of these witnesses.

        PLAINTIFF,
        JOHN ACZEL

BY _____
        Tiziana M. Scaccia
        Goldstein and Peck, P.C.
        1087 Broad Street, P.O. Box 1538
        Bridgeport, CT 06601-1538
        (203) 334-9421
        (203) 334-6949 (fax)
        Ct08713

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 10th day of March, 2005.

John J. Radshaw, III, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

_____
Tiziana M. Scaccia