**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
JOHN ACZEL,                    :
                               :
     Plaintiff,                :
                               :
v.                             :   Civil No.3:00CV01802(AWT)
                               :
LEONARD LABONIA, ETHAN         :
MABLE, and CITY OF DANBURY,    :
                               :
     Defendants.               :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

The plaintiff's Motion to Permit Plaintiff to File, After Expiration of Deadline a Motion in Limine Re: Lay Witness Testimony (Doc. No. 124) is hereby GRANTED. The clerk shall docket the attached motion and supporting memorandum.

However, the Plaintiff's Motion in Limine Re: Lay Witness Testimony of Officer Joseph Riolo, Danbury Police Department, Office Karl Murphy, Danbury Police Department, Matt C. and John Reed at EMS, Danbury Emergency Room Department, Sgt. Brian Merrick, Danbury Police Department, and David Owen, Precision (Doc. No. ___) is hereby DENIED for the reasons set forth by the defendants in their memorandum in opposition. See Doc. No. 147.

It is so ordered.

Dated this 29th day of May 2005, at Hartford, Connecticut.

```
                                        /s/
                              _____
                              Alvin W. Thompson
                              United States District Judge
```