**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
JOHN ACZEL,                    :
                               :
     Plaintiff,                :
                               :
v.                             :    Civil No. 3:00CV01802(AWT)
                               :
                               :
LEONARD LABONIA, et al.,       :
                               :
     Defendants.               :
                               :
-------------------------------x
```

**ORDER OF TRANSFER**

In the interest of justice, this case is hereby transferred to Judge Peter C. Dorsey. All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven and shall bear the docket number 3:00CV01802(PCD). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See D. Conn. L. Civ. R. 3(a).

It is so ordered.

Dated this 1st day of November, 2005, at Hartford, Connecticut.

/s/AWT

_____
     Alvin W. Thompson
United States District Judge