inalUNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL                 :     NO.:  3:00CV1802 (PCD)

v.

LEONARD LABONIA, ETHAN MABLE
AND CITY OF DANBURY         :     NOVEMBER 8, 2004

## JOINT MOTION FOR CONTINUANCE
## OF JURY SELECTION AND TRIAL

In support of this motion, counsel for parties represent as follows:

1.     This case has been scheduled for Jury Selection commencing at 9:00 a.m. on December 5, 2005.

2.     Given the expectation that trial would commence shortly thereafter, both counsel for the plaintiff and the defendants cannot reasonably prepare to select a jury and commence trial as anticipated by the court's order.

3.     Counsel for the plaintiff has numerous pressing legal engagements which would prevent the presently anticipated schedule. These engagements are:

    a.     Counsel for the plaintiff is presently scheduled to commence a state court jury trial on December 6, 2005, and the deposition of plaintiff for this case still needs to be concluded prior to December 6, 2005.

    b.     Counsel for the plaintiff is also presently scheduled to commence a state court jury trial on January 5, 2006, a state court jury trial on



February 1, 2006 and two state court jury trials in March 2006, one
beginning March 21, 2206 and the other beginning on March 23,
2006.

c.  In another federal case pending in this district, counsel for the
plaintiff is scheduled to take depositions on November 14, 2005,
November 16, 2005 (2), and November 17, 2005 (deposition to be
conducted in Massachusetts).

d.  Counsel for the plaintiff is presently on trial in a state court jury
matter which will not conclude until November 9 or 10, 2005.
Counsel for plaintiff has been on trial on two different cases "non-
stop" since October 5, 2005.

e.  On or about October 1, 2005, this Court (Judge Alvin W.
Thompson) ruled on numerous pending motions in limine which
rulings need to be integrated into the trial preparation for this
complex case.

f.  In addition to the matters recited in this motion, counsel for the
plaintiff has other pending matters, including a post trial brief on a
state court case which was tried beginning October 5 of this year,
which brief is due November 15, 2005.

4.  Moreover, the law firm representing the plaintiff has this week lost an
associate attorney who notified that he is taking an indefinite leave of
absence due to a family emergency. Therefore, coverage for cases this



attorney was handling will also need to be shared by the remaining attorneys at the law firm. This will directly affect the availability of the attorney trying this case in that additional responsibilities have been and will have to be assumed.

5.    Counsel for the defendants has numerous pressing legal engagements which would prevent the presently anticipated schedule. These engagements are:

a.    Trial concerning sexual misconduct/molestation in state court with jury selection commencing November 29, 2005 and, with evidence, lasting until late December 2005.

b.    Trial in state court concerning a police chase and the plaintiff is a partial quadriplegic with jury selection commencing January 3, 2006, evidence commencing January 16, 2006 and expected to last until the end of January.

c.    Trial in federal court concerning a brain-injured and paralyzed attorney with jury selection commencing February 1, 2006, evidence commencing on February 22, 2006.

d.    Trial in state court concerning a tree that fell on a moving motor vehicle occupied by two mothers and their children resulting in death and serious injuries with jury selection commencing March 2, 2006, evidence commencing thereafter, expected to consume all or nearly all of March 2006.

e.  Counsel for the defendants has another trial concerning sexual misconduct/molestation in state court with jury selection commencing April 4, 2006 and, with evidence, lasting until late April 2005.

6.  Therefore, neither counsel for the plaintiff nor the defendants can reasonably select a jury on December 5, 2005 and commence trial thereafter.

7.  Counsel for the parties jointly request a reassignment of the jury selection from December 5, 2005 as follows:

a.  The first choice is a continuance until after May 1, 2006 and such is the best choice for the plaintiff and defendants jointly;

b.  In the alternative, counsel request a status conference with the court to further discuss scheduling of the trial in this case.

8.  Counsel for the parties have consulted with each other and they agree upon this request for reassignment and extension.

WHEREFORE, the undersigned counsel for the parties request that this Joint Motion For Continuance is granted.

THE PLAINTIFF

/s/ Tiziana M. Scaccia
Tiziana M. Scaccia, ct08713
GOLDSTEIN & PECK, P.C.
1087 Broad Street, P.O. Box 1538
Bridgeport, Connecticut  06601
(203) 334-9421/(203) 334-9421
E-mail:scacciat@goldsteinandpeck.com

misconduct/molestation in state court with jury selection commencing April 4, 2006 and, with evidence, lasting until late April 2005.

6.   Therefore, neither counsel for the plaintiff nor the defendants can reasonably select a jury on December 5, 2005 and commence trial thereafter.

7.   Counsel for the parties jointly request a reassignment of the jury selection from December 5, 2005 as follows:

   a.   The first choice is a continuance until after May 1, 2006 and such is the best choice for the plaintiff and defendants jointly;

   b.   In the alternative, counsel request a status conference with the court to further discuss scheduling of the trial in this case.

8.   Counsel for the parties have consulted with each other and they agree upon this request for reassignment and extension.

WHEREFORE, the undersigned counsel for the parties request that this Joint Motion For Continuance is granted.

THE PLAINTIFF

/s/ Tiziana M. Scaccia
Tiziana M. Scaccia, ct08713
GOLDSTEIN & PECK, P.C.
1087 Broad Street, P.O. Box 1538
Bridgeport, Connecticut 06601
(203) 334-9421/(203) 334-9421
E-mail:scacciat@goldsteinandpeck.com

THE DEFENDANTS

THE DEFENDANTS

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361(860) 249-7665
E-mail:jradshaw@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Continuance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

The undersigned hereby certifies that this motion is filed in conformance to the Court's Supplemental Order on Motion Filing Procedures.

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361(860) 249-7665
E-mail:jradshaw@hl-law.com