UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (PCD) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | NOVEMBER 28, 2005 |

**MOTION FOR ORDER DISCLOSING ERASED RECORDS**

The defendants, Leonard Labonia and Ethan Mable, hereby move this Court issue an order disclosing erased records stemming from John Aczel's arrest and criminal proceedings State of Connecticut v. John Aczel held at GA-3 Superior Court of Danbury, docket number D03D CR99 0106820s, which are unavailable pursuant to Connecticut General Statutes § 52-142a. Filed herewith is a memorandum in support of this motion.

The Defendants represent that this motion is in compliance with Judge Dorsey's supplemental order because the motion is directed to a third party not involved in this case.

ORAL ARGUMENT IS REQUESTED

WHEREFORE, the defendants, Leonard Labonia and Ethan Mable respectfully request that this Court grant their Motion for Order to Disclose Erased Records stemming from the matter <u>State of Connecticut v. John Aczel</u>, docket number D03D CR99 0106820s.

        THE DEFENDANTS,
        LEONARD LABONIA and ETHAN MABLE

        <u>/s/John J. Radshaw, III</u>
        John J. Radshaw, III, ct19882
        HOWD & LUDORF, LLC
        Hartford, CT 06114-1190
        (860) 249-1361
        (860) 249-7665
        65 Wethersfield Avenue
        E-mail: jradshaw@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 28th day of November, 2005.

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

                                        By /s/John J. Radshaw, III
                                            John J. Radshaw, III