# JUDICIAL DISTRICT OF DANBURY/GEOGRAPHICAL AREA #3
Office of the Clerk – 146 White Street, Danbury, CT 06810
Telephone # (203) 207-8600

## DISCLOSURE OF CASE INFORMATION (CRIMINAL/MOTOR VEHICLE)

Information herein provided is based upon resources available to the Clerk's Office at the time of the request. It is not to be relied upon as the official court record of the case. The official court record of any case is the original court file, which is stored at the Superior Court Records Center in Enfield, CT. See instructions below for contacting the Records Center to obtain a certificate of disposition or certified copy of a disposition.

**Search Name:** John Aczel   **Date of Birth:** 09/22/1945
**Requested By:** Janos Aczel, Proper Identification Provided - license reflected same address and DOB

### Result of Search Request
**Defendant Name:** John Aczel
**Docket #:** D03D CR99 0106820s
**Date of Arrest:** 08/10/1999

**Charge #1:** Breach of Peace 2nd Degree   C.G.S. § 53a-181
**Date of Disposition:** 10/26/2001
**Disposition:** Dismissed

**Charge #2:** Interfering with an Officer   C.G.S. § 53a-167a
**Date of Disposition:** 10/26/2001
**Disposition:** Dismissed

**Instructions for obtaining a certificate of disposition or certified copy of disposition from the Superior Court Records Center:**
1. To obtain a certificate of disposition for a specific case, send a check or money order payable to "Superior Court Records Center" to "Superior Court Records Center, 111 Phoenix Avenue, Enfield, CT 06082". There is a separate $2.00 charge for each certificate requested.
2. To obtain a certified copy of the actual court record showing the disposition of a case, please telephone the Records Center at (860) 741-3714 to determine the applicable photocopy and certification charge.
3. Your request to the Records Center must include the name of the defendant, the docket number and date of disposition.

Prepared by: Colleen Jalowiec, Criminal Caseflow Coordinator
Date: 09/05/2002