**ORIGINAL**

123

```
                UNITED STATES DISTRICT COURT

                   DISTRICT OF CONNECTICUT


JOHN ACZEL,                      :

              Plaintiff          :
   VS.                                    3:00-CV-1802(AWT)
                                 :
LEONARD LABONIA, ETHAN MABLE
and CITY OF DANBURY,             :

              Defendants         :        APRIL 23, 2002


          CONTINUED DEPOSITION OF JOHN ACZEL


APPEARANCES:

    For the Plaintiff:

        GOLDSTEIN & PECK, P.C.
        1087 Broad Street
        Bridgeport, Connecticut 06601-1538
    BY: TIZIANA SCACCIA, ESQ.

    For Defendants Leonard Labonia and Ethan Mable:

        HOWD & LUDORF
        65 Wethersfield Avenue
        Hartford, Connecticut 06114
    BY: THOMAS R. GERARDE, ESQ.

    For the Defendant City of Danbury:

        MAHER & MURTHA, LLC
        582 Clinton Avenue
        Bridgeport, Connecticut 06605
    BY: MARK A. PERKINS, ESQ.

    Also Present:  Mr. Steven Schwarcz
                   Interpreter



                         Paul Collard
              Registered Diplomate Reporter
```

```
 1           MS. SCACCIA:  Objection as to form.  But he
 2   can answer the question.
 3           (Interpreter translated to the witness).
 4   A     Yes.  I was in court.
 5           MR. SCHWARCZ:  He went to the court.
 6   BY MR. GERARDE:
 7   Q     You went to court?
 8   A     Yes.
 9   Q     Did you have a lawyer with you?
10   A     Yes.
11   Q     Who was your lawyer?
12   A     Smart.  Smart.  And the law firm is Smart -- is
13   Attorney Smart, his name.  And Reifberg, Smart and Donohue
14   is the attorney firm.
15   Q     Reifberg, Smart and Donohue?
16   A     Yes.
17   Q     From Danbury?
18   A     Yes, from Danbury.
19   Q     And Attorney Smart was with you?
20   A     Yes.
21   Q     And what happened to your case?
22           MS. SCACCIA:  Objection as to form.  But he
23   can answer the question.  Only if you know.
24   BY MR. GERARDE:
25   Q     In other words, you had to answer the charges
```

1  that you were arrested on.  Do you know what happened in
2  court with your charges?
3          MS. SCACCIA:  Objection as to form.  But he
4  can answer the question.
5          (Interpreter translated to witness).
6          MR. SCHWARCZ:  A hundred hours community
7  service.  A hundred hours.
8  BY MR. GERARDE:
9      Q   A hundred hours community service.  All right.
10         So what you're saying is is that you performed a
11 hundred hours community service?
12         MS. SCACCIA:  Objection as to form.
13     A   Yes.
14     Q   Where did you perform the one hundred hours of
15 community service?
16         MS. SCACCIA:  Objection as to form.
17 BY MR. GERARDE:
18     Q   You can answer.
19     A   It was -- it's not a nursing home, something like
20 old folks living there, and homeless people or homeless and
21 old type, this type of thing.
22     Q   Were all 100 hours at the same location?
23     A   Yes.
24         MS. SCACCIA:  Objection.
25     Q   What was the name of the place, do you know?

1          MS. SCACCIA: Objection again. But you can
2 answer.
3    A    The street name, it was Cherry Street.
4    Q    Cherry Street?
5    A    Yes.
6    Q    In Danbury?
7    A    In Danbury, yes.
8    Q    Do you know the name of the home?
9          MS. SCACCIA: Objection. But you can
10 answer.
11    A    I can tell you, but not now. I have in suitcase
12 outside.
13          MS. SCACCIA: No, no.
14 BY MR. GERARDE:
15    Q    What did you do at the Cherry Street home? Like,
16 what were you doing there --
17          MS. SCACCIA: Objection as to form.
18    Q    -- to perform your community service?
19          MS. SCACCIA: Objection.
20    A    I just having go there. Sometimes cooking for
21 them.
22    Q    All right. And once your 100 hours of community
23 service were completed --
24    A    Yes.
25    Q    -- was there anything left of your case? Did you

1  have to go back to court?
2           MS. SCACCIA:  Objection.
3     A    No -- I'm sorry.  Yeah, I have to go back to
4  court one year later.
5     Q    Did you do that?
6     A    Yes.
7           MS. SCACCIA:  Objection as to form.
8  BY MR. GERARDE:
9     Q    What happened then?
10          MS. SCACCIA:  Give me time to object before
11 you answer.
12          Objection again.  You can answer, though.
13 BY MR. GERARDE:
14    Q    What happened when you went back after one year?
15    A    They gave me back a thousand dollars.
16    Q    They gave you back your thousand dollar bond?
17    A    Yes.
18    Q    All right.  Do you remember whether or not you
19 went before a judge?  Did you stand before a judge and have
20 him ask you questions and have you answer him?
21          MS. SCACCIA:  Objection as to form.
22    A    Yes.  He don't asking me questions.
23    Q    He did?
24    A    No, he don't asking me any question.
25    Q    At any time?

1      A    At any time.

2           MS. SCACCIA:  Objection.

3  BY MR. GERARDE:

4      Q    Do you remember making any statements?

5           MS. SCACCIA:  Objection.

6           THE WITNESS:  You mean the Judge?

7      Q    In the court, yes, right.  Let me say it clearly.

8           Do you remember making any statements to the

9  court in connection with your arrest on the charges that

10  were lodged in August of 1999 with Officer Labonia?

11           MS. SCACCIA:  Objection.

12     A    No.  Best of my knowledge, you know, it's so

13  quick, we just stand up and ba-ba, boom-boom, go home.

14     Q    So you were there with your lawyer?

15     A    Yeah.

16     Q    All right.  Do you remember if your lawyer made

17  any statements to the judge?

18           MS. SCACCIA:  Objection.

19     A    He talking something.  I don't remember what, you

20  know.

21     Q    Do you remember if the lawyer, your lawyer,

22  talked to the State's Attorney?

23           MS. SCACCIA:  Objection.

24     A    Yes.

25     Q    Were you present when he spoke to the State's

```
 1   Attorney?
 2       A    No.
 3            MS. SCACCIA:  Objection.
 4            MR. PERKINS:  I'm sorry, but I don't see the
 5   problem with the form of these questions.
 6            MS. SCACCIA:  You know what, I'm going to
 7   keep objecting.
 8            MR. PERKINS:  We've agreed -- what is the
 9   problem with the form of the question, just so I
10   understand what it is?
11            MS. SCACCIA:  Because I'm going to object to
12   the admissibility of all these questions.
13            MR. PERKINS:  That's something you've
14   already -- we've agreed to stipulations, except for
15   reading and signing.
16            MS. SCACCIA:  Actually, you are wrong.
17   Actually, you are very wrong.  So I am going to
18   continue --
19            MR. PERKINS:  What am I wrong about?
20            MS. SCACCIA:  If you have a problem, call
21   the Judge and let him figure it out.
22            MR. PERKINS:  When I start asking questions,
23   if you continue to object like that, then we will be
24   calling the Judge.
25            MS. SCACCIA:  Okay.  That's fine.
```

```
 1  STATE OF CONNECTICUT
 2  COUNTY OF NEW HAVEN
 3
 4          I, Paul Collard, a Notary Public in and for
 5  the State of Connecticut, do hereby certify that the
 6  above proceedings were reported by me stenographically
 7  and this transcript represents a true and accurate
 8  transcription of said proceedings.
 9          I further certify that I am not related to
10  the parties hereto or their counsel, and that I am not
11  in any way interested in the event of said cause.
12          Dated at North Haven, Connecticut, this 30th
13  day of April, 2002.
14
15
16
17                          _____
                            PAUL COLLARD
18                          Notary Public
19  My Commission Expires:
    January 31, 2004
20
21
22
23
24
25
```