UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED JURY SELECTION CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 CHURCH STREET
NEW HAVEN
COURTROOM NO. 1

DECEMBER 5, 2005

9:00 A.M.

NOTICE TO COUNSEL

Jury selection will commence at 9:00 A.M. on DECEMBER 5, 2005 in Courtroom No. 1, 141 Church Street, New Haven, Connecticut. Juries will be selected in six cases in the order listed. A schedule of trial dates, commencing the day after jury selection shall be announced at the time of jury selection.

Problems with the selection of juries or in the assignment of trial dates shall be discussed initially among all counsel. Any request to the court shall be made at the earliest possible time and in writing. No continuances shall be granted except after such consultation and upon good cause shown. No other commitments or conflicts in schedule can be accommodated unless such information is communicated to Patricia A. Villano, Deputy Clerk, Office of the Clerk, 203-773-2427 not less than five business days before jury selection.

Counsel in the first six cases shall select juries at the time noted. Counsel in all other cases shall be prepared to appear at the time noted if notified to do so by the court. Any case in which a jury is selected shall be prepared to commence on 24-hours notice. Counsel in cases awaiting trial must immediately inform the Deputy Clerk of any potential schedule conflict. Failure to so inform the Deputy Clerk will not be accepted to excuse a case from trial as may be required in accordance herewith.

In any case assigned for jury selection or trial, all counsel must diligently explore settlement/entry of a plea at as early a date as possible and advise the Deputy Clerk of any actual settlement/or request for the scheduling of the plea immediately.

If the court, Magistrate Margolis or a Parajudicial Officer can aid settlement discussions, a request for a conference will be honored as promptly as possible. Late advice of settlements/requests to change plea compromises the ability to inform counsel in other cases of their being assigned for jury selection and/or trial. Advice of settlements/requests to change plea but one or two business days before an assignment creates onerous workloads on the court staff and potentially unfair burdens on parties, counsel and witnesses in other cases.

Any settlement reported later than noon, two business days before the assignment date, will require an explanation as to why settlement was not previously accomplished.

PETER C. DORSEY, SENIOR,
UNITED STATES DISTRICT JUDGE

## CASE NO. 3:04 cr 276   USA vs. Michael Barletta

COUNSEL OF RECORD:

| | |
|---|---|
| Michael J. Gustafson, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Fl., New Haven, CT 06510    203-821-3700 |
| Andrew B. Bowman, Esq. | Law Offices of Andrew Bowman, 1804 Post Road East, Westport, Ct 06880 203-259-0599 |

## CASE NO.   3:00 cv 1802   John Aczel vs. Leonard Labonia, et als

COUNSEL OF RECORD:

| | |
|---|---|
| Daren R. Altieri, Esq.<br>Tiziana M. Scaccia, Esq.<br>William J. Kupinse, Jr., Esq. | Goldstein & Peck, P.O. Box 1538,<br>1087 Broad St., Bridgeport, CT 06601-1538<br>203-384-5886 |
| Robert L. Cavanaugh, Jr., Esq. | Rodie & Connolly, 1980 Main St., Stratford, CT 06615    203-377-1010 |
| Jay T. DonFrancisco, Esq.<br>John J. Radshaw, III, Esq.<br>Melinda A. Powell, Esq. | Howd & Ludorf, 65 Wethersfield Ave.,<br>Hartford, CT 06114-1190<br>860-249-1361 |
| Mark A. Perkins, Esq.<br>Thomas M. Murtha, Esq. | Maher & Murtha, P.O. Box 901,<br>528 Clinton Ave., Bridgeport, CT 06601<br>203-367-2700 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK