UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | : NO.: 3:00CV1802 (PCD) |
| | : |
| v. | : |
| | : |
| LEONARD LABONIA, ETHAN MABLE | : |
| AND CITY OF DANBURY | : DECEMBER 1, 2005 |

## NOTICE OF HIPPA COMPLIANCE

Notice is hereby given that compliance with the Health Insurance Portability And Act Accountability Act of 1996 45 C.F.R. § 164.12(e) has been effected in that:

1. Reasonable efforts have been made by the defendant to obtain qualified protective order meeting the requirement of 45 C.F.R. § 164.512(e)(1)(v). A copy of such Motion for Protective Order is attached hereto.

THE DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361
(860) 249-7665 (fax)