UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (PCD) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | DECEMBER 1, 2005 |

## MOTION FOR QUALIFIED PROTECTIVE ORDER

The defendants, LEONARD LABONIA and ETHAN MABLE, herby move pursuant to 45 C.F.R. § 164.512(e)(1)(V) that a qualified protective order enter from the court as follows:

1.  That the parties be prohibited from using or disclosing any protected health information obtained by a subpoena for any purpose other than the litigation; and

2.  That the parties return to the covered entity or destroy all protected health information at the end of the litigation.

3.  This protective order applies to any protected heath information disclosed by the following providers:

Danbury Hospital
24 Hospital Avenue
Danbury, CT 06810

Danbury Internal Medicine
7 Germantown Road
Danbury, CT 06810

The defendants move the court for this protective order because they have sought medical records by subpoena pursuant to Fed. R.Civ. P. 45 and 45 C.F.R. § 164.512 (e).

Pursuant to Fed. R. Civ. P. 45, the defendants have given prior notice to the plaintiff's attorney of their intent to obtain these records by subpoena. 45 C.F.R. § 164.512 (e) provides entities covered by HIPAA may disclose protected health information in response to a subpoena if the covered entity receives satisfactory assurance that the party seeking the information has made reasonable efforts to secure a qualified protective order that meets the requirements of paragraphs (e)(1)(v) of that section. These requirements are as follows:

1. That the parties be prohibited from using or disclosing any protected health information obtained by a subpoena for any purpose other than the litigation; and

2. That the parties return to the covered entity or destroy all protected health information at the end of the litigation.

THE DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361
(860) 249-7665 (fax)

## **CERTIFICATION**

     This is to certify that a copy of the foregoing Motion for Continuance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

     The undersigned hereby certifies that this motion is filed in conformance to the Court's Supplemental Order on Motion Filing Procedures.

     /s/ John J. Radshaw, III
     John J. Radshaw, III, ct19882
     HOWD & LUDORF, LLC
     65 Wethersfield Avenue
     Hartford, CT 06114-1190
     (860) 249-1361(860) 249-7665
     E-mail:jradshaw@hl-law.com