UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | : : | NOVEMBER 30, 2005 |

## **APPEARANCE**

Please enter the appearance of Jeffrey E. Potter, as attorney for the defendants, Leonard Labonia and Ethan Mable, in addition to the appearances already on file by this firm.

DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE


By/s/Jeffrey E. Potter
  Jeffrey E. Potter, ct ct26356
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 – fax
  E-Mail: jpotter@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following counsel of record this 30th day of November, 2005.

Tiziana Marie Scaccia, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

Thomas M. Murtha, Esquire
Maher and Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

/s/Jeffrey E. Potter
Jeffrey E. Potter