UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| v. | : | |
| LEONARD LABONIA, ET AL | : | DECEMBER 5, 2005 |

## APPEARANCE

Please enter the appearance of Thomas R. Gerarde, as attorney for the defendants, Leonard Labonia and Ethan Mable, only, in addition to the appearances already on file by this firm.

THE DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE

/s/ Thomas R. Gerarde
Thomas R. Gerarde, ct05640
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing sent this 5th day of December 2005 via facsimile and US Mail and hand-delivered to counsel.

Tiziana M. Scaccia, Esquire
GOLDSTEIN & PECK, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT 06601-1538

/s/ Thomas R. Gerarde
Thomas R. Gerarde, ct05640