# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

John Aczel
  v.
Leonard Labonia, et al

## APPEARANCE

**CASE NUMBER:** 3:00-CV-01802 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Non-party subpoena recipient, Danbury Hospital

| | |
|---|---|
| December 5, 2005 | |
| **Date** | **Signature** |
| CT18418 | Bethany L. Appleby |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203-498-4400 | Wiggin and Dana LLP |
| **Telephone Number** | **Address** |
| 203-782-2889 | One Century Tower, P.O. Box 1832 |
| **Fax Number** | New Haven, CT 06508-1832 |
| bappleby@wiggin.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was mailed, postage prepaid, this 5th day of December, 2005, to:

William J. Kupinse, Jr., Esq.
Daren R. Altieri, Esq.
Tiziana M. Scaccia, Esq.
Goldstein & Peck
1087 Broad Street
P.O. Box 1538
Bridgeport, CT 06601-1538

Robert L. Cavanaugh, Jr.
Rodie & Connolly
1980 Main Street
Stratford, CT 06615

Jay T. DonFrancisco, Esq.
Thomas R. Gerarde, Esq.
Melinda A. Powell, Esq.
John J. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Thomas M. Murtha, Esq.
Mark A. Perkins, Esq.
Maher & Murtha
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

_____
Bethany L. Appleby

\15558\15\565748.1