UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | : NO.: 3:00CV1802 (PCD) |
| v. | : |
| LEONARD LABONIA, ET AL | : DECEMBER 6, 2005 |

## MOTION TO QUASH TRIAL SUBPOENAS AND FOR PROTECTIVE ORDERS PROHIBITING PRODUCITON OF DOCUMENTS VIA SUBPOENA

Pursuant to Fed.R.Civ.P. 26, 37 and 45 and D.Conn.L.R. 7 and 37, the defendants, LEONARD LABONIA and ETHAN MABLE, herby move that the Court quashes the subpoena directed at LIEUTENANT CHARLES KLUGE and issues a protective order releasing them from their obligation to appear on December 6, 2005 and prohibit the production of any of the documents sought by way of production via either subpoena.

In support of their motion, the defendants offer as follows:

1. Lieutenant Charles Kluge is the records officer for the City of Danbury and his attendance is commanded for December 6, 2005 and he is requested to seventeen broad categories of documents. He was served in the late afternoon on December 5, 2005.

2. The court should quash this subpoena directed to Lt. Kluge and issue protective orders prohibiting production of the documents in question because:

a. This case is merely a lawsuit against two police officers; any <u>Monell</u> claim was dismissed at summary judgment, therefore, the materials sought are irrelevant and immaterial.

b. Nearly all of the documents sought in production were never listed as exhibits in the Joint Trial Memorandum. Not being listed in the JTM, such evidence is precluded from being offered at trial.

c. Discovery is closed and our courts disfavor trial by ambush.

d. Any concerning internal affairs complaints and the like was specifically precluded by the Court's Order, (see Doc. No. 168) on motion by the defendants, (see Doc. No. 92). Not having moved for reconsideration, such order is law of the case.

e. The documents sought will unnecessarily delay and complicate this trial beyond the claims remaining in the case, taxing scarce judicial resources.

f. The subpoena lacks a reasonable time to comply as required by the Federal Rules of Civil Procedure.

As required by Local Rule, the defendants submit a memorandum of law in support of this motion.

This motion is filed in compliance with the Court's Standing Order on Motion Filing Procedures. With the service of the subpoena on December 5, 2005 during jury selection, the defendants submit good cause exhibits to deviate from the Standing Order on Motion Filing Procedures.

By filing motions in *limine* following the Joint Trial Memorandum and prior to the service of the subpoenas, counsel for the defendants has discussed some of these issues with counsel for the plaintiff but was not able to reach a resolution without the Court's intervention.

WHEREFORE, the defendants pray that their Motion to Quash and for Protective Orders is granted.

THE DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE

/s/ John J. Radshaw III
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing sent this 6th day of December 2005 via facsimile and US Mail and hand-delivered to counsel.

Tiziana M. Scaccia, Esquire
GOLDSTEIN & PECK, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT 06601-1538

The undersigned hereby certifies that this motion is filed in conformance to the Court's Supplemental Order on Motion Filing Procedures.

/s/ John J. Radshaw III
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361
(860) 249-7665 (fax)