UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL | NO.: 3:00CV1802 (PCD) |
| v. | |
| LEONARD LABONIA, ETHAN MABLE AND CITY OF DANBURY | DECEMBER 12, 2005 |

## DEFENDANTS' PROPOSED JURY INTERROGATORIES

1.  Do you find that the events occurred (a) as described by Mr. Aczel, with him being kneed by Officer Labonia in the ribs and face, and then assaulted by a group of police officers while on the ground; or (b) as described by Officer Labonia, where Mr. Aczel resisted handcuffing and the force was limited to the one hand strike and use of pepper spray? (Circle one)

(a) Mr. Aczels' Version          (b) Officer Labonia's Version

*John Radshaw*
Atty for Defendants