UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (PCD) |
| v. | : | |
| LEONARD LABONIA, ET AL | : | DECEMBER 12, 2005 |

## MOTION FOR JUDGMENT

Pursuant to Federal Rules of Civil Procedure 50, the Defendants hereby move for judgment in their favor for the following reasons:

1. As to the claims in the First Count of the Complaint that the Defendants used unreasonable and excessive force in violation of the Fourth Amendment to the United States Constitution the Defendants move for judgment because the Plaintiff has failed to offer legally sufficient evidence that the force used was unreasonable under the circumstances. Furthermore, the Defendants are entitled to qualified immunity.

2. As to the claim in the Second Count that the Defendants perpetrated and assault and battery on the Plaintiff, the Defendants are entitled to judgment because the Plaintiff has failed to offer legally sufficient evidence that the force used was unreasonable under the circumstances. Furthermore, Conn. Gen. Stat. § 53a-22 allows officers to use reasonably necessary force to effect an arrest of defend themselves and the officers

have demonstrated as a matter of law that the force used was reasonable under the circumstances.

3. As to the claims in the Third Count that the Defendant officers falsely imprisoned the Plaintiff, the Plaintiff has failed to offer legally sufficient evidence that he was detained or arrested without probable cause; that the proceedings against him terminated in his favor; or that his confinement was wholly unlawful. Furthermore, the Defendants are entitled to qualified immunity.

4. As to the claims in the Fourth Count alleging abuse of process, the Plaintiff has failed to offer legally sufficient evidence to support this claim. In addition, the Defendants are entitled to Qualified Immunity. Finally, the Plaintiff's allegations fail to state a claim upon which relief can be granted because the Plaintiff has not alleged what process was used.

5. As to the claim of intentional infliction of emotional distress in the Sixth Count, the Plaintiff has failed to offer legally sufficient evidence to support his claim.

6. As to the any claim that may have been stated in the First Count of deliberate indifference to serious medical needs, the Plaintiff Complaint fails to state a claim upon which relief can be granted; the Plaintiff has

failed to offer legally sufficient evidence to support his claim; and, the

Defendant Officers are entitled to qualified immunity.

*Resetting. This has been sent on all counsel.*

*[signature]*

*Atty Per Dolan*