AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

John Aczel
v.
Leonard Labonia, et al

PLTF'S ~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 00CV1802(PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Tiziana Scaccia | T. Gerarde / J. Radshaw |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/7/05 - | Sherman / Falcone | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12/7/05 | | | John Aczel, Danbury, CT |
| ✓ | | 12/7/05 | | | Diane Hernandez, Danbury, CT |
| ✓ | | 12/7/05 | | | John Aczel |
| ✓ | | 12/8/05 | | | John Aczel |
| ✓ | | 12/8/05 | | | David Fesh, Danbury, CT |
| ✓ | | 12/8/05 | | | Ethan Mable, Fairfield, CT |
| ✓ | | 12/12/05 | | | John Aczel |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages