# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

**JOHN ACZEL**

    **VS.**                                                             **CIVIL 3:00 cv 1802 (PCD)**

**LEONARD LABONIA, ET ALS**

## PLAINTIFF'S EXHIBITS

**EXHIBIT NO.**

11-3 thru 11-25    Photos        - FULL - 12/7/05

12-1 thru 12-18    Photos        - FULL - 12/7/05

19        Plaintiff's Shirt        - FULL - 12/7/05

23-1    Danbury Hospital Records - FULL - 12/7/05

23-2    Progress Record of Dental Services dated 8/11/99    - FULL - 12/7/05

23-3    Medical Record from Brookfield Orthopedic Assoc., P.C.,
              dated 8/13/99 - FULL - 12/7/05

23-4    Medical Records dated 8/12/99 - FULL - 12/7/05

23-5    Medical Records from Associated Neurologists, P.C., dated 1/18/00
                        - Full - 12/7/05

23-6    Medical Report dated 1/5/00 - FULL - 12/7/05

23-7    Radiology Report dated 8/23/00 - FULL - 12/7/05

23-8    Medical Specials Report - FULL - 12/7/05

61      Invoice of Attorney Steven R. Smart dated 8/23/99    - FULL - 12/7/05

67      Excerpt of Plaintiff's deposition transcript, pg. 104, Lines 20-35 &
              pg. 105, Lines 1-10        FULL - 12/8/05

68  Excerpt of deposition transcript of Veronica DeRosa Stephano pg. 10, Lines 5-10 - FULL - 12/12/05

70  Excerpt of deposition transcript of Leonard Labonia, pg. 368, Lines 15-24 and Pg. 369, lines 1-3 - FULL - 12/12/05

71  Excerpt of deposition transcript of Leonard Labonia, pg. 373, lines 1-24 and Pg. 374, line 1 - FULL - 12/12/05

72  Excerpt of deposition transcript of Leonard Labonia, pg. 268, line 24 and Pg. 269, lines 1-8 - FULL - 12/12/05

73  Excerpt of deposition transcript of Leonard Labonia, pg. 350, line 24 and Pg. 351, lines 1-24 and pg. 352, lines 1-6 - FULL -12/12/05

74  Excerpt of deposition transcript of Leonard Labonia, pg. 240, lines 1-8 FULL - 12/12/05

75  Excerpt of deposition transcript of Leonard Labonia, pg. 167, lines 1-24 and Pg. 168, lines 1-4 - FULL - 12/12/05

76  Excerpt of deposition transcript of Veronica DeRosa Stefano, pg. 150, lines 13-25, Pg. 151, lines 1-25 and pg. 152, lines 1-11 - FULL - 12/12/05

77  Excerpt of deposition transcript of Veronica DeRosa Stefano, pg. 21, lines 18-25 FULL - 12/12/05

78  Excerpt of deposition transcript of Veronica DeRosa Stefano, pg. 49, lines 8-16 FULL - 12/12/05

79  Excerpt of deposition transcript of Veronica DeRosa Stefano, pg. 93, lines 16-24 FULL - 12/12/05

80  Excerpt of deposition transcript of Veronica DeRosa Stefano, pg. 86, lines 17-20 FULL - 12/12/05

81  Excerpt of deposition transcript of Veronica DeRosa Stefano, pg. 48, lines 23-25 and pg. 49, lines 1-7 - FULL - 12/12/05

82  Excerpt of deposition transcript of Veronica DeRosa Stefano, pg. 14, lines 11-17 FULL - 12/12/05

83  Excerpt of deposition transcript of Ethan Mable, pg. 44, lines 11-24, pg. 45, Lines 1-24 and pg. 46, lines 1-3 - FULL - 12/12/05

84  Excerpt of deposition transcript of Ethan Mable, pg. 77, lines 18-21

FULL - 12/12/05

85    Excerpt of deposition transcript of Veronica DeRosa Stefano, pg. 72, lines 10-25, and pg. 73, lines 1-7 - FULL - 12/12/05