# United States District Court

DISTRICT OF **CT**

John Aczel
v.
Leonard Labonia, et al

**Defts'** ~~EXHIBIT AND~~ **WITNESS LIST**

CASE NUMBER: 3:00cv1802 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Tiziana Scaccia | T. Gerarde / J. Radshaw |
| **TRIAL DATE(S)** 12/7/05, 12/8, 12/12 | **COURT REPORTER** ECRO Sherman Falcone | **COURTROOM DEPUTY** P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 12/7/05 |  |  | Ethan Mable, Fairfield, CT |
|  | ✓ | 12/12/05 |  |  | Veronica DeRosa Stefano, CT |
|  | ✓ | 12/12/05 |  |  | Ethan Mable |
|  | ✓ | 12/12/05 |  |  | Leonard Labonia, Danbury, CT |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages