## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

JOHN ACZEL

    VS.                                      CIVIL 3:00 cv 1802 (PCD)

LEONARD LABONIA, ET ALS

## DEFENDANTS' EXHIBITS

**EXHIBIT NO.**

| | |
|---|---|
| 8 | Arrestee's Booking Photo, Incident No. 99-022746 - FULL - 12/12/05 |
| 10 | Ambulance Call Report dated 8/10/99 - FULL - 12/7/05 |
| 11 | Danbury Hospital, Dept. Of EMS Report dated 8/10/99 - FULL - 12/12/05 |
| 12 | Emergency Department Report dated 8/10/99 - FULL - 12/7/05 |
| 13 | Danbury Hospital EMS Diagnostic Radiology dtd 8/10/99 - FULL-12/12/05 |
| 24 | Photo of Highland Ave. - FULL 12/12/05 |
| 25 | Photo of Highland Ave. - FULL - 12/7/05 |
| 26 | Photo of Highland Ave. - FULL - 12/12/05 |
| 27 | Photo of Highland Ave. - FULL - 12/12/05 |
| 28 | Photo of Highland Ave. - FULL - 12/12/05 |
| 29 | Weather Report - FULL - 12/12/05 |
| 31 | Transcript excerpt of plaintiff's deposition transcript, pg. 106, Lines 11-22 FULL - 12/12/05 |
| 32 | Transcript excerpt of DeRosa deposition transcript, pg. 72, lines 14-25 - FULL - 12/12/05 |
| 33 | Transcript excerpt of Labonia's deposition transcript, pg. 269, Lines 9-20 FULL - 12/12/05 |