# United States District Court

DISTRICT OF **CT**

John Aczel
v.
Leonard Labonia, et al

Court EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 00CV1802 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| P. C. Dorsey | Tiziana Scaccia | T. Gerarde / J. Radshaw |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/7/05 | Sherman / Falcone | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/13/05 | | | Instructions to Jury |
| 2 | | 12/13/05 | | | Note from Jury |
| 3 | | 12/14/05 | | | Note from Jury |
| 4 | | 12/14/05 | | | Note from Jury |
| 5 | | 12/14/05 | | | Note from Jury |
| 6 | | 12/14/05 | | | Note from Jury |
| 7 | | 12/14/05 | | | Note from Jury |
| 8 | | 12/14/05 | | | Allen Charge to Jury |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages