### THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHH ACZEL** | : |
| **Plaintiff** | : |
| | : |
| **vs.** | :CIVIL ACTION NO. 3:00-CV-01802(PCD) |
| | : |
| **LEONARD LABONIA, ET AL** | : |
| **Defendants** | : |

### PLAINTIFF'S MOTION FOR A NEW TRIAL

Pursuant to Rule 50 and Rule 59 of the Federal Rules of Civil Procedure, plaintiff moves for a new trial on all issues in the above-captioned matter, because there was clear evidence of a comprised verdict and of a verdict which is internally inconsistent.  Plaintiff files herewith a memorandum of law in support of plaintiff's motion for new trial.

THE PLAINTIFF,
JOHN ACZEL


By:  /s/Tiziana M.Scaccia_____
    Tiziana M. Scaccia, Esq.
    GOLDSTEIN AND PECK, P.C.
    1087 Broad Street
    Bridgeport, CT 06601-1538
    Tel: (203) 334-9421
    Fax:(203) 334-6949
    Fed No. ct08713
    E-Mail:scacciat@goldsteinandpeck.com

## CERTIFICATION

This is to certify that the above was mailed or electronically delivered this 22nd day of December 2005 to all counsel and pro se parties of record:

John J. Radshaw, III
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

THE PLAINTIFF,
JOHN ACZEL

By: /s/Tiziana M.Scaccia
Tiziana M. Scaccia, Esq.
GOLDSTEIN AND PECK, P.C.
1087 Broad Street
Bridgeport, CT 06601-1538
Tel: (203) 334-9421
Fax:(203) 334-6949
Fed No. ct08713
E-Mail:scacciat@goldsteinandpeck.com