UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

John Aczel,
      Plaintiff,

-vs-                         Civil No. 3:00cv1802 (PCD)

Leonard Labonia, et al.,
      Defendants.

**VERDICT FORM**

A. Liability

A1.  Do you find that Plaintiff has proved by a preponderance of the evidence that one or both Defendant(s) caused a violation of Plaintiff's right, guaranteed to him by the Fourth Amendment to the United States Constitution, to be free from false arrest?

| | Yes | No |
|---|---|---|
| Leonard Labonia | ___ | _X_ |
| Ethan Mable | ___ | _X_ |

A1(a).  If you answered A1 "yes" as to either Defendant, do you find that such Defendant or Defendants proved the entitlement to qualified immunity by proving a reasonable and objective belief that probable cause existed for the crime charged?

| | Yes | No |
|---|---|---|
| Leonard Labonia | ___ | ___ |
| Ethan Mable | ___ | ___ |

A2.  Do you find that Plaintiff has proved by a preponderance of the evidence that one or both Defendant(s) caused a violation of Plaintiff's right, guaranteed to him by the Fourth Amendment to the United States Constitution, to be free from excessive force?

| | Yes | No |
|---|---|---|
| Leonard Labonia | _X_ | ___ |
| Ethan Mable | ___ | _X_ |

A2(a).  If you answered A2 "yes" as to either Defendant, do you find that such Defendant or Defendants proved the entitlement to qualified immunity by proving a reasonable and objective belief that the force used was reasonable under the circumstances at the time of the arrest?

| | Yes | No |
|---|---|---|
| Leonard Labonia | _X_ | ___ |
| Ethan Mable | ___ | ___ |

Exhibit A

A3. Do you find that plaintiff has proved by a preponderance of the evidence that one or both Defendant(s) are liable for assault and battery?

| | Yes | No |
|---|---|---|
| Leonard Labonia | ___ | _X_ |
| Ethan Mable | ___ | _X_ |

A4. Do you find that plaintiff has proved by a preponderance of the evidence that one or both Defendant(s) are liable for intentional infliction of emotional distress?

| | Yes | No |
|---|---|---|
| Leonard Labonia | ___ | _X_ |
| Ethan Mable | ___ | _X_ |

A5. Do you find that plaintiff has proved by a preponderance of the evidence that one or both Defendant(s) are liable for false imprisonment?

| | Yes | No |
|---|---|---|
| Leonard Labonia | ___ | _X_ |
| Ethan Mable | ___ | _X_ |

A6. Do you find that plaintiff has proved by a preponderance of the evidence that one or both Defendant(s) are liable for abuse of process?

| | Yes | No |
|---|---|---|
| Leonard Labonia | ___ | _X_ |
| Ethan Mable | ___ | _X_ |

*If you answered "No" with respect to any individual in Interrogatory A1-A6, you should not consider that defendant with respect to any other question that follows. If you answered "No" to every individual listed, then your deliberations are complete. Please have the jury foreperson fill in, sign, and date this verdict form.*

B. Damages

B1. For each part, if any, of Interrogatories A1-A6 you have answered "yes," what amount of compensatory damages has Plaintiff proved were proximately caused by the acts of any Defendant?

$ _12,078.61_

B2. For each part, if any, of Interrogatories A1-A6 you have answered "yes," and if you find that Plaintiff has not proved entitlement to compensatory damages, what amount of nominal damages do you award as to the claims you have found proved but did not find a proven amount of compensatory damages?

$ _0_

2

B3a.  For each part, if any, of Interrogatories A1-A6 you have answered "yes," do you find that any Defendant's conduct which violated Plaintiff's rights was done willfully, recklessly, maliciously, or oppressively?

| | | |
|---|---|---|
| Leonard Labonia | ___Yes | _X_ No |
| Ethan Mable | ___Yes | _X_ No |

B3b.  For each Defendant, if any, you have answered "yes" in Interrogatory B3a, what amount of punitive damages do you award as to each Defendant?

| | |
|---|---|
| Leonard Labonia | $ _____ |
| Ethan Mable | $ _____ |

**Your deliberations are complete. Please have the jury foreperson fill in, sign, and date this verdict form.**

_____
Foreperson

_____12/14/05_____
Date

3