UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN

| | |
|---|---|
| JOHN ACZEL<br>Plaintiff | : CIVIL NO. 3:00 CV 1802 PCD |
| V. | : |
| LEONARD LABONIA<br>ETHAN MABLE<br>and CITY OF DANBURY<br>Defendants | :<br>:<br>:<br>: MAY 12, 2006 |

## MOTION TO BE RELIEVED AS COUNSEL FOR
## JOHN ACZEL

Attorney Tiziana M. Scaccia requests that the court relieve her as counsel for the Plaintiff John Aczel in the above matter for the following reasons:

1. The above case was commenced on or about September 20, 2000.

2. Attorney William J. Kupinse, Jr., filed an appearance on behalf of Plaintiff, John Aczel on September 20, 2000.

3. Attorney William J. Kupinse, Jr. is a principal in the law firm of Goldstein & Peck, P.C. located at 1087 Broad Street, Bridgeport, Connecticut.

4. The plaintiff, John Aczel, is a client of the law firm of Goldstein & Peck, P.C. and more particularly a client of Attorney William J. Kupinse, Jr.

5. While employed by the law firm of Goldstein & Peck, P.C., Attorney Tiziana M. Scaccia filed an appearance in the above matter, on behalf of John Aczel on or about March 12, 2002.

433276

6. Attorney Tiziana M. Scaccia is no longer an employee of the law firm of Goldstein & Peck, P.C.

7. As of January 19, 2006, Attorney Tiziana M. Scaccia became employed by the law firm of Updike, Kelly & Spellacy, P.C. located at One State Street, Hartford, CT.

8. Prior to leaving the employment of Goldstein and Peck, P.C., Attorney Tiziana M. Scaccia informed the plaintiff, John Aczel, that she could no longer represent him in the above-captioned matter as of January 19, 2006 because Attorney Scaccia was leaving the law firm of Goldstein & Peck, P.C. in order to join the law firm of Updike, Kelly & Spellacy, P.C.

9. Plaintiff, John Aczel, originally hired Attorney William J. Kupinse, Jr. as his attorney to represent him in the above-captioned case.

10. John Aczel has agreed to have Attorney William J. Kupinse, Jr. continue to represent him in the above-captioned matter.

11. Attorney Tiziana M. Scaccia, has not had control and/or possession of the above-captioned file since January 19, 2006.

12. Attorney William J. Kupinse, Jr. of Goldstein & Peck, P.C. has had continuous possession and control of the file belonging to John Aczel in the above-captioned matter.

433276

**WHEREFORE**, for all the foregoing reasons, Attorney Tiziana M. Scaccia requests that she be relieved from the representation of Plaintiff, John Aczel in the above-captioned matter.

_____
TIZIANA M. SCACCIA, Esq. (ct 08713)
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT  06103
Tel:  (860) 548-2600
Fax:  (860) 548-2680
tscaccia@uks.com
fed bar #: ct08713

433276

**O R D E R**

    The foregoing Motion To Be Relieved As Counsel having been heard, it is hereby ordered

GRANTED _____

DENIED _____

                                        BY THE COURT

                                        _____

                                        JUDGE/CLERK

433276

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, U.S. Mail to the following counsel of record this 12th day of May, 2006.

John J. Radshaw, III, Esquire
Thomas Gerarde, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

William Kupinse, Jr.
Goldstein and Peck, P.C.
1087 Broad Street
Bridgeport, CT 06604

Mr. John Aczel
52 Highland Avenue
Danbury, CT  06810

_____
Tiziana M. Scaccia

433276