UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**SECOND AMENDED** JURY SELECTION CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 CHURCH STREET
NEW HAVEN
COURTROOM NO. 1

OCTOBER 4, 2006

9:00 A.M.

**NOTICE TO COUNSEL**

Jury selection will commence at 9:00 A.M. on **October 4, 2006** in Courtroom No. 1, 141 Church Street, New Haven, Connecticut. Juries will be selected in six cases in the order listed. A schedule of trial dates, commencing the day after jury selection shall be announced at the time of jury selection.

Problems with the selection of juries or in the assignment of trial dates shall be discussed initially among all counsel. Any request to the court shall be made at the earliest possible time and in writing. No continuances shall be granted except after such consultation and upon good cause shown. No other commitments or conflicts in schedule can be accommodated unless such information is communicated to Patricia A. Villano, Deputy Clerk, Office of the Clerk, 203-773-2427 not less than five business days before jury selection.

Counsel in the first six cases shall select juries at the time noted. Counsel in all other cases shall be prepared to appear at the time noted if notified to do so by the court. Any case in which a jury is selected shall be prepared to commence on 24-hours notice. Counsel in cases awaiting trial must immediately inform the Deputy Clerk of any potential schedule conflict. Failure to so inform the Deputy Clerk will not be accepted to excuse a case from trial as may be required in accordance herewith.

In any case assigned for jury selection or trial, all counsel must diligently explore settlement/entry of a plea at as early a date as possible and advise the Deputy Clerk of any actual settlement/or request for the scheduling of the plea immediately.

If the court, Magistrate Margolis or a Parajudicial Officer can aid settlement discussions, a request for a conference will be honored as promptly as possible. Late advice of settlements/requests to change plea compromises the ability to inform counsel in other cases of their being assigned for jury selection and/or trial. Advice of settlements/requests to change plea but one or two business days before an assignment creates onerous workloads on the court staff and potentially unfair burdens on parties, counsel and witnesses in other cases.

Any settlement reported later than noon, two business days before the assignment date, will require an explanation as to why settlement was not previously accomplished.


PETER C. DORSEY, SENIOR,
UNITED STATES DISTRICT JUDGE

## CASE NO. 3:05 cr 309   USA vs. Azibo Aquart

COUNSEL OF RECORD:

| | |
|---|---|
| James L. Glasser, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Fl., New Haven, CT 06510   203-821-3724 |
| Alina Reynolds, AUSA | U.S. Attorney's Office, 915 Lafayette Blvd., Bridgeport, CT 06604 |
| Justin T. Smith, Esq. | Jacobs & Rivera, LLC, P.O. Box 193, Meriden, CT 06450   203-634-3000 |

## CASE NO. 3:06 cr 160   USA v. Azikiwe Aquart

COUNSEL OF RECORD:

| | |
|---|---|
| James Glasser, AUSA<br>John H. Durham, AUSA | U.S. Attorney's Office, 157 Church St., New Haven, CT 06510   203-821-3700 |
| Alina Reynolds, AUSA | U.S. Attorney's Office, 915 Lafayette Blvd., Bridgeport, CT 06604   203-696-3000 |
| Robert J. Sullivan, Jr., Esq. | 190 Main St., Wesport, CT 06880<br>203-227-1404 |

## CASE NO. 3:00 cv 1802  John Aczel vs. Leonard Labonia, et als

COUNSEL OF RECORD:

| | |
|---|---|
| Daren R. Altieri, Esq.<br>William J. Kupinse, Jr., Esq. | Goldstein & Peck, P.O. Box 1538,<br>1087 Broad St., Bridgeport, CT 06601-1538<br>203-384-5886 |
| Robert L. Cavanaugh, Jr., Esq. | Rodie & Connolly, 1980 Main St.,<br>Stratford, CT 06616      203-377-1010 |
| Jay T. DonFrancisco, Esq.<br>Jeffrey E. Potter, Esq.<br>John J. Radshaw, III, Esq.<br>Melinda A. Powell, Esq. | Howd & Ludorf, 65 Wethersfield Ave.,<br>Hartford, CT 06114-1190<br>860-249-7665 |
| Mark A. Perkins, Esq.<br>Thomas M. Murtha, Esq. | Maher & Murtha, P.O. Box 901,<br>528 Clinton Ave., Bridgeport, CT 06601<br>203-367-2700 |
| Bethany L. Appleby, Esq. | Wiggin & Dana, One Century Tower,<br>265 Church St., P.O. Box 1832,<br>New Haven, CT 06508-1832 |

## CASE NO. 3:04 cv 1721  Richard A. Cochrane, et al v. Liedtka Trucking, Inc., et als

COUNSEL OF RECORD:

| | |
|---|---|
| Ralph J. Monaco, Esq. | Conway & Londregan,<br>38 Huntington St., PO Box 1351,<br>New London, CT 06320     860-447-3171 |
| Robert K. Jahn, Esq. | Morrison Mahoney - Const Plaza,<br>One Constitution Plaza, 10th Floor,<br>Hartford, CT 06103-1810    860-616-7624 |
| Cynthia Ann Jaworski, Esq.<br>Kenneth J. Mastroni, Esq. | Law Offices of Cynthia Jaworski,<br>55 Capital Blvd., Suite 210,<br>Rocky Hill, CT 06067       860-513-6410 |
| James G. Geanuracos, Esq. | Malliet & Geanuracos, 45 S. Main St., Suite 105<br>West Hartford, CT 06107   860-233-5900 |

### CASE NO.  3:04 cv 1996   George Bepko v. St. Paul Fire & Marine Ins.

COUNSEL OF RECORD:

| | |
|---|---|
| Joel Thomas Faxon, Esq.<br>Michael L. Oh, Esq.<br>Michael A. Stratton, Esq. | Stratton & Faxon, 59 Elm St.,<br>New Haven, CT 06510<br>203-624-9500 |
| Brian J. Gedicks, Esq.<br>Daniel P. Scapellati, Esq.<br>John C. Pitblado, Esq. | Halloran & Sage, One Goodwin Sq.,<br>225 Asylum St., Hartford, CT 06103<br>860-241-4094 |

### CASE NO.  3:05 cv 226   Kelly E. Matthews v. Connecticut Light & Power Co.

COUNSEL OF RECORD:

| | |
|---|---|
| Barbara E. Gardner, Esq. | 843 Main St., Suite 1-4, Manchester, CT 06040<br>860-643-5543 |
| Angela Louise Rubano, Esq. | Northeast Utilities-Berlin, 107 Selden St.,<br>Berlin, CT 06037        860-665-3667 |
| Duncan Ross MacKay, Esq.<br>Janet Marie Helmke, Esq. | Northeast Utilities Service Co., P.O. Box 270,<br>Hartford, CT 06141-0270   860-665-3495 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK