UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (PCD) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | OCTOBER 3, 2006 |

**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. Rule 7(e), the undersigned Attorney Jay T. DonFrancisco and moves the Court for permission to withdraw his appearance in the above-captioned matter on behalf of the defendants, LEONARD LABONIA and ETHAN MABLE, in the above-captioned matter. The defendants, Leonard Labonia and Ethan Mable continued to be represented by Attorney John J. Radshaw, III, and Attorney Jeffrey E. Potter.

WHEREFORE, the undersigned prays that his motion will be granted.

DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE

/s/Jay T. DonFrancisco
Jay T. DonFrancisco
ct23170
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 – fax
jdonfrancisco@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 3rd day of October, 2006.

William Kupinse, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

Thomas M. Murtha, Esquire
Maher and Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

/s/Jay T. DonFrancisco
Jay T. DonFrancisco