# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JOHN ACZEL
Plaintiff

vs.

LEONARD LABONIA, ET AL
Defendants

**APPEARANCE**

CASE NUMBER: 3:00 CV 1802 PCD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

John Aczel

___October 4, 2006___
Date

___ct26603___
Connecticut Federal Bar Number

___(203) 334-9421___
Telephone Number

___(203) 334-6949___
Fax Number

___sturgesk@goldsteinandpeck.com___
E-mail address

_____/s/ Keith P. Sturges_____
Signature

___Keith P. Sturges___
Print Clearly or Type Name

___1087 Broad Street___
Address

___Bridgeport, CT 06604___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

John J. Radshaw, III, Esq.
Thomas Gerarde, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

William J. Kupinse, Jr., Esq.
Goldstein and Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT 06601-1538

Mr. John Aczel
52 Highland Avenue
Danbury, CT 06810

_____/s/ Keith P. Sturges_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001