UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL<br>    Plaintiff | : CIVIL NO. 300 CV 1802 (PCD) |
| V. | : |
| LEONARD LABONIA<br>ETHAN MABLE<br> and CITY OF DANBURY<br>    Defendants | : NOTICE OF CROSS APPEAL<br>:<br>: OCTOBER 25, 2006 |

## NOTICE OF CROSS APPEAL

Notice is hereby given that John Aczel, plaintiff in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 22nd day of September, 2006.

THE PLAINTIFF,
JOHN ACZEL

BY _/s/ Keith P. St_____
William J. Kupinse, Jr., Fed. #ct06113
Keith P. Sturges, Fed # ct26603
GOLDSTEIN AND PECK, P.C.
1087 Broad Street
Bridgeport, CT  06601-1538
Phone (203) 334-9421