UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (AWT) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | NOVEMBER 9, 2006 |

## **APPEARANCE**

Please enter the appearance of THOMAS R. GERARDE, as attorney for the defendants, Leonard Labonia and Ethan Mable, in addition to the appearances already on file by this firm.

DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE


By__/s/ Thomas R. Gerarde____
 Thomas R. Gerarde
 ct05640
 Howd & Ludorf
 65 Wethersfield Avenue
 Hartford, CT  06114
 (860) 249-1361
 (860) 249-7665 (fax)
 tgerarde@hl-law.com

## **CERTIFICATION**

        This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following counsel of record this 9th day of November, 2006.

William Kupinse, Esquire
Keith P. Sturges, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT 06601-1538

Thomas M. Murtha, Esquire
Maher and Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

                                                           /s/ Thomas R. Gerarde
                                                        Thomas R. Gerarde