UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (PCD) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | DECEMBER 27, 2006 |

## STIPULATION FOR ELECTRONIC FILING

Pursuant to the electronic filing policies and procedures promulgated by the Clerk of the United States District Court for the District of Connecticut, the undersigned parties consent to electronic filing over the internet. The undersigned parties offer this stipulation to the court so that it may issue the necessary orders to allow electronic filing over the internet in this matter.

        PLAINTIFF,
        JOHN ACZEL

        By_____
         William Kupinse, Esquire
         ct
         Goldstein & Peck, P.C.
         1087 Broad Street
         P.O. Box 1538
         Bridgeport, CT  06601-1538
         (203) 334-9421
         (203) 334-6949 (fax)
         kupinsew@goldsteinandpeck.com

DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE


By/s/John J. Radshaw
   John J. Radshaw, III
   ct19882
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665- fax
   jradshaw@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U. S. Mail to the following counsel of record this 27th day of December, 2006.

William Kupinse, Esquire
Keith P. Sturges, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

Thomas M. Murtha, Esquire
Maher and Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

                                        /s/John J. Radshaw
                                        John J. Radshaw, III