UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (PCD) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | DECEMBER 27, 2006 |

## JOINT MOTION FOR ARTICULATION

The plaintiff, John Aczel, and the defendants, Leonard Labonia and Ethan Mable, hereby move the Court for an articulation of its decision on the parties' motions for judgment and new trial set forth in its ruling docketed as document 238 and filed on September 20, 2006. The articulation is necessary to facilitate appellate review. In support of this motion, the parties offer as follows:

1. On Monday, December 4, 2006, this case was the subject of a pre-argument conference with the assistance of Staff Counsel Stanley Bass.

2. At that conference, Staff Counsel Bass indicated that it was the interest of the Court of Appeals to know exactly what the District Court intended to be subject to retrial.

3. The plaintiff argues that a new trial should be granted as to all defendants. The defendants disagree.

4. While the defendants argue that their motion for judgment should have

been granted, for purposes of appeal, the new trial, as ordered, is limited to the Fourth Amendment claims against Officer Labonia for the plaintiff's claims of excessive force subject to Officer Labonia's claim of qualified immunity. All other portions of the verdict stand as entered.

5. Because it is not abundantly clear from the Court's ruling and the respective pleadings and arguments filed by the parties, the Court of Appeals would be greatly benefited if the District Court would clarify and articulate its ruling in this regard.

WHEREFORE, the parties jointly pray that the Court grants this motion for articulation and sets forth exactly what issues and parties would be subject of a new trial as contemplated by its ruling dated September 22, 2006.

                         PLAINTIFF,
                         JOHN ACZEL

                         By_____
                           William Kupinse, Esquire
                           ct
                          Goldstein & Peck, P.C.
                          1087 Broad Street
                          P.O. Box 1538
                          Bridgeport, CT  06601-1538
                          (203) 334-9421
                          (203) 334-6949 (fax)
                          kupinsew@goldsteinandpeck.com

DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE


By/s/John J. Radshaw
   John J. Radshaw, III
   ct19882
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 – fax
   jradshaw@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U. S. Mail to the following counsel of record this 27th day of December, 2006.

William Kupinse, Esquire
Keith P. Sturges, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

Thomas M. Murtha, Esquire
Maher and Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

/s/John J. Radshaw
John J. Radshaw, III