UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ACZEL | : | NO.: 3:00CV1802 (PCD) |
| | : | |
| v. | : | |
| | : | |
| LEONARD LABONIA, ETHAN MABLE | : | |
| AND CITY OF DANBURY | : | DECEMBER 27, 2006 |

**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Melinda A. Powell moves the Court for permission to withdraw her appearance filed on behalf of the defendants, Leonard Labonia and Ethan Mable in the above-captioned matter.

Attorney John Radshaw, Attorney Jeffrey Potter and Attorney Thomas Gerarde of Howd & Ludorf, LLC previously entered their appearance on behalf of the defendants, Leonard Labonia and Ethan Mable.

DEFENDANTS,
LEONARD LABONIA and ETHAN MABLE

By_____
Melinda A. Powell
ct017049
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of December, 2006.

William Kupinse, Esquire  
Keith P. Sturges, Esquire  
Goldstein & Peck, P.C.  
1087 Broad Street  
P.O. Box 1538  
Bridgeport, CT  06601-1538

Thomas M. Murtha, Esquire  
Maher and Murtha, LLC  
528 Clinton Avenue  
P.O. Box 901  
Bridgeport, CT  06601

                                                                                           _____  
                                                                                          Melinda A. Powell