UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| JOHN ACZEL | : | NO.: 3:00 CV 1802 (PCD) |
|---|---|---|
| v. | : | |
| LEONARD LABONIA, ET AL | : | FEBRUARY 20, 2007 |

**INDEX TO RECORD ON APPEAL**

| Date Filed | Court Doc. # | Document Name | Document No. |
|---|---|---|---|
| | | Certified Copy of Docket Sheet | 1 |
| 9/20/00 | 1 | Complaint | 2 |
| 11/13/00 | 6 | Answer & Affirmative Defenses | 3 |
| 8/3/04 | 62 | Trial Memo with Exhibits | 4 |
| 8/5/04 | 63 | Joint Trial Memo | 5 |
| 12/12/05 | 215 | Defendants' Proposed Jury Interrogatories | 6 |
| 12/12/05 | 216 | Defendants' Supplemental Requests to Charge | 7 |
| 12/13/05 | 218 | Defendants' Motion for Judgment as a Matter of Law | 8 |
| 12/14/05 | 223 | Court's Marked Exhibit List | 9 |
| 12/14/05 | 235 | Jury Verdict | 10 |
| 12/23/05 | 225 | Plaintiff's Motion for New Trial | 11 |
| 12/23/05 | 226 | Plaintiff's Memorandum in Support of Motion for New Trial, with Exhibits | 12 |

| Date Filed | Court Doc. # | Document Name | Document No. |
|---|---|---|---|
| 12/27/05 | 227 | Defendants' Memorandum in Support of Renewed Motion for Judgment as a Matter of Law, with Exhibits | 13 |
| 1/4/06 | 228 | Defendants' Memorandum in Opposition to Motion for New Trial, with Exhibits | 14 |
| 1/12/06 | 229 | Plaintiff's Memorandum in Support of Motion for Judgment as a Matter of Law, with Exhibits | 15 |
| 1/19/06 | 230 | Defendants' Reply to Response to Motion for Judgment as a Matter of Law, with Exhibits | 16 |
| 1/30/06 | 231 | Plaintiff's Reply to Response to Motion for New Trial, with Exhibits | 17 |
| 2/9/06 | 232 | Transcript of Proceedings held on 12/13/05 | 18 |
| 2/9/06 | 233 | Transcript of Proceedings held on 12/14/05 | 19 |
| 9/22/06 | 238 | Ruling Denying Motion for Judgment as a Matter of Law, Granting Motion for New Trial | 20 |
| 9/29/06 | 240 | Defendants' Notice of Appeal | 21 |
| 10/26/06 | 244 | Plaintiff's Notice of Cross Appeal | 22 |
| 12/28/06 | 247 | Joint Motion for Clarification re Ruling Denying Motion for Judgment as a Matter of Law and Granting Motion for New Trial | 23 |
| 1/22/07 | 250 | Order Granting Motion for Clarification | 24 |

| Date Filed | Court Doc. # | Document Name | Document No. |
|---|---|---|---|
| 2/5/07 | 251 | Transcript of Proceedings held on 12/7/05, Continued Trial, Vol. 1 | 25 |
| 2/5/07 | 253 | Transcript of Proceedings held on 12/8/05, Continued Trial, Vol. 1 | 27 |
| 2/5/07 | 254 | Transcript of Proceedings held on 12/8/05, Continued Trial, Vol. 2 | 28 |
| 2/5/07 | 255 | Transcript of Proceedings held on 12/12/05, Continued Trial, Vol. 1 | 29 |
| 2/5/07 | 256 | Transcript of Proceedings held on 12/12/05, Continued Trial, Vol. 2 | 30 |
| 2/5/07 | 257 | Transcript of Proceedings held on 12/13/05, Continued Trial, Vol. 2 | 31 |
|  |  | Clerk's Certificate | 25 |

DEFENDANTS-APPELLANTS,
LEONARD LABONIA and ETHAN MABLE


By  /s/ Beatrice S. Jordan
    Beatrice S. Jordan
    ct22001
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 20th day of February 2007.

William Kupinse, Esquire
Keith P. Sturges, Esquire
Goldstein & Peck, P.C.
1087 Broad Street
P.O. Box 1538
Bridgeport, CT  06601-1538

Thomas M. Murtha, Esquire
Maher and Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

                                                  By  /s/ Beatrice S. Jordan
                                                      Beatrice S. Jordan