UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL,
    Plaintiff,

v.                                Civil Action No. 3:-00-cv-1802 (PCD)

LEONARD LABONIA, et al.,
    Defendants.

### ORDER ON JOINT MOTION FOR ARTICULATION

The parties have jointly moved [Doc. No. 247] for an articulation of the Court's decision on the parties' motions for judgment and new trial filed on September 20, 2006 [Doc. No. 238]. The motion is **granted**, and this articulation responds to the parties' requests as stated in their motion.

The Court's ruling of September 20, 2006 does not provide for a new trial for all Defendants. The September 20th Ruling orders a new trial limited to the Fourth Amendment excessive force claim against Officer Labonia and his claim of qualified immunity. The Court notes that the verdicts on excessive force and on qualified immunity, standing alone, were not inconsistent. The jury reasonably could have found that whatever force it found used was excessive and further, applying the objective standard as was outlined in the charge to the jury, that Officer Labonia reasonably believed that the force he used was reasonable and was compliant with the reasonable force permitted by the Fourth Amendment. To the extent of those two findings, the verdict was not inconsistent. However the inconsistency arose when the jury awarded compensatory damages. When the jury returned its verdict, the inconsistency was noted, and the verdict was accepted in all respects except as to the claim of excessive force, the claim of qualified immunity and the award of damages. The Court flagged the inconsistency to

the jury and instructed it to reconsider those portions of the verdict, but to no avail as the jury reported an impasse on those issues. In retrospect, it may have been more proper for the Court to simply have accepted the verdict as to the excessive force and qualified immunity claims and to have rejected the damages award, thereby eliminating the inconsistency.

Dated at New Haven, Connecticut this 20th day of January, 2007.

/s/
PETER C. DORSEY
UNITED STATES DISTRICT JUDGE