1     proven by a preponderance of the evidence,
2     that one or both defendants caused a
3     violation of the plaintiff's right guaranteed
4     to him by the Fourth Amendment of the
5     Constitution, to be free from false arrest?"
6     The answer as to Mr. Labonia is "No."
7     The answer to -- as to Mr. Mable is "No."
8     Is that the intention of the jury?
9     THE FOREPERSON: Yes, that is the intention.
10     THE COURT: All right. The record will
11 reflect that all of the jurors have answered in the
12 affirmative, therefore, A.1.a. is skipped because it
13 doesn't apply.
14     Question A.2.:
15     "Do you find that the plaintiff has proved by
16     a preponderance of the evidence, that one or
17     both defendants caused a violation of the
18     plaintiff's right guaranteed to him by the
19     Fourth Amendment to the United States
20     Constitution, to be free from excessive
21     force?"
22     The answer as to Mr. Labonia is "Yes."
23     The answer as to Mr. Mable is "No."
24     Is that your verdict and your intention, each
25 one of you?

1        SEVERAL VOICES: Yes.
2        THE COURT: The record will reflect that all
3   of the jurors have answered in the affirmative.
4        Then A.2.a. says:
5        "If you've answered A.2. 'Yes' as to either
6        defendant, do you find that such defendant or
7        defendants" -- though it will only be --
8        "such defendant proved the entitlement to
9        qualified immunity by proving a reasonable
10       and objective belief that the force used was
11       reasonable under the circumstances at the
12       time of the arrest?", and the answer to that
13       on the form, it only applies to Mr. Labonia
14       since the question, A.2. was answered in the
15       negative as to Mr. Mable, but the answer to
16       Question A.2.a., as far as Mr. Labonia is
17       concerned, is also "Yes."
18       Is that your intention?
19       SEVERAL JURORS: Yes.
20       THE COURT: All right. The jurors have
21  answered all the -- all in the affirmative.
22       Then, as to Questions A.3., which pertains to
23  the question of liability -- proof of the claim of
24  liability for assault and battery is answered "No" as
25  to Mr. Labonia, "No" as to Mr. Mable.

```
 1            MR. GERARDE:  That would be fine with me,
 2   Your Honor, anything.  I mean, nine people shook their
 3   head "Yes."
 4            THE COURT:  Well, --
 5            MS. SCACCIA:  Your Honor, I don't -- You
 6   know, he keeps saying nine people shook their heads
 7   "Yes," but I don't think we took a roll call on that,
 8   and that's not fair --
 9            MR. GERARDE:  He asked --
10            MS. SCACCIA:  -- to keep saying something.
11            THE COURT:  Let me put it this way.
12            I asked the jury specifically whether the
13   answers that they gave, that are recorded on the jury
14   verdict form that was handed to me, reflected the
15   determination -- the decision of each juror, and I
16   observed very carefully, every juror indicated their
17   affirmance, their agreement that that was their
18   verdict.
19            I watched them, and I put it on the record
20   that the -- and the record is going to -- does reflect,
21   because I put it on the record, that every juror
22   answered in the affirmative.
23            Then I asked them the same question about
24   A.2.a., and again, they indicated that was their
25   verdict, that was their decision, --
```