UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL

    v.                                                                      Civil No.  3:00 cv 1802 (PCD)

LEONARD LABONIA, ETHAN MABLE,
CITY OF DANBURY

## **J U D G M E N T**

      This matter came on for trial before a jury and the Honorable Peter C. Dorsey, Senior United States District Judge.  On December 14, 2005, after deliberation, the jury returned a verdict that liability was not proven as to either defendant with respect to the claims of false arrest, assault and battery, infliction of emotional distress, and abuse of process; the claim of excessive force was found not proven as to Defendant Mable; the claim of excessive force was found proven as to Defendant Labonia; and Mr. Labonia was found proven to be entitled to qualified immunity.  The jury also awarded Plaintiff compensatory damages for the excessive force claim found proven against Defendant Labonia.  Because the award of damages was inconsistent with the combined finding of excessive force and qualified immunity, the Court instructed the jury to continue its deliberations in an effort to resolve the inconsistency.  After further deliberations, the jury reported that it could not do so and had reached an unresolvable impasse. The jury was excused, and Plaintiff made an oral motion for a mistrial, which was ultimately denied.  Defendant Labonia moved for judgment as a matter of law and plaintiff moved for a new trial.  On September 22, 2006,

EOD: _____

the Court denied defendant's motion for judgment on the qualified immunity claim and granted plaintiff's motion for a new trial. The parties cross-appealed the Ruling to the Second Circuit, which issued a summary order affirming the denial of Labonia's motion for judgment as a matter of law on the basis of qualified immunity and dismissing the remainder of the appeals for lack of jurisdiction and remanded the matter back to this Court. Defendant Labonia moved to Reconsider the Ruling denying his post-trial motion for judgment. On May 15, 2008, a Ruling on Motion for Reconsideration and Judgment entered granting the relief, striking the jury's award of damages, accepting the verdict on the issues of excessive force and qualified immunity and judgment on that basis entering for Defendant Labonia.

On March 31, 2003, an Endorsement Order entered dismissing defendant, City of Danbury.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants Leonard Labonia and Ethan Mable and the case is closed.

Dated at New Haven, Connecticut, this 3rd day of June, 2008.

ROBIN D. TABORA, Clerk

By /s/_____
　　　Patricia A. Villano
　　　Deputy Clerk