UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN ACZEL                    :        NO.:  3:00CV01802 (PCD)
                              :
v.                            :
                              :
LEONARD LABONIA, ET AL        :        MAY 30, 2008

## INDEX TO RECORD ON APPEAL

| Date Filed | Court Doc. # | Document Name | Document No. |
|---|---|---|---|
|  |  | Certified Copy of Docket Sheet | 1 |
| 9/20/00 | 1 | Complaint | 2 |
| 11/13/00 | 6 | Answer & Affirmative Defenses | 3 |
| 8/3/04 | 62 | Trial Memo with Exhibits | 4 |
| 8/5/04 | 63 | Joint Trial Memo | 5 |
| 12/12/05 | 215 | Defendants' Proposed Jury Interrogatories | 6 |
| 12/12/05 | 216 | Defendants' Supplemental Request to Charge | 7 |
| 12/13/05 | 218 | Defendants' Motion for Judgment as a Matter of Law | 8 |
| 12/14/05 | 223 | Court's Marked Exhibit List | 9 |
| 12/14/05 | 235 | Jury Verdict | 10 |
| 12/23/05 | 225 | Plaintiff's Motion for New Trial | 11 |
| 12/23/05 | 226 | Plaintiff's Memorandum in Support of Motion for New Trial, with Exhibits | 12 |
| 12/27/05 | 227 | Defendants' Memorandum in Support of Renewed Motion for Judgment as a Matter of Law, with Exhibits | 13 |
| 1/4/06 | 228 | Defendants' Memorandum in Opposition to Motion for New Trial, with Exhibits | 14 |
| 1/12/06 | 229 | Plaintiff's Memorandum in Support of Motion for Judgment as a Matter of Law, with Exhibits | 15 |
| 1/19/06 | 230 | Defendants' Reply to Response to Motion for Judgment as a Matter of Law, with Exhibits | 16 |

| Date Filed | Court Doc. # | Document Name | Document No. |
|---|---|---|---|
| 1/30/06 | 231 | Plaintiff's Reply to Response to Motion for New Trial, with Exhibits | 17 |
| 2/9/06 | 232 | Transcript of Proceedings held on 12/13/05 | 18 |
| 2/9/06 | 233 | Transcript of Proceedings held on 12/14/05 | 19 |
| 9/22/06 | 238 | Ruling Denying Motion for Judgment as a Matter of Law, Granting Motion for New Trial | 20 |
| 9/29/06 | 240 | Defendants' Notice of Appeal | 21 |
| 10/26/06 | 244 | Plaintiff's Notice of Cross Appeal | 22 |
| 12/28/06 | 247 | Joint Motion for Clarification re Ruling Denying Motion for Judgment as a Matter of Law and Granting Motion for New Trial | 23 |
| 1/22/07 | 250 | Order Granting Motion for Clarification | 24 |
| 2/5/07 | 251 | Transcript of Proceedings held on 12/7/05, Continued Trial, Vol. 1 | 25 |
| 2/5/07 | 253 | Transcript of Proceedings held on 12/8/05, Continued Trial, Vol. 1 | 27 |
| 2/5/07 | 254 | Transcript of Proceedings held on 12/8/05, Continued Trial, Vol. 2 | 28 |
| 2/5/07 | 255 | Transcript of Proceedings held on 12/12/05, Continued Trial Vol. 1 | 29 |
| 2/5/07 | 256 | Transcript of Proceedings held on 12/12/05, Continued Trial Vol. 2 | 30 |
| 2/5/07 | 257 | Transcript of Proceedings held on 12/13/05, Continued Trial, Vol. 2 | 31 |
| 3/31/08 | 260 | Defendants' Motion for Reconsideration | 32 |
| 3/31/08 | 261 | Motion for Judgment by Leonard Labonia | 33 |
| 4/21/08 | 262 | Plaintiff's Objection to Motion for Reconsideration and Judgment | 34 |

| Date Filed | Court Doc. # | Document Name | Document No. |
|---|---|---|---|
| 5/1/08 | 263 | Mandate of United States Court of Appeals | 35 |
| 5/15/08 | 264 | Ruling Granting Motion for Reconsideration | 36 |
| | | Clerk's Certificate | |

PLAINTIFF-APPELLEE
JOHN ACZEL

BY /s/Keith P. Sturges
Keith P. Sturges
ct26603
Goldstein and Peck, P.C.
1087 Broad Street
Bridgeport, CT 06604
(203) 334-9421
(203) 334-6949 (Fax)
E-Mail: sturgesk@goldsteinandpeck.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 30th day of May, 2008.

John J. Radshaw, III, Esq.
Thomas Gerarde, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

/s/ Keith P. Sturges
Keith P. Sturges