UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ACZEL<br>Plaintiff | :<br>:<br>: |
| v. | :    No. 3:00cv01802(PCD) |
| LEONARD LABONIA, ET AL<br>Defendants | :<br>:<br>: |

## AMENDED NOTICE OF APPEAL

The plaintiff, John Aczel, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Final Judgment or Order:

Final Judgment signed by the court, Dorsey, J. dated June 3, 2008. (#265)

Ruling on Motion for Reconsideration and Judgment dated May 14, 2008 by Dorsey, J. granting defendant's Motion for Reconsideration and for Judgment and entering judgment in favor of defendant Labonia. (#264)

Ruling on motions for judgment and new trial dated September 20, 2006 by Dorsey, J. (#238) and the order on Joint Motion for Articulation dated January 22, 2007 which granted in part and denied in part plaintiff's Motion for New Trial. (#250)  The plaintiff appeals from the final judgment entered in favor of defendant Leonard Labonia, and defendant Ethan Mable.

THE PLAINTIFF,
JOHN ACZEL

BY /s/ Keith P. Sturges
    Keith P. Sturges
    Goldstein and Peck, P.C.
    1087 Broad Street
    Bridgeport, CT 06604
    Phone (203) 334-9421
    Fed. #ct26603
    Email: sturgesk@goldsteinandpeck.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 4th day of June, 2008 to:

John J. Radshaw, III, Esq.
Thomas Gerarde, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

/s/ Keith P. Sturges
Keith P. Sturges